# Exhibit B



**AlaFile E-Notice**

03-CV-2011-901113.00

Judge: EUGENE W. REESE

To:   TABOR ROBERT NOVAK JR..
      tnovak@ball-ball.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

THE COLONIAL BANCGROUP INC. ET AL V. PRICEWATERHOUSECOOPERS LLP ET AL
03-CV-2011-901113.00

The following matter was FILED on 9/8/2011 11:03:38 AM

**D001 PRICEWATERHOUSECOOPERS LLP**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: NOVAK TABOR ROBERT JR.]

Notice Date:      9/8/2011 11:03:38 AM

FLORENCE CAUTHEN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36104

334-832-4950

| STATE OF ALABAMA<br>Unified Judicial System<br><br>03-MONTGOMERY | Revised 3/5/08<br><br>☐ District Court   ☑ Circuit Court | Cas...<br><br>CV2... | ELECTRONICALLY FILED<br>9/8/2011 11:01 AM<br>CV-2011-901113.00<br>CIRCUIT COURT OF<br>MONTGOMERY COUNTY, ALABAMA<br>FLORENCE CAUTHEN, CLERK |
|---|---|---|---|

| THE COLONIAL BANCGROUP INC. ET AL V.<br>PRICEWATERHOUSECOOPERS LLP ET AL | CIVIL MOTION COVER SHEET<br><br>Name of Filing Party: D001 - PRICEWATERHOUSECOOPERS LLP |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*<br>TABOR ROBERT NOVAK JR.<br><br>2000 INTERSTATE PARK DR., SUITE 204<br>MONTGOMERY, AL 36109<br><br>*Attorney Bar No.:*  NOV001 | ☐ Oral Arguments Requested |
|---|---|

## TYPE OF MOTION

<table>
<tr><td colspan="2"><u>Motions Requiring Fee</u></td><td colspan="2"><u>Motions Not Requiring Fee</u></td></tr>
<tr>
<td colspan="2">

☐ Default Judgment ($50.00)

☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)

☐ Judgment on the Pleadings ($50.00)

☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00)

☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)

☐ Summary Judgment pursuant to Rule 56($50.00)

☐ Motion to Intervene ($297.00)

☐ Other _____

pursuant to Rule _____   ($50.00)

_____

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $ _____

</td>
<td colspan="2">

☐ Add Party

☐ Amend
☐ Change of Venue/Transfer

☐ Compel
☐ Consolidation

☐ Continue
☐ Deposition

☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)

☐ Disburse Funds
☐ Extension of Time

☐ In Limine
☐ Joinder

☐ More Definite Statement
☑ Motion to Dismiss pursuant to Rule 12(b)

☐ New Trial
☐ Objection of Exemptions Claimed

☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss

☐ Preliminary Injunction
☐ Protective Order

☐ Quash
☐ Release from Stay of Execution

☐ Sanctions
☐ Sever

☐ Special Practice in Alabama
☐ Stay

☐ Strike
☐ Supplement to Pending Motion

☐ Vacate or Modify
☐ Withdraw

☐ Other _____
pursuant to Rule _____   (Subject to Filing Fee)

</td>
</tr>
</table>

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)   ☐ | Date:<br><br>9/8/2011 11:01:31 AM | Signature of Attorney or Party:<br>/s/ TABOR ROBERT NOVAK JR. |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



CIRCUIT COURT OF MONTGOMERY COUNTY ALABAMA

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,<br><br>Plaintiffs,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CV-2011-901113.00<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS

COMES NOW Defendant PricewaterhouseCoopers LLP (herein called "PwC") and, pursuant to the terms and provisions of § 6-5-440, *Code of Alabama* 1975 as recompiled, moves to dismiss this action. For grounds, your Movant sets forth as follows:

1.    At approximately 12:50 p.m. on August 24, 2011, The Colonial BancGroup, Inc., as postconfirmation debtor, and Kevin O'Halloran, as plan trustee acting for and on behalf of the debtor (herein collectively called "Plaintiffs"), filed a "Notice of Commencement of Adversary Proceeding Under Seal Pursuant to Court Order" in The Colonial BancGroup, Inc.'s bankruptcy case (Case No. 09-32303) presently pending in the United States Bankruptcy Court for the Middle District of Alabama. *See* Case No. 09-32303 (Bankr. M.D. Ala.) (Dkt. #1487).

DMSLIBRARY01-17229888.4

2.      A true and correct copy of the Notice of Commencement of Adversary Proceeding Under Seal Pursuant to Court Order is attached hereto as Exhibit A.

3.      Less than two hours later, as foreshadowed by the Notice of Commencement, Plaintiffs' complaint initiating an adversary proceeding (herein called the "Federal Adversary Proceeding Complaint") was filed against PwC and Crowe Horwath, LLP (herein called "Crowe") in the United States Bankruptcy Court for the Middle District of Alabama. *See* Adv. Proc. No. 11-03063 (Bank. M.D. Ala.) (Dkt. #2).

