**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2:11-cv-00746-MHT |
| PRICEWATERHOUSECOOPERS LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership, | ) |
| Defendants. | ) |

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S**
**MOTION TO DISMISS**


Elizabeth V. Tanis
Ga. Bar No. 697415
*admitted pro hac vice*
Drew D. Dropkin
Ga. Bar No. 231031
*admitted pro hac vice*
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
(404) 572-4600 (p)
(404) 572-5140 (f)

Tabor R. Novak, Jr. (NOV 001)
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148
(334) 387-7680 (p)
(334) 387-3222 (t)

*Attorneys for Defendant PricewaterhouseCoopers LLP*

COMES NOW Defendant PricewaterhouseCoopers LLP ("PwC") and hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the claims asserted against PwC by post-confirmation debtor The Colonial BancGroup, Inc. and its plan trustee, Kevin O'Halloran (collectively, "BancGroup").

BancGroup's Complaint recounts a massive and long-lasting fraud perpetrated by a member of BancGroup's management and undertaken in collusion with BancGroup's largest client. Despite alleging this fraud on the part of its own management, BancGroup tries to point the finger at Crowe Horwath LLP ("Crowe"), which provided internal audit services to BancGroup, and PwC, which served as BancGroup's independent external auditor. As explained below, and as set forth in more detail in PwC's Memorandum of Law in support of this motion (filed contemporaneously herewith), BancGroup's breach-of-contract and professional negligence claims against PwC fail as a matter of law and should be dismissed.

***First***, under Alabama law, the plaintiff's performance under a contract is an essential element of a breach-of-contract claim. The Complaint, however, conclusively shows that BancGroup failed to inform PwC about "all known or suspected fraud" involving certain BancGroup employees and failed to ensure that the company "complie[d] with the laws and regulations applicable to its activities," both of which were key responsibilities of BancGroup under the terms of its contracts with PwC. Because the Complaint affirmatively alleges facts showing

that BancGroup did not perform under its contracts with PwC, BancGroup's breach-of-contract claim against PwC must be dismissed.

***Second***, the professional negligence claim against PwC should be dismissed because the Complaint alleges that Crowe—BancGroup's agent—was negligent. Crowe provided internal audit services to BancGroup subject to BancGroup's approval and oversight. Under the doctrine of contributory negligence, BancGroup cannot contend that its own agent was negligent and still pursue a negligence claim against its independent external auditor.

***Third,*** the professional negligence claim must be dismissed because the Complaint acknowledges that a member of BancGroup's management, in collusion with a subordinate and BancGroup's largest customer, orchestrated an eight-year fraud. Such action falls considerably short of fulfilling the duty to exercise reasonable care and constitutes contributory negligence on the part of BancGroup.

***Fourth***, both the breach-of-contract claim and the professional negligence claim must be dismissed because the Complaint's allegations regarding BancGroup's fraud establish PwC's *in pari delicto* defense. That defense bars recovery by a plaintiff who is equally at fault as the defendant in the breach of the law. The intentional and fraudulent acts of company personnel must be imputed to BancGroup, thus triggering PwC's *in pari delicto* defense.

PwC has attached as exhibits true and correct copies of the following materials that are incorporated by reference in the Complaint and may otherwise be considered by the Court in connection with PwC's Motion to Dismiss:

Exhibit A: 2006 Audit Engagement Letter dated July 18, 2006

Exhibit B: 2007 Audit Engagement Letter dated September 19, 2007

Exhibit C: 2008 Audit Engagement Letter dated October 14, 2008

Exhibit D: Statement of Facts, *United States v. Kissick*, Criminal Case No. 1:11-cr-00088, Docket No. 7 (E. D. Va. Mar. 2, 2011)

Exhibit E: Statement of Facts, *United States v. Kelly*, Criminal Case No. 1:11-cr-00119, Docket No. 7 (E. D. Va. Mar. 2, 2011)

Exhibit F: Colonial BancGroup, Inc.'s 2008 Form 10-K

WHEREFORE, PwC prays that this Court will dismiss with prejudice the Complaint against PwC for failure to state a claim upon which relief can be granted. Oral argument is requested.

Respectfully submitted this 28th day of October, 2011.

*/s/ Elizabeth V. Tanis*
Elizabeth V. Tanis (Ga. Bar No. 697415)
*admitted pro hac vice*
Drew D. Dropkin (Ga. Bar No. 231031)
*admitted pro hac vice*
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
(404) 572-4600 (p)
(404) 572-5140 (f)

Tabor R. Novak, Jr. (NOV001)
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680 (p)
(334) 387-3222 (f)

*Counsel for Defendant*
*PricewaterhouseCoopers LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2011, I electronically filed the foregoing with the CM/ECF system, which will provide electronic notification to the following counsel of record:

Andrew P. Campbell, attorney for Plaintiffs
C. Edward Dobbs, attorney for Plaintiffs
Rufus T. Dorsey, IV, attorney for Plaintiffs
Nicholas J. DiCarlo, attorney for Plaintiffs
Christopher A. Caserta, attorney for Plaintiffs
James Anderson, attorney for Defendant Crowe Horwath LLP
Stanley Parzen, attorney for Defendant Crowe Horwath LLP
Jonathan C. Medow, attorney for Defendant Crowe Horwath LLP

*/s/ Elizabeth V. Tanis*
Elizabeth V. Tanis (Ga. Bar No. 697415)
*admitted pro hac vice*

KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
(404) 572-4600 (p)
(404) 572-5140 (f)

*Counsel for Defendant PricewaterhouseCoopers LLP*