**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:11cv746-MHT** |
| **PRICEWATERHOUSECOOPER LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership,** | ) | |
| **Defendants.** | ) | |

**ORDER**

**It is ORDERED that the motions to dismiss (doc. nos. 25 & 26) are set for submission, without oral argument, on December 2, 2011, with any opposition brief due by November 21, 2011, and any reply to the opposition due by December 2, 2011.**

**DONE, this the 31st day of October, 2011.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**