IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,

Plaintiffs,

v.

PRICEWATERHOUSECOOPER LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership,

Defendants.

CIVIL ACTION NO. 2:11cv746-MHT

ORDER

It is ORDERED that the motions to dismiss (doc. nos. 34 & 35) are set for submission, without oral argument, on January 6, 2012, with any opposition brief due by December 29, 2011, and any reply to the opposition due by January 6, 2012.

DONE, this the 12th day of December, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE