IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv746-MHT |
| PRICEWATERHOUSECOOPER LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership, | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 38) is granted.

(2) The motions to dismiss (doc. nos. 34 & 35) are reset for submission, without oral argument, on January 20, 2012, with any opposition brief due by January 6,

**2012, and any reply to the opposition due by January 20, 2012.**

**DONE, this the 22nd day of December, 2011.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**