IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv746-MHT |
| PRICEWATERHOUSECOOPER LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership, | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to intervene (doc. no. 44) is set for submission, without oral argument, on October 2, 2012, with all briefs due by said date.

DONE, this the 25th day of September, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE