IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,

Plaintiffs,

v.

PRICEWATERHOUSECOOPER LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership,

Defendants.

CIVIL ACTION NO. 2:11cv746-MHT

ORDER

It is ORDERED that the motion for leave to file (doc. no. 56) is granted.

DONE, this the 12th day of December, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE