IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv746-MHT |
| PRICEWATERHOUSECOOPER LLP, a United States limited liability partnership; CROWE HORWATH, LLP, a United States limited liability partnership, | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for leave to file (doc. no. 59) is granted.

DONE, this the 18th day of January, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE