IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP | ) | |
| Defendants. | ) | |

**ORDER**

Due to Plaintiffs' filing of an Amended Complaint (Doc. #28), it is ORDERED that Defendants' Motions to Dismiss (Docs. #25 & #26) are DENIED as MOOT.

DONE this 20th day of August, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE