IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Unopposed Motion to Extend Time to Answer Plaintiffs' Amended Complaint (Doc. # 82), it is ORDERED that the motion is GRANTED to and including **October 10, 2014**.

It is further ORDERED that Plaintiffs' Motion for Leave to File Reply Brief (Doc. # 83) is GRANTED to and including **September 26, 2014**.

DONE this 23rd day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE