IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, Plaintiffs, v. PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, Defendants. | ) | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff, v. PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, Defendants. | ) | CASE NO. 2:12-CV-957-WKW |

**ORDER**

In an Order entered in Civil Action No. 2:11-CV-746, the court granted Plaintiffs' Motion for Leave to File Reply Brief (Doc. # 83) to and including September 26, 2014. (Doc. # 84.) The same motion was filed in Civil Action No. 2:12-CV-957 prior to that action's consolidation with Civil Action No. 2:11-

CV-746. Accordingly, it is ORDERED that the Motion for Leave to File Reply Brief (Doc. # 91) filed in Civil Action No. 2:12-CV-957 is DENIED as moot.

DONE this 25th day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE