IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-CV-957-WKW |
| PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Stipulation Among Plaintiffs and Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC-R") (Doc. # 78) and Defendants' Objection (Doc. # 81), it is ORDERED that FDIC-R's Motion to Intervene (Doc. # 44) is GRANTED in part and DENIED in part as follows:

(1) GRANTED to the extent that the FDIC-R is permitted to intervene in Civil Action 2:11-CV-746 pursuant to Federal Rule of Civil Procedure 24(b)(1)(B);

(2) GRANTED to the extent that the intervention is without prejudice to Plaintiffs' position that they have a legal right to assert their claims in this consolidated action and that Plaintiffs' losses are not derivative of Colonial Bank's losses and without prejudice to FDIC-R's position that Plaintiffs' claims are derivative of Colonial Bank's losses and that the FDIC-R should be entitled to intervention under Federal Rule of Civil Procedure 249a);

(3) GRANTED to the extent that the FDIC-R is permitted to file its Answer and Counterclaim for declaratory judgment attached to its Motion to Intervene and that Plaintiffs are permitted to file an Answer to the Counterclaim; and

(4) DENIED as to the stipulated deadline for the filing of summary judgment motions as that deadline will be determined and set by the court in a separate Order.

DONE this 26th day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE