# EXHIBIT A
## (CROSS REFERENCE CHART)

| Topic | FDIC and CBG Joint Report | Crowe Plan |
|---|---|---|
| **Intervention** | (Section 2, at pages 2-3):<br><br>*Moot* based on Court's entry of Consent Consolidation Order (Dkt 88) | (Section 5 (a) and (c) at page 5):<br><br>*Moot* based on Court's entry of Consent Consolidation Order (Dkt 88) |
| **Consolidation** | (Section 3 at page 3):<br><br>*Moot* based on Court's entry of Consent Consolidation Order (Dkt 85). | (Section 2 at page 2 and Exhibit A):<br><br>*Moot* based on Court's entry of Consent Consolidation Order (Dkt 85). |
| **Protective Order** | (Section 4 a page 3)<br><br>Provides for submission of a proposed amended protective order which will apply to the consolidated cases and modify certain provisions in the prior order. Calls for submission of a proposed order or a report to the Court on parties' positions by September 30, 2014, which date has now been moved by the parties' agreement to **October 13, 2014**. | (Section 4 (a) at page 2):<br><br>Provides for submission of a proposed order or a report to the Court on parties' positions by September 30, 2014, which date has now been moved by the parties' agreement to **October 13, 2014**. |
| **Initial Disclosures** | (Section 5 at page 3):<br><br>Provides for disclosures to be made under Fed. R. Civ. P. 26(a)(1) and Local Rule 26.1 on or before October 7, 2014, which date has now been moved by the parties' agreement to **October 17, 2014**. | (Section 3 at page 2):<br><br>Provides for disclosure to be made under Rule 26(a)(1) (*but* adds Crowe's own description of mandatory contents of such a disclosure) on or before October 7, 2014, which date has now been moved by the parties' agreement to **October 17, 2014**. |

| Topic | FDIC and CBG Joint Report | Crowe Plan |
|---|---|---|
| **Interim Discovery Stage** | (Section 6 at pages 3-6):<br><br>Interim Discovery consists of:<br><br>(a) Documentary discovery as to all issues starting on October 8, 2014 or a report to the Court on parties' positions by September 30, 2014. (which date has now been moved by the parties' agreement to **October 21, 2014**) along with custodial depositions subject to ESI Protocol being established prior to production except with regard to: (i) previously produced documents in the litigation contexts specifically described in Section 6(d)(ii), which documents are to be immediately produced by defendants; and (ii) documents produced by the FDIC in its Bank of America litigation specified in Section 6(d)(iii), which are proposed to be produced by the FDIC subject to a separate protocol agreement (Section 6(b));<br><br>(b) ESI Protocol agreement or positions to be submitted by September 30, 2014 (Section 6(b) at pages 3 -4);<br><br>(c) Joint Rule 26(g) Reports to be submitted on December 1, 2014 and conference with Court in December, 2014 on any differences (Section 6(f)); and<br><br>(d) No expedited discovery on ownership issue (Section 2 at pages 2-3). | (Sections 4 and 5 at pages 2-5):<br><br>Interim Discovery consists of :<br><br>(a) Documentary discovery as to all issues starting on October 7, 2014 (which date has now been moved by the parties' agreement to **October 21, 2014**) along with limited Rule 30(b)(6) depositions described in subsection (f) subject to prior ESI Protocol, *provided* that ESI Protocol is not a condition to production of Rule 26(a) documents or certain "previously" produced documents relating to "other actions relating to Colonial Bank or CBG," which actions are not defined in the Crowe submission (Section 4(d) and (f) at pages 3-4);<br><br>(b) The same proposal (Section 4(b) at page 3);<br><br>(c) *No* deadline for Joint Rule 26(f) Reports to be submitted; and<br><br>(d) Expedited discovery (documentary and non-documentary) on "ownership/damage" issue (with no explanation of scope of the *two terms*), with all discovery on such issues to be completed by December |

- 3 -

| Topic | FDIC and CBG Joint Report | Crowe Plan |
|---|---|---|
|  |  | 18, 2014 and mandatory summary judgment motion to be filed by FDIC on "ownership/damage" issues on January 10, 2014. (Section 4 (g) at page 4 and Section 5(a) on page 5). |
| **Mediation** | (Section 7 at page 6):<br><br>Provides for any mediation to be joint and among all parties. | (Section 5(b) at page 5):<br><br>Does not provide for joint mediation among all parties. |