**EXHIBIT B**
**(TBW Counsel Email of 9-25-14)**

## Rufus T. Dorsey

**From:** Stephen Sorensen <ssorensen@tafattorneys.com>
**Sent:** Thursday, September 25, 2014 5:31 PM
**To:** Rufus T. Dorsey
**Subject:** RE: BancGroup v PwC

Rufus:

TBW would not raise an objection to PwC's production of TBW confidential documents from our case in your case subject to: 1) those documents being governed by a protective order/confidentiality agreement substantially similar to the one in our case and 2) CBG would agree to a reciprocal arrangement as to CBG confidential documents produced to PwC in your case.

Best Regards,
Stephen Sorensen
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, CA 90291
(202) 445-7266
ssorensen@tafattorneys.com