**EXHIBIT F**
**(TBW Order Compelling Discovery)**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY,
FLORIDA

COMPLEX BUSINESS LITIGATION
DIVISION

CASE NO. 13-33964 (40)

TAYLOR, BEAN & WHITAKER PLAN
TRUST,

    Plaintiff,

v.

PRICEWATERHOUSECOOPERS, LLP,

    Defendant.
    _____/

## ORDER ON JANUARY 30, 2014 MOTION TO COMPEL DISCOVERY

THIS CAUSE is before the Court on Plaintiff Taylor, Bean & Whitaker Plan Trust's January 30, 2014 Motion to Compel Discovery by Overruling Defendant's Objections and Compelling Production of Documents, and the Court being advised in the premises by the Parties' written submissions and their oral argument heard on April 10, 2014, it is hereby

ORDERED AND ADJUDGED:

1. By April 30, 2014, Defendant shall produce (a) all non-privileged audit work papers from the audits of the years 2006 through 2008 of the financial statements of Colonial BancGroup, Inc. ("**CBG**"), with the electronic workpapers to be produced in native format; and (b) all non-privileged documents relating to such audits produced by Defendant to the Federal Deposit Insurance Corporation as Receiver for Colonial Bank that have not been previously produced to the Plaintiff.

1

2. By May 10, 2014, Defendant shall produce all non-privileged audit work papers from the audits of the years 2002 through 2005 of the financial statements of CBG, with the electronic work papers produced in native format.

3. With regard to Request Nos. 1 and 4, the Parties shall agree within ten days of this Order on search terms to be used by Defendant in searching for responsive electronic documents from January 1, 2002 through December 31, 2009 for all custodians identified by Defendant as potentially having responsive documents. Within ninety days following the Parties' agreement on such search terms, Defendant shall produce all responsive non-privileged electronic documents identified from those search terms and all responsive non-privileged hard copy documents.

4. With regard to Request No. 3, Defendant shall provide the Court with the following:

    a. An identification of the non-audit services that Defendant provided to CBG from January 1, 2002 through December 31, 2009; and

    b. The name and position of every PwC timekeeper who provided services to CBG from January 1, 2002 through December 31, 2009, and the number of hours, by year, each such timekeeper worked on CBG matters, with a breakdown of the hours between audit and non-audit engagements.

5. Defendant shall produce a privilege log at the same time that responsive documents are produced. All privilege objections to production shall comply with the Florida Rules of Civil Procedure.

3

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 04/17/14.

_____
JOHN W. THORNTON
CIRCUIT COURT JUDGE

**No Further Judicial Action Required on THIS MOTION**
**CLERK TO RECLOSE CASE IF POST JUDGMENT**

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed and stamped original Order sent to court file by Judge Thornton's staff.

cc: All counsel of record