IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Upon consideration of Crowe Horwath LLP's Motion for In-Person Hearing (Doc. # 92), it is ORDERED that the motion is DENIED.

DONE this 10th day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE