IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Upon consideration of the Joint Motion for Extension of Deadlines (Doc. # 104), it is ORDERED that the motion is GRANTED and that the Order on Interim Discovery Plan (Doc. # 103) is AMENDED as follows:

(1) The parties shall submit a joint agreement with respect to discovery of electronically stored information ("ESI") on or before **November 14, 2014**, or, alternatively on that date, a report as to their opposing positions.

(2) On or before **November 14, 2014**, to the extent the parties are not able to negotiate a BofA Production Order, the parties may inform the court of their respective positions and seek appropriate relief.

DONE this 24th day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE