IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | CASE NO. 2:11-CV-746-WKW |
| v. | ) | |
| PRICE WATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| Plaintiff, | ) | CASE NO. 2:12-CV-957-WKW |
| v. | ) | |
| PRICE WATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

**ORDER**

By consent of the parties, it is ORDERED that:

(1) As set forth in Paragraphs 10, 11, and 12 of the "Joint Submission of an Agreed Upon ESI Protocol with Respect to FDIC-R's ESI," the Federal Deposit Insurance Corporation, as receiver for Colonial Bank ("FDIC-R"),

shall produce certain documents that it previously produced in *Bank of America v. FDIC*, Case No. 1:10-cv-1681 (D.D.C.).

(2) Within thirty (30) days after entry of this Order, The Colonial BancGroup, Inc., as post-confirmation debtor, and Kevin O'Halloran, as plan trustee acting for and on behalf of the debtor (together "CBG") shall produce to the parties the electronically stored information relating to: (a) the following boxes described in CBG's Rule 26(a) disclosures: (i) all R-Boxes; (ii) Box Nos. 1-3, 6-11, 16, and 20 of the Legal Hold Boxes; (iii) Box Nos. 3-5, 14, 16-17, and 19-20 of the Moore & Free Boxes; and (iv) Box Nos. 8-12 of the 18 Boxes; and (b) the 24 CDs/DVDs, excluding the portions identified by a privilege search as potentially privileged. CBG's production under this paragraph shall be subject to the Amended Protective Order and shall relieve CBG of any obligation to provide, or search, such produced documents in response to any request for production propounded by a party.

(3) On or before December 3, 2014, the parties are DIRECTED to file Exhibit A to Document Number 110 as a separate filing.

DONE this 26th day of November, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE