IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | CASE NO. 2:11-cv-746-WKW-TFM |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP<br><br>Defendants. | CASE NO. 2:12-cv-957-WKW-TFM |

**O R D E R**

Upon consideration of the Motion to Compel filed by Plaintiff Federal Deposit Insurance Corporation, as Receiver for Colonial Bank ("FDIC-R"), (Doc. 143), it is

ORDERED that the Motion to Compel (Doc. 143) be DENIED. The subpoena seeks production of records from Bright House Networks c/o Neustar, Inc. which located in Sterling, Virginia. The subpoena further seeks production of the documents to be made in Amarillo, Texas. Pursuant to *Fed. R. Civ. Pro* 37(a)(2) "A motion for an order

to a nonparty must be made in the court where the discovery is or will be taken." Bright House is a non-party to this action; thus under the Federal Rules this court is without jurisdiction to issue the Motion to Compel.

DONE this 12th day of June, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE