IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN,  Plaintiff,  v.  PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,  Defendants. | CASE NO. 2:11-cv-746-WKW-TFM |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,  Plaintiff,  v.  PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP  Defendants. | CASE NO. 2:12-cv-957-WKW-TFM |

**O R D E R**

Upon consideration of the Motion to Compel filed by Plaintiff Federal Deposit Insurance Corporation, as Receiver for Colonial Bank ("FDIC-R"), (Doc. 160), it is

ORDERED that on or before August 17, 2015, Defendant Crowe Horwath LLP ("Crowe") show cause why this Motion is not due to be granted.

DONE this 3rd day of August, 2015.

                                                /s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE