# Exhibit A



# COLONIAL BANK, N.A.
## *You'll like it here.*™

# AUDIT POLICY

FDICR-0828768

# Table of Contents

- Audit Policy ................................................................................................................................ 3
- Board of Directors Responsibilities ........................................................................................... 3
- Audit Committee Responsibilities .............................................................................................. 4
- Audit Liaison Responsibilities .................................................................................................. 11
- Internal Audit Outsourcing Firm Responsibilities ................................................................... 15
  - *Audit Objective* ................................................................................................................... 15
  - *Internal Audit Standards* ................................................................................................... 15
  - *Audit Responsibilities* ........................................................................................................ 17
  - *Audit Procedures* .............................................................................................................. 18
  - *Audit Frequencies* ............................................................................................................. 18

Audit Policy
Last revised:
Last Approved: December 12, 2007
Business Owner: Tommy Tynes


COLONIAL BANK, N.A.
*You'll like it here.*

# Audit Policy

## Board of Directors Responsibilities

The Boards of Directors The Colonial BancGroup, Inc. and Colonial Bank, N.A. and senior management are responsible for supervising the Bank to ensure that the operations are effectively governed by comprehensive policies, internal controls, and compliance procedures. The Board and senior management also have the responsibility to ensure that the operations reflect sound planning.

In meeting its overall commitment to the BancGroup's shareholders, depositors and community, the Board is expected to:

1. Acquire and maintain competent management.
2. Ensure that management develops plans, policies, and procedures for sound operations.
3. Ensure the existence of adequate internal controls and compliance with applicable laws and regulations.
4. Evaluate the Bank's established profitability and growth objective performance.
5. Ensure the financial needs of the community are adequately served.

The Board looks to management to establish and maintain a sound system of controls and related operating procedures to promote sound operations. Management is responsible identifying operating risks and establishing controls to effectively manage them.

FDICR-0828770

## Audit Committee Responsibilities

The Audit Committee (Committee) is established by the Boards of Directors (Board) to assist the Board in:

- Overseeing the integrity of Colonial's financial statements, including policies, procedures and practices regarding the preparation of financial statements, the financial reporting process, disclosures, and the internal control over financial reporting;

- Overseeing Colonial's Internal Audit function and the Independent Audit firm qualifications, independence and performance; and

- Overseeing compliance with Colonial's Code of Ethics for Principal Financial Officers;

Membership

The Committee shall be comprised of at least these members of the Board. Each of the members will be determined to be independent for purposes of serving on the Committee in accordance with the provision of the Corporate Governance Guidelines and with the independence requirements of the SEC and listing standards of the New York Stock Exchange. All Committee members shall be financially literate, and at least one member shall be an "audit committee financial expert" as defined by SEC regulations. .

The members of the Committee shall be appointed by the The Board on the recommendation of the Nominating and Corporate Governance Committee. The Board may, at any time and at its discretion, replace a Committee member. The Board shall designate a Chair for the Committee.

Meetings, Structure and Operations

The Board shall review and approve this Charter on an annual basis. The Committee shall also perform an evaluation of its performance at least annually to determine if it is functioning effectively. The Committee shall provide the results of its self-evaluation to the Board. The

Committee shall meet in conjunction with the regularly scheduled board meetings, or as it otherwise deems necessary, but not less than quarterly. The Committee shall meet in executive session at any time, but not less than twice a year. The Committee will meet periodically with the Chief Compliance Officer, Chief Financial Officer, and/or any other member of management, and the Independent Auditor in separate executive sessions.

The Independent Auditor shall report directly to the Committee.

The Audit Liaison shall report to the Chief Financial Officer.

The Committee will also, under applicable regulation, perform the duties required by law to be performed by an audit committee or a fiduciary audit committee for Colonial Bank, N.A. if Colonial Bank, N.A. does not have its own audit committee, in either case to the extent permitted, and in the manner required, by applicable laws and regulations.

