# Exhibit B

# COLONIAL BANCGROUP, INC.

# INTERNAL AUDIT REPORT

# MORTGAGE WAREHOUSE LENDING

# 2007-2008

Crowe. This report has been prepared by Crowe Chizek and Company LLC in accordance with the terms of our engagement letter, dated April 17, 2007, and furnished solely for the information and use of management, the Audit Committee, and the Board of Directors of Colonial BancGroup, Inc. and its regulatory agencies and is not to be used for any other purpose.



Colonial BancGroup

Confidential treatment requested by Crowe Horwath LLP

CH 04919

COLONIAL BANCGROUP, INC.
INTERNAL AUDIT REPORT
MORTGAGE WAREHOUSE LENDING


Confidential treatment requested by
Crowe Horwath LLP

CH 04920

# COLONIAL BANCGROUP, INC.

## INTERNAL AUDIT REPORT
## MORTGAGE WAREHOUSE LENDING

### CONTENTS

| | |
|---|---|
| I. Executive Summary | 1 |
| II. Internal Audit Scope | 3 |
| III. Audit Findings, Recommendations and Action Plans | 5 |

Confidential treatment requested by
Crowe Horwath LLP

CH 04921

COLONIAL BANCGROUP, INC.

INTERNAL AUDIT REPORT

MORTGAGE WAREHOUSE LENDING

## I. Executive Summary

During the week ending August 17, 2007, Crowe Chizek staff performed an internal audit in the Mortgage Warehouse Lending area of Colonial Bank as of May 31, 2007. Our work focused on the Bank's policies and procedures used in the area, based on a risk assessment by your management, with which we concurred. Your General Auditor approved our work plan, based on this risk assessment, and we communicated the work we did and our results with management and your General Auditor. The purpose of the internal audit was to review the controls over Mortgage Warehouse Lending activities. We reviewed policies and procedures, discussed compliance with these policies and procedures with Bank personnel, and tested certain detail records.

In this report, we give you a summary of our findings and recommendations along with management's responses. A detailed listing of the audit results was provided to the line of business manager at our exit meeting. Thank you for this opportunity to report the results of our internal audit process. We wish to also thank the Mortgage Warehouse Lending staff for their cooperation and assistance during the audit.

The Mortgage Warehouse Lending internal audit at Colonial Bank resulted in two findings, as follows:

| Finding Number | Nature of Finding | Risk Rating | Repeat/ Partial Repeat Finding |
|---|---|---|---|
| 1 | Wire Transfer Agreements needed to be revised to include language for customers using Universal File Transfers (UFT). | 2 | |
| 2 | Documentation for the approval of overdrafts needed improvement. | 3 | |

Risk Rating Scale:
(1 – most important)
(5 – least important)

Based on the results noted above, the overall control environment remains strong. Management should focus on obtaining updated Wire Transfer Agreements for all customers and ensuring proper approval of all overdrafts occurs.

This audit report has received an overall rating of **Satisfactory** from your General Auditor. A Satisfactory rating is defined as follows:



Confidential treatment requested by
Crowe Horwath LLP

CH 04922

COLONIAL BANCGROUP, INC.

INTERNAL AUDIT REPORT

MORTGAGE WAREHOUSE LENDING

---

The controls in place are adequate to maintain a level of risk which, in our opinion, is acceptable under the circumstances. We may make several recommendations for further strengthening of controls and/or efficiencies in operation, but we do not consider the overall risk to be greater than prudent bankers would be willing to accept in the normal course of business.

---

Crowe

-2-


Colonial
BancGroup

Confidential treatment requested by
Crowe Horwath LLP

CH 04923

COLONIAL BANCGROUP, INC.
INTERNAL AUDIT REPORT
MORTGAGE WAREHOUSE LENDING

## II. Internal Audit Scope

The scope of our internal audit included monitoring controls over Mortgage Warehouse Lending activity, managing customer relationships, processing and recording transactions, safeguarding of assets, and regulatory compliance. Internal controls over Mortgage Warehouse Lending were evaluated through observation and interviews with various key personnel, as well as testing of selected transactions.

We performed the following tests and procedures:

- Reviewed the system of internal controls (operational, financial reporting, and compliance) by interacting with management throughout the business process to evaluate objectives, risks and the appropriate level of control. In addition, we performed tests, where appropriate, to determine if established controls were in place and functioning effectively.

- Updated the 2007-2008 Risk Assessment relative to the Mortgage Warehouse Lending process.

- Determined the current status of prior audit findings and related management action plans.

- Obtained and reviewed the most recent regulatory examination report and performed follow-up with management, as applicable, on action plans implemented to address issues relating to the business process.

- Reviewed all general ledger accounts relating to the business process to ensure a reconcilement was prepared and approved in a timely manner and mathematically correct. Determined that reconciling items were adequately described and, for selected accounts greater than $50,000 and in-process accounts, traced a sample of items to ensure validity and proper and timely clearance. Subsidiary and general ledger totals were verified for accuracy. Examined selected suspense items to determine validity.

- Reviewed the Securitization process and controls. Tested the accuracy of the nightly extract on 10 loans.

