IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,<br><br>        Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:11-cv-00746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>        Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:12-cv-00957-WKW |

**DECLARATION OF ERNST MICHAEL THOMAS**

STATE OF GEORGIA, COUNTY OF FULTON

**ERNST MICHAEL THOMAS**, being of lawful age and duly sworn, deposes and says:

    1.    I am a partner at the accounting firm of Crowe Horwath LLP ("Crowe"), which is a defendant in the above-captioned actions.

1

2. The information herein is true and correct to the best of my own personal knowledge and belief.

3. I joined Crowe as a partner in 2002.

4. I have never been engaged to perform an audit of financial statements pursuant to Generally Accepted Auditing Standards ("GAAS") while at Crowe.

5. From 2002 through 2009, I was the Crowe partner responsible for the outsourced internal audit services provided to Colonial BancGroup, Inc. ("CBG").

6. On the CBG engagement, Crowe was never engaged to perform an audit of CBG's financial statements.

7. The outsourced internal audit services Crowe performed for CBG were not governed by GAAS.

8. Crowe's engagement letters with CBG do not provide that Crowe's services are governed by GAAS and neither CBG's General Auditor, Young Boozer III, or CBG's Internal Audit Liaison, Tommy Tynes, ever stated to me that Crowe's services were governed by GAAS.

9. On the CBG work, I did not consult Crowe's GAAS audit manuals. I also am unaware of any instance in which any member of the Crowe engagement team referred to those GAAS manuals in connection with the CBG work.

10. Crowe's CBG internal audit workpapers do not contain any reference to Crowe's GAAS audit manuals.

11. During the period in which Crowe performed services for CBG, I never saw any Crowe generated internal manuals or internal written pronouncements for outsourced internal audit work.

12. The programs detailing the procedures Crowe performed in connection with the CBG outsourced internal audit engagement were developed in consultation with, and subject to the overall direction and approval of, the CBG General Auditor or Internal Audit Liaison.

13. The programs Crowe used in connection with the CBG outsourced internal audit engagement appear in Crowe's workpapers, which were reviewed and approved by various regulators of CBG.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 17, 2015

*/s/ Ernst Michael Thorne*

3