IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP,<br><br>Defendants. | Case No. 2:11-cv-00746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | Case No. 2:12-cv-00957-WKW |

## DECLARATION OF MICHAEL YATES

STATE OF INDIANA, COUNTY OF ST. JOSEPH

Michael Yates, being of lawful age and duly sworn, deposes and says:

1. I am a partner at Crowe Horwath LLP ("Crowe"), which is a defendant in the above-captioned actions, and I work in Crowe's Assurance Professional Practice group, which is similar to what other firms refer to as their national office.

2. The information herein is true and correct to the best of my own personal knowledge and belief.

3. I am one of the individuals responsible for maintaining and updating Crowe's audit manuals and programs that relate to its external audits of financial statements pursuant to Generally Accepted Auditing Standards ("GAAS").

4. Crowe's GAAS audit manuals and programs are not intended for, or used by Crowe in the performance of, outsourced internal audit services or any other service other than the performance of external audits of financial statements pursuant to GAAS.

5. Crowe's GAAS audit manuals and programs are proprietary.

6. Crowe invests significant resources into maintaining its GAAS audit manuals and programs, and Crowe takes steps to ensure its GAAS audit manuals are not distributed outside of Crowe. The external distribution of Crowe's GAAS audit manuals would be detrimental to Crowe's business by harming Crowe's ability to compete with other accounting firms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 17, 2015                          _____