IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:11-cv-00746-WKW |
| PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:12-cv-00957-WKW |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF LISA ROEN

STATE OF ILLINOIS, COUNTY OF DUPAGE

Lisa Roen, being of lawful age and duly sworn, deposes and says:

    1.    I am the Learning and Talent Development Leader for Crowe Horwath LLP ("Crowe"). I have held this position since 2008.

1

2.     Crowe's Learning Group is responsible for maintaining the Crowe-created instruction materials for Crowe personnel in the course of their work.

3.     The information herein is true and correct to the best of my own personal knowledge and belief.

4.     I have overseen a reasonable, good-faith inquiry into the existence of Crowe-created instruction manuals for outsourced internal audit services for the period 2002 through 2009. Through my inquiry, I have not found any such materials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 17, 2015                             _/s/ Lisa M Roen_