IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:11-cv-746-WKW-TFM<br>)<br>)<br>)<br>)<br>)<br>) |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:12-cv-957-WKW-TFM<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Upon consideration of the Motion to Compel filed by Plaintiff Federal Deposit Insurance Corporation, as Receiver for Colonial Bank ("FDIC-R"), (Doc. 167), it is

ORDERED that on or before September 10, 2015, Defendant Pricewaterhouse Coopers LLP show cause on or before September 10, 2015, why this Motion is not due to be granted.

 DONE this 27th day of August, 2015.

                                          /s/Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE