# EXHIBIT B

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Leslie M. Bassett
Direct Dial: +1 404 572 2807
Direct Fax: +1 404 572 5100
lbassett@kslaw.com

September 3, 2015

**VIA EMAIL**

Tony Kirkwood
Mullin Hoard & Brown, LLP
Amarillo National Plaza, Two, Suite 800
500 South Taylor, Lobby Box #213
Amarillo, Texas 79101-2445

   Re: *The Colonial BancGroup, Inc. v. PricewaterhouseCoopers LLP*,
     Case No. 2:11-cv-00746 - Lead Case

Dear Mr. Kirkwood:

  On behalf of Defendant PricewaterhouseCoopers LLP ("PwC"), I have enclosed an index of PwC Learning and Development courses for the period from mid-2007 through December 31, 2009.

  Consistent with the parties' approach to other PwC internal training materials, we are producing this index so that you may identify materials that you would like us to search for and produce, if available. There are 3,438 items listed on the chart; because of the significant burden in searching for materials associated with these items, we have not yet conducted a search for those materials. If you identify a reasonable number of items that you would like us to search for, we evaluate whether those materials fairly relate to this case, conduct a reasonable search for materials that are associated with them, and produce the results of that search. These materials are general use; that is, like other internal manuals, guidance, and training that PwC prepares for its professionals, they were not developed specifically for PwC's engagements to audit Colonial's financial statements, and may or may not have been utilized by the PwC professionals working on those engagements. Nonetheless, we are amenable to the process described above for searching for and producing additional documents to the FDIC-R.

  Please note that PwC has designated this document confidential under the October 24, 2014 Amended Protective Order in this case.

Tony Kirkwood
September 3, 2015
Page 2

      If you have any questions or wish to discuss this index, please do not hesitate to contact me.

                        Sincerely,

                        Leslie M. Bassett

Enclosures

cc:    Elizabeth V. Tanis (via email)
       Drew. D. Dropkin (via email)
       Meredith Moss (via email)
       Elizabeth Adler (via email)