IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants.<br>_____ | Case No. 2:11-cv-00746-WKW<br>LEAD CASE |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants. | Case No. 2:12-cv-00957-WKW |

**PRICEWATERHOUSECOOPERS LLP'S REQUEST FOR ORAL ARGUMENT ON THE FDIC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

PricewaterhouseCoopers LLP ("PwC") respectfully requests oral argument on the Motion to Compel the Production of Documents ("Motion") filed by the Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC").

The FDIC's Motion asks the Court to compel PwC to produce documents that a federal statute prohibits from being disclosed in civil litigation in state or federal court. The Motion asks that PwC be ordered to produce documents that are further protected from disclosure by privileges held by its audit clients that are not parties to or involved in this lawsuit in any way, and are irrelevant to this lawsuit. For these reasons, set forth more fully in PwC's Response in Opposition, PwC believes oral argument would

be helpful to the Court, and PwC respectfully requests that Magistrate Judge Moorer set a hearing for oral argument on the Motion.

Respectfully submitted, this 10th day of September, 2015.

/s/ Meredith Moss
Meredith Moss
(Washington, DC Bar No. 484108)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC  20006-4707
Telephone:  (202) 626-2916
Facsimile:   (202) 626-3737
Email:       mmoss@kslaw.com
   -and-
Elizabeth V. Tanis
etanis@kslaw.com
Drew D. Dropkin
ddropkin@kslaw.com
James N. Gorsline
jgorsline@kslaw.com
Juanita Passyn Kuhner
jkuhner@kslaw.com
David Tetrick, Jr.
dtetrick@kslaw.com
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA  30309
   -and-
Geoffrey Michael Ezgar
gezgar@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA  94304
   -and-
Richard T. Marooney, Jr.
rmarooney@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-2601
   -and-
Bradley J. Lingo
blingo@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC  28202
   -and-
Tabor Robert Novak, Jr.
tnovak@ball-ball.com
BALL BALL MATTHEWS & NOVAK PA

P.O. Box 2148
Montgomery, AL  36102-2148

**ATTORNEYS FOR DEFENDANT
PRICEWATERHOUSECOOPERS LLP**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2015, a true and exact copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record:

| | |
|---|---|
| Rufus T. Dorsey, IV<br>Ronald T. Coleman, Jr.<br>C Edward Dobbs<br>PARKER, HUDSON, RAINER & DOBBS, LLP<br>285 Peachtree Center Avenue, NE<br>1500 Marquis Two Tower<br>Atlanta, GA 30303<br>rtd@phrd.com<br>rtc@phrd.com<br>ced@phrd.com<br>***Attorneys for Plaintiffs*** | Jonathan C. Medow<br>Stanley J. Parzen<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>jmedow@mayerbrown.com<br>sparzen@mayerbrown.com<br>***Attorneys for Defendant Crowe Horwath, LLP*** |
| Christopher A. Caserta<br>Nicholas J. DiCarlo<br>DICARLO CASERTA MCKEIGHAN PLC<br>6900 E. Camelback Road, Suite 250<br>Scottsdale, AZ 85251<br>ccaserta@dcmplaw.com<br>ndicarlo@dcmplaw.com<br>***Attorneys for Plaintiffs*** | James Harold Anderson<br>COPELAND, FRANCO, SCREWS & GILL, P.A.<br>P.O. Box 347<br>Montgomery, AL 36101-0347<br>anderson@copelandfranco.com<br>***Attorney for Defendant Crowe Horwath, LLP*** |
| Andrew P. Campbell<br>Justin G. Williams<br>Caroline Smith Gidiere<br>CAMPBELL GUIN WILLIAMS GUY & GIDIERE<br>520 N. 20th Street, Suite 2000<br>Birmingham, AL 35203<br>Andy.Campbell@Campbellguin.com<br>Justin.Williams@Campbellguin.com<br>Caroline.Gidiere@Campbellguin.com<br>***Attorneys for Plaintiffs*** | Dennis Bailey<br>RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br>drb@rushtonstakely.com<br>***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank*** |

David Mullin
John M. Brown
John G. Turner, III
Robert Bell
Clint R. Latham
Richard Biggs
Anthony W. Kirkwood
MULLIN, HOARD & BROWN, LLP
500 South Taylor, Suite 800
Amarillo, TX 79101
dmullin@mhba.com
jmb@mhba.com
jturner@mhba.com
rbell@mhba.com
clatham@mhba.com
rbiggs@mhba.com
tkirkwood@mhba.com
***Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

Matthew Jason Ford
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL  35244
mford@baileyglasser.com
***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

*s/Meredith Moss*
Meredith Moss (NY Bar No. 4076246;
DC Bar No. 484108)
*admitted pro hac vice*