# EXHIBIT C

## Ry Ellison

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Thursday, May 14, 2015 5:19 PM |
| **To:** | Bassett, Leslie (LBassett@KSLAW.com); Dropkin, Drew (DDropkin@KSLAW.com) |
| **Cc:** | David Mullin; John Turner |
| **Subject:** | Discovery issues and follow-up regarding last week's call |

Leslie/Drew,

I wanted to follow up with you regarding our call on Monday of last week and get a status update with respect to the issues you were going to address with PwC. In addition, while I greatly appreciate your willingness to discuss the specific issues we have raised, I still do not have a comfort level with respect to the written responses to our requests for production and PwC's production of documents thus far.

With respect to our call, my understanding was that we reached the following agreements with respect to specific issues discussed:

1) Work papers: prior to the call you provided us with the bates ranges for the complete sets of work papers by quarter and year. Thus, unless there is some issue with respect to the content or format of the work papers identified, that issue has been resolved.
2) Audit Manuals: We received your TBW production of portions of PwC's Audit Manuals after a prior call discussing that issue. We agreed that this issue was resolved, subject to our review and request for additional Audit Manual sections that may not have been produced.
3) Other Manuals/Training/Guidance materials regarding the detection of fraud. My concern was whether PwC had produced such materials as part of the TBW production, and specifically mentioned that there was press about a draft staff audit manual regarding the detection of fraud, as well as training programs implemented with respect to the detection of fraud, but I could not determine whether such materials were produced in the TBW production or, if so, where in the production. My understanding was that you were going to discuss this with PwC.
4) Some type of identification of the TBW production. My understanding was that you were going to discuss with PwC whether they would be willing to provide any information regarding the nature of the documents produced and where responsive documents could be located.
5) Consultations: My understanding is that you have produced all consultation related documents with respect to Colonial Bank consultations regarding the FAS 140 issues. PwC will not, however, produce consultation documents relating to other clients addressing FAS 140 issues, nor will it produce such documents in a redacted form with respect to client identity.
6) Personnel files: My understanding is that these will be in a subsequent production, but generic information, such as health insurance information, would not be produced. We agreed that we would review the production and notify you of any issues as to content or additional files we would like produced.

Although we didn't discuss this on the same call, earlier that morning Leslie and I discussed a potential technical issue with the production involving a large gap in the bates numbering between documents. I understood that y'all were going to look into that issue to determine whether there was a production issue (on either your end or ours) or if, instead, the gap was intended (for example, if these documents were previously withheld documents that were later produced and thus out of order). If you could let me know the status of addressing this issue, it would be very much appreciated.

Turning to my general concerns regarding the responses to our requests for production and PwC's TBW production, the primary issue I have is that I can't tell from the responses whether there are issues we need to discuss with respect to the specific requests. While each response has numerous objections, both general and specific, I can't tell if you are withholding documents, producing documents, or producing some limited subset of documents. I know that there are differing opinions with respect to what occurred on a prior call with John Brown and others, but from our perspective that call made it clear that before we could have a more meaningful discussion we needed to get a better grasp on the contents of the production, which to a certain extent we have done and are continuing to do. However, it is now clear that we need your assistance as set forth in item 4 above.

In any event, it seems that the only way to address this is to address each of our requests so that we are clear on what PwC is or is not producing in response. I have been trying to think of the easiest way to handle this and, while open to other suggestions, one way to streamline the process would be for you to identify those requests in relation to which PwC has either limited its responsive production or does not intend to make a responsive production. By doing so, we will all be clear as to which requests may require further discussion. With respect to those requests, if any, that PwC intends to produce responsive documents but has not yet done so, please let me know when we can expect to receive that production. An example of this would be the personnel files, mentioned above. With respect to personnel files my understanding is that PwC intends to produce personnel files, but is limiting that production to certain personnel and is redacting certain information. Knowing this information allows me to analyze whether we have any issue with those limitations, but leaves open the question of when we will receive that production.

Finally, as we briefly discussed on the phone, I am unclear as to how documents and ESI were gathered and from what sources (other than your provision of a list of custodians and search terms that were applied pursuant to whatever agreements were made between you and other parties in the Florida litigation). I very much appreciate your invitation to submit questions on this topic for your review. Given the timing, however, I think it will be easiest for me to go ahead and send you a 30(b)(6) notice identifying the topics I am interested in and getting a date or dates scheduled. While I hope we can work through those topics and either limit the scope of the deposition, or avoid it entirely, this would give us a framework for discussions and avoid further delay if a deposition is ultimately required.

Please let me know your thoughts as soon as possible and you have any questions please do not hesitate to contact me.

Thanks.
Tony


**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

2