# EXHIBIT D

# Tony Kirkwood

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Friday, April 17, 2015 3:21 PM |
| **To:** | 'LBassett@KSLAW.com' |
| **Cc:** | Dropkin, Drew (DDropkin@KSLAW.com); John Turner |
| **Subject:** | Document Production |

Leslie,

I just wanted to follow up with you regarding our April 1st call regarding PwC's productions and highlight a few additional topics I think we need to start figuring out. As I mentioned on that call, I have been trying to get my arms around the various productions we have received from y'all with respect to both content and location of documents. If you have some time to talk about early next week, I would very much appreciate it.

With respect to following up on our call, it was my understanding that you were going to follow up on several topics. The first, and more general, was whether and to what extent you could provide me with any guidance as to the content of the documents produced. As I mentioned, I am having a great deal of difficulty figuring out what types of documents are in what productions, the bates ranges of specific types of documents, such as work papers, and so forth. Have you had any luck finding out what y'all will be allowed to provide us in that respect?

I also raised a couple specific document categories that I felt needed to be addressed as soon as possible. The first was the 2002-2005 work papers. I think you mentioned that they were in the production. What I need to know is the bates ranges where I can find a complete set of work papers for the 2002-2005 quarterly reviews and end of year audits. I also noticed that the 2000-2001 production of work papers, at least the recent 2000-2001 production that was separated out from the other productions, was very limited in nature. Can you let me know if a complete set of those work papers is anywhere else in the production?

The other item we discussed was the production of audit manuals. You mentioned that portions of those manuals had been produced in the TBW production. I have not located those, but did receive a production from you after the call of roughly 13,000 pages of the 2002-2008 audit manuals (I think I have those dates right). I have been working to determine the specific sections of the audit manuals we will need so I will need to cross-reference that with the produced sections to determine whether the production covers those sections. Do you have an index of the sections produced so that I can compare the two to see if we need any other parts of the manuals?

As to other topics I think we need to discuss, from what I can tell, you have not produced documents in response to our requests for production. I would like to discuss when we can expect production and, to try and head off any issues, the manner in which production will be made. To the extent that you are able to identify the documents in previous productions that are responsive to the requests, I have no problem reaching an agreement that there is no need to reproduce documents that can be identified by bates number, but I do think we can avoid a lot of issues by discussing how this will be done up front. In addition to the items discussed above, some of the categories I know I would like to start addressing are time records of persons who worked on the Colonial matter, expense reports, the identity of persons who worked on the sale accounting issues, whether through consultations or on the audit team, and documents relating to FAS 140 consultations generally, as well as documents addressing the detection of fraud, such as training documents, manuals, and other materials addressing fraud detection in the context of audits.

I'm sorry if it sounds like I'm bombarding you, but I know that we have a lot to work through and wanted to give you advance notice of my thoughts thus far and get the ball rolling.

Let me know your thoughts on a good time to talk.

1

Thanks.
Tony


**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.