# EXHIBIT E

# Ry Ellison

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Thursday, July 23, 2015 10:04 AM |
| **To:** | 'Moss, Meredith' |
| **Cc:** | Bassett, Leslie; John Turner |
| **Subject:** | RE: PwC |

Meredith,

I know you are traveling today, but I thought I'd mention the issue of manuals, training materials, and guidance again to keep it fresh in your mind. The e-mail below addresses those materials with respect to the detection of fraud and provided an example I had given to Drew and Leslie some time back that he was following up on. In reviewing the documents we have been receiving, I have come across some additional information that I'd like to mention. I haven't looked back at my notes, but as I recall one of Drew's objections with respect to these types of materials revolved around breadth, vagueness, and relevancy, and that PwC wouldn't know where to start looking in order to identify and produce responsive materials.

In looking over the recent productions, I think I have located at least a couple sources of guidance that PwC's auditors look to with respect to issues that come up during an audit (for example, sales accounting issues or the detection of fraud). I have run across various references to PwC Audit Tips. For example, in PwC's Fraud Risk Assessment Memos there is a reference to "the guidance included in PwC Audit Tip 08/10, 'Performing and Documenting Our Fraud Risk Assessment' when completing the Fraud Risk Assessment Memo ('Fram')." In trying to trace that Audit Tip down, I found a Spring 2008 document titled "PwC Quality Updates: Simplifications and Improvements" that addresses a variety of topics, including "Best Practice Audit Tips," as well as a "complete listing of PwC Audit Tools and Tips released since the last PwC Quality Updates: Fall 2007." This is located at PWC-CBG-TBW02038494.

I have tried to locate in the production lists of the audit tips and best practices, the tips and practices themselves, and the quality updates, but haven't had much luck. Do you know if these have been produced and, if so, where they may be? If not, it seems like these are kept in a pretty orderly fashion with update lists sent around a couple times a year. Can you check whether PwC is willing to produce any of this material?

Also, if you have any kind of update on PwC's position on the Staff Audit Manual regarding the detection of fraud mentioned below, it would be appreciated.

Thanks and I'll forward to talking to you tomorrow. I know you are traveling today, but wanted to get this out to y'all.

Thanks.
Tony


Tony Kirkwood
Mullin Hoard & Brown, LLP


-----Original Message-----
From: Tony Kirkwood
Sent: Monday, July 06, 2015 9:53 AM
To: 'Moss, Meredith'

1

Cc: Bassett, Leslie; John Turner
Subject: RE: PwC

Meredith,

One other item that I would appreciate an update on is the status of y'alls discussions with PwC with respect to the production of internal manuals, guidance and training materials regarding the detection of fraud. I raised this issue early on, before you were involved I believe, as a topic we needed to discuss. Given concerns over what was meant by this request I mentioned as examples a draft staff training manual regarding the detection of fraud (I think it was approximately 200 pages at one time) that was prepared by PwC, as well as training programs PwC implemented regarding the detection of fraud. During a subsequent call (I'd have to look back at my notes to give you an exact date), my understanding from Drew was that he was still talking to PwC about this, but that it appeared that the manual was not for general auditors and they were unlikely to produce it, but that y'all were still talking to PwC about this issue and these types of materials.

If you can give me an update regarding the status of those discussions and PwC's position regarding production of manuals/guidance/training materials regarding the detection of fraud that would be helpful as well.

Thanks.
Tony

Tony Kirkwood
Mullin Hoard & Brown, LLP


-----Original Message-----
From: Moss, Meredith [mailto:MMoss@KSLAW.com]
Sent: Monday, July 06, 2015 9:15 AM
To: Tony Kirkwood
Cc: Bassett, Leslie; John Turner
Subject: RE: PwC

Tony, the joint defense call has been moved to tomorrow, but we would still like to talk today about the topics we discussed three weeks ago. Leslie and I will plan to call you at 2 Central unless a different time would be better. Thanks.

-----Original Message-----
From: Tony Kirkwood [mailto:tkirkwood@mhba.com]
Sent: Wednesday, July 01, 2015 6:16 PM
To: Moss, Meredith
Cc: Bassett, Leslie; John Turner
Subject: RE: PwC

I don't think I'll be on that call but I'm right down the hall from John so he can grab me after that call breaks up. I certainly appreciate the offer though.

