# Exhibit F to be Filed Under Seal