# EXHIBIT G

# Tony Kirkwood

| | |
|---|---|
| **From:** | Moss, Meredith <MMoss@KSLAW.com> |
| **Sent:** | Tuesday, August 04, 2015 10:55 AM |
| **To:** | Tony Kirkwood |
| **Cc:** | Bassett, Leslie |
| **Subject:** | PwC Audit Tips & Tools |
| **Attachments:** | PwC Audit Tips & Tools index.pdf |

Tony, as we discussed, attached is an index listing the "PwC Audit Tips & Tools" issued by PwC. Note that the first such document was issued by the firm in early 2004, so the index begins there, and we have provided the list through 12/31/09, consistent with the cutoff date we have used in prior discovery in this case. If there are particular Tips & Tools issues that you would like PwC to produce, please let me know and we can discuss.
Please note that PwC has designated this document confidential under the protective order in this case.

Thanks,

Meredith

Meredith Moss
King & Spalding LLP
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
202.626.2916
mmoss@kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.