IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants.<br><br>―――<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants. | Case No. 2:11-cv-00746-WKW<br><br><br><br>Case No. 2:12-cv-00957-WKW |

### RESPONSE TO PRICEWATERHOUSECOOPERS LLP's REQUEST FOR ORAL ARGUMENT

Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC-R") responds to *PricewaterhouseCoopers LLP's Request for Oral Argument on the FDIC's Motion to Compel the Production of Documents* (Docket No. 176).

The FDIC-R does not believe that oral argument is necessary in this instance because the issue before the Court is a relatively straightforward discovery dispute over the production of documents that are relevant to key issues in this case and are not protected from disclosure.

RESPONSE TO PRICEWATERHOUSECOOPERS LLP'S REQUEST FOR ORAL ARGUMENT         1

Indeed, the briefing submitted by the parties provides a full record to decide this motion to compel. *See* Docket Nos. 167, 175, and 179. Nevertheless, to the extent the Court wants to hear oral argument, the FDIC-R does not oppose the request for oral argument made by PwC.

## CONCLUSION

For all of the reasons stated in the FDIC-R's Motion to Compel and Reply, the FDIC-R respectfully prays that this Court enter an order compelling PwC to produce the documents sought in that motion (Docket No. 167).

Dated:  September 30, 2015.

Respectfully submitted,

**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
Dennis Bailey (4845-171D)
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3234
Facsimile: (334) 481-0031
Email: DRB@rsjg.com

/s/ David Mullin
David Mullin (TX Bar No. 14651600)
*pro hac vice*
John M. Brown (TX Bar No. 3142500)
*pro hac vice*
John G. Turner, III (TX Bar No. 20320550)
*pro hac vice*
Robert Bell (TX Bar No. 00787062)
*pro hac vice*
Clint Latham (TX Bar No. 24013009)
*pro hac vice*
Anthony W. Kirkwood (TX Bar No. 24032508)
*pro hac vice*
Richard Biggs (TX Bar No. 24064899)
*pro hac vice*

**MULLIN, HOARD & BROWN, LLP**
500 South Taylor, Suite 800

                Amarillo, Texas  79101
                Telephone:  (806) 372-5050
                Facsimile:  (806) 372-5086
                Email:   dmullin@mhba.com
                           jobrown@mhba.com
                           jturner@mhba.com
                           rbell@mhba.com
                           clatham@mhba.com
                           tkirkwood@mhab.com
                           rbiggs@mhba.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on September 30, 2015, electronically as well as via U.S. first class mail to persons registered as of issuance of filing as set forth below:

    Drew D. Dropkin (ddropkin@kslaw.com)
    Elizabeth V. Tanis (etanis@kslaw.com)
    James H. Anderson (anderson@copelandfranco.com)
    Jonathan C. Medow (jmedow@mayerbrown.com)
    Stanley J. Parzen (sparzen@mayerbrown.com)
    Tabor R. Novak, Jr. (tnovak@ball-ball.com)
    Andrew P. Campbell (Andy.Campbell@Campbellguin.com)
    Caroline Smith Gidiere (Caroline.Gidiere@Campbellguin.com)
    Justin Glyien Williams (Justin.Williams@Campbellguin.com)
    Nicholas J. DiCarlo (ndicarlo@dcmplaw.com)
    Christopher A. Caserta (ccaserta@dcmplaw.com)
    C. Edward Dobbs (ced@phrd.com)
    Ronald T. Coleman, Jr. (rtc@phrd.com)
    Rufus T. Dorsey, IV (rtd@phrd.com)
    James N. Gorsline (jgorsline@kslaw.com)
    Juanita Passyn Kuhner (jkuyner@kslaw.com)
    Bradley J. Lingo (blingo@kslaw.com)
    Geoffrey M. Ezgar (gezgar@kslaw.com)
    David Tetrick, Jr. (dtetrick@kslaw.com)
    Meredith Moss (mmoss@kslaw.com)
    Richard T. Marooney, Jr. (rmarooney@kslaw.com)

                                                      /s/David Mullin