IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | CASE NO. 2:11-cv-746-WKW-TFM |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP<br><br>Defendants. | CASE NO. 2:12-cv-957-WKW-TFM |

**O R D E R**

Upon consideration of the Motion for Hearing on the Motion to Compel filed August 28, 2015 and the response and reply filed thereto (Doc. 174) and the Motion for Hearing on the Motion to Compel filed August 27, 2015 and the response and reply filed thereto (Doc. 176), it is

ORDERED that the Motions for Hearing (Docs. 174 and 176) be and are hereby GRANTED and that a hearing on these Motions be and hereby is set for Wednesday,

October 21, at 10:00 am in Courtroom 4A, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 1st day of October, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE