IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, <br><br>    Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, <br><br>    Defendants. | Case No. 2:11-cv-00746-WKW <br> **LEAD CASE** |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, <br><br>    Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, <br><br>    Defendants. | Case No. 2:12-cv-00957-WKW |

### PRICEWATERHOUSECOOPERS LLP's
### MOTION TO PERMIT FILING OF SUR-REPLY

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully requests that the Court permit PwC to file a brief Sur-Reply, attached as Exhibit A, in response to the Motion to Compel the Production of Documents filed by plaintiff the Federal Deposit Insurance Corporation as Receiver for Colonial Bank, for the reasons set forth in the Sur-Reply.

1

Respectfully submitted, this 9th day of October, 2015.

/s/ Meredith Moss
Meredith Moss
(Washington, DC Bar No. 484108)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC  20006-4707
Telephone:  (202) 626-2916
Facsimile:   (202) 626-3737
Email:       mmoss@kslaw.com
   -and-
Tabor Robert Novak, Jr.
tnovak@ball-ball.com
**BALL BALL MATTHEWS & NOVAK PA**
P.O. Box 2148
Montgomery, AL  36102-2148
   -and-
Elizabeth V. Tanis
etanis@kslaw.com
Drew D. Dropkin
ddropkin@kslaw.com
James N. Gorsline
jgorsline@kslaw.com
Juanita Passyn Kuhner
jkuhner@kslaw.com
David Tetrick, Jr.
dtetrick@kslaw.com
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA  30309
   -and-
Geoffrey Michael Ezgar
gezgar@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA  94304
   -and-
James P. Cusick
jcusick@kslaw.com
Richard T. Marooney, Jr.
rmarooney@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-2601
   -and-

2

Bradley J. Lingo
blingo@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC  28202

**ATTORNEYS FOR DEFENDANT
PRICEWATERHOUSECOOPERS LLP**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2015, a true and exact copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record:

| | |
|---|---|
| Rufus T. Dorsey, IV<br>Ronald T. Coleman, Jr.<br>C Edward Dobbs<br>PARKER, HUDSON, RAINER & DOBBS, LLP<br>285 Peachtree Center Avenue, NE<br>1500 Marquis Two Tower<br>Atlanta, GA 30303<br>rtd@phrd.com<br>rtc@phrd.com<br>ced@phrd.com<br>***Attorneys for Plaintiffs*** | Jonathan C. Medow<br>Stanley J. Parzen<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>jmedow@mayerbrown.com<br>sparzen@mayerbrown.com<br>***Attorneys for Defendant Crowe Horwath, LLP*** |
| Christopher A. Caserta<br>Nicholas J. DiCarlo<br>DICARLO CASERTA MCKEIGHAN PLC<br>6900 E. Camelback Road, Suite 250<br>Scottsdale, AZ 85251<br>ccaserta@dcmplaw.com<br>ndicarlo@dcmplaw.com<br>***Attorneys for Plaintiffs*** | James Harold Anderson<br>COPELAND, FRANCO, SCREWS & GILL, P.A.<br>P.O. Box 347<br>Montgomery, AL 36101-0347<br>anderson@copelandfranco.com<br>***Attorney for Defendant Crowe Horwath, LLP*** |
| Andrew P. Campbell<br>Justin G. Williams<br>Caroline Smith Gidiere<br>CAMPBELL GUIN WILLIAMS GUY & GIDIERE<br>520 N. 20th Street, Suite 2000<br>Birmingham, AL 35203<br>Andy.Campbell@Campbellguin.com<br>Justin.Williams@Campbellguin.com<br>Caroline.Gidiere@Campbellguin.com<br>***Attorneys for Plaintiffs*** | Dennis Bailey<br>RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br>drb@rushtonstakely.com<br>***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank*** |

David Mullin
John M. Brown
John G. Turner, III
Robert Bell
Clint R. Latham
Richard Biggs
Anthony W. Kirkwood
MULLIN, HOARD & BROWN, LLP
500 South Taylor, Suite 800
Amarillo, TX 79101
dmullin@mhba.com
jmb@mhba.com
jturner@mhba.com
rbell@mhba.com
clatham@mhba.com
rbiggs@mhba.com
tkirkwood@mhba.com
*Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank*

Matthew Jason Ford
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL  35244
mford@baileyglasser.com
*Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank*

*s/Meredith Moss*
Meredith Moss (NY Bar No. 4076246;
DC Bar No. 484108)
*admitted pro hac vice*