# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:11-cv-00746-WKW |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) ) | Case No. 2:12-cv-00957-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT CROWE HORWATH LLP'S MOTION FOR SUMMARY JUDGMENT AGAINST THE COLONIAL BANCGROUP, INC. AND KEVIN O'HALLORAN**

Defendant Crowe Horwath LLP ("Crowe") respectfully moves this Court, pursuant to Fed. R. Civ. P. 56, to grant summary judgment on the claims against it of The Colonial Bancgroup, Inc., as post-confirmation debtor, and Kevin O'Halloran, as plan trustee acting for and on behalf of the debtor (collectively, "CBG").

1

CBG brings claims against Crowe for breach of contract and negligence. Crowe is entitled to summary judgment on both because CBG is seeking only damages that it cannot recover. CBG's damages disclosures and the documents produced in discovery make clear that CBG seeks only consequential damages, but under the plain language of Crowe's engagement letters, CBG is barred from recovering any consequential damages from Crowe.

WHEREFORE, for the reasons stated herein and in Crowe's Brief in Support, Crowe respectfully requests that this Court grant summary judgment in its favor on all of CBG's claims against Crowe.

September 14, 2015                                                    Respectfully submitted,

                                                                      *s/ James Anderson*

Stanley J. Parzen                                                     James Anderson (ANDE4440)
Jonathan C. Medow                                                     COPELAND FRANCO SCREWS & GILL
Justin A. McCarty                                                     444 South Perry Street
MAYER BROWN LLP                                                       Montgomery, AL 36104
71 South Wacker Drive                                                 P: (334) 834-1180
Chicago, IL  60606-4637                                               Anderson@copelandfranco.com
P:  (312) 782-0600
sparzen@mayerbrown.com
                                                                      *Attorneys for Crowe Horwath LLP*

2