# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:11-cv-00746-WKW |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) ) | Case No. 2:12-cv-00957-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT CROWE HORWATH LLP'S MOTION FOR SUMMARY JUDGMENT AGAINST THE FEDERAL DEPOSIT INSURANCE CORPORATION**

Defendant Crowe Horwath LLP ("Crowe") respectfully moves this Court, pursuant to Fed. R. Civ. P. 56, to grant summary judgment on the claims of the Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Colonial Bank (the "Bank"), against Crowe.

The FDIC's claims against Crowe, which all allege negligence, are barred for two independent reasons. First, the FDIC's claims are barred as a matter of law because the FDIC

1

filed its claims more than two months after the applicable federal statute of limitations expired. Second, neither the FDIC nor the Bank, in whose shoes the FDIC purports to stand, were permitted to rely on Crowe's work as a matter of law because Crowe's engagement letters with Colonial Bancgroup, Inc. and Crowe's reports expressly prohibit third parties from relying on Crowe's work.

WHEREFORE, for the reasons stated herein and in Crowe's Brief in Support, Crowe respectfully requests that this Court grant summary judgment in its favor on all of the FDIC's claims against Crowe.

September 14, 2015                                          Respectfully submitted,

                                                            *s/ James Anderson*
Stanley J. Parzen                                           James Anderson (ANDE4440)
Jonathan C. Medow                                           COPELAND FRANCO SCREWS & GILL
Justin A. McCarty                                           444 South Perry Street
MAYER BROWN LLP                                             Montgomery, AL 36104
71 South Wacker Drive                                       P: (334) 834-1180
Chicago, IL  60606-4637                                     Anderson@copelandfranco.com
P:  (312) 782-0600
sparzen@mayerbrown.com

                                                            *Attorneys for Crowe Horwath LLP*

2