IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:11-cv-00746-WKW |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) ) | Case No. 2:12-cv-00957-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING EXHIBITS UNDER SEAL**

The Declaration of Justin A. McCarty, submitted concurrently with Defendant Crowe Horwath LLP's Motion to File Additional Summary Judgment Motions (Dkt. 185), attached five exhibits that have been designated confidential by The Colonial BancGroup, Inc., as post-confirmation debtor, and Kevin O'Halloran, as plan trustee acting for and on behalf of the debtor, or the Federal Deposit Insurance Company, as Receiver for Colonial Bank: Exhibit 10,

1

Exhibit 11, Exhibit 12, Exhibit 13, and Exhibit 14. Accordingly, these documents have been filed under seal pursuant to the Amended Protective Order (Dkt. 105).

October 14, 2015

Stanley J. Parzen
Jonathan C. Medow
Justin A. McCarty
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
P:  (312) 782-0600
sparzen@mayerbrown.com

Respectfully submitted,

*s/ James Anderson*
James Anderson (ANDE4440)
COPELAND FRANCO SCREWS & GILL
444 South Perry Street
Montgomery, AL 36104
P: (334) 834-1180
Anderson@copelandfranco.com

*Attorneys for Crowe Horwath LLP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2015, I caused a true and correct copy of the foregoing Notice of Filing Exhibits Under Seal to be served on the counsel identified below via email:

| | |
|---|---|
| C Edward Dobbs<br>Rufus T. Dorsey, IV<br>Ronald T. Coleman, Jr.<br>PARKER, HUDSON, RAINER & DOBBS, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, NE<br>Atlanta, GA 30303<br>rtd@phrd.com<br>rtc@phrd.com<br>ced@phrd.com<br>*Attorneys for Colonial BancGroup, Inc.* | Elizabeth V. Tanis<br>Drew Dropkin<br>David Tetrick, Jr.<br>KING & SPALDING LLP<br>1180 Peachtree St., NE<br>Atlanta, GA 30309<br>ETanis@KSLAW.com<br>DDropkin@KSLAW.com<br>DTetrick@KSLAW.com<br>*Attorneys for PricewaterhouseCoopers LLP* |
| Christopher A. Caserta<br>Nicholas J. DiCarlo<br>DICARLO CASERTA MCKEIGHAN & PHELPS PLC<br>6900 E. Camelback Road, Suite 250<br>Scottsdale, AZ 85251<br>ccaserta@dcmplaw.com<br>ndicarlo@dcmplaw.com<br>*Attorneys for Colonial BancGroup, Inc.* | Bradley J. Lingo<br>KING & SPALDING LLP<br>100 N. Tyron Street, Suite 3900<br>Charlotte, NC 28202<br>BLingo@KSLAW.com<br>*Attorney for PricewaterhouseCoopers LLP* |
| Andrew P. Campbell<br>Caroline Smith Gidiere<br>Justin Glyien Williams<br>CAMPBELL, GUIN, WILLIAMS, GUY & GIDIERE, LLC<br>520 N. 20th Street, Suite 2000<br>Birmingham, AL 35203<br>Andy.Campbell@Campbellguin.com<br>Justin.Williams@Campbellguin.com<br>Caroline.Gidiere@Campbellguin.com<br>*Attorneys for Colonial BancGroup, Inc.* | Richard T. Marooney, Jr.<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>rmarooney@KSLAW.com<br>*Attorney for PricewaterhouseCoopers LLP*<br><br>Tabor R. Novak, Jr.<br>BALL, BALL, MATTHEWS & NOVAK P.A.<br>RSA Dexter Avenue Building<br>445 Dexter Ave., Suite 9045<br>Montgomery, AL 36104<br>tnovak@ball-ball.com<br>*Attorney for PricewaterhouseCoopers LLP*<br><br>Meredith Moss<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 200<br>Washington, DC 20006<br>MMoss@KSLAW.com<br>*Attorney for PricewaterhouseCoopers LLP* |

| | |
|---|---|
| David Mullin<br>John M. Brown<br>John G. Turner, III<br>Robert Bell<br>Clint R. Latham<br>Richard Biggs<br>MULLIN, HOARD & BROWN, LLP<br>500 South Taylor, Suite 800<br>Amarillo, TX 79101<br>dmullin@mhba.com<br>jmb@mhba.com<br>jturner@mhba.com<br>rbell@mhba.com<br>clatham@mhba.com<br>rbiggs@mhba.com<br>tkirkwood@mhba.com<br>***Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank*** | Dennis Bailey<br>RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br>drb@rushtonstakely.com<br>***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***<br><br>Matthew Jason Ford<br>BAILEY & GLASSER, LLP<br>3000 Riverchase Galleria, Suite 905<br>Birmingham, AL 35244<br>mford@baileyglasser.com<br>***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank*** |

                *s/ James Anderson*
                *An Attorney for Crowe Horwath LLP*