IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-CV-957-WKW |
| PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

**ORDER**

The Order entered this date denying without prejudice the Motion for *Pro Hac Vice* Admission of Mark W. Ryan, Esq. is VACATED. (Doc. # 193.)

DONE this 29th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE