IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:12-CV-957-WKW |

## ORDER

Upon consideration of Defendant Crowe Horwath LLP's Motion to File Additional Summary Judgment Motions (Doc. # 185), and the Colonial BancGroup, Inc.'s Response (Doc. # 201), it is ORDERED that Defendant is permitted to file a reply brief on or before **November 17, 2015**.

DONE this 10th day of November, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE