# Exhibit F

# Ry Ellison

**From:** Tony Kirkwood
**Sent:** Wednesday, September 09, 2015 9:47 AM
**To:** Moss, Meredith (MMoss@KSLAW.com); Bassett, Leslie (LBassett@KSLAW.com)
**Subject:** Depositions

Meredith/Leslie,

I left y'all voicemails because I was hoping to touch base with you by phone post-deposition so we could regroup a bit, so let's plan on circling back together when y'all have a few minutes.

Separate from that, however, I am trying to find out where we are on getting deposition transcripts. In preparing for depositions, we saw that Lynn Turner and Dan Guy have been deposed but we haven't gotten those transcripts. If there is any way you can get me those relatively quickly it would be very much appreciated. I'm not sure if there are other depositions out there that we haven't yet received, but to the extent there are if you could let me know who they are and whether y'all have gotten the transcripts in I'd appreciate it.

Thanks.
Tony

**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.