# Exhibit G

# Ry Ellison

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Thursday, September 10, 2015 3:24 PM |
| **To:** | Moss, Meredith (MMoss@KSLAW.com); Bassett, Leslie (LBassett@KSLAW.com) |
| **Subject:** | Call regarding outstanding issues/deposition follow-up |

Meredith/Leslie,

To follow up on my earlier e-mail, do y'all have time for a relatively short call sometime tomorrow? I wanted to follow up with you post-deposition regarding some of the information requested and outstanding issues with respect to discovery and ESI. Either way, I'll shoot you a summary of the topics I have in mind tomorrow whether or not you have time for a call and we can circle back from there if necessary.

Also, I just wanted to make sure you got my earlier e-mail given that I am trying to find out the status of some of the deposition transcripts, such as those of Lynn Turner and Dan Guy, and we have depositions starting up again next week.

Let me know.

Thanks.
Tony

**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

1