# Exhibit I

# Tony Kirkwood

| | |
|---|---|
| **From:** | Moss, Meredith <MMoss@KSLAW.com> |
| **Sent:** | Monday, September 21, 2015 2:40 PM |
| **To:** | Tony Kirkwood |
| **Cc:** | Bassett, Leslie |
| **Subject:** | RE: FDIC v. PwC |

Tony, are there expert depositions or reports that the FDIC has from any other cases involving Colonial that have not been produced to PwC? That will help us evaluate your request below. Thanks.

Meredith

**From:** Tony Kirkwood [mailto:tkirkwood@mhba.com]
**Sent:** Tuesday, September 15, 2015 9:38 AM
**To:** Moss, Meredith
**Cc:** Bassett, Leslie
**Subject:** RE: FDIC v. PwC

Thanks Meredith. I think there may be several other depositions that we haven't received as well, but I am not sure. So I am clear on this issue, does this mean PwC is going to continue providing us with the transcripts generally or is this just addressing the Turner/Guy transcripts?

Tony

**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**

**From:** Moss, Meredith [mailto:MMoss@KSLAW.com]
**Sent:** Tuesday, September 15, 2015 7:17 AM
**To:** Tony Kirkwood
**Cc:** Bassett, Leslie
**Subject:** FDIC v. PwC

Tony, PwC will produce the transcripts of Mr. Turner's deposition and Mr. Guy's deposition taken in the TBW v. PwC case that you have requested. We will aim to ship them to you today.

Meredith Moss
King & Spalding LLP
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
202.626.2916
mmoss@kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.