# Exhibit J

# Tony Kirkwood

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Friday, April 17, 2015 3:21 PM |
| **To:** | 'LBassett@KSLAW.com' |
| **Cc:** | Dropkin, Drew (DDropkin@KSLAW.com); John Turner |
| **Subject:** | Document Production |

Leslie,

I just wanted to follow up with you regarding our April 1st call regarding PwC's productions and highlight a few additional topics I think we need to start figuring out. As I mentioned on that call, I have been trying to get my arms around the various productions we have received from y'all with respect to both content and location of documents. If you have some time to talk about early next week, I would very much appreciate it.

With respect to following up on our call, it was my understanding that you were going to follow up on several topics. The first, and more general, was whether and to what extent you could provide me with any guidance as to the content of the documents produced. As I mentioned, I am having a great deal of difficulty figuring out what types of documents are in what productions, the bates ranges of specific types of documents, such as work papers, and so forth. Have you had any luck finding out what y'all will be allowed to provide us in that respect?

I also raised a couple specific document categories that I felt needed to be addressed as soon as possible. The first was the 2002-2005 work papers. I think you mentioned that they were in the production. What I need to know is the bates ranges where I can find a complete set of work papers for the 2002-2005 quarterly reviews and end of year audits. I also noticed that the 2000-2001 production of work papers, at least the recent 2000-2001 production that was separated out from the other productions, was very limited in nature. Can you let me know if a complete set of those work papers is anywhere else in the production?

The other item we discussed was the production of audit manuals. You mentioned that portions of those manuals had been produced in the TBW production. I have not located those, but did receive a production from you after the call of roughly 13,000 pages of the 2002-2008 audit manuals (I think I have those dates right). I have been working to determine the specific sections of the audit manuals we will need so I will need to cross-reference that with the produced sections to determine whether the production covers those sections. Do you have an index of the sections produced so that I can compare the two to see if we need any other parts of the manuals?

As to other topics I think we need to discuss, from what I can tell, you have not produced documents in response to our requests for production. I would like to discuss when we can expect production and, to try and head off any issues, the manner in which production will be made. To the extent that you are able to identify the documents in previous productions that are responsive to the requests, I have no problem reaching an agreement that there is no need to reproduce documents that can be identified by bates number, but I do think we can avoid a lot of issues by discussing how this will be done up front. In addition to the items discussed above, some of the categories I know I would like to start addressing are time records of persons who worked on the Colonial matter, expense reports, the identity of persons who worked on the sale accounting issues, whether through consultations or on the audit team, and documents relating to FAS 140 consultations generally, as well as documents addressing the detection of fraud, such as training documents, manuals, and other materials addressing fraud detection in the context of audits.

I'm sorry if it sounds like I'm bombarding you, but I know that we have a lot to work through and wanted to give you advance notice of my thoughts thus far and get the ball rolling.

Let me know your thoughts on a good time to talk.

1

Thanks.
Tony


**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

# Tony Kirkwood

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Thursday, May 14, 2015 5:19 PM |
| **To:** | Bassett, Leslie (LBassett@KSLAW.com); Dropkin, Drew (DDropkin@KSLAW.com) |
| **Cc:** | David Mullin; John Turner |
| **Subject:** | Discovery issues and follow-up regarding last week's call |

Leslie/Drew,

I wanted to follow up with you regarding our call on Monday of last week and get a status update with respect to the issues you were going to address with PwC. In addition, while I greatly appreciate your willingness to discuss the specific issues we have raised, I still do not have a comfort level with respect to the written responses to our requests for production and PwC's production of documents thus far.

With respect to our call, my understanding was that we reached the following agreements with respect to specific issues discussed:

1) Work papers: prior to the call you provided us with the bates ranges for the complete sets of work papers by quarter and year. Thus, unless there is some issue with respect to the content or format of the work papers identified, that issue has been resolved.
2) Audit Manuals: We received your TBW production of portions of PwC's Audit Manuals after a prior call discussing that issue. We agreed that this issue was resolved, subject to our review and request for additional Audit Manual sections that may not have been produced.
3) Other Manuals/Training/Guidance materials regarding the detection of fraud. My concern was whether PwC had produced such materials as part of the TBW production, and specifically mentioned that there was press about a draft staff audit manual regarding the detection of fraud, as well as training programs implemented with respect to the detection of fraud, but I could not determine whether such materials were produced in the TBW production or, if so, where in the production. My understanding was that you were going to discuss this with PwC.
4) Some type of identification of the TBW production. My understanding was that you were going to discuss with PwC whether they would be willing to provide any information regarding the nature of the documents produced and where responsive documents could be located.
5) Consultations: My understanding is that you have produced all consultation related documents with respect to Colonial Bank consultations regarding the FAS 140 issues. PwC will not, however, produce consultation documents relating to other clients addressing FAS 140 issues, nor will it produce such documents in a redacted form with respect to client identity.
6) Personnel files: My understanding is that these will be in a subsequent production, but generic information, such as health insurance information, would not be produced. We agreed that we would review the production and notify you of any issues as to content or additional files we would like produced.

Although we didn't discuss this on the same call, earlier that morning Leslie and I discussed a potential technical issue with the production involving a large gap in the bates numbering between documents. I understood that y'all were going to look into that issue to determine whether there was a production issue (on either your end or ours) or if, instead, the gap was intended (for example, if these documents were previously withheld documents that were later produced and thus out of order). If you could let me know the status of addressing this issue, it would be very much appreciated.

1

Turning to my general concerns regarding the responses to our requests for production and PwC's TBW production, the primary issue I have is that I can't tell from the responses whether there are issues we need to discuss with respect to the specific requests. While each response has numerous objections, both general and specific, I can't tell if you are withholding documents, producing documents, or producing some limited subset of documents. I know that there are differing opinions with respect to what occurred on a prior call with John Brown and others, but from our perspective that call made it clear that before we could have a more meaningful discussion we needed to get a better grasp on the contents of the production, which to a certain extent we have done and are continuing to do. However, it is now clear that we need your assistance as set forth in item 4 above.

In any event, it seems that the only way to address this is to address each of our requests so that we are clear on what PwC is or is not producing in response. I have been trying to think of the easiest way to handle this and, while open to other suggestions, one way to streamline the process would be for you to identify those requests in relation to which PwC has either limited its responsive production or does not intend to make a responsive production. By doing so, we will all be clear as to which requests may require further discussion. With respect to those requests, if any, that PwC intends to produce responsive documents but has not yet done so, please let me know when we can expect to receive that production. An example of this would be the personnel files, mentioned above. With respect to personnel files my understanding is that PwC intends to produce personnel files, but is limiting that production to certain personnel and is redacting certain information. Knowing this information allows me to analyze whether we have any issue with those limitations, but leaves open the question of when we will receive that production.

Finally, as we briefly discussed on the phone, I am unclear as to how documents and ESI were gathered and from what sources (other than your provision of a list of custodians and search terms that were applied pursuant to whatever agreements were made between you and other parties in the Florida litigation). I very much appreciate your invitation to submit questions on this topic for your review. Given the timing, however, I think it will be easiest for me to go ahead and send you a 30(b)(6) notice identifying the topics I am interested in and getting a date or dates scheduled. While I hope we can work through those topics and either limit the scope of the deposition, or avoid it entirely, this would give us a framework for discussions and avoid further delay if a deposition is ultimately required.

Please let me know your thoughts as soon as possible and you have any questions please do not hesitate to contact me.

Thanks.
Tony


**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

2

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity.  This confidential information is intended only for the use of the individuals or entities identified above.  If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.