# Exhibit K

# Tony Kirkwood

| | |
|---|---|
| **From:** | Bassett, Leslie <LBassett@KSLAW.com> |
| **Sent:** | Wednesday, April 29, 2015 4:24 PM |
| **To:** | Tony Kirkwood |
| **Cc:** | John Turner; Dropkin, Drew; Tanis, Beth |
| **Subject:** | Fwd: Bates ranges -- Good set of work papers |
| **Attachments:** | PwC Productions to TBW - Good Set of Wps.DOCX; ATT00001.htm |

Tony- Attached please find a document detailing the bates numbers for the best copies of PwC work papers for its audits of Colonial BancGroup's financial statements for the years 2002 to 2008 and the first quarter of 2009.  Please let me know when you've had an opportunity to circle up with John Brown regarding our meet and confer call on January 16th and when your team is available for a follow-up call on the open issues from that call.  Thanks very much, Leslie

Leslie M. Bassett
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Direct: 404-572-2807
Fax: 404-572-5100
E-mail: lbassett@kslaw.com<mailto:lbassett@kslaw.com>

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

*TBW v PwC*

# PwC PRODUCTIONS TO TBW

## ELECTRONIC AND EXTERNAL WPS:

| Year/Type | Bates Range |
|---|---|
| 2002 Electronic Wps | PWC-CBG-TBW01086293 to 1089633 |
| 2003 Electronic Wps | PWC-CBG-TBW01089634 to 1095233 |
| 2004 Electronic Wps | PWC-CBG-TBW01095234 to 1125787 |
| 2005 Electronic Wps | PWC-CBG-TBW01125788 to 1160100 |
| 2006 Electronic Wps | PWC-CBG-TBW00000001 to 26139 |
| 2007 Electronic Wps | PWC-CBG-TBW00026140 to 56942 |
| 2008 Electronic Wps | PWC-CBG-TBW00056943 to 116811 |
| 2009 1Q Electronic Wps | PWC-CBG-TBW00116812 to 119907 |
| 2002 IAS Tag | PWC-CBG-TBW00923643 to 923680 |
| 2002 External Wps | PWC-CBG-TBW00913547 to 918949 |
| 2003 External Wps | PWC-CBG-TBW00918950 to 923642 |
| 2004 External Wps | PWC-CBG-TBW00923681 to 937090 |
| 2005 External Wps | PWC-CBG-TBW00937091 to 1086292 |
| 2006 External Wps | PWC-CBG-TBW0121029 to 133668 |
| 2007 External Wps | PWC-CBG-TBW00133669 to 146030 |
| 2008 External Wps | PWC-CBG-TBW00146031 to 157138 |
| 2009 External 1Q Wps | PWC-CBG-TBW00119908 to 121028 |

DMSLIBRARY01:25515761.1