# Exhibit S

# Ry Ellison

| | |
|---|---|
| **From:** | Tony Kirkwood |
| **Sent:** | Monday, July 06, 2015 5:16 PM |
| **To:** | Moss, Meredith (MMoss@KSLAW.com); Bassett, Leslie (LBassett@KSLAW.com) |
| **Cc:** | John Turner |
| **Subject:** | Proposed Search Terms and Custodians |
| **Attachments:** | Search Terms - 7.6.15 (01065257).DOCX |

Meredith/Leslie,

Attached are the additional search terms and custodians in word format. I think I managed to eliminate the search terms that would have already been caught by the searches in the TBW litigation, but I could have missed something. As I said, this is a bit of an ongoing process as we receive additional productions and review the documents we have, but I wanted to get you something sooner rather than later so we can start looking at hit counts on the current population of documents, as well as discuss the additional custodians.

Thanks.
Tony

**Tony Kirkwood**
**Mullin Hoard & Brown, LLP**
500 S. Taylor, Suite 800
Amarillo National Bank Plaza II
Amarillo, Texas 79101

**806.372.5050**
**806.372.5086 - fax**

Mailing Address:
P. O. Box 31656
Amarillo, TX 79120-1656

www.mullinhoard.com
tkirkwood@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

## Proposed Search Terms to be Applied

Call /2 option
Sale*/2 accounting
End /2 investor
"LTOB"
"loan to one borrower"
"off balance sheet"
"off the balance sheet"
sale* /3 treat*
Amanda /2 Stanford
"AS No 5"
Brent /2 Spencer
Chris* /2 Schreiner
Bank /5 engage*
Crowe /2 "internal audit report"
FASB /2 140
Implied /2 option
Implicit /2 option
"internal controls" /2 map
Laura /2 Bryan
Laura /2 Bartlett
Marianne /2 Lester
Michael /2 Thomas
loan /2 aging

Robert /2 Sejnoha
Rusty /2 Thompson
"shipped not paid"
Tim /2 Rich
testing /2 internal
"598.8" /5 controls
reverse /2 "repurchase agreements"
Significant /2 process
Treasury /2 "securities purchased"
MWLD /5 "no losses"
"treasury accounts" /3 "key control"
trade /2 agreements
"105.7"
"125.3"
"166" /5 million
"166" /5 receivable*
"166" /5 aged
"Loan Participation" /2 "Sale Agreement"
"272.7"
"the hole"
magnolia
sweeping

## Additional Custodians

Thomas Pirolo
Jason Lietner
Woody Wallace
Bill Lewis
Jeffrey Johans