# Exhibit T

# Tony Kirkwood

| | |
|---|---|
| **From:** | Moss, Meredith <MMoss@KSLAW.com> |
| **Sent:** | Monday, July 20, 2015 11:07 AM |
| **To:** | Tony Kirkwood; John Turner |
| **Cc:** | Bassett, Leslie |
| **Subject:** | FDIC's proposed search terms |

Tony, John,

The FDIC proposed that PwC run several additional search terms against PwC custodian data, and further proposed that PwC produce documents associated with five additional professionals selected by the FDIC. This email relates to the first topic; please note that the information here does not include the five additional custodians' data, which we can discuss separately. When you've reviewed the information in this email, we're happy to discuss next steps.

As the first chart below reflects, the proposed search terms yield a universe of over 231,000 documents, consisting of document families in which at least one document in that family hit on a search term. PwC objects to reviewing this volume of additional documents for responsiveness and protection from disclosure (e.g., privilege or other protection). As is detailed in my forthcoming letter, PwC has already produced approximately 3.9 million pages of documents to the FDIC, and therefore reviewing several hundred thousand additional documents is not reasonable.

That said, we are happy to work with you to refine these terms to get to a more manageable set of documents to review. Based on the hit count below, and our prior work with this universe of documents, it struck me that many of the terms are likely yielding false hits, meaning the documents contain words often used by PwC professional professionals in engagements that do not relate to Colonial (e.g., "testing w/2 internal" and "significant w/2 process" are terms that are often used by PwC professionals, and not limited to Colonial). Therefore, we ran the FDIC's terms with a modifier designed to capture documents containing these terms that related to PwC's work for Colonial. This modification to the approach resulted in a much more manageable universe of documents to review; the results of that revised search are set forth in the second chart below. I believe that this approach – using a modifier specific to Colonial – was used by PwC and the FDIC by agreement for custodians whose data had not previously been culled to exclude non-Colonial-related documents, and it strikes me as reasonable to do so with respect to the additional terms the FDIC has proposed.

When you've had a chance to review this information, I'd be happy to discuss – let me know a time that would work for you.

Thanks,

Meredith

FDIC's proposed additional search terms:

| TERM(S) | HITS | HITS WITH FAMILIES |
|---|---:|---:|
| Call w/2 option | 12,993 | 47,082 |
| Sale* w/2 accounting | 13,133 | 43,633 |
| End w/2 investor | 473 | 2,007 |
| "LTOB" | 33 | 103 |
| "loan to one borrower" | 93 | 1,531 |
| "off balance sheet" | 26,619 | 94,711 |
| "off the balance sheet" | 481 | 1,565 |

| | | |
|---|---:|---:|
| sale* w/3 treat* | 7,406 | 35,631 |
| Amanda w/2 Stanford | 254 | 379 |
| "AS No 5" | 385 | 698 |
| Brent w/2 Spencer | 36 | 81 |
| Chris* w/2 Schreiner | 17 | 94 |
| Bank w/5 engage* | 5,288 | 30,948 |
| Crowe w/2 "internal audit report" | 1 | 2 |
| FASB w/2 140 | 2,523 | 7,094 |
| Implied w/2 option | 320 | 1,098 |
| Implicit w/2 option | 130 | 1,834 |
| ("internal controls" w/2 map) | 113 | 399 |
| Laura w/2 Bryan | 42 | 147 |
| Laura w/2 Bartlett | 46 | 1,570 |
| Marianne w/2 Lester | 13 | 56 |
| Michael w/2 Thomas | 1,639 | 7,411 |
| loan w/2 aging | 124 | 1,673 |
| Robert w/2 Sejnoha | 10 | 17 |
| Rusty w/2 Thompson | 70 | 145 |
| "shipped not paid" | 29 | 1,478 |
| Tim w/2 Rich | 54 | 233 |
| testing w/2 internal | 8,681 | 35,312 |
| "598.8" w/5 controls | 0 | 0 |
| reverse w/2 "repurchase agreements" | 4,250 | 16,736 |
| Significant w/2 process | 4,593 | 22,521 |
| Treasury w/2 "securities purchased" | 49 | 90 |
| MWLD w/5 "no losses" | 0 | 0 |
| "treasury accounts" w/3 "key control" | 0 | 0 |
| trade w/2 agreements | 987 | 4,049 |
| "105.7" | 2,985 | 19,634 |
| "125.3" | 3,848 | 28,925 |
| "166" w/5 million | 1,203 | 9,318 |
| "166" w/5 receivable* | 385 | 11,629 |
| "166" w/5 aged | 7 | 40 |
| ("Loan Participation" w/2 "Sale Agreement") | 215 | 2,277 |
| "272.7" | 1,303 | 8,826 |
| "the hole" | 380 | 2,278 |
| magnolia | 3,740 | 10,194 |
| sweeping | 4,443 | 11,063 |
| **TOTAL** | **80,889** | **231,753** |

