## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:11-cv-00746-WKW** |
| **PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,** | |
| **Defendants.** | |
| | **Case No. 2:12-cv-00957-WKW** |
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,** | |
| **Plaintiff,** | |
| **v.** | |
| **PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,** | |
| **Defendants.** | |

## NOTICE OF FILING EXHIBITS UNDER SEAL

On November 13, 2015, Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC-R") filed its Motion to Compel the Production of Documents from Pricewaterhouse Coopers LLP and Brief in Support Thereof. *See* Doc. No. 209.

PricewaterhouseCoopers LLP designated the following exhibits "Confidential" pursuant to the Court's Amended Protective Order:

- Exhibit L
- Exhibit N
- Exhibit P

This designation requires that the FDIC-R file the above Exhibits under seal. *See* Amended Protective Order, Docket #105, ¶13.

Respectfully submitted,

**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Dennis Bailey
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:     (334) 206-3234
Facsimile:     (334) 481-0031
Email:         DRB@rsjg.com

**MULLIN, HOARD & BROWN, LLP**

500 South Taylor, Suite 800
Amarillo, Texas  79101
Telephone:  (806) 372-5050
Facsimile:  (806) 372-5086
Email:  dmullin@mhba.com
         jobrown@mhba.com
         jturner@mhba.com
         rbell@mhba.com
         clatham@mhba.com
         tkirkwood@mhba.com
         rbiggs@mhba.com

David Mullin (TX Bar No. 14651600)
*pro hac vice*
John M. Brown (TX Bar No. 3142500)
*pro hac vice*
John G. Turner, III (TX Bar No. 20320550)
*pro hac vice*
Robert Bell (TX Bar No. 00787062)
*pro hac vice*
Clint Latham (TX Bar No. 24013009)
*pro hac vice*
Anthony W. Kirkwood (TX Bar No. 24032508)
*pro hac vice*
Richard Biggs (TX Bar No. 24064899)
*pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

was electronically served on November 13, 2015, by e-mail or U.S. Mail, as set forth below:

Drew D. Dropkin (ddropkin@kslaw.com)
Elizabeth V. Tanis (etanis@kslaw.com)
James H. Anderson (anderson@copelandfranco.com)
Jonathan C. Medow (jmedow@mayerbrown.com)
Stanley J. Parzen (sparzen@mayerbrown.com)
Tabor R. Novak, Jr. (tnovak@ball-ball.com)
Andrew P. Campbell (Andy.Campbell@Campbellguin.com)
Caroline Smith Gidiere (Caroline.Gidiere@Campbellguin.com)
Justin Glyien Williams (Justin.Williams@Campbellguin.com)
Nicholas J. DiCarlo (ndicarlo@dcmplaw.com)
Christopher A. Caserta (ccaserta@dcmplaw.com)
C. Edward Dobbs (ced@phrd.com)
Ronald T. Coleman, Jr. (rtc@phrd.com)
Rufus T. Dorsey, IV (rtd@phrd.com)
James N. Gorsline (jgorsline@kslaw.com)
Juanita Passyn Kuhner (jkuyner@kslaw.com)
Bradley J. Lingo (blingo@kslaw.com)
Geoffrey M. Ezgar (gezgar@kslaw.com)
David Tetrick, Jr. (dtetrick@kslaw.com)
Meredith Moss (mmoss@kslaw.com)
Richard T. Marooney, Jr. (rmarooney@kslaw.com)

*Via C.M.R.R.R.*

James P. Cusick
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-2601

*Via C.M.R.R.R.*

Mark W. Ryan
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

Anthony W. Kirkwood