IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP,<br><br>Defendants. | Case No. 2:11-cv-00746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | Case No. 2:12-cv-00957-WKW |

**DEFENDANT CROWE HORWATH LLP'S MOTION FOR SUMMARY JUDGMENT AGAINST THE COLONIAL BANCGROUP, INC. AND KEVIN O'HALLORAN**

Defendant Crowe Horwath LLP ("Crowe") respectfully moves this Court, pursuant to Fed. R. Civ. P. 56, to grant summary judgment on the claims against it of The Colonial Bancgroup, Inc., as post-confirmation debtor, and Kevin O'Halloran, as plan trustee acting for and on behalf of the debtor (collectively, "CBG").

CBG brings claims against Crowe for breach of contract and negligence. Crowe is entitled to summary judgment on both because CBG is seeking only damages that it cannot recover. CBG's damages disclosures and the documents produced in discovery make clear that CBG seeks only consequential damages, but under the plain language of Crowe's engagement letters, CBG is barred from recovering any consequential damages from Crowe.

WHEREFORE, for the reasons stated herein and in Crowe's Brief in Support, Crowe respectfully requests that this Court grant summary judgment in its favor on all of CBG's claims against Crowe.

November 30, 2015

Respectfully submitted,

*s/ James Anderson*

James Anderson (ANDE4440)
COPELAND FRANCO SCREWS & GILL
444 South Perry Street
Montgomery, AL 36104
P: (334) 834-1180
Anderson@copelandfranco.com

Stanley J. Parzen
Jonathan C. Medow
Justin A. McCarty
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
P: (312) 782-0600
sparzen@mayerbrown.com

*Attorneys for Crowe Horwath LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, I caused a true and correct copy of the foregoing document to be served on all counsel of record via the Court's ECF notification system and via email on the counsel identified below:

C Edward Dobbs
Rufus T. Dorsey, IV
Ronald T. Coleman, Jr.
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303
rtd@phrd.com
rtc@phrd.com
ced@phrd.com
***Attorneys for Colonial BancGroup, Inc.***

Christopher A. Caserta
Nicholas J. DiCarlo
DiCarlo Caserta McKeighan & Phelps PLC
6900 E. Camelback Road, Suite 250
Scottsdale, AZ 85251
ccaserta@dcmplaw.com
ndicarlo@dcmplaw.com
***Attorneys for Colonial BancGroup, Inc.***

Andrew P. Campbell
Caroline Smith Gidiere
Justin Glyien Williams
Campbell, Guin, Williams, Guy & Gidiere, LLC
520 N. 20th Street, Suite 2000
Birmingham, AL 35203
Andy.Campbell@Campbellguin.com
Justin.Williams@Campbellguin.com
Caroline.Gidiere@Campbellguin.com
***Attorneys for Colonial BancGroup, Inc.***

Elizabeth V. Tanis
Drew Dropkin
David Tetrick, Jr.
King & Spalding LLP
1180 Peachtree St., NE
Atlanta, GA 30309
ETanis@KSLAW.com
DDropkin@KSLAW.com
DTetrick@KSLAW.com
***Attorneys for PricewaterhouseCoopers LLP***

Bradley J. Lingo
King & Spalding LLP
100 N. Tyron Street, Suite 3900
Charlotte, NC 28202
BLingo@KSLAW.com
***Attorney for PricewaterhouseCoopers LLP***

Richard T. Marooney, Jr.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
rmarooney@KSLAW.com
***Attorney for PricewaterhouseCoopers LLP***

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak P.A.
RSA Dexter Avenue Building
445 Dexter Ave., Suite 9045
Montgomery, AL 36104
tnovak@ball-ball.com
***Attorney for PricewaterhouseCoopers LLP***

David Mullin
John M. Brown
John G. Turner, III
Robert Bell
Clint R. Latham
Richard Biggs
Mullin, Hoard & Brown, LLP
500 South Taylor, Suite 800
Amarillo, TX 79101
dmullin@mhba.com
jmb@mhba.com
jturner@mhba.com
rbell@mhba.com
clatham@mhba.com
rbiggs@mhba.com
tkirkwood@mhba.com
***Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

Meredith Moss
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
MMoss@KSLAW.com
***Attorney for PricewaterhouseCoopers LLP***

Dennis Bailey
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
drb@rushtonstakely.com
***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

Matthew Jason Ford
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
mford@baileyglasser.com
***Attorney for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

/s/ James Anderson
An Attorney for Crowe Horwath LLP