IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-CV-957-WKW |
| PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiffs The Colonial BancGroup, Inc., and Kevin O'Halloran's Motion for Leave to File Second Amended Complaint (Doc. # 226), it is ORDERED that Defendants shall show cause on or before **December 11, 2015**, why said motion should not be granted.

DONE this 2nd day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE