IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | ) CASE NO. 2:11-cv-746-WKW-TFM |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP<br><br>Defendants. | ) CASE NO. 2:12-cv-957-WKW-TFM |

**O R D E R**

Upon consideration of the Defendant's Motion for Leave to File a Sur-Reply to FDIC Response to Motion to Compel (Doc. 184) and Plaintiff's Opposition to Defendant's Motion (Doc. 187), it is

ORDERED after due consideration and for good cause shown that the Motion for Leave to File a Sur-Reply (Doc. 184) be and hereby is GRANTED.

DONE this 3rd day of December, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE