IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, Plaintiffs, v. PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, Defendants. | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff, v. PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, Defendants. | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Upon consideration of the FDIC-R's Motion for Leave to File Third Amended Complaint (Doc. # 225), it is ORDERED that Defendants shall show cause on or before **December 11, 2015**, why said motion should not be granted.

DONE this 4th day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE