IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-746-WKW-TFM |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) | |
| Defendants. | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, | ) | |
| Plaintiff, | ) | CASE NO. 2:12-cv-957-WKW-TFM |
| v. | ) | |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Defendant PricewaterhouseCooper LLP's Motion to Extend deadlines to which both Plaintiffs have consented and Defendant Crowe Horwath LLP has consented in part (Doc. 234) and for good cause shown, it is

ORDERED that the Motion (Doc. 234) be and hereby is GRANTED and the Court's Uniform Scheduling Order (Doc. 122) entered January 22, 2015 be and hereby is AMENDED as follows:

**Section 6.** Fact Discovery shall conclude April 19, 2016; Expert Depositions shall commence July 20, 2016 and conclude August 19, 2016 (no change in conclusion date).

**Section 7.** Plaintiffs' expert reports shall be due on or before May 17, 2016; Defendants' expert reports shall be due on or before June 30, 2016; Rebuttal reports shall be due on or before July 15, 2016.

**Section 2.** Dispositive Motions and Daubert motions shall be filed no later than September 2, 2016.

The remaining deadlines in the Uniform Scheduling Order shall remain unchanged.

DONE this 15th day of December, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE