IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN,

Plaintiff,

v.

PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,

Defendants.

CASE NO. 2:11-cv-746-WKW-TFM

---

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,

Plaintiff,

v.

PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP

Defendants.

CASE NO. 2:12-cv-957-WKW-TFM

**O R D E R**

Upon consideration of defendant Crowe Horwath LLP's Motion for Entry of Additional Protective Order filed December 23, 2015 (Doc. 250) and plaintiff FDIC's response filed January 4, 2016 (Doc. 260) and for good cause shown, it is

ORDERED that the Motion for Entry of Additional Protective Order (Doc. 250) be and hereby is DENIED. The Parties are ADVISED that the Court has upon reconsideration determined that the Amended Protective Order (Doc. 105), which

generally governs production of documents in this case, sets forth sufficient procedures for production of CONFIDENTIAL Material. Accordingly, it is further

ORDERED that the discovery required by this Court's December 14, 2015 Order (Doc. 240) shall be produced in accordance with that Order (Doc. 240) and its production shall be governed by the Amended Protective Order (Doc. 105).

DONE this 7th day of January, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE