IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN )
)
Plaintiff, )
)
v. )
) CASE NO. 2:11-cv-746-WKW-TFM
)
PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, )
)
Defendants. )

)
FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, )
)
Plaintiff, )
) CASE NO. 2:12-cv-957-WKW-TFM
v. )
)
PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP )
)
Defendants. )

**ORDER**

Upon consideration of the Plaintiffs' Motion for leave to file a reply to PwC's response to Plaintiff's Motion to Compel (Doc. 247) and for good cause shown, it is

ORDERED that Plaintiff's Motion (Doc. 247) be and hereby is GRANTED.

DONE this 13th day of January, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE