IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | ) | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | ) | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Upon consideration of Defendant PricewaterhouseCoopers LLP's ("PwC") Motion to Permit Filing of Response (Doc. # 249), it is ORDERED that the motion is GRANTED. PwC is DIRECTED to file electronically a duplicate of the Response (Doc. # 249-1) in accordance with the Middle District of Alabama's Administrative Procedures for civil cases.

It is further ORDERED that the Motion for Leave to File Reply in Support of Motion for Leave to File Second Amended Complaint (Doc. # 255) is GRANTED over the objection of Crowe Horwath LLP ("Crowe") (Doc. # 257). Plaintiffs The Colonial BancGroup, Inc., and Kevin O'Halloran are DIRECTED to file electronically a duplicate of the Reply (Doc. # 255, at 5) in accordance with the Middle District of Alabama's Administrative Procedures for civil cases.

It is further ORDERED that Crowe's Motion for Leave to File a Surreply or for a Hearing on FDIC's Motion to Amend or, Alternatively, to Not Consider the FDIC's New Arguments (Doc. # 258) is DENIED.

DONE this 9th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE