IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-CV-957-WKW |
| PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Motion to File Second Amended Complaint (Doc. # 226), filed by The Colonial BancGroup, Inc., and Kevin O'Halloran (collectively "Plaintiffs"). Plaintiffs seek leave to amend the Amended Complaint, previously filed as a matter of right, "to conform the Complaint to evidence elicited through discovery thus far." (Doc. # 226, at 1–2.) Plaintiffs timely filed their motion to amend under the Uniform Scheduling Order's deadline. (Doc. # 122.)

Defendant PricewaterhouseCoopers LLP does not oppose the motion but "expressly reserves and does not waive any and all defenses it may have to the Second Amended Complaint." (Doc. # 236, at 1.) Crowe Horwath, LLP ("Crowe") also does not oppose the motion based upon its "understanding that the proposed changes in the [Second Amended Complaint] do not affect Crowe's outstanding motion for Summary Judgment" and its further "understanding that this shall be the last amendment to [Plaintiffs'] complaint." (Doc. # 239, at 1–2.) Plaintiffs filed a motion for leave to file a reply brief, which has been granted by separate Order, to point out that they do not acquiesce in Crowe's "understandings." (Doc. # 255.)

All of the arguments have been considered carefully. Based upon that consideration, it is ORDERED that the Motion to File Second Amended Complaint (Doc. # 226) is GRANTED. Plaintiffs are DIRECTED to file electronically a duplicate of the Second Amended Complaint (Doc. # 226, at 7) in accordance with the Middle District of Alabama's Administrative Procedures for civil cases.

DONE this 9th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE