IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | ) | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | ) | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Before the court is the FDIC-R's Motion for Leave to File Third Amended Complaint (Doc. # 225), as subsequently corrected (Doc. # 242). The FDIC-R timely filed its motion to amend under the Uniform Scheduling Order's deadline. (Doc. # 122.) Defendant PricewaterhouseCoopers LLP does not oppose the motion but "expressly reserves and does not waive any and all defenses it may have to the Third Amended Complaint." (Doc. # 237, at 1.) Crowe Horwath, LLP ("Crowe"), opposes

the motion on several grounds, including futility and prejudice (Doc. # 238), and the FDIC-R filed a reply (Doc. # 248).

All of the arguments have been considered carefully. Based upon that consideration, it is ORDERED that the FDIC-R's Motion for Leave to File Third Amended Complaint (Doc. # 225), as subsequently corrected (Doc. # 242), is GRANTED. The FDIC-R is DIRECTED to file electronically a duplicate of the Third Amended Complaint (Doc. # 225-1) in accordance with the Middle District of Alabama's Administrative Procedures for civil cases.

DONE this 9th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE