IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Based upon the discussions at the status conference held this date and in light of the recent amendments to the complaints, it is ORDERED that, on or before **February 24, 2016**, Plaintiffs in these consolidated actions shall tender to Defendants amended Rule 26(a)(1) disclosures. The disclosures shall contain a computation of each category of damages claimed by the party with respect to each claim made by it, and Plaintiffs shall make available for inspection and copying any non-privileged

documents or other evidentiary material on which the computations are based and which previously have not been disclosed.

DONE this 10th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE