IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:11-CV-746-WKW |
| PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Colonial Bank, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-CV-957-WKW |
| PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Joint Motion for Extension of Time for Defendant PricewaterhouseCoopers LLP ("PwC") to Answer the FDIC-R's Third Amended Complaint (Doc. # 293), it is ORDERED that the motion is GRANTED upon the terms agreed to by the parties.

Accordingly, PwC shall file its Answer to the FDIC-R's Third Amended Complaint no later than 14 days after the date of the court's ruling on PwC's forthcoming Motion to Dismiss. PwC shall inform the FDIC-R of any additional affirmative defenses it asserts as soon as practicable, but not later than **March, 19, 2016**.

DONE this 23rd day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE