IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP,<br><br>Defendants. | ) | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP,<br><br>Defendants. | ) | CASE NO. 2:12-CV-957-WKW |

**ORDER**

Upon consideration of the Joint Motion for Extension of Time for Defendant Crowe Horwath LLP ("Crowe") to Respond and to Answer the FDIC-R's Third Amended Complaint (Doc. # 302), it is ORDERED that the motion is GRANTED upon the terms agreed to by the parties. Those terms are as follows:

(1) Crowe shall file its motion to dismiss the FDIC-R's Third Amended Complaint (Doc. # 281) on or before **March 14, 2016**.

(2) Crowe's response, if a response is necessary, to the FDIC-R's claim for breach of contract, Count VIII, is stayed until 14 days after the court rules on Crowe's pending Motion for Summary Judgment Against the FDIC-R (Doc. # 222).

(3) Crowe shall file its Answer to the FDIC-R's Third Amended Complaint no later than 14 days after notice of the court's ruling on Crowe's forthcoming Motion to Dismiss.

(4) Crowe shall inform the FDIC-R of any additional affirmative defenses it asserts as soon as practicable, but not later than **March 19, 2016**.

DONE this 29th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE