**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,**<br><br>**Defendants.** | **Case No. 2:11-cv-00746-WKW**<br>**LEAD CASE** |
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,**<br><br>**Defendants.** | **Case No. 2:12-cv-00957-WKW** |

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS A PORTION OF THE FDIC'S THIRD AMENDED COMPLAINT**

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss, in part, the claims asserted against PwC in the Third Amended Complaint [Dkt. 281] filed by the Federal Deposit Insurance Corporation as receiver for Colonial Bank ("FDIC"). The accompanying memorandum of law supports PwC's motion.

The FDIC's Third Amended Complaint rests heavily on the notion that Colonial Bank's determination that its so-called COLB transactions should be accounted for as asset purchases was improper—and that PwC acted negligently, grossly, and wantonly during its audits by concurring with that accounting determination. On this basis, the FDIC seeks not only compensatory damages from PwC, but also punitive damages. The FDIC is judicially estopped from making this argument.

In a federal bankruptcy proceeding in Florida, the FDIC argued just the opposite: that the COLB transactions were properly accounted for as purchases of assets by Colonial Bank. The FDIC ultimately prevailed on that argument in the bankruptcy court: Colonial Bank was deemed to have purchased a 99% interest in nearly $700 million of COLB assets, and the FDIC was recognized as the owner of those COLB assets by virtue of its status as Colonial Bank's receiver. Had the FDIC lost that argument, it would have owned 0% of those assets.

Having succeeded in its effort to have a federal bankruptcy court recognize those transactions to be purchases—and having reaped the benefits of that recognition by obtaining 99% ownership of nearly $700 million in assets—the FDIC is judicially estopped as a matter of law from arguing in this case that those transactions were not purchases. Accordingly, PwC asks the Court to dismiss:

- Count VII (wantonness) in its entirety, because that count is predicated exclusively on the argument that accounting for these transactions as purchases was improper.

- Count I (professional negligence), Count III (gross negligence), Count IV (third-party beneficiary breach of contract), and Count V (negligent misrepresentation), but only to the extent that these four counts are predicated on the argument that accounting for these transactions as purchases was improper. (PwC does not seek to dismiss these counts to the extent they are based on the FDIC's alternate theory that PwC should have detected a fraud that was being perpetrated by Colonial Bank employees. *See* TAC ¶ 2 (describing the FDIC's two theories of liability in this case).)

Relatedly, PwC asks the Court to strike the allegations in the Third Amended Complaint that pertain or relate to the notion that it was improper to account for the COLB transactions as purchases. *See* TAC ¶¶ 2(b), 4-10, 18, 24, 28(b)-(c), 58-72, 113(c)-(d), 139-140.

WHEREFORE, PwC prays that this Court will dismiss with prejudice the Third Amended Complaint against PwC, in relevant part, for failure to state a claim upon which relief can be granted. Oral argument is requested.

Respectfully submitted this 29th day of February, 2016.

*/s/ Elizabeth V. Tanis*
Elizabeth V. Tanis
(Ga. Bar No. 697415)
Drew D. Dropkin
(Ga. Bar No. 231031)
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Email: etanis@kslaw.com
Email: ddropkin@kslaw.com
*Admitted pro hac vice*
-and-
Tabor Robert Novak, Jr.
(Alabama Bar No. ASB-9503-V72T)
**BALL BALL MATTHEWS & NOVAK PA**
P.O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Email: tnovak@ball-ball.com

**ATTORNEYS FOR DEFENDANT PRICEWATERHOUSECOOPERS LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2016, a true and exact copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record:

Rufus T. Dorsey, IV
Ronald T. Coleman, Jr.
C Edward Dobbs
PARKER, HUDSON, RAINER & DOBBS, LLP
303 Peachtree Street, NE
Suite 3600
Atlanta, GA 30308
rtd@phrd.com
rtc@phrd.com
ced@phrd.com
***Attorneys for Plaintiffs***

Jonathan C. Medow
Stanley J. Parzen
Justin A. McCarty
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
jmedow@mayerbrown.com
sparzen@mayerbrown.com
jmccarty@mayerbrown.com
***Attorneys for Defendant Crowe Horwath, LLP***

Christopher A. Caserta
Nicholas J. DiCarlo
DICARLO CASERTA MCKEIGHAN PLC
6900 E. Camelback Road, Suite 250
Scottsdale, AZ 85251
ccaserta@dcmplaw.com
ndicarlo@dcmplaw.com
***Attorneys for Plaintiffs***

Mark W. Ryan
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
mryan@mayerbrown.com
***Attorney for Defendant Crowe Horwath, LLP***

Andrew P. Campbell
Justin G. Williams
Caroline Smith Gidiere
Stephen D. Wadsworth
CAMPBELL GUIN WILLIAMS GUY & GIDIERE
520 N. 20th Street, Suite 2000
Birmingham, AL 35203
Andy.Campbell@Campbellguin.com
Justin.Williams@Campbellguin.com
Caroline.Gidiere@Campbellguin.com
Stephen.Wadsworth@Campbellguin.com
***Attorneys for Plaintiffs***

James Harold Anderson
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
anderson@copelandfranco.com
***Attorney for Defendant Crowe Horwath, LLP***

David Mullin
John M. Brown
John G. Turner, III
Robert Bell
Clint R. Latham
Richard Biggs
Anthony W. Kirkwood
MULLIN, HOARD & BROWN, LLP
500 South Taylor, Suite 800
Amarillo, TX 79101
dmullin@mhba.com
jmb@mhba.com
jturner@mhba.com
rbell@mhba.com
clatham@mhba.com
rbiggs@mhba.com
tkirkwood@mhba.com
***Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

Robert K. Spotswood
Michael T. Sansbury
Grace L. Kipp
SPOTSWOOD SANSOM & SANSBURY LLC
1819 Fifth Avenue North, Suite 1050
Birmingham, AL 35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com
gkipp@spotswoodllc.com
***Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

Dennis Bailey
J. Evans Bailey
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
drb@rushtonstakely.com
ebailey@rushtonstakely.com
***Attorneys for the Federal Deposit Insurance Corporation as Receiver of Colonial Bank***

*s/ Elizabeth V. Tanis*
Elizabeth V. Tanis
(Ga. Bar No. 697415)
*Admitted pro hac vice*