IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP, and CROWE HORWATH LLP,<br><br>Defendants. | ) | Case No. 2:11-cv-00746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | ) | Case No. 2:12-cv-00957-WKW |

**DEFENDANT CROWE HORWATH LLP'S MOTION TO DISMISS IN PART THE FDIC'S THIRD AMENDED COMPLAINT**

Defendant Crowe Horwath LLP ("Crowe") respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 15(c), to dismiss, in part, the claims of the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, ("FDIC") against Crowe in the FDIC's Third Amended Complaint (Doc. No. 281).

The FDIC filed its original complaint (Doc No. 1; case no. 12-cv-957) on October 31, 2012, alleging negligence against Crowe for the outsourced internal audit work it performed for The Colonial BancGroup Inc. in 2006 and 2007. That complaint did not allege problems with Crowe's outsourced internal audit work in other years. Three years later—and six years after the FDIC took over as receiver for Colonial Bank—the FDIC's Third Amended Complaint now adds allegations that Crowe's work was deficient in two new audit years: 2005 and 2008. These new claims fall well outside the applicable statute of limitations, which expired in 2012. Nor do the new claims "relate back" for statute of limitations purposes to the allegations in the FDIC's original complaint because they are based on distinct and new conduct, transactions or occurrences. As such, the FDIC's new claims against Crowe for its 2005 and 2008 outsourced internal audit work should be dismissed as time-barred.

WHEREFORE, for the reasons stated herein and in Crowe's Brief in Support, Crowe respectfully requests that this Court dismiss the FDIC's claims against Crowe for its work performed in the 2005 and 2008 audit years.

March 14, 2016

Respectfully submitted,

*s/ James Anderson*

James Anderson (ANDE4440)
COPELAND FRANCO SCREWS & GILL
444 South Perry Street
Montgomery, AL 36104
P: (334) 834-1180
Anderson@copelandfranco.com

Stanley J. Parzen
Jonathan C. Medow
Justin A. McCarty
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
P: (312) 782-0600
sparzen@mayerbrown.com

*Attorneys for Crowe Horwath LLP*