IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | ) | CASE NO. 2:11-cv-746-WKW-TFM |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP<br><br>Defendants. | ) | CASE NO. 2:12-cv-957-WKW-TFM |

**O R D E R**

Upon consideration of the Federal Deposit Insurance Corporation ("FDIC") as Receiver for Colonial Bank's ("FDIC-R) Motion to Compel Testimony of Peter Wallace and to Strike Certain Portions of Wallace's Deposition and for Sanctions (Doc. 326), it is

ORDERED that the Defendants show cause on or before April 6, 2016 why this motion is not due to be granted.

DONE this 25th day of March, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE