IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, Plaintiffs, v. PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, Defendants. | ) | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff, v. PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, Defendants. | ) | CASE NO. 2:12-CV-957-WKW |

**ORDER**

It is ORDERED that a telephonic conference is SET for **May 12, 2016**, at **11:00 a.m. (CDT)**. Counsel for Defendant PricewaterhouseCoopers is DIRECTED to take all necessary action to coordinate and commence the conference call.

DONE this 11th of May, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE