IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, Plaintiffs, v. PRICEWATERHOUSECOOPERS, LLP, and CROWE HORWATH, LLP, Defendants. | ) | CASE NO. 2:11-CV-746-WKW |
| FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff, v. PRICEWATERHOUSECOOPERS, LLC, and CROWE HORWATH, LLP, Defendants. | ) | CASE NO. 2:12-CV-957-WKW |

**ORDER**

It is ORDERED that the Order entered on May 4, 2016 (Doc. # 386), is MODIFIED as follows. The parties are permitted, but are not required, to file a response as directed by the May 4 Order. If the parties file nothing by 5:00 p.m. (CDT) on May 13, 2016, the May 4 Order (Doc. # 386) will be deemed VACATED.

DONE this 13th of May, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE