IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN )
)
Plaintiff, )
)
v. )
) CASE NO. 2:11-cv-746-WKW-TFM
)
PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, )
)
Defendants. )

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, )
)
Plaintiff, )
) CASE NO. 2:12-cv-957-WKW-TFM
v. )
)
PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP )
)
Defendants. )

**O R D E R**

On June 14, 2016, this Court entered an Order (Doc. 411) which denied Plaintiff's Motion for Protective Order (Doc. 324). Thus, for good cause, it is

ORDERED that Plaintiff's Motion to Strike (Doc. 363), Plaintiff's Motion for Leave to file Reply (Doc. 365) and Defendant PriceWaterhouseCoopers, LLP Motion for Leave to File Sur-Reply (Doc. 384) be and hereby are DENIED as Moot.

DONE this 20th day of June, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE