IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-746-WKW-TFM |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) |
| Defendants. | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, | ) |
| Plaintiff, | ) CASE NO. 2:12-cv-957-WKW-TFM |
| v. | ) |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion for leave to File a Reply Brief in Support of its Motion to Compel the Testimony of Peter Wallace (Doc. 353) and for good cause, it is

ORDERED that Plaintiff's Motion for Leave to file Reply (Doc. 353) be and hereby is GRANTED.

DONE this 21st day of June, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE