IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP INC., and KEVIN O'HALLORAN | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-746-WKW-TFM |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, | ) | |
| Defendants. | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-cv-957-WKW-TFM |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Defendant Pricewaterhousecoopers LLP's ("PWC") Motion for Expedited Briefing and to Clarify the Court's June 24, 2016 Order (Doc. 431) and for good cause shown, it is

ORDERED that on or before Friday, July 15, 2016 the FDIC shall provide to the court for *in camera* review the eleven (11) documents about which the parties disagree as to whether privilege applies. Further, it is

ORDERED that on or before Friday, July 15, 2016, Plaintiffs may file any briefs responding to the Motion (Doc. 431) and addressing the privileges claimed as to the eleven (11) documents and the grounds therefore. It is further

ORDERED that on or before July 20, 2016, the Defendants may file any reply briefs.

DONE this 12th day of July, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE