# EXHIBIT 2





Crowe Chizek and Company LLC
Member Horwath International

Mailing Address:
201 TechnaCenter Drive, Suite 103
Montgomery, AL 36117
Tel 334.260.8038
Fax 334.279.8452
www.crowechizek.com

April 15, 2008

Mr. Thomas H. Tynes
Internal Audit Liaison
Colonial BancGroup, Inc.
100 Colonial Bank Boulevard
Montgomery, Alabama  36117

Dear Mr. Tynes:

This letter confirms the arrangements for Crowe Chizek and Company LLC ("Crowe Chizek" or "us" or "we" or "our") to provide internal audit services for Colonial BancGroup, Inc. (the "Bank" or "you" or "your") for the period beginning April 1, 2008 through March 31, 2009. This Agreement is between the Bank and Crowe Chizek only. It is not intended that any other person or organization rely on the services rendered by Crowe Chizek under this letter. The attached Crowe Chizek Engagement Terms is an integral part of this letter and its terms are incorporated herein.

Presented below are the services to be provided by Crowe Chizek, along with the related professional fees, as of the date of this letter. While the scope of the services described below represent the current plans, such plans may change.

Our Responsibilities

Crowe Chizek will meet with your management and assist in developing an annual risk-based internal audit services plan for the period beginning April 1, 2008 through March 31, 2009. This plan will be approved by the internal audit liaison and the Audit Committee and executed by us. This plan will establish the scope and frequency of the work to be performed. We will direct, review, and supervise the day-to-day performance of the audit plan. However, we cannot perform management functions, make management decisions, or appear to act in a capacity equivalent to a member of the Bank's management or an employee. Additionally, we cannot be involved in activities such as authorizing, executing, or consummating transactions or otherwise exercising authority on behalf of the Bank. Accordingly, we cannot perform ongoing monitoring activities or control activities, prepare source documents on transactions, or have custody of the Bank's assets. We will comply with applicable AICPA, U.S. Securities and Exchange Commission (SEC), Public Company Accounting Oversight Board (PCAOB), and other regulatory independence guidance.

CONFIDENTIAL

Mr. Thomas H. Tynes
Colonial BancGroup, Inc.
April 7, 2008
Page 2

We will perform periodic internal audit services, as authorized by the internal audit liaison, based upon the approved risk-based audit plan. Our services will include a review of key internal controls and detail testing of a sample of transactions. Higher risk areas will be covered in more detail and with greater frequency, while lower risk areas will be covered in less detail and on a rotational basis. Specifics concerning the risks, frequency, and scope of the areas to be reviewed will be outlined within the internal audit services plan.

We will periodically discuss with the internal audit liaison the status of the audit engagement and audits in progress. At least quarterly, we will provide the Audit Committee with an update of the status of the internal audit plan.

We will submit written reports throughout the year to communicate the results of our internal audit services for each area of the audit plan. Our reports will be addressed to the Audit Committee and will describe the areas covered and include our findings and recommendations. The internal audit services reports are the property of the Bank.

The internal audit services contemplated within the context of this engagement letter include the concepts of selective testing and sampling. Accordingly, these services, of necessity, would not include all aspects of the Bank's internal control nor would they include a detailed examination of all transactions. Therefore, our work does not guarantee that errors or irregularities will not occur and may not detect errors or irregularities that may exist. These services would also not ordinarily address abuses of management discretion.

We agree to allow employees authorized by the Bank, upon request, to have reasonable and timely access to the internal audit services workpapers supporting our issued reports and to provide the Bank with any copies of workpapers documenting the results of the internal audit services that the Bank deems necessary. We understand that the outsourced internal audit services are subject to regulatory review, and we agree to grant federal and state banking regulators full and timely access to the internal audit services reports and related workpapers we prepare. The workpapers will be located in our office in Montgomery, Alabama when not on-site with us at the Bank. Access to the requested workpapers will be provided to the Bank and/or the regulatory agencies under the supervision of our personnel and at a location mutually agreed upon. We agree to use reasonable industry standards for record retention of documents and workpapers created for these services, and employ reasonable disaster recovery and business continuity practices. Crowe Chizek currently retains engagement records for a period of seven years.

