**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, AS PLAN TRUSTEE,**

**Plaintiffs,**

**v.**

**PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,**

**Defendants.**

**Case No. 2:11-cv-00746-BJR**

**LEAD CASE**

---

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,**

**Plaintiff,**

**v.**

**PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,**

**Defendants.**

**Case No. 2:12-cv-00957-BJR**

---

**ORDER**

---

Upon consideration of the agreed Stipulation Regarding Florida Law Not Supplying Rule of Decision filed by Plaintiffs The Colonial BancGroup, Inc. and Kevin O'Halloran and the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank and Defendants Crowe Horwath LLP and PricewaterhouseCoopers LLP, filed on January 9, 2017,

**IT IS HEREBY ORDERED** as follows:

(1) Florida law shall not govern any of Plaintiffs' claims against Defendants, nor shall Florida law govern any defense which either Defendant has to a claim made by any of the Plaintiffs. However, this Order shall not preclude any party from arguing that any law other than Florida law is applicable to a claim or defense.

(2) The FDIC's Motion to Strike Florida Law Defense (Doc. No. 547) is stricken as moot.

This 9th day of January. 2017.

Barbara J Rothstein

Barbara Jacobs Rothstein
U.S. District Court Judge