# Exhibit
# A

| Crowe Witnesses and Designation Page Count | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Pages From:** | **Brent Spencer** | **David Hoffman** | **Marianne Lester** | **Robert Hawkins** | **Rusty Thompson** | **Sarah Roland** | **Timothy Rich** | |
| | | | | | | | | |
| Crowe Designations | 130 | 135 | 83 | 58 | 28 | 316 | 87 | |
| FDIC Counter | 6 | 40 | 14 | 1 | 0 | 217 | 15 | |
| FDIC Designations | 68 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Crowe Counter | 4 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | | | | | | |
| **Total Page Count** | **208** | **175** | **97** | **59** | **28** | **533** | **102** | **1202** |

| PwC Witnesses and Designation Page Count | | | | | |
|---|---|---|---|---|---|
| **Pages From:** | **David Hoffman** | **Marianne Lester** | **Sarah Roland** | **Timothy Rich** | |
| | | | | | |
| PwC Designations | 71 | 96 | 305 | 44 | |
| FDIC Counter | 48 | 8 | 190 | 11 | |
| FDIC Designations | 0 | 0 | 0 | 0 | |
| PwC Counter | 0 | 0 | 0 | 0 | |
| | | | | | |
| **Total Page Count** | **119** | **104** | **495** | **55** | **773** |