IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., as post-confirmation debtor, and KEVIN O'HALLORAN, as plan trustee acting for and on behalf of the debtor,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | ) | Case No. 2:11-cv-00746-BJR<br><br>LEAD CASE |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | ) | Case No. 2:12-cv-00957-BJR<br><br>**FILED UNDER SEAL** |

**DEFENDANT CROWE HORWATH LLP'S MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* TO BAR EVIDENCE OR ARGUMENT REGARDING PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK'S UNTIMELY-DISCLOSED DAMAGE CALCULATIONS**

Defendant Crowe Horwath LLP ("Crowe") respectfully moves for leave to file its Motion *In Limine* to bar evidence or argument regarding Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank's untimely-disclosed damage calculation, attached hereto as Exhibit 1. In support thereof, Crowe states as follows:

1. The Court had set the pretrial conference for August 25, 2017. Dkt. 648. The parties were therefore required to file motions *in limine* by July 26, 2017 (Dkt. 410 at 3), and to file a Joint Pretrial Statement by August 11, 2017. Dkt. 660 at 6.

2. Crowe timely filed its motions in *limine* on July 26, 2017.

3. However, on August 10, 2017, late in the afternoon on the day before the Joint Pretrial Statement was due, the FDIC introduced a new itemization of damages.

4. [redacted] The FDIC had previously represented to Crowe and the Court that it would rely on Malek, and its itemization of damages in its initial draft of the Joint Pretrial Statement (tendered on July 31, 2017) appeared to be based on Malek's work.

5. Yet, at 4:18 p.m. on August 10, 2017, the FDIC revised the draft Joint Pretrial Statement to claim for the first time damages of ***$1.8 billion*** "subject to any applicable setoffs and credits as determined by the Court." Dkt. 713 at 3. [redacted]

6. Crowe was unable to raise the FDIC's untimely-disclosed itemization of damages prior to the July 26, 2017 deadline for motions *in limine* because the FDIC did not raise it until

August 10, 2017, the day before the Joint Pretrial Statement was due. Crowe therefore requests leave to file the attached Motion *In Limine* after the July 26, 2017 deadline.

WHEREFORE, Crowe respectfully requests that the Court grant it leave to file its Motion *In Limine* to bar evidence or argument regarding Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank's untimely-disclosed damage calculation.

Respectfully submitted,

/s/ Stanley J. Parzen

**MAYER BROWN LLP**
Stanley J. Parzen
Jonathan C. Medow
Justin A. McCarty
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Email: sparzen@mayerbrown.com
jmedow@mayerbrown.com
jmccarty@maybrown.com

**MAYER BROWN LLP**
Mark W. Ryan
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3338
Email: mryan@mayerbrown.com

**COPELAND, FRANCO, SCREWS & GILL, PA**
Robert D. Segall
Post Office Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Email: segall@coperlandranco.com

*Attorneys for Defendant Crowe Horwath LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I caused a redacted version of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as of that date, and an unredacted version was filed with the Clerk of the Court, under seal, by hand-delivery and served on counsel of record for the parties via email.

/s/ Stanley J. Parzen
*An Attorney for Defendant Crowe Horwath LLP*