**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, as plan trustee,**

**Plaintiffs,**

**v.**

**PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,**

**Defendants.**

**Case No. 2:11-cv-00746-BJR**

---

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,**

**Plaintiff,**

**v.**

**PRICEWATERHOUSECOOPERS, LLP and CROWE HORWATH, LLP,**

**Defendants.**

**Case No. 2:12-cv-00957-BJR**

**Order on Briefing Schedule**

Based on the presentation and statements made during the status conference held before the Court on January 22, 2018, it is ORDERED that:

a. By no later than February 9, 2018, PricewaterhouseCoopers LLP ("PwC") shall file a motion on CBG's 2007 claim based on estoppel or related grounds concerning the applicability of the Court's rulings in its December 28, 2017 opinion to CBG's 2007 claim.

b. CBG's opposition brief is due on February 28, 2018.

c. PwC's reply brief is due on March 12, 2018.

d. Leave of Court must be obtained to file a surreply.

e. PwC's initial brief and CBG's response shall not exceed 25 pages (exclusive of the certificate of service) and PwC's reply shall not exceed 10 pages (exclusive of the certificate of service).

f. PwC's motion for summary judgment on CBG's claim (Dkt. 534) is deemed re-noticed. The opposition brief and reply brief are found at Dkt. 559 and 595.

ORDERED and ADJUDGED this 26th day of January, 2018.

Barbara J Rothstein

Barbara Jacobs Rothstein
U.S. District Court Judge