IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>Defendants. | Case No. 2:11-cv-00746-BJR |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP and CROWE HORWATH, LLP,<br><br>Defendants. | Case No. 2:12-cv-00957-BJR |

AGREED MOTION FOR ENTRY OF ORDER OF DISMISSAL
WITH RESPECT TO CROWE HORWATH LLP

Plaintiff the Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC-R"), and Defendant Crowe Horwath, LLP ("Crowe"), (collectively, the "Parties"), by their respective attorneys, hereby jointly move this Court to enter an order of dismissal with prejudice with respect to Crowe in the above-captioned action. In support of this Agreed Motion, the Parties state as follows:

1. Pursuant to a settlement agreement reached between the FDIC-R and Crowe, the Parties jointly move the Court, pursuant to Fed. R. Civ. P. 41(a)(2), to enter an order of dismissal with prejudice with respect to Crowe in the form of the proposed order attached hereto as Exhibit A.

2. This Motion and the attached Order do not relate to, release, dismiss or impact the FDIC-R's claims and causes of action asserted against PricewaterhouseCoopers, LLP ("PwC") in this action and the FDIC-R's claims against PwC shall remain pending.

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed Order dismissing this action against Crowe with prejudice.

Dated: April 30, 2018

By: /s/ Jonathan Medow

Robert D. Segall (SEG003)
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

Stanley J. Parzen, *pro hac vice*
Jonathon C. Medow, *pro hac vice*
Justin A. McCarty, *pro hac vice*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Mark W. Ryan, *pro hac vice*
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendant
Crowe Horwath LLP*

By: /s/ David Mullin

Robert K. Spotswood (SPO001)
Michael T. Sansbury (SAN054)
Grace L. Kipp (LON 049)
Spotswood Sansom & Sansbury LLC
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
Telephone: (205) 986-3620
Facsimile: (205) 986-3639

David Mullin, *pro hac vice*
John M. Brown, *pro hac vice*
John G. Turner, III, *pro hac vice*
Robert Bell, *pro hac vice*
Clint Latham, *pro hac vice*
Anthony W. Kirkwood, *pro hac vice*
Richard Biggs, *pro hac vice*
Mullin Hoard & Brown, LLP
500 South Taylor, Suite 800
Amarillo, Texas 79101
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Lawrence H. Heftman, *pro hac vice*
Schiff Hardin, LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5725
Facsimile: (312) 258-5600

Dennis Bailey (ASB-4845-171D)
J. Evans Bailey (ASB-9995-J61B)
Rusthton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3234
Facsimile: (334) 481-0031

*Attorneys for Plaintiff Federal Deposit
Insurance Corporation as Receiver for
Colonial Bank*

{1198/00/01547208.DOCX / 1}

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF notification system.

/s/David Mullin

CH2\20731788.2

{1198/00/01547208.DOCX / 1}