IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,<br><br>    Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants. | Case No. 2:11-cv-00746-BJR |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP and CROWE HORWATH, LLP,<br><br>    Defendants. | Case No. 2:12-cv-00957-BJR |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE WITH RESPECT TO CROWE HORWATH LLP**

Pursuant to the Agreed Motion for Entry of Order of Dismissal with Respect to Crowe Horwath, LLP ("Crowe"), the Court being fully advised, it is hereby ordered, pursuant to Fed. R. Civ. P. 41(a)(2), that:

1.   This action is dismissed with prejudice as to Crowe.

EXHIBIT A

2. This Order does not relate to, release, dismiss or impact the FDIC-R's claims and causes of action asserted against PricewaterhouseCoopers, LLP ("PwC") in this action and the FDIC-R's claims against PwC shall remain pending.

3. The FDIC-R and Crowe shall bear their own attorneys' fees and costs with respect to any claims, counterclaims and causes of action in this action between the FDIC-R and Crowe. Neither the FDIC-R nor Crowe shall have any liability to the other for fees and costs incurred in connection with any other aspect of this action.

Dated this \_\_\_\_ day of _____, 2018.

                                                            _____
                                                            Barbara Jacobs Rothstein
                                                            U.S. District Court Judge

**EXHIBIT A**