```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

  * * * * * * * * * * * * * * *
THE COLONIAL BANCGROUP, INC.,     )
and KEVIN O'HALLORAN, as plan     )  Case No. 2:11-cv-746-BJR
trustee,                          )
              Plaintiffs,         )
v.                                )
PRICEWATERHOUSECOOPERS LLP        )  March 13, 2018
and CROWE HORWATH LLP,            )  1:06 p.m.
              Defendants.         )  Washington, D.C.
  * * * * * * * * * * * * * * *
FEDERAL DEPOSIT INSURANCE         )
CORPORATION AS RECEIVER FOR       )  Case No. 2:12-cv-957-BJR
COLONIAL BANK,                    )
              Plaintiff,          )
v.                                )
PRICEWATERHOUSECOOPERS LLP        )
and CROWE HORWATH LLP,            )
              Defendants.         )
                                  )
  * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF PRETRIAL CONFERENCE**
**BEFORE THE HONORABLE BARBARA JACOBS ROTHSTEIN,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

**FOR FEDERAL DEPOSIT INSURANCE CORPORATION:**

```
          STEPHEN SORENSEN
          Thomas, Alexander, Forrester & Sorensen LLP
          14 27th Avenue
          Venice, CA  90291
          310-961-2536

          DAVID C. MULLIN
          Mullin Hoard Brown, LLP
          800 Amarillo National Plaza Two
          PO Box 31656
          Amarillo, TX  79120-1656
          (806) 372-5050
          Email:  Dmullin@mhba.com
```

**(APPEARANCES CONTINUED)**

**APPEARANCES (continued):**

**FOR FEDERAL DEPOSIT INSURANCE CORPORATION:**

                        LAWRENCE H. HEFTMAN
                        Schiff Hardin LLP
                        233 S. Wacker Dr # 6600
                        Chicago, IL 60606
                        (312) 258-5500
                        Email:  Lheftman@schiffhardin.com


**FOR PRICEWATERHOUSECOOPERS LLP:**

                        PHILIP S. BECK
                        MARK L. LEVINE
                        CHRISTOPHER D. LANDGRAFF
                        CHRISTOPHER R. HAGALE
                        NICOLAS MARTINEZ
                        Bartlit Beck Herman Palenchar & Scott LLP
                        Courthouse Place, Suite 300
                        54 West Hubbard Street
                        Chicago, IL  60654
                        (312) 494-4440
                        Email:  Philip.beck@bartlit-beck.com
                        Email:  Mark.levine@bartlit-beck.com

                        MEREDITH MOSS
                        PAUL ALESSIO MEZZINA
                        King & Spalding LLP
                        1700 Pennsylvania Avenue, NW
                        Washington, D.C.  20006-4707
                        (202) 626-2916
                        Email:  Mmoss@kslaw.com
                        Email:  Pmezzina@kslaw.com

**ALSO PRESENT:**  Gregory Conway


Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
                Official Court Reporter
                U.S. District Courthouse
                Washington, D.C.  20001
                202-354-3242


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Good afternoon.
 3              MR. SORENSEN:  Good afternoon.
 4              MR. LEVINE:  Good afternoon.
 5              THE DEPUTY:  This is MDAL-11-746, the Colonial
 6    Bancgroup, Inc., et al. versus PricewaterhouseCoopers, LLC,
 7    et al.
 8              This is a pretrial conference on damages.
 9              Would the parties please introduce themselves to
10    the Court, beginning with the plaintiff.
11              MR. SORENSEN:  Steven Sorensen on behalf of the
12    plaintiff FDIC.
13              MR. HEFTMAN:  Larry Heftman on behalf of FDIC.
14              MR. MULLIN:  David Mullin on behalf of the FDIC.
15              MR. CONWAY:  Greg Conway from the FDIC.
16              MR. BECK:  Phil Beck for PwC.
17              MR. HAGALE:  Chris Hagale for PwC.
18              MR. MEZZINA:  Paul Mezzina for PwC.
19              MS. MOSS:  Meredith Moss for PwC.
20              MR. MARTINEZ:  Nicolas Martinez for PwC.
21              MR. LANDGRAFF:  Chris Landgraff for PwC.
22              MR. LEVINE:  And Mark Levine for PwC.
23              THE COURT:  Well, welcome back, folks.
24              You did have your mediation yesterday, was it?
25    The day before?
```

1            MR. BECK:  Both.  We started Sunday evening for

2     about three hours, and then we went most of yesterday.  And

3     we're still on for the damages trial.