4.      The Federal Adversary Proceeding Complaint was filed under seal pursuant to an order of the United States Bankruptcy Court for the Middle District of Alabama. *See* Case No. 09-32303 (Bankr. M.D. Ala.) (Dkt. #1464, #1486).

5.      Plaintiffs' Federal Adversary Proceeding Complaint asserts two claims against PwC (professional negligence and breach of contract) and two claims against Crowe (professional negligence and breach of contract), purportedly arising out of services provided by each to The Colonial BancGroup, Inc.

6.      Redacted excerpts of the filed-under-seal Federal Adversary Proceeding Complaint are attached hereto as Exhibit B.[1]

---

[1] The redacted excerpts include page 1 of the Federal Adversary Proceeding Complaint (showing the identity of the parties and the filing time-stamp) as well as pages 59 through 62 of the Federal Adversary Proceeding Complaint (identifying the claims asserted and providing a description of those claims, *e.g.*, professional negligence, breach of contract). PwC believes it unlikely that Plaintiffs will contend that the claims asserted in their Federal Adversary Proceeding Complaint are different from the claims now asserted in this later-filed state court action. In the event, however, that this Court finds it necessary to review additional excerpts from the filed-under-seal Federal Adversary Proceeding Complaint in order to rule upon this Motion, PwC asks the Court to so inform the parties so that the information can be provided to the Court in a manner that sufficiently protects confidential information contained therein that was produced pursuant to a federal court protective order.

7. Approximately eight hours later, at 10:29 p.m. on August 24 (more than five hours after the close of normal business hours), Plaintiffs' instant action against PwC and Crowe was filed in the Circuit Court for Montgomery County (herein called the "Montgomery County Complaint"), asserting the same two claims against PwC (professional negligence and breach of contract) and the same two claims against Crowe (professional negligence and breach of contract) that Plaintiffs asserted in the previously filed Federal Adversary Proceeding Complaint in the United States Bankruptcy Court for the Middle District of Alabama. *See* Case No. 03-CV-2011-901113.00, Complaint at 1.

8. In all material respects, the Federal Adversary Proceeding Complaint and the Montgomery County Complaint are identical: the same Plaintiffs assert the same claims against the same Defendants in both actions. Indeed, the Montgomery County Complaint is identical to the Federal Adversary Proceeding Complaint in all respects but one: unlike the Federal Adversary Proceeding Complaint, which was filed under seal because it contains references to material governed by a federal court protective order, the Montgomery County Complaint attempts to eliminate references to such material.

9. The first-filed Federal Adversary Proceeding Complaint and the second-filed Montgomery County Complaint constitute two actions by the Plaintiffs in the courts of this state at the same time for the same cause of action and against the same parties, contrary to the provisions of § 6-5-440 *Code of Alabama*. *See Ex parte J.E. Estes Wood Co.*, 42 So. 3d 104 (Ala. 2010); *Ex parte J.C. Duke & Assocs., Inc.*, 4 So. 3d 1092 (Ala. 2008); *Penick v. Cado Systems of Central Alabama, Inc.*, 628 So. 2d 598 (Ala. 1993).

10. By the terms and provisions of § 6-5-440, the filing of the first action (the Federal Adversary Proceeding Complaint) in the United States Bankruptcy Court for the

Middle District of Alabama constitutes a good defense to this later-filed action, and

requires this action to be dismissed.[2]

WHEREFORE your Movant respectfully requests that this action be dismissed

with costs taxed to the Plaintiffs.

BALL, BALL, MATTHEWS & NOVAK, P.A.

By:    /s/ Tabor R. Novak.
       TABOR R. NOVAK, JR. - NOV001
       As Attorney for the Defendant
       PricewaterhouseCoopers LLP

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier:  334/387-3222

---

[2] The Montgomery County Complaint is deficient on several other grounds, and PwC
hereby reserves the right to seek dismissal of the Montgomery County Complaint on
those grounds as well.

DMSLIBRARY01-17229888.4

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court, using the ALAFILE system which will send notification of such filing to the following registered persons and that those persons not registered with the ALAFILE system were served by U.S. mail:

Andrew P. Campbell,
Caroline Smith Gidiere
Leitman, Siegal, Payne & Campbell PC
420 N. 20th Street, Suite 2000
Birmingham, Alabama 35203
T: 205-251-5900
F: 205-323-2098
acampbell@lspclaw.cm
cgidiere@lspclaw.com

Nicholas DiCarlo
*(pro hac vice forthcoming)*
Christopher Caserta
*(pro hac vice forthcoming)*
DiCarlo Caserta McKeighan & Phelps PLC
6900 E. Cambelback Road, Suite 250
Scottsdale, AZ 85251
T: (480)892-2488
ndicarlo@dcmplaw.com
ccasserta@dmpclaw.com