Duties and Responsibilities

The Committee shall have the following duties and responsibilities:

Financial Reporting

- The Committee shall oversee Colonial's financial reporting process, including the monitoring of management's responsibility for the preparation, presentation and integrity of Colonial's financial statements and for the appropriateness of the accounting principles and reporting policies that are used by Colonial.

- The Committee shall oversee the process related to any "significant accounting policy" that is new or modified prior to adoption. This analysis will include a review of the description of the underlying transactions, the reason for the change and a summary of the materiality of these changes based on criteria established by Securities and Exchange Commission Staff Accounting Bulletin 99 (SAB 99).

- The Committee shall review a list of significant accounting and reporting matters requiring resolution prior to the release of earnings each quarter. Contemporaneous documentation

will occur, including the conclusions reached by management. The documentation will be retained in accordance with Colonial's record retention policies.

- The Committee shall review all "passed" adjustments greater than $500,000. This review will include a summary of the materiality of "passed" adjustments based on criteria established by SAB 99.

- The Committee shall review the interim financial statements and disclosures under Management's Discussion and Analysis of Financial Condition and Results of Operations with Management and the Independent Auditor prior to the filing of Colonial's Quarterly Report on Form 10-Q. The Committee shall discuss the results of the quarterly review and any other matters required to be communicated to the Committee by the Independent Auditor under the auditing standards of the PCAOB or SEC regulations. The Chair of the Committee may represent the entire Committee for the purposes of this review.

- Prior to issuance, the Committee will review and discuss the information to be included in earnings press releases. The Chair of the Committee may represent the entire Committee for the purposes of this review.

- The Committee shall review the financial statements and disclosures under management's Discussion and Analysis of Financial Condition and Results of Operations to be included in Colonial's Annual Report on Form 10-K (or the annual report to the shareholders if distributed prior to the filing of form 10-K), including their judgment about the quality, not just the acceptability, of accounting principles, the reasonableness of significant judgments, and the clarity of the disclosures in the financial statements. The Committee shall discuss the results of the annual audit and any other matters required to be communicated to the Committee by the Independent Auditor under the auditing standards of the PCAOB or SEC regulations.

- The Committee shall review the effect of new or pending regulatory guidance and accounting standards, as well as off balance sheet structures, on the financial statements of Colonial.

- The Committee shall review the CEO's and CFO's disclosure and certifications under Section 302 and 906 of the Sarbanes-Oxley Act.

FDICR-0828773

- The Committee shall prepare an annual report to be included in Colonial's annual proxy statement as required by SEC regulations.

- The Committee will review with Colonial's General Counsel legal matters that may have a material impact on the financial statements, quarterly.

Independent and Internal Audit

- The Committee is responsible for the appointment and termination, compensation, and oversight of the work of the Independent Auditor, including resolution of disagreements between management and the Independent Auditor regarding financial reporting.

- The Committee will review and approve management's appointment and replacement of the Audit Liaison.

- The Committee shall pre-approve all audit and non-audit services provided by the Independent Auditor. The Committee may delegate pre-approval authority to one or more members of the Committee. The decisions of any Committee member to whom pre-approval authority is delegated must be presented to the full Committee at its next scheduled meeting.

- The Committee shall evaluate the Independent Auditor's qualifications, performance, and independence. Further, the Committee will review the experience and qualifications of the lead partner and other senior members of the independent audit team each year and determine that all partner rotation requirements, as promulgated by applicable rules and regulations, are followed.

- The Committee shall set clear hiring policies for employees or former employees of the Independent Auditor that meet the SEC regulations and stock exchange listing standards.

- The Committee will review with the Independent Auditor any audit problems or difficulties and management's response.

- The Committee shall annually review and approve the Risk Assessment and Internal Audit Plan and the Internal Audit budget.

FDICR-0828774

- The Committee shall discuss with the Independent Auditor the overall scope for their audits and contingencies to the plan.

- The Committee shall review management's assertion on its assessment of the design and operating effectiveness of internal controls over financial reporting as of the end of the most recent fiscal year and the Independent Auditor's report on management's assertion under Section 404 of the Sarbanes-Oxley Act and Section 112 of FDICIA.