- Reviewed the Overdraft Reports as of the audit date for compliance with BancGroup policy regarding proper approval of overdrafts.

- Obtained the Bank's Loan Loss Adequacy Report and observed whether the information reported appeared adequate for management and the Board of Directors to monitor the status of a loan's collection efforts.

Crowe


Colonial BancGroup

Confidential treatment requested by Crowe Horwath LLP

CH 04924

COLONIAL BANCGROUP, INC.

INTERNAL AUDIT REPORT

MORTGAGE WAREHOUSE LENDING

- Reviewed the system-generated Aged Loan Report > 90 Days and the Shipped Not Paid > 45 Days reports for adequate monitoring and customer follow-up.  Ensured Bailment Violation letters were sent on appropriate aged loans.

- Reviewed the process for monitoring of financial statements and obtaining past due financial statements.  Tested a sample of 10 credit files for updated financial information for the facility and guarantors.

- Obtained the Loans-in-Process outstanding items reports for the last business day of the previous three months preceding our audit date and reviewed with management for suspicious patterns and stale items.  Documented and assessed monitoring controls over the Loans-in-Process account.

- Selected a sample of 20 Collateral Packages and reviewed for proper documentation to release an advance, a completed Loan Advance Request, correct Investor information and proper coding.

- Reviewed the controls over incoming and outgoing wire transfers.

- Selected a sample of 20 outgoing wires and traced to a properly completed wire authorization form from the customer and a corporate resolution or wire agreement with the signature of the authorizing person.  Ensured two Bank employees with the proper authority levels signed the wire request.

- Selected a sample of 10 incoming wires to ensure funds were posted to the appropriate account in a timely manner.

- Reviewed the status of internal compliance officer reviews and internal compliance officer functions.

- Performed testing of Sarbanes-Oxley 404 key controls.

Crowe


Colonial BancGroup

Confidential treatment requested by Crowe Horwath LLP

CH 04925

COLONIAL BANCGROUP, INC.

INTERNAL AUDIT REPORT

MORTGAGE WAREHOUSE LENDING

## III. Audit Findings, Recommendations and Action Plans

**Finding #1: Wire Transfer Agreements**
**Risk Rating: 2**

All wire transfer requests should be accepted and processed in accordance with the security procedures outlined in the Wire Transfer Agreement that is signed by the customer.

We noted the majority of the wire transfer requests in the Mortgage Warehouse Lending (MWL) Division were submitted by customers using an electronic Universal File Transfer (UFT) website download. At the end of the day, the mortgage customer faxed in a signed Confirmation of Electronic Advance Request form recapping loan name, number, and amount of all their wires originated via the UFT. This security method deviated from any agreed upon security procedures described in the Bank's Wire Transfer Agreement that had been signed by many of MWL's customer. Management had revised Wire Transfer Agreements to allow customers to submit wire requests through an electronic UFT download and the MWL Division had the new agreements on hand and used them for a few new customers. However, management had not contacted their existing customers and executed new agreements to comply with this means of submission.

**Implication**

The Bank is subject to an increased potential for loss due to the fact they may be held liable for losses attributable to inappropriate wire transfers executed when the accepted wire transfer agreements have not stipulated the responsibilities and obligations of each party.

**Recommendation**

We recommend management ensure all customers using an electronic UFT download for wire transfer requests execute the new Wire Transfer Agreement, which allows for this type of security procedure.

**Management Action Plan**

The Wire Transfer area has already begun using the revised Wire Request Forms and Agreements for new customers. Existing customers will be contacted and revised Agreements will be executed.

**Individual Responsible:** Kristine Finger
**Due Date:** September 30, 2007

Crowe


Colonial BancGroup

Confidential treatment requested by Crowe Horwath LLP

CH 04926

COLONIAL BANCGROUP, INC.

INTERNAL AUDIT REPORT

MORTGAGE WAREHOUSE LENDING

---

**Finding #2: Overdraft Approval**
**Risk Rating: 3**

All overdrafts should be properly approved by authorized individuals within established limits.

During our review of all overdrafts (39) that occurred in May 2007, we noted eight that were categorized as "Analyst Errors". Of these eight, four were greater than $100,000 - with the largest being $257,522. In daily practice, overdrafts due to an internal Colonial analyst error did not have an Overdraft Approval Form completed. Also, within the last few months the overdraft approval process for when the Division Director was absent from the office was to provide a written email to the Director. The email request, omitted overdrafts caused by analyst error. These overdrafts were not approved by an officer or committee because they were deemed by management to not be true overdrafts in the sense that they were not unsecured extensions of credit to the customer.

**Implication**

The Bank may be subject to loss due to unauthorized or inappropriate overdrafts without adequate and sufficient approval.

**Recommendation**

We recommend management ensure all overdrafts, regardless of cause, are properly documented and approved within limits of the approving officer or committee.

**Management Action Plan**

All overdrafts, regardless of cause, will be approved on a daily basis by a properly authorized individual.

**Individuals Responsible:** Cathie Kissick and Compliance Personnel

**Due Date:** Complete

Confidential treatment requested by Crowe Horwath LLP

CH 04927