Tony Kirkwood
Mullin Hoard & Brown, LLP


-----Original Message-----
From: Moss, Meredith [mailto:MMoss@KSLAW.com]
Sent: Wednesday, July 01, 2015 5:00 PM

2

To: Tony Kirkwood
Cc: Bassett, Leslie; John Turner
Subject: RE: PwC

Thanks, Tony. That works for us. I'm not sure how long that 2 pm Central call will last - are you planning to join that call as well? If you're not, I'm happy to send you an email when it's wrapping up.

-----Original Message-----
From: Tony Kirkwood [mailto:tkirkwood@mhba.com]
Sent: Wednesday, July 01, 2015 5:49 PM
To: Moss, Meredith
Cc: Bassett, Leslie; John Turner
Subject: RE: PwC

In talking to John, I understand that there may be a call at 2 pm on Monday, although with a larger group. How about we have our call about fifteen minutes after that call ends?

Tony Kirkwood
Mullin Hoard & Brown, LLP

-----Original Message-----
From: Moss, Meredith [mailto:MMoss@KSLAW.com]
Sent: Tuesday, June 30, 2015 10:51 AM
To: Tony Kirkwood
Cc: Bassett, Leslie; John Turner
Subject: Re: PwC

Thanks Tony. I agree it likely makes more sense to talk after you've talked with your client, so Monday sounds good. Leslie and I can be available any time, so pick a time that works for you. In the meantime, if there are pieces of information that we can work on this week in advance of Monday's call, please let us know.


On Jun 30, 2015, at 10:53 AM, Tony Kirkwood <tkirkwood@mhba.com<mailto:tkirkwood@mhba.com>> wrote:

Merideth,

Just left you a voicemail. I've added John to this e-mail as well because I understand y'all just had a call on the flip-side of the discovery discussions and wanted to loop him in so he can participate in our next call if he'd like. In any event, I mentioned on the voicemail that I have a call scheduled with my client late this week to discuss our requests for production (y'alls objections to each of the requests and the extent to which we will be willing to narrow individual requests) and, in conjunction with that, our 30(b)(6) deposition notice.

I am happy to visit before then, but I really think it would be more fruitful to talk following that call. How does your schedule look on Monday?

Let me know.

Thanks.
Tony

Tony Kirkwood

3

Mullin Hoard & Brown, LLP

From: Moss, Meredith [mailto:MMoss@KSLAW.com]
Sent: Monday, June 29, 2015 3:59 PM
To: Tony Kirkwood
Cc: Bassett, Leslie
Subject: RE: PwC

Thanks, Tony – having never been to Amarillo myself, I can't fault you for running out to try to meet up with your old friend, and hope that you're able to catch him before he leaves. I'm happy to talk tomorrow – I'm tied up in the afternoon, but morning should work, and I'm pretty open on Wednesday as well. Thanks.

Meredith

From: Tony Kirkwood [mailto:tkirkwood@mhba.com]
Sent: Monday, June 29, 2015 4:49 PM
To: Moss, Meredith
Cc: Bassett, Leslie
Subject: RE: PwC

Hey Meredith,

Sorry I missed your call, I had an old friend and law school classmate leave me a message that he was in Amarillo for a couple hours so I have been running around trying to track him down before he leaves (believe it or not, people don't happen to stop by Amarillo all that often so I try to catch them when they do). I will give you a call either later this afternoon or, given the time, tomorrow, to update you on our status.

Thanks.
Tony

Tony Kirkwood
Mullin Hoard & Brown, LLP

From: Moss, Meredith [mailto:MMoss@KSLAW.com]
Sent: Monday, June 29, 2015 3:19 PM
To: Tony Kirkwood
Cc: Bassett, Leslie
Subject: PwC

Hi Tony – just tried to reach you by phone to follow up on the conversation that you, Leslie and I had on June 18. My memory of the way we left things was that you were continuing to work on the list of the information that you would like to get from us regarding PwC's responses to the FDIC's RFPs, which you'd discussed with Leslie and Drew Dropkin at the end of May, and you were hoping to get us that document last week. Do you have any update on when we can expect to receive that document? As I said on the call, we'll work to respond to that as quickly as we can, and to prioritize getting you the information you are most interested in. My sense was that there are particular categories of information that you're most interested in that are more precise and narrower than the very broad topics listed in the 30b6 deposition notice that you sent, and as we discussed on the call, we are committed to doing this in the most efficient way possible, for all parties' sake.

We would be happy to talk by phone again if you'd like – thanks,

Meredith Moss

4

Meredith Moss
King & Spalding LLP
1700 Pennsylvania Ave., NW
Washington, D.C.  20006
202.626.2916
mmoss@kslaw.com<mailto:mmoss@kslaw.com>

_____

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.