FDIC's proposed additional search terms with the following modifier: (Colonial* OR CBG OR CNB OR CSB) and [search terms]

| TERM(S) | HITS | HITS WITH FAMILIES |
|---|---|---|

| | | |
|---|---:|---:|
| Call w/2 option | 777 | 14,099 |
| Sale* w/2 accounting | 913 | 9,957 |
| End w/2 investor | 334 | 1,529 |
| "LTOB" | 17 | 17 |
| "loan to one borrower" | 7 | 1,261 |
| "off balance sheet" | 1,551 | 18,261 |
| "off the balance sheet" | 6 | 409 |
| sale* w/3 treat* | 519 | 10,277 |
| Amanda w/2 Stanford | 136 | 232 |
| "AS No 5" | 16 | 36 |
| Brent w/2 Spencer | 23 | 43 |
| Chris* w/2 Schreiner | 8 | 85 |
| Bank w/5 engage* | 1,083 | 8,095 |
| Crowe w/2 "internal audit report" | 0 | 0 |
| FASB w/2 140 | 88 | 539 |
| Implied w/2 option | 5 | 11 |
| Implicit w/2 option | 38 | 1,661 |
| ("internal controls" w/2 map) | 22 | 179 |
| Laura w/2 Bryan | 36 | 131 |
| Laura w/2 Bartlett | 39 | 1,436 |
| Marianne w/2 Lester | 9 | 51 |
| Michael w/2 Thomas | 549 | 3,801 |
| loan w/2 aging | 25 | 1,086 |
| Robert w/2 Sejnoha | 10 | 17 |
| Rusty w/2 Thompson | 49 | 123 |
| "shipped not paid" | 24 | 1,472 |
| Tim w/2 Rich | 21 | 149 |
| testing w/2 internal | 787 | 6,600 |
| "598.8" w/5 controls | 0 | 0 |
| reverse w/2 "repurchase agreements" | 334 | 7,188 |
| Significant w/2 process | 220 | 3,976 |
| Treasury w/2 "securities purchased" | 5 | 20 |
| MWLD w/5 "no losses" | 0 | 0 |
| "treasury accounts" w/3 "key control" | 0 | 0 |
| trade w/2 agreements | 48 | 903 |
| "105.7" | 715 | 9,077 |
| "125.3" | 840 | 13,162 |
| "166" w/5 million | 174 | 1,296 |
| "166" w/5 receivable* | 21 | 496 |
| "166" w/5 aged | 2 | 30 |
| ("Loan Participation" w/2 "Sale Agreement") | 215 | 2,277 |
| "272.7" | 290 | 2,862 |
| "the hole" | 41 | 1,579 |

| | | |
|---|---:|---:|
| magnolia | 981 | 5,874 |
| sweeping | 490 | 2,614 |
| **TOTAL** | **7,757** | **35,160** |

Meredith Moss
King & Spalding LLP
1700 Pennsylvania Ave., NW
Washington, D.C.  20006
202.626.2916
mmoss@kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.