**CONFIDENTIAL**                                                    **CBG-BB&T-MONTGOMERY-2013_00248688**

Mr. Thomas H. Tynes
Colonial BancGroup, Inc.
April 7, 2008
Page 3

The Bank's Responsibilities

The Bank is responsible for designating an individual who possesses suitable skill, knowledge, and/or experience, preferably within senior management, as the internal audit liaison to be responsible for and to oversee the internal audit services function. This individual will be the liaison with Crowe Chizek and will be the coordinator for all internal audit services activities. Working with members of the Bank's management, Crowe Chizek will assist the internal audit liaison in determining risks to be reviewed and will recommend testing procedures. Crowe Chizek will also assist in developing control risk assessments, audit plans, audit programs, and audit reports. However, the internal audit liaison, in conjunction with the Audit Committee, will be responsible for determining and approving the risk, scope, and frequency of internal audit services activities. The signature of the internal audit liaison and the signatures of the Audit Committee member(s) on the annual plan will signify this approval.

At least annually, the Audit Committee should review and approve the control risk assessment and scope of the audit plan, including how much the internal audit liaison relies on the work of Crowe Chizek. The Audit Committee should also consider the internal audit liaison's requests for expansion of the basic internal audit services when significant issues arise or when significant changes occur in the institution's environment, structure, activities, risk exposures, or systems. Major changes in an institution's environment and conditions may lead to changes in internal control and may warrant additional internal audit services. These major changes include: (a) new management; (b) areas or activities experiencing rapid growth; (c) new lines of business, products, or technologies; and (d) corporate restructurings, mergers, and acquisitions.

The internal audit liaison is responsible for the results of the audit work, including findings, conclusions, and recommendations. The internal audit liaison will be the primary person responsible for evaluating the findings and results arising from internal audit services activities. The internal audit liaison will be responsible for reporting internal control deficiencies as soon as they are identified to the appropriate level of the Bank's management and for promptly reporting significant matters to the Audit Committee.

The internal audit liaison will be the principal person responsible for reporting internal audit services activities to the Audit Committee. We plan to meet with the Audit Committee and assist the internal audit liaison in this regard, but we cannot report to the Audit Committee on behalf of management or the internal audit liaison. The Audit Committee should assess whether the Bank's management is resolving internal control weaknesses or other exceptions expeditiously.

The Audit Committee and senior management of the Bank must maintain ownership of the internal audit function and provide active oversight of the internal audit activities. They are responsible for having an effective system of internal control and an effective internal audit function in place. They are also responsible for ensuring that the importance of internal control is understood and respected throughout the institution. Effective internal control reduces the

CONFIDENTIAL

Mr. Thomas H. Tynes
Colonial BancGroup, Inc.
April 7, 2008
Page 4

likelihood that the following will occur and remain undetected: inaccurate, incomplete, or unauthorized transactions; deficiencies in the safeguarding of assets; unreliable financial and regulatory reporting; and deviations from laws, regulations, and the institution's policies. However, it does not completely eliminate that possibility. The Bank's management will perform periodic reviews to determine and shall be solely responsible for determining when, whether, and how the recommendations suggested by Crowe Chizek under this engagement are to be implemented. If, from time to time, we provide you with accounting information or advice, the management of the Bank understands that the ultimate responsibility for proper accounting rests with management.

The Bank will provide reasonable workspace for Crowe Chizek personnel at the audit locations. The Bank's management will also ensure that all information provided to us is accurate and complete in all material respects, contains no material omissions, and is updated on a prompt and continuous basis. Management will also assume responsibility for obtaining all of the third-party consents that are required for us to access and use any third-party products necessary to the performance of the service plan.