4            We've talked.  Maybe something will happen; but

5     right now we're set to go forward with the damages trial.

6            THE COURT:  You agree, I take it?

7            MR. SORENSEN:  I agree.  We tried in good faith,

8     Your Honor, but we did not resolve it.

9            THE COURT:  Okay.  Well, who wants to lead off?

10    What are the issues we need to resolve today?

11           MR. LEVINE:  Your Honor, I think the good news is

12    there is not too much that needs to be resolved.

13           THE COURT:  Good.

14           MR. LEVINE:  It's just more information for the

15    Court.

16           THE COURT:  Okay.

17           MR. LEVINE:  We have exchanged witness lists.  The

18    way it's going to work is the FDIC will go first.  They will

19    call their damages expert, Mr. Malek.  And then we're going

20    to go after that.  We're going to call our damages expert,

21    Mr. Lehn.  And then the FDIC has a couple of may-call

22    rebuttal witnesses; we'll see if that happens.  And then

23    we'll have closings.

24           We have opening, obviously.

25           THE COURT:  You have opening.  I think -- what did

1    we do?  45 minutes for opening for either side.  Do you need

2    it?

3              MR. LEVINE:  Correct.

4              MR. BECK:  Yes.

5              MR. SORENSEN:  Yes.

6              MR. LEVINE:  I think it makes sense, yes.

7              THE COURT:  Okay.

8              MR. SORENSEN:  Just in terms of the timing, I

9    think we could -- we expect that Mr Malek's direct will last

10   maybe about two hours.

11             THE COURT:  Okay.

12             MR. SORENSEN:  So I think we --

13             THE COURT:  It's sort of a day each, is that what

14   it's going to amount to?

15             MR. SORENSEN:  Almost.  I think we can finish up

16   on Wednesday, barring anything happening that requires

17   rebuttal and potentially get to the closings on Thursday.

18   Maybe even in the morning, I think.

19             THE COURT:  Sounds good.

20             MR. LEVINE:  I guess it's highly likely we will

21   have closings Thursday morning and be out of here by noon.

22             THE COURT:  Sounds great.

23             You are going to have lots of exhibits for me that

24   the expert is going to use that I can look at and follow up

25   on?

1           MR. LEVINE:  Yes, Your Honor.

2           THE COURT:  Okay.

3           MR. LEVINE:  We have also exchanged deposition

4    designations and counterdesignations.  And we're finalizing

5    that logistically now so that we're ready to get hard copies

6    to the Court, as well as sending them to Heather, along with

7    the exhibits that have been cited.  We know we can get it

8    done by Monday before the trial starts on Tuesday.  We will

9    try to get it done before, but I don't know if logistically

10   it will work.

11          THE COURT:  Well, if that's the case, don't assume

12   that I have read those exhibits -- those depositions --

13          MR. LEVINE:  Understood.

14          THE COURT:  -- and exhibits.

15          MR. LEVINE:  Understood, Your Honor.

16          THE COURT:  If there is something in there that

17   the expert wants to rely on, he better tell me about it

18   because I won't have read it.

19          MR. SORENSEN:  Yes.

20          MR. LEVINE:  Understood.

21          THE COURT:  Is that it?

22          MR. LEVINE:  That's it.

23          THE COURT:  That's it.  Well, that's great.

24          Well, keep going on your mediation.  I can only

25   hope.  But I will see you back here -- if not, we'll see you

1    back here on Tuesday.  All right.

2              MR. LEVINE:  What time are we starting?

3              THE COURT:  I knew you were going to ask that.

4    How about 9:30?

5              MR. LEVINE:  Sounds great.

6              THE COURT:  That's a reasonable time.  Okay.

7              MR. LEVINE:  Thank you, Your Honor.

8              MR. SORENSEN:  Thank you.

9              THE COURT:  All right.  Thank you.

10             THE DEPUTY:  All right.  The Court stands in

11   recess.

12             (Whereupon, the proceeding concludes, 1:11 p.m.)

13                        *  *  *  *  *

14                        **CERTIFICATE**

15

16             I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

17   certify that the foregoing constitutes a true and accurate

18   transcript of my stenographic notes, and is a full, true,

19   and complete transcript of the proceedings to the best of my

20   ability.

21

22        Dated this 13th day of March, 2018.

23

24        /s/ Elizabeth Saint-Loth, RPR, FCRR
          Official Court Reporter

25