Rufus T. Dorsey, IV
*(pro hac vice forthcoming)*
C. Edward Dobbs
*(pro hac vice forthcoming)*
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
T: (404) 523-5300
F: (404)522-8409
rtd@phrd.com
ced@phrd.com

AND COPY SENT BY ORDINARY MAIL TO :

Stanley J. Parzen
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
T:  (312) 782-0600
F:  (312) 701-7711
sparzen@mayerbrown.com

/s/ Tabor R. Novak
TABOR R. NOVAK, JR.
OF COUNSEL



# EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

THE COLONIAL BANCGROUP, INC., as
post-confirmation debtor, and KEVIN
O'HALLORAN, as plan trustee acting for and
on behalf of the debtor,

           Plaintiffs,

vs.

PRICEWATERHOUSECOOPERS LLP, a
United States limited liability partnership;
CROWE HORWATH, LLP, a United States
limited liability partnership,

           Defendants.

Adv. Proc. No. _____

**NOTICE OF COMMENCEMENT OF
ADVERSARY PROCEEDING UNDER
SEAL PURSUANT TO COURT ORDER**

Plaintiffs The Colonial BancGroup, Inc. ("BancGroup"), as the debtor under its confirmed *Second Amended Chapter 11 Plan of Liquidation of The Colonial BancGroup, Inc.* (as amended, the "Plan"), and Kevin O'Halloran, as the plan trustee acting for and on behalf of BancGroup under the Plan, hereby give notice of the commencement of the above-captioned adversary proceeding.

Pursuant to the *Order Granting Motion for Leave to File Adversary Proceedings Under Seal* entered by the Court on August 18, 2011, the Complaint will be filed under seal. The Court will hold a telephonic status conference on September 13, 2011 for Plaintiffs to report to the Court on whether the seal should be lifted.

2052629_1

1    Dated: August 24, 2011                    Respectfully submitted,

2

3    Attorneys for The Colonial BancGroup, Inc.    /s/ Andrew P. Campbell
                                                 Andrew P. Campbell
                                                 Caroline Smith Gidiere
4                                                **Leitman, Siegal, Payne & Campbell PC**
                                                 420 N. 20th Street, Suite 2000
5                                                Birmingham, AL 35203
                                                 T: (205) 251-5900
6                                                F: (205) 323-2098
                                                 acampbell@lspclaw.com
7                                                cgidiere@lspclaw.com

8

9                                                Nicholas DiCarlo
                                                 (*pro hac vice forthcoming*)
10                                               Christopher Caserta
                                                 (*pro hac vice forthcoming*)
11                                               **DiCarlo Caserta McKeighan & Phelps PLC**
                                                 6900 E. Cambelback Road, Suite 250
12                                               Scottsdale, AZ 85251
                                                 T: (480) 892-2488
13                                               ndicarlo@dcmplaw.com
                                                 ccaserta@dcmplaw.com

14

15                                               Rufus T. Dorsey, IV
                                                 C. Edward Dobbs
16                                               **Parker, Hudson, Rainer & Dobbs LLP**
                                                 1500 Marquis Two Tower
17                                               285 Peachtree Center Avenue, N.E.
                                                 Atlanta, Georgia 30303
18                                               T: (404) 523-5300
                                                 F: (404) 522-8409
19                                               rtd@phrd.com
                                                 ced@phrd.com

20

21

22

23

24

25

2

2052629_1



# EXHIBIT B

1

2

3

4

5

6

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

7

8

9

THE COLONIAL BANCGROUP, INC., as
post-confirmation debtor, and KEVIN
O'HALLORAN, as plan trustee acting for and
on behalf of the debtor,

Adv. Proc. No. 11-03063

10

Plaintiffs,

**COMPLAINT**

11

12

vs.

**JURY TRIAL DEMANDED**

13

14

15

PRICEWATERHOUSECOOPERS LLP, a
United States limited liability partnership;
CROWE HORWATH, LLP, a United States
limited liability partnership,

16

Defendants.

17

Plaintiffs The Colonial BancGroup, Inc. ("BancGroup"), as the debtor under its confirmed

18

*Second Amended Chapter 11 Plan of Liquidation of The Colonial BancGroup, Inc.* (as amended, the

19

"Plan"), and Kevin O'Halloran, as the plan trustee acting for and on behalf of BancGroup under the

20

Plan, hereby allege as follows:

21

22

23

24

25

1

2052598_5



## COUNT I
### (Accounting Malpractice/Professional Negligence As Against PwC)

59

2052598_5



**COUNT II**
**(Breach Of Contract As Against PwC)**

60

2052598_5



**COUNT III**

**(Accounting Malpractice/Professional Negligence As Against Crowe)**

61

2052598_5



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

**COUNT IV**

22

**(Breach Of Contract As Against Crowe)**

23

24

25

62

2052598_5