- The Committee shall review management's representation letter and inquire of any difficulties obtaining the representations.

- The Committee shall evaluate the quality of audit reports.

## Code of Ethics and Legal Compliance

- The Committee shall review and annually approve Colonial's Code of Ethics for Principal Financial Officers ("Financial Code of Ethics").

- The Committee will review compliance by Colonial's CEO, the Principal Financial Officer and the Principal Accounting Officer with the Financial Code of Ethics.

- The Committee shall ensure that a code of ethics is in effect for the Board, officers and employees.

- The Committee shall receive regular reports, at least quarterly, regarding the receipt, retention and treatment of complaints related to accounting, internal accounting controls and auditing matters, including confidential, anonymous submissions pursuant to the EthicsPoint Hotline of concerns regarding questionable accounting or auditing matters.

## Committee Reports

In conducting its responsibilities, the Committee has the authority to request any reports, information or appearance of management as it deems necessary to fulfill the Committee's responsibilities. At a minimum, the Committee will receive the following reports on a routine basis:

- The Committee shall receive a written quarterly report from the Independent Auditor stating that the firm has conducted a review of Colonial's quarterly financial statements in accordance with the auditing standards of the PCAOB.

- The Committee shall receive regular reports from the Independent Auditor on the critical accounting policies and practices of Colonial, and all significant alternative treatments of financial information within generally accepted accounting principles that have been discussed with management and other written communications between the Independent Auditor and management.

- At least annually, the Committee shall obtain and review a report from the Independent Auditor describing:

    o The firm's internal quality control procedures;

    o Any material issues raised by the most recent internal quality control review, or peer review, of the firm, or by any inquiry or investigation by governmental or professional authorities, within the preceding five years, respecting one or more independent audits carried out by the firm, and any steps taken to deal with any such issues; and

    o All relationships between the Independent Auditor and Colonial (to assess the auditor's independence) as required by Independent Standards Board Standard Number 1.

- The Committee shall receive the following internal audit related information:

    o Current status of annual audit plan;

    o Review of regular internal audit reports to management as well as management's response;

    o The results of audits and follow-up audits;

    o Aging of outstanding audit recommendations issued to management; and

FDICR-0828776

- o Explanation of unsatisfactory audits and past due audit findings.

## Resources and Authority

The Committee is empowered to investigate any matter brought to its attention, or initiated on its own, with full access to all books, records, facilities and personnel of Colonial. The Committee may also work with other committees of the Board or the Board directly to investigate matters of interest to the Committee.

The Committee has the authority to engage independent counsel and other advisors as it determines necessary to carry out its duties with Colonial responsible for the expense of such advisors. Colonial will provide appropriate funding, as determined by the Committee, to any advisors that the Committee chooses to engage, and for payment of ordinary administrative expenses of the Committee that are necessary or appropriate in carrying out its duties.

## Reporting to the Board of Directors

The Committee shall recommend to the Board whether the financial statements should be included in the annual report on Form 10-K. The Committee shall also report material information generated pursuant to its activities to the Board and, where appropriate, its recommendations for action by the Board. Certain actions by the Committee may be similarly reported to the Board for approval, ratification, and/or confirmation. The Committee shall review this Charter annually. Any modifications to the Charter shall be presented to the Board for approval. The Committee will provide to the Board, when appropriate, any reports necessary to allow the Board to monitor the activities of Colonial.

While the Audit Committee has the responsibilities and powers set forth in the Charter, it is not the duty of the Audit Committee to plan or conduct audits or to determine that the Company's financial statements are complete and accurate and are in accordance with generally accepted accounting principles. The Company's financial statements are the responsibility of management. The independent auditors are responsible for planning and conducting audits to determine whether the financial statements present fairly in all material aspects the financial position of the Company. Furthermore, it is not the duty of the Audit Committee to assure compliance with laws and regulations.