The Bank agrees to allow its bank regulatory examiners to have full and timely access to the internal audit services reports maintained on-site by the Bank.

During the engagement term, the Bank will cause its Audit Committee and/or management team to meet with Crowe Chizek personnel at such times as Crowe Chizek may from time to time reasonably request. Without limiting the generality of the foregoing, Crowe Chizek shall have full and regular access to the Bank's Audit Committee and/or management team and shall be entitled to meet with the Audit Committee in private without any member of the Bank's management being present. Crowe Chizek shall report solely to the Bank's internal audit liaison and the Audit Committee with respect to the performance of its obligations under this engagement letter.

## FEES

Billings for our services for the period beginning April 1, 2008 through March 31, 2009 will be $1,904,454 ($1,213,998 for internal audit services and $690,456 for information risk management services), plus out-of-pocket expenses not to exceed 10% of the fee annually. Billings will be submitted on a monthly basis and are due upon receipt. Any amount not paid within 30 days of receipt will be subject to a finance charge of 1.5% per month. In the event an invoice is not paid within 60 days, you agree that we can, solely at our discretion, stop work on the matter subject to the payment.

Mr. Thomas H. Tynes
Colonial BancGroup, Inc.
April 7, 2008
Page 5

The fee payment arrangements are designed for clarity and efficiency and will frequently not correspond to the amount of time and cost we incur on your behalf during a particular calendar period for a variety of reasons. While we bill you for services on an equal monthly payment, our professional fees and expenses incurred will often exceed the monthly billing amount early in the contract period because of engagement planning. You agree that in the event, regardless of the cause, the arrangement under this letter is terminated, you will pay us any professional fees and expenses incurred in excess of billings received, in addition to any termination payment this letter might call for. Similarly, in the event of early termination, if your payments have exceeded our fees and expenses, we will return the excess payments to you.

The above fees are based on the internal audit services plan that details the scope and frequency of the work to be performed. Fees and expenses for any additional projects or services will be agreed to and billed separately.

Our fee estimates assume that personnel of the Bank will assist us in gathering the information necessary to perform the engagement, including obtaining supporting documents, pulling customer files, following up on exceptions, and in other similar ways. We also assume that no irregularities will be discovered, no unusual procedures will be required, internal control is reasonably adequate, and there will be no substantial changes in the operations of the Bank. If unforeseen circumstances indicate that the fees will change, the situation will be discussed with management.

## CONTRACT TERMINATION

From time-to-time, businesses decide that an agreement does not continue to meet their needs. Accordingly, we mutually agree that either party can terminate this engagement upon delivery of written notice 90 days prior to the date of the desired termination. We also mutually agree that specific scope elements may be terminated upon delivery of written notice 90 days prior to the date of the desired termination.

The services under this letter represent meaningful commitments of both parties. Because of the importance of our services to you, in the event of a termination requested by us, we agree to complete full delivery of any projects or audit segments begun during the 90-day notice period, even if they will not be completed until after the actual termination date (of course, you agree to pay for the services performed).

\*       \*       \*       \*       \*       \*

Mr. Thomas H. Tynes
Colonial BancGroup, Inc.
April 7, 2008
Page 6

This engagement letter and the attached Crowe Chizek Engagement Terms reflect the entire agreement between us relating to the services covered by this letter. The headings included in this letter are to assist in ease of reading only; the letter and attachment are to be construed as a single document, with the provisions of each section applicable throughout. This agreement may not be amended or varied except by a written document signed by both parties. It replaces and supersedes any other proposals, correspondence, agreements and understandings, whether written or oral, relating to the services covered by this letter. The agreements of the Bank and Crowe Chizek contained in this engagement letter shall survive the completion or termination of this engagement. If any term hereof is found unenforceable or invalid, this shall not affect the other terms hereof, all of which shall continue in effect as if the stricken term had not been included. This agreement is governed by the internal laws of the State of Illinois.