FDICR-0828777

## Audit Liaison Responsibilities

The Audit Liaison will be assigned the following responsibilities by the Audit Committee:

1. Negotiate an annual contract for internal audit services to be provided by the outsourcing firm.
2. Perform a preliminary audit risk assessment, audit plan, and recommended audit priorities.
3. Determine the scope, risk and frequency of audit activities.
4. Evaluate the findings and results, arising from the audit activities.
5. Evaluate the adequacy of the audit procedures performed and the findings resulting from the performance of those procedures by, among other things, obtaining and reviewing reports from the firm.
6. Report to the Audit Committee with the assistance of the outsourcing firm the results of audit activity on a quarterly basis.
7. Meet at least quarterly with the outsourcing firm to monitor progress of the audit plan and findings.
8. Obtain appropriate follow-up and response to the outsourcing firm's internal audit report recommendations.
9. Develop objective performance criteria over reasonable time horizons that can be used by senior management and the Audit Committee to effectively measure and review the work performed by the outsourcing firm.
10. Negotiate the terms of the outsourcing arrangement in an engagement letter that defines the responsibilities of internal control functions. For example, at a minimum, the engagement letter that the responsibilities for internal control functions should set forth:
    a. the time period that the outsourcing firm must maintain the workpapers;
    b. a process for resolving disputes and for determining who bears the costs of consequential damages arising from errors, omissions and negligence;
    c. the understanding that the outsourcing firm will not perform management functions, make management decisions, or act or appear to act in a capacity equivalent to that of a member of management or an employee;
    d. the scope of the work to be performed by the outsourcing firm;
    e. the frequency and manner of reporting the results of audit work performed;

    f. the frequency of making reports to the Audit Liaison and the Audit Committee concerning the status of work performed to date under the terms of the arrangement;

    g. the names and phone numbers of the outsourcing firm's engagement management;

    h. the protocol for making changes to the terms of the engagement;

    i. the location of internal audit reports and the related workpapers, and

the understanding that the audit reports and related workpapers are the property of the BancGroup and that authorized management personnel, as well as examiners, will be granted immediate and complete access to audit reports and related workpapers that have been completed by the outsourcing firm.

11. Before entering into an outsourcing arrangement, the Audit Liaison and the Audit Committee should verify that the outsourcing firm has sufficient qualified staff to perform the audit work for BancGroup. For example, the Audit Liaison and the Audit Committee should request resumes or other documents that describe the experience, education and professional backgrounds of the key staff that will be assigned to the audit arrangement. In addition, the Audit Liaison and the Audit Committee should inquire about the commitment the outsourcing firm has toward continuing professional education for members of its staff that will be assigned to the outsourcing arrangement. Throughout the outsourcing arrangement, the Audit Liaison should ensure that the outsourcing providers maintain sufficient expertise to appropriately cover key activities and risk areas within BancGroup.

12. Contingency plans also should be established to minimize the impact of terminating an audit outsourcing arrangement. Planning for this event should be done before reaching an agreement to outsource the work. The outsourcing arrangement should identify such transition elements as the ability of BancGroup to gain custody and ownership of the work papers developed by the predecessor firm, the timing and extent of information to be exchanged by the predecessor and successor firms, the length of time that will be provided by the predecessor in the transition, and the related costs to be incurred by the institution.

13. Review the audit reports of the outsourcing firm to determine the adequacy of the Company's system of internal controls over (1) reliability of financial reporting, (2) efficiency and effectiveness of operations, and (3) compliance with applicable laws and regulations.