If the terms of this letter and the attached Crowe Chizek Engagement Terms are acceptable to you, please authorize us to proceed by returning one signed copy and designating the Bank's internal audit liaison.

Very truly yours,

Crowe Chizek and Company LLC

By: _____
E. Michael Thomas, Executive

I have reviewed the arrangements outlined above and in the attached Crowe Chizek Engagement Terms, and I accept on behalf of the Bank the terms and conditions as stated.

Bank: _____

Signature: _____

Printed Name: _____

Title: _____

Date: _____

Designated Internal Audit Liaison: _____

CBG-BB&T-MONTGOMERY-2013_00248692

## Crowe Chizek Engagement Terms

We want you to understand the basis under which we offer our services to you and determine our fees, as well as to clarify the relationship and responsibilities between your organization and ours. These terms are part of our engagement letter and apply to all future services, unless a specific engagement letter is entered into for those services. We specifically note that no advice we may provide should be construed to be investment advice.

YOUR ASSISTANCE - For us to provide our services effectively and efficiently, you agree to provide us timely with the information we request and to make your employees available for our questions. The availability of your personnel and the timetable for their assistance are key elements in the successful completion of our services and in the determination of our fees. Completion of our work depends on appropriate and timely cooperation from your personnel; complete, accurate and timely responses to our inquiries; and timely communication by you of all significant accounting and financial reporting matters of which you are aware. If for any reason this does not occur, a revised fee to reflect the additional time or resources required by us will be mutually agreed upon, and you agree to hold us harmless against all matters that arise in whole or in part from any resulting delay.

If circumstances arise that, in our professional judgment, prevent us from completing this engagement, we retain the right to take any course of action permitted by professional standards, including declining to issue a report or other work product, or withdrawing from the engagement.

CONFIDENTIALITY - We will maintain the confidentiality of your confidential information in accordance with professional standards. You agree not to disclose any confidential material you obtain from us without our prior written consent, except to the extent such disclosure is an agreed objective of this engagement. Your use of our work product shall be limited to its stated purpose and to your business use only. We retain the right to use the ideas, concepts, techniques, industry data, and know-how we use or develop in the course of the engagement. You agree to the use of fax, email, and voicemail to communicate both sensitive and non-sensitive matters; provided, however, that nonpublic personal information regarding your customers or consumers shall not be communicated by unencrypted email. We may use a third-party service provider in providing professional services to you which may require our sharing your confidential information with the provider. If we use a third-party service provider, we will enter into a confidentiality agreement with the provider to require them to maintain the confidentiality of your confidential information.

1 of 3

CONFIDENTIAL

CBG-BB&T-MONTGOMERY-2013_00248693

CONSUMER PRIVACY - In order to provide the services called for in this engagement, you may be disclosing to us certain nonpublic personal information regarding your accounts, customers, and consumers. To the extent permitted by law, we will not disclose any such nonpublic personal information except to you and our employees and agents. However, in circumstances that fall under an exception in the regulations "Privacy of Consumer Financial Information" implementing the Gramm-Leach-Bliley Act, we may disclose or use such nonpublic personal information in the ordinary course of business to carry out the services in this engagement. We have implemented and will maintain physical, electronic and procedural safeguards ("Safeguards") reasonably designed to protect the security, confidentiality and integrity of, to prevent unauthorized access to or use of, and to ensure the proper disposal, of nonpublic personal information regarding your customers or consumers. We further agree that the Safeguards shall meet the objectives of the Interagency Guidelines Establishing Information Security Standards, adopted by the Office of the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, and the Office of Thrift Supervision, as they currently exist, or as they may be amended from time to time.

CHANGES – We may periodically communicate changes in laws, rules, or regulations to you. However, you have not engaged us to and we do not undertake an obligation to advise you of changes in laws, rules, regulations, industry or market conditions, your own business practices, or other circumstances, except to the extent required by professional standards.

PUBLICATION - You agree to obtain our specific permission before using our report or our firm's name in a published document, and you agree to submit to us copies of such documents to obtain our permission before they are filed or published.