14. Review management's response to the outsourcing firm's audit reports and/or the related Management Action Plans.

FDICR-0828779

15. Assign a rating of satisfactory or unsatisfactory to each audit report. If the Audit Liaison is an auditee of a report, the rating will be assigned by the Risk Management Committee.
16. Review and/or initiate special investigations into known or suspected violations or allegations regarding employees, officers, and directors. Ensure reports are made to the regulatory authorities, if applicable.
17. Review criminal referral reports made to appropriate regulator, U.S. Attorney, FBI, and Bonding Company.
18. Annually, review the Audit Policy, committee agenda and information furnished to the Committee for needed changes.
19. Conduct meetings, as deemed necessary, to fulfill the Audit Liaison's responsibilities.

| Meet With | Meeting Interval |
|---|---|
| Outsourcing Firm for Internal Audit | Periodically throughout each Quarter |
| Independent Auditor | Quarterly |
| Management | Quarterly |

20. Meet independently with each group when the Audit Committee deems it necessary.
21. The Chairman of the Committee or any other two members can call a meeting, at any time.
22. Annually, review the FDICIA internal control reports completed by management and the independent auditor to determine appropriate compliance with FDICIA guidelines. The Audit Committee should ensure that management does not rely on the outsourcing firm's work as the primary basis for its assertion on internal controls and accordingly, management should evaluate the results of its ongoing monitoring procedures built into the normal recurring activities of the entity, including regular management and supervisory activities, as well as other separate evaluations, if any.
23. Annually, ensure that an examination of the company's books is completed in accordance with State and Federal regulatory guidelines.
24. Quarterly, review the scope, timing, independence and results of loan review activity.
25. Quarterly, review the scope, timing, independence and results of internal control monitoring activities relating to the area of security, including but not limited to robberies and regional security, fraud prevention, and information security.

FDICR-0828780

26. Quarterly, review the scope, timing, independence and results of internal control monitoring activities relating to the area of compliance, including but not limited to currency transaction reporting, suspicious activity reports, OFAC reports, compliance risk monitoring, mortgage quality control audits, and quarterly compliance activity reports.

27. Quarterly, review the scope, timing, independence and results of internal control monitoring activities relating to the Branch Monitoring Program.

28. Complete other responsibilities as assigned by the full Board, the Committee, or requested by the bank regulators.

FDICR-0828781

# Internal Audit Outsourcing Firm Responsibilities

## *Audit Objective*

The objective of Internal Audit (and therefore the outsourcing firm) is to assist the Audit Liaison, management and the Committee in the discharge of their responsibilities by furnishing them with objective evaluations of the adequacy, efficiency, accuracy, and effectiveness of internal controls, audit trails, operational procedures, compliance with Bank policy, laws, regulations, and the quality of ongoing operations. Internal Audit will also assist in the Sarbanes-Oxley internal controls documentation and testing.

## *Internal Audit Standards*

### Independence

The outsourcing firm will report to the Audit Committee and assist the Audit Liaison in the Report to the Audit Committee. The firm will not engage in any activity that they would be expected to review and appraise. The firm will not at any time make management decisions or perform the corrective actions required by the internal audit recommendations or by Sarbanes-Oxley findings.

### Authority

The function of the outsourcing firm is that of a consultant or advisor, rather than line operation function. The outsourcing firm does not exercise direct authority over other persons whose work it reviews. The outsourcing firm will be free to review and appraise policies, procedures, plans, and records for their adequacy. The outsourcing firm has full authority to review all areas of BancGroup or its subsidiaries at any time with access to all records, property, and personnel, with the approval of the Audit Liaison.

### Personal Conduct

The outsourcing firm staff shall always strive for the highest standards of integrity. They shall make every effort to attain high levels of technical training and proficiency, and have specific knowledge of Bank policies, procedures, laws, and regulations. They shall make every effort to develop general knowledge of each area and application for which they will be performing audits.

FDICR-0828782

The outsourcing firm's staff must be respectful and courteous to all employees and officers in the areas being audited. They must avoid premature disclosures of audit comments. Criticism should be given in an impersonal and constructive manner and should not be discussed with unaffected personnel or outsiders.

### *Continuing Education*

In order to assure the necessary knowledge, skills, and discipline and to promote the quality of work desired, the outsourcing firm's partners and managers will have a generally recognized designation such as Certified Public Accountant, Chartered Bank Auditor, Certified Internal Auditor, or a graduate degree, and all staff will be involved in continuing education activities.