NO PUNITIVE OR CONSEQUENTIAL DAMAGES – Any liability of Crowe Chizek to you shall not include any special, consequential, incidental, punitive, or exemplary damages or loss nor any lost profits, savings, or business opportunity.

LIMIT OF LIABILITY - The provisions of this section establishing a limit of liability will not apply if, as determined in a judicial proceeding, we performed our services with gross negligence or willful misconduct. Our engagement with you is not intended to shift risks normally borne by you to us. With respect to any services or work product or this engagement in general, the liability of Crowe Chizek and its personnel shall not exceed the fees we receive for the portion of the work giving rise to liability. A claim for a return of fees paid shall be the exclusive remedy for any damages. This limitation of liability is intended to apply to the full extent allowed by law, regardless of the grounds or nature of any claim asserted. This limitation of liability shall also apply after termination of this agreement.

INDEMNIFICATION FOR THIRD PARTY CLAIMS – The provisions of this section for indemnification will not apply if, as determined in a judicial proceeding, we performed our services with gross negligence, or with willful misconduct. Our engagement with you is not intended to shift risks normally borne by you to us. In the event of a legal proceeding or other claim brought against us by a third party you agree to indemnify and hold harmless Crowe Chizek and its personnel against all costs, fees, expenses, damages, and liabilities, including defense costs and legal fees, associated with such third-party claim arising from or relating to any services or work product that you use or disclose to others, or this engagement generally. This indemnification is intended to apply to the full extent allowed by law, regardless of the grounds or nature of any claim asserted. This indemnification shall also apply after termination of this agreement.

2 of 3

CBG-BB&T-MONTGOMERY-2013_00248694

RESPONSE TO LEGAL PROCESS – If we are requested by subpoena, other legal process, or other proceedings to produce documents pertaining to you, and we are not a named party to the proceeding, you will reimburse us for our professional time, plus out-of-pocket expenses, as well as reasonable attorney fees we incur in responding to such request.

MEDIATION - If a dispute arises, in whole or in part, out of or related to this engagement, or after the date of this agreement, between you or any of your affiliates or principals, and Crowe Chizek, and if the dispute cannot be settled through negotiation, you and Crowe Chizek agree first to try in good faith to settle the dispute by mediation administered by the American Arbitration Association under its mediation rules for professional accounting and related services disputes before resorting to litigation or any other dispute-resolution procedure. The results of mediation shall be binding only upon agreement of each party to be bound. Costs of any mediation shall be shared equally by both parties.

JURY TRIAL - In the unlikely event that differences concerning our services or fees arise between us that are not resolved by mutual agreement or mediation, you and we agree to waive a trial by jury to facilitate judicial resolution and save time and expense of both parties.

LEGAL AND REGULATORY CHANGE – The scope of services and fees for the services covered by the accompanying letter are based on current laws and regulations. If changes in laws or regulations change your requirements or the scope of our work, you and we agree that our fees will be modified to a mutually agreed upon amount to reflect the changed level of our effort.

NON-SOLICITATION – You and we acknowledge the importance of retaining key personnel. Accordingly, both parties agree that during the period of this agreement and for one year after its expiration or termination, neither party will solicit any personnel of the other party for employment without the written consent of the other party. If an individual becomes an employee of the other party, the other party agrees to pay a fee equal to the individual's compensation for the prior full twelve-month period to the original employer.

AFFILIATES - Crowe Chizek and Company LLC (Crowe Chizek) is a member of Horwath International Association, a Swiss association (Horwath). Each member firm of Horwath is a separate and independent legal entity. Crowe Chizek and its affiliates are not responsible or liable for any acts or omissions of any other member of Horwath and hereby specifically disclaim any and all responsibility or liability for acts or omissions of any other member of Horwath.

3 of 3

CONFIDENTIAL

CBG-BB&T-MONTGOMERY-2013_00248695