### *Evidential Matter*

Audit standards will cover procedures and workpapers sufficient to provide competent evidential matter to support conclusions regarding work completed.

### *Audit Programs and Supervision*

The outsourcing firm is to maintain an effective audit program that has been developed in conjunction with the Audit Liaison and meets the Committee's approval. It is to be staffed by competent, qualified personnel who are to be adequately supervised. The audit program is to be directed toward the highest exposures to risk while employing resources efficiently and effectively based upon BancGroup and Bank objectives.

### *Reporting*

On an ongoing basis and at appropriate levels of management, the outsourcing firm will furnish to the Audit Liaison formal reports of audits completed to include, at a minimum, objective analysis of operations, recommendations for corrective action, and a general assessment of each activity reviewed. Follow-up will be provided to determine whether adequate corrective steps have been taken.

The Audit Liaison with the assistance of the outsourcing firm will report to the Audit Committee at least four times a year on the results of its activities.

FDICR-0828783

*Audit Responsibilities*

Internal audit is responsible for achieving the Audit Objective. The following is a breakdown of detailed responsibilities needed to accomplish the overall goal:

1. Provide assistance to the Board of Directors, examines financial reporting, operational, and regulatory compliance controls at appropriate intervals to determine the existence of and adherence to desired controls.
2. Evaluate whether operations of BancGroup and its subsidiaries are efficiently and effectively carried out in accordance with BancGroup policies, individual Bank policies, and sound business practices.
3. Work jointly with BancGroup's independent auditors and with the supervisory authorities so that their work is done in the most efficient manner possible and with the least amount of disruption to operations.
4. When requested by management, is involved in pre-acquisition audits to assist management in the evaluation of the prospective acquisitions.
5. Promote understanding and appreciation of internal controls and their application to all operations through written or oral, formal and informal, communications with management.
6. When internal control considerations are involved, the outsourcing firm may be consulted by all major committees of BancGroup for its input to the necessary controls and procedures required by the situation.
7. Review loan files on a test basis for proper documentation and compliance with applicable laws, regulations, and Bank policies.
8. Conduct special audits as necessary and as requested by management.
9. Receive a copy of regulatory examination reports and management responses that will be used to ensure corrective action has been initiated.

**NOTE:** The Security Department of the Bank is to conduct investigations into suspected or known employee involvement with dishonest or breach of trust activities. This department is also to be the liaison with the FBI regarding all employee and customer fraud/embezzlement cases.

FDICR-0828784

*Audit Procedures*

Audit procedures will include the use of the following techniques:

1. **Observation** of the operation of a department's accounting procedures, system of internal control and activities of personnel.
2. **Inspection** of securities and other assets for the purpose of determining their physical existence, of supporting data for asset cost, of liability obligations, of operating income and expense, etc.
3. **Confirmation** of account balances and transactions with outside parties.
4. **Comparison** of account balances for operating data with similar information for prior or subsequent periods to disclose and determine the reasons for significant changes.
5. **Analysis** of accounts and accounting and operating data to determine the credibility of reported financial information.
6. **Computation** of clerical determinations.
7. **Inquiry** of personnel with respect to established procedures and of management with respect to Bank policies and procedures in matters that may not be disclosed in the records, such as contingent liabilities, future plans and prospects, etc.

*Audit Frequencies*

Audit frequencies will be reviewed and approved first by the Audit Liaison and then by the Audit Committee at least annually. The following factors will be used to determine the annual audit schedule and its priorities:

1. The proportion of a branch or department's total assets, liabilities, income, expense, and owners equity, when applicable, to the consolidated group.
2. Assessment of risk and exposure associated with the function.
3. Established internal controls.
4. Time and cost of conducting audit.
5. Past internal and external audit findings.
6. State or regulatory audit requirements.
7. Date of last regulatory examination.

FDICR-0828785

**NOTE**: Should BancGroup choose not to outsource certain audit activities to the outsourcing firm, the aforementioned audit policies should apply to the individuals performing those audit activities.

FDICR-0828786