UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
 * * * * * * * * * * * * * * * *
THE COLONIAL BANCGROUP, INC.,     )
and KEVIN O'HALLORAN, as plan     )  Case No. 2:11-cv-746-BJR
trustee,                          )
              Plaintiffs,         )
v.                                )
PRICEWATERHOUSECOOPERS LLP        )  March 22, 2018
and CROWE HORWATH LLP,            )  10:02 a.m.
              Defendants.         )  Washington, D.C.
 * * * * * * * * * * * * * * * *
FEDERAL DEPOSIT INSURANCE         )
CORPORATION AS RECEIVER FOR       )  Case No. 2:12-cv-957-BJR
COLONIAL BANK,                    )
              Plaintiff,          )
v.                                )
PRICEWATERHOUSECOOPERS LLP        )
and CROWE HORWATH LLP,            )
              Defendants.         )
                                  )  *Morning Session*
 * * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF BENCH TRIAL**
**BEFORE THE HONORABLE BARBARA JACOBS ROTHSTEIN,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

**FOR FEDERAL DEPOSIT INSURANCE CORPORATION:**

STEPHEN SORENSEN
Thomas, Alexander, Forrester & Sorensen LLP
14 27th Avenue
Venice, CA  90291
310-961-2536

LAWRENCE H. HEFTMAN
Schiff Hardin LLP
233 S. Wacker Dr # 6600
Chicago, IL 60606
(312) 258-5500
Email:  Lheftman@schiffhardin.com

**(APPEARANCES CONTINUED)**

```
   APPEARANCES (continued):

FOR FEDERAL DEPOSIT INSURANCE CORPORATION:

                 DAVID C. MULLIN
                 Mullin Hoard Brown, LLP
                 800 Amarillo National Plaza Two
                 PO Box 31656
                 Amarillo, TX  79120-1656
                 (806) 372-5050
                 Email:  Dmullin@mhba.com

                 GRACE L. KIPP
                 Spotswood Sansom & Sansbury
                 One Federal Place
                 1819 Fifth Avenue North, Suite 1050
                 Birmingham, AL  35203
                 Email:  Gkipp@spotswoodllc.com

FOR PRICEWATERHOUSECOOPERS LLP:

                 PHILIP S. BECK
                 MARK L. LEVINE
                 CHRISTOPHER D. LANDGRAFF
                 CHRISTOPHER R. HAGALE
                 NICOLAS MARTINEZ
                 JAMESON JONES
                 Bartlit Beck Herman Palenchar & Scott LLP
                 Courthouse Place, Suite 300
                 54 West Hubbard Street
                 Chicago, IL  60654
                 (312) 494-4440
                 Email: Philip.beck@bartlit-beck.com
                 Email: Mark.levine@bartlit-beck.com

                 MEREDITH MOSS
                 King & Spalding LLP
                 1700 Pennsylvania Avenue, NW
                 Washington, D.C.  20006-4707
                 (202) 626-2916
                 Email: Mmoss@kslaw.com

ALSO PRESENT:  Gregory Conway, David Schillinger
               Rami Burbar, Amy Gonzales, Lori Barnicke

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
                202-354-3242

     Proceedings reported by machine shorthand, transcript
     produced by computer-aided transcription.
```

1                    **P R O C E E D I N G S**

2              THE COURT:  Okay.  This is MDAL case,

3       year 2011-746, The Colonial Bancgroup, Inc., et al., versus

4       PricewaterhouseCoopers, LLC, et al.  This is a bench trial

5       on damages, Day 2.

6              Will the parties please introduce yourselves to

7       the Court, beginning with the plaintiff.

8              MR. SORENSEN:  Stephen Sorensen on behalf of the

9       FDIC.

10             MR. HEFTMAN:  Larry Heftman on behalf of the FDIC.

11             MS. KIPP:  Grace Kipp on behalf of the FDIC.

12             MR. MULLIN:  David Mullin on behalf of the FDIC.

13             MR. BECK:  Phil Beck for PwC.

14             MR. HAGALE:  Chris Hagale for PwC.

15             MR. MARTINEZ:  Nico Martinez for PwC.

16             MS. MOSS:  Meredith Moss for PwC.

17             MR. JONES:  Jameson Jones for PwC.

18             MR. LANDGRAFF:  Chris Landgraff for PwC.

19             MR. LEVINE:  And Mark Levine for PwC.

20             THE COURT:  Sounds like we're all present and

21      accounted for.

22             Counsel, we're going to have to find some

23      entertainment to keep you busy in your hotel rooms so that

24      you stop working on briefs.  Obviously, left on your own

25      devices, you're just going to come up with more and more

1    issues.  But we have one to discuss today.

2         Do you want to lead off, Mr. Sorensen?  It looks

3    like you do.

4         MR. SORENSEN:  Yes.  Thank you, Your Honor.

5         Let me make sure Your Honor understands the facts

6    of what the issue is here.

7         We heard about the offline database, the secret

8    set of books, that was kept by Teresa Kelly.  And at the

9    end, when the bank was taken over by the FDIC, they went to

10   the secret set of books and said:  Well, what is listed

11   there?

12        They found most of it had already been sold to

13   other investors and was worthless.  They also found that

14   some loans were still there, but they were impaired.  Those

15   were the junk loans.

16        Then there was a third category; and these were

17   properties that had already been foreclosed on.  And they

18   were owned by TBW and, you know, that was established in the

19   bankruptcy.  So TBW had these foreclosed properties.  It was

20   in the process of selling them.

21        And the theory -- the new theory of damages of

22   reductions -- of setoff here is that the FDIC should have

23   gotten -- and there was $78 million of foreclosed properties

24   owned by TBW which were ultimately sold.

25        And the theory is that, well, in the bankruptcy

1    settlement, the FDIC, it had some right to those foreclosed

2    properties that TBW owned.

3              And as part of the settlement, it gave up those

4    rights.  And they claim $44 million is the pro rata share,

5    and that that should be -- that should be considered here.

6              Your Honor, the first time we heard this theory

7    was when Your Honor heard it.  When PwC counsel put up the

8    big board with the 44 million, we were as surprised as you

9    were.  We had never heard this theory before.  It had not

10   been developed in discovery at all.  And it's really the

11   same theory that they tried -- that they used with the

12   B of A settlement, where they wanted to second-guess that

13   settlement, and said:  Well, you know, we didn't figure out

14   what was traded for what.  It's really the same issue.

15             I mean, this settlement had 14 different moving

16   pieces.  And Your Honor ruled that you don't look beyond the

17   settlement; you look at the amount actually received.

18             And that's what Mr. Malek testified here.

19             I took the $188 million, plus the unsecured

20   recovery, what the FDIC actually received; and that's what I

21   applied as a setoff here.

22             So the idea that there was a trade in the

23   settlement, Your Honor has already ruled that you don't go

24   beyond the settlement.  You look at the money that came in.

25   And that's what Mr. Malek did.

1          So this is really a setoff.  And it is their

2    burden.  It was never developed during discovery at all.

3    Their -- in fact, their expert witness will agree that

4    Mr. Malek accounted for all recoveries.  So...

5          THE COURT:  Okay.  Well, let me -- since you have

6    been brave enough to go first, let me just ask a couple of

7    things.

8          First, I have seen your brief.  I have seen what I

9    think is not a brief but an answering exhibit.

10          Was there a brief attached to that?

11          MS. MOSS:  There was, Your Honor.  I don't know if

12    you have it.  I can hand up a copy up if you would like.

13          THE COURT:  I would.  Because what I have seen is

14    an email on that, which was pretty explanatory anyway.  But

15    I'm sure there is more.

16          So, obviously, I haven't read the reply brief.  So

17    let me just continue asking Mr. Sorensen a couple of things

18    because I want to get -- then you can give me your position.

19          MS. MOSS:  Okay.

20          THE COURT:  What we need to decide is how to

21    proceed.

22          You are arguing that this is a matter of law, that

23    I have already ruled on it; and it may indeed be.  But just

24    in case you're wrong, it may behoove us to get the facts or

25    at least do the cross-exam that they're planning out and

1    done.  Unless you all love this place so much that you want

2    to come back for it in the event that I rule against the FDIC.

3            So that's my first question.

4            The second question is as to timing.  I know what

5    their answer is going to be.  Their answer -- they already

6    have given it -- that this really isn't a new issue; that

7    this is appropriate cross-examination that they saved, the

8    way you save any surprise, for cross-examination.

9            Yes.  No.  Maybe.  But I haven't really had time

10   to consider this.

11           So the real issue before the Court right now is

12   not the legal issue and not so much timing.  Because you may

13   be right.  This may be something that should have been dealt

14   with before.

15           But here we are.  And we -- we -- and I include

16   the Court in this "we" -- really want to finish this damages

17   portion by tomorrow.  We've lost a day, but I still think we

18   can finish by tomorrow.

19           So the question is, do you want to put off until I

20   have had time to read the briefs, give you a ruling -- in

21   which you may very well prevail.  I mean, just without

22   reading the answering brief, from what you have told me, it

23   does look a lot like the BofA situation.

24           But I don't know because I haven't read -- things

25   always look better when you only read one brief.  It's

1    always easier.  But there is an another side; I am sure.

2            So I'm really thinking of a logistics problem.  We

3    have got Malek here.  We've got everybody here.

4            I have a feeling they may even want to make an

5    offer of proof on this whether -- no matter what.  As much

6    as I enjoy having you guys, I really don't want to make you

7    all fly out for what may be about 15, 20 minutes of

8    cross-examination.

9            So I am asking you this because you are pragmatic;

10   I know.  Even though I know you feel strongly, I can tell

11   from your brief that I shouldn't be hearing any of this.

12           Don't you think it's worthwhile just letting the

13   cross-examination go on for now?

14           MR. SORENSEN:  Your Honor, yes.  I mean, I want to

15   be practical here.  And actually, one thought I had is -- I

16   think Mr. Levine said he maybe has an hour and a half or so.

17           If he could proceed with the cross-examination not

18   covering that topic, then, when we come back from the break,

19   I can tell you what our position is.

20           So I would like to consider it a little bit.

21           THE COURT:  And let me throw another suggestion

22   out.

23           I know you are in a hurry to get Mr. Lehn -- Long?

24           MS. MOSS:  Lehn.  That's how you pronounce it.

25           THE COURT:  Lehn.  Mr. Lehn wants to get out of

1     here by tonight.

2               MR. SORENSEN:  Right.

3               THE COURT:  And I am certainly willing to extend

4     court hours to do it.

5               So my suggestion would be whatever we decide -- if

6     we decide to go ahead with Malek's cross-examination on this

7     issue, couldn't we put that over until tomorrow or, at

8     least, not do it today so that we can get on to Lane?  Lehn?

9               MS. MOSS:  Lehn.

10              THE COURT:  Okay.  He spells it -- to get on to

11    Lehn.  I mean, I want to make sure to get Lehn off and on so

12    he can get out of here.

13              MS. MOSS:  Thank you.  We appreciate that very

14    much, Your Honor.

15              I actually think this is even more simple than

16    we've been talking about it and, frankly, more practical.

17              The motion is not about the merits.  And, in fact,

18    Your Honor need not and should not decide the merits of what

19    this evidence that PwC intends to offer shows or doesn't

20    show.  That's for later, after post-trial briefing, after

21    closing arguments.  That is the appropriate time for Your

22    Honor to decide, frankly, what Mr. Sorensen argued, which

23    was the merits.

24              The motion is not whether you should permit 20

25    minutes for the cross-examination, lest the Eleventh Circuit

1      reverse, and then we all come back here.

2              It is part and parcel of what Your Honor had done

3      in Alabama, where we -- Your Honor permitted us to put in

4      evidence in Alabama while we were all there; so that if the

5      Eleventh Circuit reverses, we don't all go back to Alabama.

6      Because what Your Honor's doing with the Crowe trial with

7      the audit interference and the order Your Honor is issuing

8      this week.

9              It is of piece with a number of decisions that

10     Your Honor has made all along to favor the practical and the

11     efficient.  And putting it over until tomorrow -- first of

12     all, it's only 20 minutes.  We have spent 7 or 8 already

13     arguing about whether you should hear the 20 minutes.  So I

14     think we should just get started.  But...

15             THE COURT:  It's the nature of the way courts

16     work.

17             MS. MOSS:  It is.

18             I don't think it works to put it over to tomorrow

19     because, of course, Mr. Malek is going to testify; Mr. Lehn

20     is going to respond.  And then he's going to leave,

21     hopefully, today.

22             So we ought to just get it done, get Malek up --

23             THE COURT:  The suggestion of putting it over

24     until tomorrow was really to be sure to accommodate

25     Mr. Lehn, right?

1          MS. MOSS:  I'm sure that's --

2          THE COURT:  I care less when I hear it.  It just

3     seems practical to have it heard; and Mr. Sorensen is not

4     really opposed to that.

5          MR. SORENSEN:  No, I am not.

6          In fact, Your Honor, I mean, I have conferred.

7     And I think we would be fine with it proceeding as part of

8     this.  I'm not waiving our position, but we would --

9          THE COURT:  I know you're not waiving your

10    position.  It's sort of almost in the nature of an offer of

11    proof that they would be entitled to make anyway.

12          And as I understand it, nobody is arguing about

13    the amounts.  It either is or isn't.  I think we're down to

14    44 million now, which, in most cases, would be a lot of

15    money, but in this case:  Oh, it's only 44 million.

16          MR. BECK:  People try entire cases over 44 million.

17          THE COURT:  And a lot less.

18          Okay.  So let's just go ahead.

19          Mr. Levine looks ready and rearing to go.

20          MR. LEVINE:  Yes.

21          THE COURT:  Mr. Malek is --

22          MR. SORENSEN:  Your Honor, I could just -- the

23    amounts are in dispute.  So this --

24          THE COURT:  They are in dispute?

25          MR. SORENSEN:  The 78 million, there is a dispute

1    about the amounts.

2              MS. MOSS:  Which I'm confident Mr. Malek will be

3    able to explain when he gets re-called to the stand.  That's

4    the point of the cross.  If they have a dispute, it should

5    come into evidence rather than us arguing about it.

6              THE COURT:  Yes.  It just seems to me one of those

7    things that I bet if you stopped arguing about the law and

8    you sat and talked to each other, you probably could have

9    agreed on the amount.  You have agreed on most of the

10   amounts.

11             But, anyway, we'll -- we have Mr. Malek here.  He

12   will help us out.

13             Mr. Malek, do you want to resume the stand?

14             I will advise you you are still under oath.

15             Having been sworn earlier in the case, Mr. Levine

16   looks ready to go.  Let's proceed.

17             THE WITNESS:  Good morning, Your Honor.

18             Thank you.

19             THE COURT:  Good morning.

20             You have got your water?

21             THE WITNESS:  Yes.  Thank you.

22             THE COURT:  You're all set.  All right.

23                  CROSS EXAMINATION (continued)

24   BY MR. LEVINE:

25   Q.  All right.  Good morning, Mr. Malek.

1    A.   Good morning, Mr. Levine.

2    Q.   Tuesday afternoon, when we left off, we were talking

3    about your definition of junk loans and the warehouse

4    agreement and COLB agreements.  And I'm just going to kind

5    of set the stage as a refresher from where we were, and then

6    move on to where we stopped.

7         You had defined "junk loan" as a loan that didn't

8    comply with the requirements of Freddie Mac and Ginnie Mae

9    for an immediate purchase by them within 30 to 45 days of

10   funding.

11        You agreed that the COLB agreement and the

12   Warehouse agreement between TBW and Colonial allowed for

13   nonconforming loans that didn't meet those standards but

14   could be sold to private-end investors.  But on COLB you

15   said it was a minor part of the business.

16        And then on Warehouse -- I'm just going to put up

17   your testimony, and then we'll go from where we were.

18        I asked you:

19        QUESTION:  Is it correct the warehouse agreement

20   allowed for TBW to provide mortgages that did meet the

21   Freddie Mac and Ginnie Mae standards but could be sold to

22   private-end investors?

23        And you said:

24        ANSWER:  Subject to very small sublimits that are

25   a minuscule fraction of the amount of fraud losses we're

1    talking about here.

2              So that was your testimony on Tuesday.

3              And now I want to focus on the sublimits.  And I

4    am going to put up F4030.

5              Do you see that's the Sixth Amended and Restated

6    Mortgage Warehouse Loan and Security Agreement, correct?

7    A.  I do, sir.

8    Q.  That's one of the documents that you reviewed, correct?

9    A.  Yes, it is.

10   Q.  If we look at page 27 -- or at least the 27th page of

11   the PDF -- which is on the bottom, it's is page 23 -- there

12   are a couple definitions I want to look at.

13             Sublimit C and the Sublimit C Mortgage Loans.

14             The Sublimit C Mortgage Loans are defined as the

15   eligible non-conforming loans, right?

16   A.  I agree it says that, sir.

17   Q.  And then Sublimit C is -- the limit there was the lesser

18   of $78.2 million for 35 percent of the then-applicable

19   warehousing facility commitments; is that correct?

20   A.  I agree that's what it says, sir.

21   Q.  All right.

22             Let's move on, then, to a different topic.

23             THE COURT:  Wait.  Before you leave, who were the

24   lenders?  Can we go back to the front page of the agreement?

25             MR. LEVINE:  Sure.

1          Sorry.  Give me one second.

2          THE COURT:  It says:  Taylor, Bean, & Whitaker as

3    borrower.

4          It says Colonial.

5          Who were the lenders?

6          THE WITNESS:  There was a syndicate of other

7    lenders, Your Honor.

8          THE COURT:  Oh, and it just -- the same agreement

9    applied to those other lenders?

10         THE WITNESS:  Yes.  And Colonial was the agent.

11         And so Colonial only picked up a portion of the

12   numbers that we're talking about here in the agreement.

13         THE COURT:  Okay.

14   BY MR. LEVINE:

15   Q.  All right.

16         I want to go now to the blue loans again on our

17   board that we have been focusing on, the $415 million of the

18   real junk -- or what we called the junk loan mortgages moved

19   to AOT from the COLB, Warehouse, and Overline facilities.

20         To begin with, you agree that these blue loans of

21   $415 million included loans that were moved to AOT from

22   COLB, Warehouse, and Overline, correct?

23   A.  Yes, sir, I do.

24   Q.  And your schedule -- you have a schedule here that you

25   looked at where you counted up the -- or looked at these

1    blue loans of $415 million, right?

2    A.  I did.

3    Q.  Let me put up your Schedule 4.9, which is F4137.

4            And here in your Schedule 4.9, it's a summary of

5    net fraud losses from junk loans transferred to AOT by bank

6    close as of certain dates, right?

7    A.  Yes, sir.

8    Q.  And the largest numbers there are what was transferred.

9            And by the way, is this showing the amounts that

10   were in AOT, or the amounts that had not yet been

11   transferred to AOT?

12   A.  This is the amounts not yet transferred to AOT as of

13   each of these "end of the audit cycle" dates, plus the

14   five-day grace periods.

15   Q.  Okay.  So, when we look, we see the largest number of

16   the amounts that had not yet been transferred were in March

17   2007 and March 2008; is that right?

18   A.  Yes, sir.  As the economy got worse, TBW was committing

19   more fraud.

20   Q.  As the economy got worse, TBW is moving more loans from

21   COLB, Warehouse, and Overline into -- I'm sorry.

22           As the economy got worse, Colonial was moving more

23   loans from COLB, Warehouse, and Overline into AOT; is that

24   right?

25   A.  The fraudsters -- it is right that more loans were

1    moving into AOT.  These particular loans are the ones that

2    were moving into fraudulent AOT, the secret set of books.

3    So as the economy got worse, more of the hiding increased.

4            This schedule is the evidence of the amount of

5    loans hidden before they were swept out of where they could

6    be seen into where they were invisible.

7    Q.  So this is just showing how much was there on COLB,

8    Warehouse, or Overline before it was transferred to AOT,

9    right?

10   A.  Yes.  Of the loans that ultimately resulted in a loss to

11   the FDIC, bank loans.

12   Q.  Of the blue loans, the $415 million, correct?

13   A.  Yes, sir.

14   Q.  And then you have a source there that is listed on the

15   right-hand column.  And you refer to Schedule 4.9 through --

16   Schedule 4.9(a) through Schedule 4.9(g).

17           Are those your schedules that you created that

18   contain the detail for the loans that were -- had not yet

19   been transferred to AOT among the blue loans as of those

20   dates?

21   A.  Yes, sir, those are.

22   Q.  I think you said yesterday you personally sat in front

23   of a computer and reviewed data during your analysis in this

24   case; is that right?

25   A.  For a number of hours.  I was very hands-on with the

1    data.

2    Q.  All right.  And I am not going to go through every

3    single one of these subschedules at this point.  I am going

4    to pick one, which is -- now look at your Schedule 4.9(c);

5    and the exhibit number is F4140.

6           What I want -- this is a schedule that you

7    created, correct?

8    A.  Yes, it is.

9    Q.  What I want to -- this one, the date that's talked about

10   is the list of junk loans transferred to AOT by bank close

11   as of March 15, 2005, correct?

12   A.  Yes, sir.

13   Q.  And there is a field here, or a column called "Customer

14   Account Key."  Do you see that?

15   A.  I see that.

16   Q.  I will make it as big as I can.

17   A.  I can see it just fine here.  It's a question of whether

18   the Court can see it.

19           THE COURT:  I have got it in front of me.  I can

20   see it, too.

21   BY MR. LEVINE:

22   Q.  We see there is a number of different references.

23           That first one, TBW-WH-WET.  What does the "WH"

24   mean?

25   A.  "Warehouse."

1    Q.  Beneath that it says COLB.  Does that mean it came from

2    the COLB line?

3    A.  Yes, sir.

4    Q.  The one under that is Warehouse; is that right?

5    A.  Yes.

6    Q.  The WHs mean they came from Warehouse to AOT?

7    A.  Correct.

8    Q.  The COLB ones mean they went from COLB to AOT?

9    A.  Correct.

10   Q.  There is a reference, I think the fifth one down, to

11   "OVER."  What is "OVER" referring to?

12   A.  That's the Overline facility that was part of the

13   Warehouse line.  And there was an Overline sublimit.  There

14   was a repo sublimit, and so on; and, in the aggregate, were

15   very small in the context of this fraud.

16   Q.  And you have this Customer Account Key for each of your

17   subschedules for 4.9, correct?

18   A.  I do.  My intent in creating the schedules was to allow

19   PwC's advisors to replicate every single amount of stolen

20   for every single loan.

21   Q.  And you can go through each of the subschedules and add

22   up the loans because this indicates that -- well, let me go

23   back.

24        The Customer Account Key is actually for each

25   individual loan that's shown on some -- the loan with the

1    loan numbers on the earlier columns, right?  Like a column

2    called "Individual Loan ID"?

3    A.  Yes, sir.

4    Q.  So if you wanted to sit there with a calculator, you

5    could go through and say:  Well, this one is Overline, I

6    will put that in the Overline bucket.  This one is

7    Warehouse, we'll put it in the Warehouse bucket.  This one

8    is COLB, I'll put it in the COLB bucket; and add them all up

9    manually, right?

10   A.  Yes, sir.  I left a good electronic paper trail for

11   everyone to follow.

12   Q.  Right.  Because in this program that I am not too good

13   at, but others are, called Excel, you can do that kind of

14   addition and sorting using the computer program, right?

15   A.  You are correct.

16   Q.  If you do that -- and then there is some duplication

17   that you can just eliminate when you combine the schedules,

18   right?

19   A.  It is possible that some of the loans stayed outside of

20   the hidden second set of books for multiple of these dates.

21   Q.  Right.  But by combining all of the data from the

22   different subschedules together, you can eliminate the

23   duplication because they all have the same loan number,

24   right?

25   A.  Yes, that's true.

1          The dollar amount outstanding on the loans might

2     not be the same because periodically, as part of the

3     hiding -- recycling transactions to make the hidden AOT

4     trades look refreshed and like new transactions, sometimes

5     TBW would steal a little more, that would then mean they

6     stole a little more as to each of the individual loans.

7          THE COURT:  So let me just check.

8          The exhibits we're talking about now, and the

9     lists we're talking about now, all of these were on the

10    hidden books?  Or were they -- did they include any loans

11    that were just in AOT?  Did all of AOT come from the hidden

12    books or not?

13         THE WITNESS:  There were two components of AOT

14    fraud.  There was a piece -- if you remember, the total

15    fraud, Your Honor, at bank close, was 1,473,000,000.

16    495 million of that was totally fake that never had a single

17    loan associated with it.

18         978 million of that was these loans that had, on

19    the secret set of books, the aged, junk, fraudulent loans.

20         Then, periodically, the fraudsters would take out

21    of where they were visible on the aging reports and hide

22    them so that the bank thought:  Well, TBW is a customer that

23    has some aging; but they're a good customer because they're

24    eventually cleaning up the aging.  In fact, that wasn't

25    true.  They were just hiding the aging in the second set of

1    books.

2            The other point that I think would be helpful to

3    your understanding is that, prior to bank close, the totally

4    fake side of the AOT trades that ended up being 495 million

5    was larger.  And I remember reading -- I think it was from

6    Your Honor's December 2017 order -- that Ms. Kissick and

7    Ms. Kelly were trying to fill the hole.

8            So what they meant by that is they were trying to

9    put some collateral associated with the trades.  So over

10   time -- and stop me if I'm not explaining this clearly

11   enough -- but over time, what was happening is the number

12   that ended up being 495, the totally fake piece, got

13   smaller.  And the part that had some amount of this -- they

14   called it garbage and junk collateral associated, which they

15   were grabbing from anywhere and putting with the stealing

16   number -- they were making the 978 bigger, and what became

17   the 495 smaller.

18           At bank close, all that was left on all of the

19   collateral they had grabbed from these junk loans that were

20   rejected by other banks, knowing they couldn't be sold

21   otherwise in foreclosure -- all the bankruptcy trustee was

22   able to recover on $978 million of unpaid principal was just

23   191 million, after going through a fairly arduous process

24   over years of renegotiating with mortgagors, modifying,

25   waiting for property values to improve, and that sort of

1      thing.

2                   I'm sorry for the long-winded explanation, but

3      there is -- I think all of those parts are important from my

4      perspective of helping you understand my report.

5                   MR. LEVINE:  Your Honor, I have some follow-up

6      that may clear this up.

7                   THE COURT:  Sure.

8      BY MR. LEVINE:

9      Q.  So I have been asking -- the schedules I put up, which

10     are F4137 and then F4140, are Schedule 4.9 -- and one of the

11     subschedules of 4.9 to your report, correct?

12     A.  Yes, Mr. Levine.  Thank you.

13     Q.  With respect to Schedule 4.9 of your report and the

14     subschedules, that is limited to the list of junk loans

15     transferred to AOT by bank close, right?

16     A.  Yes, sir.  That's correct.

17     Q.  So when we're talking about Schedule 4.9 and the

18     subschedules that I have been going over, that's limited to

19     the blue loans that are the $415 million, correct?

20     A.  Yes.

21     Q.  Okay.  And Your Honor asked the question about whether

22     these were in the hidden books.  And the source of the data

23     for your Schedule 4.9 and the subschedules is listed on the

24     bottom left, right?  I made it real big.

25                   See where it says:  Source ProMerit?

1    A.  Yes, sir.

2    Q.  And the ProMerit database is the database that's not

3    hidden.  That's the database that showed what was in the

4    loans when they were on COLB and Warehouse and Overline

5    before they went to AOT, right?

6    A.  Yes.  You are correct.

7    Q.  And then after they went to AOT, that's when they were

8    on the hidden set of books, the offline database?

9    A.  Yes.  I have been told only to use an analogy once; but

10   if the Court would forgive me I will, because this will

11   explain this well.

12          As the tip of the iceberg -- what was visible on

13   the ProMerit set of books loan by loan -- got bigger and

14   started getting management attention, the fraudsters would

15   chip away at the iceberg and hide it below the waterline in

16   the secret set of books.

17          So this schedule that we're looking at is the part

18   of the iceberg that was visible that then got pushed down

19   and made pretty small.

20          So as a matter of fact, by June of 2008, when

21   there was a regulatory exam -- as I read the regulator's

22   report, they were kind of saying, because the fraudsters had

23   hidden all of these bad loans:  Good job, bank, you have

24   gotten rid of all of the aging problem.

25          THE COURT:  So when they're looking at the

1    accounts -- let's take, for example, 2008 -- they're looking

2    at what is in COLB, Warehouse, and the Overline, right,

3    because those are actually on the ProMerit -- it's disclosed

4    on ProMerit?

5              THE WITNESS:  Yes, Your Honor.  That's correct.

6              THE COURT:  And they are not seeing what is in

7    AOT -- I mean, in the hidden books?

8              THE WITNESS:  Yes.

9              THE COURT:  And also in that account that really

10   had some totally false things that didn't even exist.

11             THE WITNESS:  You are absolutely right, Your

12   Honor.

13             ProMerit only tracked at the trade level for the

14   AOT transactions.  All of the individual loans and their

15   aging problems were hidden.  And I --

16             THE COURT:  What do you mean by the "trade level"?

17   You said it only --

18             THE WITNESS:  Loans were assembled into a group

19   that was intended to be securitized in a legitimate

20   assignment or trade transaction --

21             THE COURT:  Right.  Okay.

22             THE WITNESS:  ProMerit accounted for it in the

23   aggregate.  By engaging in sham refreshing transactions, the

24   fraudsters made what was visible on ProMerit for these

25   transactions look like they were fresh; that they sold this

1    one to the -- to Freddie Mac, and then they got a new one

2    in.  And then the new one they sold to Ginnie Mae, when it

3    was really the same pile of junk, so to speak, that was the

4    AOT trade for the same group of underlying junk loans.

5              THE COURT:  Okay.

6    BY MR. LEVINE:

7    Q.  And what you are talking about there, Mr. Malek, is the

8    trade level detail.  That's after the loan -- the blue loans

9    have been transferred from COLB, Warehouse, and Overline to

10    AOT, right?

11    A.  Yes, sir.  That's correct.

12              MR. LEVINE:  Okay.

13              THE COURT:  No, no, no.  The trade level -- if

14    everything in AOT is no longer on a real book, it's no

15    longer in ProMerit, right?

16              THE WITNESS:  The AOT trade is --

17              THE REPORTER:  Microphone, please.

18              MR. LEVINE:  She wants you to use the microphone.

19              THE WITNESS:  I'm sorry.

20              The AOT trade is on the books, but it's made to

21    look fresh.  The junk loans are what's hidden off the set of

22    books that were -- the aging problem was being concealed by

23    the fraudsters.

24              THE COURT:  Okay.

25              MR. LEVINE:  Let me see if I can help with this

1    point.

2    BY MR. LEVINE:

3    Q.  When the loans that you're talking about, the blue

4    loans, are on COLB, and Warehouse, and Overline, there is

5    loan-by-loan detail on those loans, right?

6    A.  Yes, there is.

7    Q.  And then after the blue loans, the $415 million, are

8    transferred to AOT, ProMerit -- for AOT they're supposed to

9    be put in pools of loans, right?  That was the idea at

10   least?

11   A.  Yes.  And they were being tracked in pools in the hidden

12   set of books, just largely never sold, resulting in a loss

13   of --

14   Q.  My question is, after they transferred to AOT, ProMerit

15   kept track just of the fake pools of loans in AOT but not

16   loan-by-loan detail in AOT, right?

17   A.  Correct.  The loan-by-loan stale loans -- of the

18   978 million that was part of this stale loan group that was

19   in the hidden set of books, by bank close about 514 million

20   of it was totally worthless because it had been sold to

21   other banks.  And we're only dealing with about 460- to

22   470 million of it that had any collateral value whatsoever.

23   Q.  Now, how much of that -- you said 978 million.  That's

24   combining the orange loans on the board, the 562, that go

25   directly to AOT; and the blue loans that came from COLB,

1    Warehouse, and Overline, right?

2    A.  Yes.  What was happening is that from day to day, week

3    to week, sometimes TBW would be totally tapped out and have

4    no more borrowing ability on its AOT lines.  And other times

5    it would have borrowing availability on the AOT lines, but

6    no borrowing availability on the COLB lines.

7              In my investigation, it became apparent to me that

8    that was the reason why sometimes they dumped these

9    nonpermitted loans onto the AOT line originally, and

10   sometimes they dumped them onto the COLB or Warehouse line

11   originally.

12   Q.  That wasn't my question.

13             I was just asking if the blue and the orange

14   together equalled $978 million?

15   A.  Yes, sir.  That's correct.

16   Q.  Then the blue loans, the $415 million, how many of those

17   had value after bank close?

18   A.  I only looked at the aggregate of the $978.5 million

19   because, based on the five batches of this being part of the

20   fraud that we discussed yesterday, the hidden set of

21   books --

22   Q.  All I wanted to know is --

23             THE COURT:  I don't think he broke it down in the

24   way you're asking him.

25             MR. LEVINE:  That's all I wanted to know.

1    BY MR. LEVINE:

2    Q.  Did you break it down so you know how much of the loans

3    that had value that you are talking about were in the blue

4    loans of $415 million?

5    A.  No.  The information provided by the trustee didn't

6    include loan-by-loan breakdowns.

7           There was a period of time monthly, and then

8    quarterly, during the pendency of the administration of the

9    estate, that the trustee would distribute amounts; some as

10   distribution on general unsecured claims where the FDIC had

11   around 38 percent share, and some as a distribution on the

12   AOT claims where the FDIC had about a 99 percent share.

13   Q.  Well, I want to jump ahead to recoveries, but just very

14   briefly.  You know that there were recoveries.

15          I think you had a line yesterday -- two days ago,

16   sorry, not including the snow day -- of $188 million in

17   secured claim recoveries; is that right?

18   A.  Yes.  The 188 million is the -- part of the 191 that's

19   attributable to future recoveries.  The difference between

20   the 191 and the 188 is the piece that's allocable to money

21   already stolen as of the completion of the 2003 audit.

22   Q.  When you say "future recoveries," that's not --

23   A.  I'm sorry.  If I said "recoveries," I meant to say

24   damages.  I apologize.

25   Q.  All right.  Has that money actually gone to the FDIC,

1    the $188 million?

2    A.  Yes, it has.

3    Q.  Okay.  And for the $188 million of money that's come to

4    the FDIC in secured loan recoveries, is that like -- things

5    like selling the junk loans?

6    A.  It's a combination of selling the junk loans and

7    collecting from junk loans.

8         What the trustee did is looked at the -- very

9    carefully at the portfolio of loans and the state of

10   economy.  Let's say there was a given borrower who had a

11   loan obligation of a thousand dollars a month, and the

12   homeowner could only afford 600.

13        The trustee would renegotiate with the homeowner

14   because -- and let them -- the homeowner pay for 12 months

15   or more.  That loan is worth more than a loan in default on

16   which nothing was getting paid.

17   Q.  Okay.

18   A.  And then both the principal and the interest that the

19   trustee was collecting is all part of what became that $188

20   million number.

21   Q.  Have you broken down how much of the $188 million in

22   secured claim recoveries relates to the blue loans, the

23   $415 million; and how much relates to the orange loans of

24   $562 million?

25   A.  I have not specifically identified that because my

1      investigation led me to conclude that both of those are

2      equal parts of the fraudulent money stolen on junk AOT

3      trades.

4      Q.   All right.

5            So now let's go back to Exhibit F4140.

6            And we went over how you could have these

7      different -- that you had data, loan by loan, that told you

8      whether it came from -- whether the blue loans came from

9      COLB, Warehouse, or Overline, correct?

10     A.   Yes.

11     Q.   And I want you now to look at Exhibit D4015.

12           This is a spreadsheet that people at the economic

13     consulting firm working for PwC put together using the data

14     from your Schedule 4.9.

15           That divides -- that takes the Warehouse loans --

16     the ones identified as Warehouse, and puts all of them

17     together; and Overline, and puts them all together; and

18     COLB, and then puts all of them together, and then sorts it.

19           Do you see that?

20     A.   I do.

21     Q.   If you look at the last page of this exhibit, which is

22     page 75 of Exhibit D4015, we see that it shows a total of

23     $121 million, approximately, coming from Warehouse, and

24     $18 million coming from Overline, and $280 million coming

25     from COLB.  Do you see that?

1    A.  I do.

2    Q.  Do you have any reason to dispute that division?

3    A.  My recollection is that my partner looked at this

4    recently and didn't have material differences in the

5    numbers.

6    Q.  All right.  Let's move to the next topic, then.

7              Now, this Defendant's Exhibit 4015 divided it up

8    into Warehouse, Overline, and COLB.  You could actually also

9    divide it further and look at just the COLB loans.

10             And when you look at just the COLB loans, figure

11   out when is it they first came into Colonial; right?

12   A.  Yes, you could.

13   Q.  So going back to your Schedule F4140, which is your

14   Schedule 4.9C, we have got -- we looked before at the

15   Consumer Account Key, and we saw where the loan was coming

16   from.

17             That's where you can identify is it from COLB,

18   right?  Is that right?  We talked about that?

19   A.  Some of those say Warehouse.  Some of them say COLB.

20   Q.  Sure.

21             And then you also have a column there -- or a

22   field called "Advance Date."

23             Do you see that?

24   A.  I see that.

25   Q.  Does the advance date tell you when it first -- when the

1    loan first came into COLB or Warehouse or Overline?

2    A.  It did.  On the Warehouse loans, you recall from some of

3    our discussion on Tuesday before the snow, that we were

4    talking about -- and Her Honor asked a question about

5    curtailment.

6         So to the extent those warehouse loans were

7    curtailed, the money that Colonial Bank originally paid out

8    was reduced over time.

9         Warehouse loans, depending upon the category, had

10   to be fully repaid through this curtailment process over 120

11   days, 180 days, or 365 days.

12        And that was the warehouse equivalent of the right

13   to return the loan, such that for these that were fully

14   curtailed when they were pushed into a secret set of books,

15   one of the junk AOT trades, there would have been implicitly

16   a new advance on those loans at that time.

17        However, because it was conservative and pushed

18   some of the losses into the period prior to the completion

19   of the losses, because we're only counting it as damages to

20   the future losses, my approach of treating them at the

21   original advance date, rather than making the -- my analysis

22   a lot more complicated and looking at all the curtailments,

23   was conservative and reduced the damages being sought

24   against PricewaterhouseCoopers.

25        THE COURT:  Okay.  Wait a minute.

1          Let me just -- does the advance date mean the date

2     on which Colonial advanced money for the loan?  Is that what

3     advance date means?  What does -- right?

4          THE WITNESS:  Yes, Your Honor.  You are correct.

5          THE COURT:  Okay.

6     BY MR. LEVINE:

7     Q.  And what you're talking about with curtailment is

8     something that applied to Warehouse, not COLB, right?

9     A.  Yes, Mr. Levine, that is correct.

10         THE COURT:  But you left curtailment out of this,

11     right?  I mean, you just put down the date on which the

12     original advance of money was made by Colonial to TBW,

13     right?

14         THE WITNESS:  I did.  Because it reduced

15     complexity and resulted in a lower amount of damages being

16     sought.

17     BY MR. LEVINE:

18     Q.  All right.  I want to focus on COLB for this purpose.

19         And by the way, I don't think it's a secret, we

20     just went through the division between Warehouse and

21     Overline and COLB of the $415 million in blue loans and

22     established it's, basically, the numbers -- nonmaterial

23     differences that are in the second -- or the third row, I

24     guess, of the board that's PwC Damages Demonstrative 2,

25     correct?

1          That's what we went through.  Remember we just

2     went through and looked at the numbers for Warehouse and

3     Overline compared to COLB?

4          THE COURT:  Did we?

5     BY MR. LEVINE:

6     Q.  A few minutes ago, right?

7     A.  Yes, we did.

8     Q.  Right?

9     A.  I agree with that.

10         MR. LEVINE:  That was Defendant's Exhibit D4015.

11         THE COURT:  Okay.

12    BY MR. LEVINE:

13    Q.  At the bottom it had the $280 million for COLB and the

14    $139 million, if you add it up, Warehouse and Overline,

15    right?

16    A.  Yes, sir.

17    Q.  And now, the last row, so to speak, of the PwC Damages

18    Demonstrative 2, divides up COLB into loans that were first

19    on COLB in 2003 to 2005, compared to the loans that were

20    first on COLB in 2006 to 2009, right?

21    A.  Yes, sir.  As I mentioned earlier, as the economy got

22    worse, TBW was stealing more and generating more and more

23    loans that were not eligible to be on the COLB or the

24    Warehouse line, both of which required binding investor

25    commitments.

1    Q.   Okay.  All I want to know is whether those are the

2    numbers that are on the bottom row of the board.

3             THE COURT:  "Binding investor commitments,"

4    meaning, third-party purchases?

5             THE WITNESS:  Yes, Your Honor.  Where typical

6    loans that weren't part of the fraud -- absent there was a,

7    you know, missing power of attorney or a missing

8    signature -- would sell across all these lines in 30 to 45

9    days.  Some of the deposition testimony even says 20 days.

10            These were loans that hung around for years and

11   years because, if it was just a missing piece of paper, no

12   one can find it.  So that means it's fairly obviously there

13   was something more wrong than just a missing piece of paper.

14            And the deposition testimony and criminal

15   testimony was fairly explicit in saying Colonial Bank was a

16   dumping ground for loans that they knew couldn't be sold,

17   that they knew were rejected by the other financial

18   institutions.  Or if they were sent to Washington Mutual

19   Bank or Credit Suisse First Boston or Dresdner Bank, they

20   would be rejected and sent back.

21   BY MR. LEVINE:

22   Q.   The dumping grounds is page 15 of my outline.  We're

23   still on page 4.

24            So I want to focus on my questions, which are, you

25   can take -- using your spreadsheet, using your data --

1    because of the advance dates that are there, you can limit

2    it to COLB, and then look at what the advance date was for

3    the COLB loans.  In other words, when the loans first came

4    under COLB using your data, right?

5    A.  I agree with that, sir, right.

6    Q.  And if you look at Defendant's Exhibit D4016, this is a

7    spreadsheet called Junk Loans Moved From COLB to AOT.  And

8    then there are a couple of columns on the far right.  One is

9    COLB 2003 to 2005, and the other is COLB 2006 to 2009.

10              If we turn to the last page, we see that the way

11   it divides up is that about 95 percent, or $266 million, of

12   the COLB that ultimately is part of the blue loans came onto

13   Colonial in 2006 to 2009; and 5 percent, or $14 million,

14   came onto Colonial in 2003 to 2005.

15              Do you see that?

16   A.  I do see that.

17              I haven't seen these schedules previously.  So,

18   you know, we shouldn't assume that I have validated these

19   numbers.  But I agree that this analysis is possible by

20   reason of the very thorough analysis I did that provided all

21   of the criteria that would allow one to make this

22   computation.

23   Q.  You don't dispute that -- even if you don't remember the

24   exact numbers -- that this is basically correct, that the

25   vast, vast majority -- almost all of the loans that end up

1    in the blue, meaning transferred from COLB -- let's just

2    focus on the COLB ones.

3              Sorry.  Let me restart.

4              You agree or don't dispute that the vast majority

5    of the loans that went from COLB to AOT, around $280 million

6    of the blue loans, originated or first came to Colonial in

7    2006 to 2009, do you?

8    A.  I agree with that.

9              What was happening here was two things:  One is,

10   the economy was getting worse and TBW was stealing more

11   money to cover its increasing losses.  And secondly --

12   Q.  And -- sorry.

13   A.  And then, secondly, Ms. Kissick and Ms. Kelly were

14   trying to fill the hole.  So they were taking bad collateral

15   everywhere they could from the bank and putting it into junk

16   trades so that they could reduce the totally fake AOT trades

17   and increase the junk trades in a futile attempt to fill the

18   hole and leave the bank with some collateral.

19             But as we found out, the most it was worth was, as

20   applied to the future losses, $188 million.

21   Q.  Okay.  So before I move the -- leave the topic, you

22   agree something like around 95 percent of the COLB loans,

23   that are part of the blue loans on our board, came into

24   Colonial 2006 to 2009, right?

25   A.  I haven't done the computation.

1          Are you asking me to accept --

2     Q.  You're not --

3     A.  -- as a lexicon it's doing that?

4          I haven't seen the computation; but I agree this

5     is possible.  And I agree that there was a bubble in junk

6     loans for the two reasons that I have discussed in the

7     2006-to-2009 period.

8              THE COURT:  We'll take your 95 percent figure.

9              MR. LEVINE:  Thank you.

10             THE COURT:  Okay?

11             MR. LEVINE:  All right.  I'm going to take the

12    flip chart and move it here so it's more visible.  I want to

13    put it somewhere where the Judge can see it and you can see

14    it.  I never know when I want to go back to the blue and

15    orange and red board.

16    BY MR. LEVINE:

17    Q.  So I put here -- this was the flip chart that was used

18    with you on direct examination on the five indicia of fraud,

19    right?

20    A.  Yes, sir.

21    Q.  I am going to go through those one by one.

22             Before I do, is there anywhere in either of your

23    two expert reports where you say there are five indicia of

24    fraud, and you list these five out?

25             I can hand them to you if you want to see them.

1    A.  No.  I am just reading these.

2           So I think all of these indicia of fraud are

3    indicated in my two reports.  But I don't say in any one

4    place:  Here is the five badges.

5    Q.  Okay.  So the first -- is it indicia of fraud or badges

6    of fraud?  I have heard both.

7    A.  I have used those words interchangeably.

8           Would you like me to use one rather than the

9    other?

10   Q.  No.  I just want to make sure I did it right.

11          So the first one we list there is Secret Set of

12   Books, right?

13   A.  Yes.

14   Q.  And we already discussed this in some detail on Tuesday

15   afternoon.  I am not going to rehash it.

16          And we discussed the aged loan reports that

17   existed for COLB and Warehouse versus the offline database

18   that existed for AOT.

19          Do you remember that?

20   A.  I do remember that.

21   Q.  And then -- but you also said something else I want to

22   ask about.  I am going to put it up.

23          Can you see over, like -- can you see the screen

24   right now, or shall I move that?

25          THE WITNESS:  May I stand up, Your Honor?

1          MR. LEVINE:  I can move the flip chart, too, if

2     that helps.  Sorry about that.

3          MR. SORENSEN:  He does have the screen in front of

4     him.

5          MR. LEVINE:  Oh, yeah.  You do have the screen.

6          THE WITNESS:  I'm sorry.  I didn't realize it was

7     sitting there.

8          MR. LEVINE:  Sorry about that.

9     BY MR. LEVINE:

10    Q.  So I am going to put up your trial testimony transcript

11    page 3520.  In particular, lines 14 to 23.

12         You were asked about -- I think I was asking -- I

13    don't remember who was asking you, frankly.  I think I was.

14         If something wasn't a fraudulent transaction, you

15    didn't include it as a fraud loss.  Right?

16         And you said:  Not necessarily.  I think there

17    were fraudulent transactions.  For example, every single

18    loan that was hidden in the secret set of books I believe

19    was a fraudulent transaction.  However, as to some of those

20    transactions, those loans were removed from the loan

21    accounts of Colonial Bank, and Colonial didn't suffer a

22    loss.  Therefore, as to those transactions, even though they

23    were fraudulent, I did not compute and include them [sic] in

24    my damages.

25         Do you see that?

1    A.  That is exactly what I said.  If Colonial --

2              THE COURT:  Wait.  Wait.  Wait.  Let him ask a

3    question.

4              THE WITNESS:  I'm sorry.

5    BY MR. LEVINE:

6    Q.  I have specific questions here.

7              The secret set of books that you referred to, is

8    that referring to AOT offline database?

9    A.  Yes, it is.

10   Q.  Okay.  And were there loans that were removed from AOT

11   on -- what were the loan accounts of Colonial Bank that were

12   on AOT?

13             THE COURT:  Say that again.

14             MR. LEVINE:  Yeah, I will.

15   BY MR. LEVINE:

16   Q.  Were there loans removed from the loan accounts of

17   Colonial Bank on AOT?

18             In other words, after they moved to AOT, were

19   there any loans that got sold or somehow got off of AOT?

20   A.  Yes.

21   Q.  Real loans.

22   A.  In these secret set of books, there was an inactive loan

23   table.  And when loans went off of Colonial's books and

24   Colonial somehow got repaid for these loans, maybe some of

25   these -- there was some missing documents as a "for

1    example."

2             And those loans were paid.  Then they were

3    transferred to the inactive loan table.  And the AOT trade

4    amount went down on ProMerit, and Colonial received cash for

5    that loan.  If Colonial received cash, I didn't count it as

6    damages.

7    Q.  All right.  How much cash did Colonial receive on those

8    loans?

9    A.  I didn't quantify that amount.  I was only looking at

10   the junk fraudulent loans that ultimately resulted in a loss

11   to the FDIC.

12   Q.  Were those loans sold to third-party investors?

13   A.  I did not track the ultimate disposition of those loans.

14   But that is one possible explanation, that they were sold to

15   third-party investors.

16            Or there is an email transcript that we looked at

17   yesterday indicating that some of them may have been moved

18   to Ocala during the period, as a "for example," when

19   Mr. Farkas was regarding Colonial Bank as, quote, full of

20   total junk.

21   Q.  And when these loans that were on AOT got sold off, were

22   they sold off for full value?

23   A.  Everything that I saw in the records indicated that they

24   were removed from Colonial Bank's books in a manner that

25   removed the complete amount of the fraud advanced.

1          I know there was deposition testimony by

2     Mr. Farkas complaining about the amount that he was able to

3     sell some of these impaired loans at, and then wanting to

4     wait sometimes.

5          But with respect to Colonial Bank, based on

6     everything that I have looked at, Colonial Bank was

7     reimbursed the amount that it was funded.

8     Q.   Just so I understand, you didn't go through loan by loan

9     to figure out how many of those loans Colonial Bank got

10    complete reimbursement for off of -- that were sitting on

11    the AOT line?

12    A.   We did a very careful analysis around each audit date to

13    track loan payoff activity backward and forward, such that

14    we reviewed thousands and thousands of these loans as they

15    were coming onto the hidden set of books and going off.

16    Q.   How many went off the hidden set of books where Colonial

17    received complete repayment?

18          THE COURT:   Well, he didn't keep count of those.

19    He just didn't include them.

20          MR. LEVINE:   That's all I want to know.

21          THE COURT:   He didn't keep count of them.   He

22    didn't include them in his figures.   That was all he did.

23          MR. LEVINE:   All right.

24    BY MR. LEVINE:

25    Q.   You are aware that they exist, but you didn't count up

1    how many there were; is that right?

2    A.  Yes, sir.

3    Q.  I want to, then, turn to your second indicia where it

4    says:  Should have been sent back to TBW.  Is that right?

5    A.  Yes, sir.

6    Q.  You testified -- and I can put up the transcript page.

7    I want to speed it up a little bit.

8            I know Your Honor would like that --

9            THE COURT:  Well, I can tell you.  He's testified

10   over and over again what that meant.  These should have been

11   returned because they were junk loans.

12           MR. LEVINE:  Sure.  Right.

13   BY MR. LEVINE:

14   Q.  And you said actually because of the fraud, the

15   fraudsters prevented Colonial from doing that and,

16   therefore, perpetuated the loss, right?

17   A.  Yes, sir.

18   Q.  And you told us on Tuesday that you reviewed the Kissick

19   deposition, right?

20   A.  I did, and some of the ones we displayed.

21   Q.  You relied on the deposition of Ms. Kissick, as well as

22   others, for the history of the TBW fraud scheme, correct?

23   A.  I did.

24   Q.  What did Ms. Kissick say about why she didn't require

25   TBW to take back the loans?  Do you remember?

1              Now I will show you.

2              MR. LEVINE:  Let's put up pages 909 -- very bottom

3      of 909 to 911 of the Kissick deposition.

4      Q.  We're going to start really at the last line of

5      page 909.  Ms. Kissick was asked:  Just aged, right?

6              And then Ms. Kissick said:  Yes.  That's what

7      we -- because the bank didn't like aged loans.  We were told

8      to get the aged loans down, and we kept doing what we were

9      doing, but we couldn't force anybody to buy it back --

10             QUESTION:  Okay.

11             ANSWER:  -- buy back loans.

12             QUESTION:  All right.  And that was the word you

13     had gotten from the OCC or PwC?

14             ANSWER:  This?  Or you mean for the --

15             QUESTION:  The idea of not doing repurchases was

16     because they were aged.  In other words, you couldn't do

17     that under COLB?

18             ANSWER:  That was the OCC.

19             QUESTION:  Okay.  The OCC was saying you can't

20     have a required repurchase just because of the age of the

21     loan?

22             ANSWER:  Correct.

23             QUESTION:  Without violating FAS-140?

24             ANSWER:  Right.

25             And then a couple more lines.

1              QUESTION:  All right.  In fact, you continued to

2      have required repurchases just because of the age of the

3      loan?

4              And the answer -- and this is the last part.

5              Ms. Kissick said:  No.  We suggested that they

6      consider repurchasing the loan, but we couldn't force

7      anybody to do anything.

8              THE COURT:  But that's only as to aging.  But

9      there were other parts of the deposition where she talked

10      about other things, isn't there, like the page before?

11              MR. LEVINE:  She talked a lot about a lot of

12      things.  But the focus here is on the repurchase and why

13      there wasn't a repurchase.

14      BY MR. LEVINE:

15      Q.  Are you aware of Ms. Kissick's testimony that the reason

16      there wasn't a repurchase was because of what the OCC said

17      about how that would affect FAS-140 treatment?

18      A.  I am aware there have been a lot of issues in this case

19      relating to FAS-140.

20              I am generally aware of this testimony, and that

21      it involved a period relatively late in the life of the

22      fraud, where the OCC was questioning accounting under

23      FAS-140 to treat these as loans sold and not as actual

24      lending transactions, and that PwC had worked with the bank

25      and developed some fairly extensive technical criteria.

1    However, I haven't looked in detail at that part of the

2    case, other than computing some loan balances, as was

3    indicated in my -- I believe my original report.

4         I am generally aware of this testimony in reaching

5    the conclusions in my report.  I thought most compelling

6    were two points:  One was -- I believe it was Ray Bowman,

7    the president of TBW, his testimony saying that Kissick and

8    Kelly were compromised.  We had them over a barrel; they

9    couldn't send loans back.  They had to continue accepting

10   these junk loans, which is the start of the fraud because

11   they were compromised; they had been drawn into the web of

12   fraud.

13        There is a second point I will think of in just a

14   moment here.  Would you mind re-asking your question?  And I

15   will think of the second point.

16        THE COURT:  Why don't you go on to something else,

17   because I do think there are other parts of the deposition

18   than the part you picked out.

19        MR. LEVINE:  Well, there are lots of parts and a

20   lot of things.  I was focusing on what -- relating to the

21   question of why he didn't --

22        THE COURT:  No.  I mean other parts that dealt

23   with why there wasn't a repurchase.  It wasn't just because

24   of the aging.

25        Anyway, why don't you go on to something else.

1    BY MR. LEVINE:

2    Q.  So let's -- one quick question.  You mentioned the OCC.

3    OCC was the regulator of Colonial Bank until at some point

4    in mid-2008 when it was turned over to the FDIC, right?

5    A.  Yes, sir.

6    Q.  Let's turn now to the third -- what you listed as the

7    third indicia of fraud.

8            And you said:  Fraudsters said junk was part of

9    the fraud.  That's what it says on the flip chart, right?

10   A.  Yes, sir.

11   Q.  And you referred to a few different things here, a

12   criminal statement of facts, some deposition testimony, some

13   emails.  I am going to go through each one of them one at a

14   time.

15           THE COURT:  Oh, no.  You are not, Counsel.  Pick

16   one or two.

17           MR. LEVINE:  I'll pick the best ones.

18   BY MR. LEVINE:

19   Q.  First of all, you went through the Kissick Statement of

20   Facts.  Do you remember that?

21   A.  I do.

22   Q.  I will put up what you went through --

23           THE COURT:  Wait.  Let me ask you something.

24           Do you really contest that these are indicia of

25   fraud?  Are you -- what is your point here?

1          MR. LEVINE:  The point here is that the indicia of

2     fraud, when you look at it and compare it with what he says

3     are the indicia of fraud -- when you compare it to the blue

4     loans on the board, they don't meet the indicia of fraud

5     when they came onto COLB and Warehouse and Overline, as

6     opposed to when they went to AOT.

7          I'm focusing on when Colonial money -- spent money

8     on them, paid them out -- got the loans first, when they

9     were on COLB, Overline, and Warehouse, and when that

10    happened, whether or not these things applied.  I am going

11    to show deposition testimony that directly relates to that.

12         There is a difference, Your Honor, between what

13    are the orange loans and the blue loans.  The -- there is a

14    lot of testimony that we'll get into about dumping onto AOT.

15    But the orange loans are dumped onto AOT.  And the blue

16    loans, later, after they have come into COLB, Overline, and

17    Warehouse are dumped onto AOT.  Sure.

18         The question is and the point is, that doesn't

19    mean they were junk and fraudulent when they first came into

20    COLB, Warehouse, and Overline.  That's the point that I'm

21    trying to establish.

22         THE COURT:  You are going to show that how?

23         MR. LEVINE:  I am going to go through -- if you

24    allow me, I am going to go through the testimony that's

25    cited by Mr. Malek in direct examination and show that it

1    doesn't support what he says with respect to the blue loans

2    as opposed to the orange loans.  That's what I'm going to

3    do, Your Honor.

4              THE COURT:  Okay.  Let's try.

5    BY MR. LEVINE:

6    Q.  You cited the Kissick Statement of Facts; and that's

7    P1754.  And you specifically cited pages -- paragraphs 12

8    and 13, right?  Is that right?

9    A.  That's my recollection.

10   Q.  And you -- in those paragraphs, I have highlighted some

11   parts where it refers to causing Colonial to hold AOT trades

12   backed by various assets, including impaired value assets,

13   charged-off loans, et cetera, right?

14   A.  Yes.  This is the part of the testimony that refers to

15   the orange loans.

16   Q.  Okay.

17   A.  In some significant part.

18   Q.  In paragraph 13 of the Kissick Statement of Facts, that

19   refers to the orange loans, too; doesn't it?

20   A.  It refers to the orange loans, some of which were

21   originated as orange loans and some of which started out as

22   blue loans and then became orange loans.

23   Q.  Actually, it doesn't say.  It just refers to covering up

24   the trades on AOT.

25              Paragraph 13 doesn't refer specifically to the

1    blue loans that came from COLB, Warehouse, or Overline, does

2    it?

3    A.  It doesn't.  But all of the blue loans ended up being

4    orange loans by bank close.

5    Q.  But it doesn't mean that the blue loans were orange

6    loans when they first came into COLB, or Warehouse, or

7    Overline, does it?

8    A.  I think that the highlighted portions you've addressed

9    don't say one way or the other on that.

10   Q.  Okay.  So let's look at the Kissick deposition.  I will

11   put it up.  It's page 974 to 975 of her deposition.

12             She's asked about real loans that were -- aged

13   COLB loans that weren't Plan B loans.  Do you see that?

14   A.  I do.

15   Q.  The question to her was:  They were legitimate?

16             ANSWER:  Correct.

17             QUESTION:  I believe you testified earlier today

18   that several of them were good loans.

19             ANSWER:  Yeah.  I mean, they were.  They were just

20   loans that, all of a sudden, the market dried up.

21             That's what Ms. Kissick testified to under oath at

22   her deposition, right?

23   A.  As to this testimony, it doesn't agree with some of the

24   other testimony that I cited.  And my recollection, although

25   I don't have the whole deposition transcript in front of me,

1       is that --

2               THE COURT:  You know, Counsel, picking certain

3       portions of the deposition and certain portions of the

4       Statement of Facts -- all you are doing is creating a

5       situation where, when the redirect comes on, they're going

6       to pick other portions.

7               MR. LEVINE:  Your Honor, two things.  Number one,

8       the portions of the Statement of Facts I put up are what he

9       used in direct examination.

10              THE COURT:  But he's explaining what he meant by

11      them.

12              MR. LEVINE:  Right.

13              THE COURT:  You put up some, and now it's turning

14      up it was the orange loans, not the blue loans.

15              MR. LEVINE:  And that's our point.  That's the

16      point I'm making.  They were the orange loans that we're now

17      fighting about.  We are not contesting the orange loans

18      belonged in the losses.  We're saying the blue loans don't

19      belong there.  We're focusing on the blue loans.

20              So, yeah, you're right.  I'm putting up what he

21      put up and saying it doesn't relate to what we're focusing

22      on.  Then, in deposition testimony, we saw two days ago, in

23      direct examination, Mr. Sorensen led him through certain --

24      showed him deposition testimony from Ms. Kelly, from

25      Mr. Bowman, from others.

1              I'm showing deposition testimony, too.

2              I mean, that's how -- you know, if he shows -- if

3       the FDIC is allowed to show him selected deposition

4       testimony, it's not fair that I am not allowed to show him

5       selected deposition testimony, too, Your Honor.

6              THE COURT:  Okay.  Go ahead.

7       BY MR. LEVINE:

8       Q.  Now, you also referred -- you were shown deposition

9       testimony from Teresa Kelly about Colonial being a dumping

10      ground.  Do you recall that?

11      A.  I do.

12      Q.  I am going to put up the testimony that you were shown,

13      starting on page 131.

14              Ms. Kelly was asked about loans that were on the

15      COLB line aged and were not sold, what was done.

16              And she said:  They would eventually be dumped

17      onto AOT into some sort of security.

18              Am I right?

19      A.  Yes.  Yes.

20      Q.  So that's referring to the blue loans at the point in

21      which they're dumped onto AOT, not at the point in which

22      they're first brought onto Colonial, on Overline, or

23      Warehouse, or COLB, correct?

24      A.  You are correct.

25              The overriding fabric of the testimony that I have

1    reviewed indicates that the bulk of the loans were being

2    dumped because TBW knew it was originating loans that

3    couldn't be sold to another institution or that had already

4    been rejected by another institution, and that Colonial was

5    full of junk.  And as the junk grew and attracted attention,

6    the fraudsters hid it in the secret set of books so it

7    looked like the aging had been cleared up.

8    Q.  And I know that's you're testimony.  All I want to focus

9    on is the specific support that you gave in direct

10   examination.

11        So Ms. Kelly did testify elsewhere that she didn't

12   really know whether TBW was dumping bad loans onto COLB,

13   didn't she?

14   A.  I recall one sentence of her testimony saying that.

15   Q.  Okay.  You also referred to an email -- I will just --

16   four actually.  I am just going to pick one out in the

17   interest of time.  I am putting up one of the slides that

18   the FDIC used that refers to P1907.

19        P1907 is an email from Cathie Kissick dated

20   April 12, 2004 to Lee Farkas.

21        It's noted:  We cannot continue to be the dumping

22   ground.  Do you see that?

23   A.  Yes.  This was the email that's related to the period of

24   time prior to the AOT line of credit ever even existing.

25   Q.  Actually, AOT did exist in 2004, didn't it, sir?

1   A.  I don't recall any dumping into AOT at this point in

2   time.  I think later in 2004 is when AOT started.

3   Q.  Well, let's look at the deposition again of Ms. Kelly at

4   page 132.

5          She's asked:  Yeah, because AOT doesn't start

6   until '04, right?

7          ANSWER:  Correct.

8          She said it did start in '04, right?

9   A.  I'd have to look at my detailed report to decide whether

10   I agree with that or not.

11   Q.  All right.  Well, let's look at an email.  The email you

12   were looking at, P1907 -- we just saw the date -- was

13   April 12 of 2004, right?

14   A.  Yes.

15   Q.  Let's look at D569.  D569 is an email string, but the

16   top email is from Cathie Kissick to Mary Lou Bathen, who

17   testified in Alabama and others, dated April 27, 2004.

18   That's, what, 15 days after P1907 that we saw on direct?

19   A.  Yes, sir.

20   Q.  And there is a reference to trade info in the PDF

21   format.  You see, what is the title of the attachment there?

22   It says "attachments."

23   A.  AOT PDF.  And it says WaMu AOT.

24   Q.  All right.  So let's look at the second page here, an

25   email from Cathie Kissick, same date, saying:  Jeremy, can

1    you please send over the WaMu AOT?

2    A.  I do.

3    Q.  What is "WaMu"?

4    A.  WaMu is Washington Mutual Bank, which was one of the

5    other funding sources for Colonial -- I'm sorry -- for TBW.

6    Q.  Let's look at the third page of the document.  The third

7    page of the document is called Trade Assignment Agreement.

8    Trade Assignment Agreement, is that what you had in AOT?

9    A.  Yes.

10   Q.  And you see, on the bottom there, there is a reference

11   to Washington Mutual Bank?

12   A.  I do.

13   Q.  So that's something that was being discussed, even with

14   a Trade Assignment Agreement, dated -- in an email dated

15   April 27 of 2004, right?

16   A.  Yes.

17   Q.  Now do you agree there were AOT trades in April 2004?

18   A.  I would have to go back and look at my records.

19   Q.  Well, let's do that, because I happen to have one of

20   your records here, which is Schedule 4.7 from your report.

21   It's been marked as F4135.

22           F4135, you see there is a title that you gave at

23   the very top?  What you do is you say that -- hold on.

24           You say that:  It's a list of all individual AOT

25   transactions included in Colonial Bank's AOT facility for

1    TBW.

2              And you have a time frame listed there, right?

3    A.  I do.

4    Q.  The first date that's listed is April 28, 2004, right?

5    A.  Yes, sir.

6    Q.  And you also have a column in the spreadsheet called

7    "First Advance Date," right?

8    A.  I do.

9    Q.  And the first advance date listed there in your schedule

10   is April 2004, right?

11   A.  Right.  April 28th, at the end of the month.

12   Q.  All right.  Let's move now to the fourth indicia which

13   is where you said:  "Junk not sold to investor."

14             Basically, the way you explained it is that the

15   junk would age, is that the idea of that?

16   A.  Yes.  TBW was constantly in need of cash.  And one way

17   it would get cash, it would be able to sell loans that would

18   then open up availability on its lines of credit.  These are

19   loans that, based on the plain fact they weren't able to be

20   sold, had defects that TBW was unable to cure.

21   Q.  And Tuesday we talked about aging of loans.  In

22   particular -- remember I showed you the aging report that

23   showed aged loans from a company called Bayrock?

24   A.  I do.

25   Q.  Colonial Bank had aged loans on COLB or warehouse from

1    other customers, as well, besides TBW and Bayrock, didn't

2    it?

3    A.  It did.

4    Q.  One of those customers was Pinnacle, right?

5    A.  I remember Pinnacle having aged loans.

6    Q.  Is Pinnacle a mortgage originator as well, like TBW was?

7    A.  That's my recollection.

8    Q.  I am going to put up D315, which I had up the other day,

9    on page 304 on the PDF.

10          There is a reference there to Pinnacle Financial

11   Corporation, aged more than 120 days.  And the loan balance

12   on that is about $6.7 million; is that right?

13   A.  I see that.

14   Q.  I want to now quickly look at P1277.  This is a

15   management aged report that, on the bottom, has a date of

16   12/29/2003.  Have you seen this document before?

17   A.  I don't recall seeing this particular document.  I may

18   or may not have.

19   Q.  Okay.  So let's look at the third page of the document.

20          Do you see there, as of 2003, there is a reference

21   to management aged reports for Pinnacle?  And there are

22   these dates similar to the dates we saw in a different sheet

23   the other day, Tuesday.  There is a reference to calendar

24   and business over here on the right.

25          Do you see that?

1    A.  I see that.

2    Q.  That's the date between -- when it first comes to

3    Colonial and what is -- and how long it's been at the

4    Warehouse?

5              MR. SORENSEN:  Objection.  Foundation.

6              He just said he doesn't know if he saw this

7    document.

8              THE COURT:  He can point it out to him.

9              Go on.

10   BY MR. LEVINE:

11   Q.  So, as you see there, you have a number of aged loans

12   that are listed from Pinnacle here in P1277.

13             MR. SORENSEN:  Same objection.

14             THE WITNESS:  I'm sorry.  Is there a question

15   pending?

16             I do see this.

17             THE COURT:  He sees it.

18             THE WITNESS:  And I'm aware of it.

19             THE COURT:  He sees it.

20             MR. LEVINE:  Yeah.

21   BY MR. LEVINE:

22   Q.  And there are aged loans shown for Pinnacle, correct?

23   A.  Right.  And "calendar" means calendar days, and

24   "business" means business days of the week.

25   Q.  Did you review the deposition testimony of Cherie Fite?

1    A.  I did.

2    Q.  Did she testify about how common it was at Colonial to

3    see aged loans?

4    A.  I recall that she and other persons were in the process

5    of managing aged loans to the extent they were visible on

6    the books and not being hidden in the secret set of books.

7    Q.  All right.  So let's look at her deposition testimony at

8    page 55.

9          She was asked -- Ms. Fite was asked:  Do you

10   recall if Taylor Bean had aged loans?

11         ANSWER:  I do recall that they had aged loans.

12         QUESTION:  Was that common for Taylor Bean?

13         ANSWER:  I would say it was common for all of our

14   clients.

15         Is that what Ms. Fite said?

16   A.  That's what Ms. Fite said.

17         The difference is she wasn't looking at all of the

18   loans because so many of them were hidden.

19         And as to the nonfraudulent customers, such as the

20   ones we were just looking at, throughout the period of the

21   financial crisis, Colonial was able to manage its exposure,

22   keep control of its losses, and charge enough interest such

23   that it always made money, even during the height of the

24   financial crisis.

25   Q.  You said that she didn't see all of the aging.

1          Actually, remember in D315 yesterday, we saw that

2     the amount of aged loans for TBW that Ms. Fite signed to was

3     $272 million?

4     A.  I don't remember the exact number.  I am aware that

5     prior to the large cleanup that happened in the first half

6     of 2008 where loans were being swept off of COLB and the

7     Warehouse line and into the secret set of books, that there

8     was a large aged balance for TBW.

9          And then it dropped down to a very small level

10    once the fraudsters had moved the loans into the secret set

11    of books.

12    Q.  Even with the hundreds of millions of dollars of aged

13    loans showing up on the aged loan reports at Colonial that

14    weren't secret, Ms. Fite testified that she didn't see

15    anything unusual about that, didn't she?

16    A.  I think the answer to that is -- I remember she said

17    that she didn't.  And part of the reason is that some of the

18    loans were already hidden at that point, and another part of

19    the reason is that shortly thereafter even more of the loans

20    were hidden.

21    Q.  Yeah.  But what wasn't hidden was, at least in one

22    report that we saw yesterday, $272 million of aged loans,

23    right?

24    A.  Yes.  It was attracting management's attention at that

25    point as being something that needed to be addressed from a

1    customer management standpoint.

2    Q.  All right.  Let's turn to your fifth indicia.

3            And you wrote -- or Mr. Sorensen wrote, based on

4    your testimony, TBW records said:  Do not sell.

5            Do you see that?

6    A.  I do.

7    Q.  You may recall that I objected.  And, after I objected,

8    that you said that this refers to the report that was marked

9    as Exhibit 4 to your rebuttal report.

10           Do you recall that?

11   A.  Yes, sir, I do.

12   Q.  And that's something that's known as -- I guess it's the

13   exception report; is that right?

14   A.  Correct.

15   Q.  So I am going to put up the exception report, F4100.

16           One thing I noticed is that, first of all, it's

17   extremely tiny, and you can't really read anything because

18   it's so tiny.

19           But the other thing is, when you have an Excel

20   spreadsheet with tons of columns, and then you print it to

21   PDF -- what happens is, the page isn't big enough.  So a lot

22   of the columns end up lighter; and it's really hard to read

23   as a PDF, right?

24   A.  Yes.

25   Q.  So what we have done to ask you questions about this

1    is -- you also produced a native Excel version of this F --

2    what we have marked as F4100, right?

3    A.  I did.

4    Q.  So we're going to use the native Excel version.

5              MR. LEVINE:  And, Your Honor, because I am not

6    very good at Excel, we have Mr. Keming Liang from our

7    economic consulting firm.

8              If he can just come up and run the Excel while I

9    am asking questions, it's going to be much quicker than

10   having me trying to do it.

11             THE COURT:  Anything that's going to be much

12   quicker.

13             MR. LEVINE:  All right.  So I have put up the

14   Excel spreadsheet.  Mr. Liang is going to be here to take my

15   direction, hopefully, on what to do.

16   BY MR. LEVINE:

17   Q.  To start with, your exception report marked as F4100, it

18   has information on the 4,225 blue loans, right?

19   A.  Yes.

20   Q.  It contains a number of different fields as you go

21   across -- and we are not going to do that yet.

22             But some fields are from Colonial's ProMerit

23   dates.  Some fields are fields that we talked about

24   yesterday that were entered by people working for you.  And

25   some fields come from -- or I think you have information

1     from TBW's rules database, right?

2     A.  You are correct.

3              MR. LEVINE:  Then if we scroll to the right,

4     Mr. Liang, we can see -- scroll up a little bit.  Not that

5     far.  Okay.  That's good.

6     BY MR. LEVINE:

7     Q.  So we see here there is a reference to quote -- there's

8     a quote -- or a parentheses that says "(RULES)," in all

9     caps.

10             Do you see that?

11    A.  Yes.

12    Q.  Is that a reference to:  Information in those columns

13    came from the TBW rules database?

14    A.  It does.

15    Q.  All right.  Now, you testified yesterday that the rules

16    database -- I can put it up if you want, but I think you

17    will agree that the rules database had fields that said:  Do

18    not sell per Farkas.

19             Do you recall that?

20    A.  Yes.

21    Q.  Do you know, of the 4,225 loans in this Excel

22    spreadsheet that's F4100, how many say:  Do not sell to

23    Farkas in TBW's rules fields?

24    A.  I summarized the data on one of the pages of my rebuttal

25    report texts, but I cannot recall the exact percentage.

3686

1    Q.  Well, let's look.

2             There is an Allocation Notes field there.

3             That came from TBW rules database, right?

4    A.  Yeah.  I'd rather look at the text of the report because

5    that summarized the data.

6    Q.  Yeah.  The report is put together by you, though.  And I

7    want to look at the actual underlying -- or this spreadsheet

8    that has the underlying data in it.

9             So the allocation notes -- you see, as Mr. Liang

10   makes -- the dropdown boxes, there are different things you

11   can check.

12            You did use this Excel database yourself, didn't

13   you?

14   A.  This part, I believe other people summarized the data

15   for me.

16   Q.  But you are familiar -- this data in the allocation

17   notes field came straight from TBW, right?

18   A.  It did.

19   Q.  And you're familiar with dropdown boxes?

20   A.  Yes, I am.

21   Q.  And the ideas that there are different categories there,

22   and if you click on it, it has -- everything in that

23   category will come up?

24   A.  I am aware of that.

25            MR. LEVINE:  Okay.  So we'll move down to where it

1    says:  Do not sell per Farkas -- per Lee Farkas, Mr. Liang.

2    BY MR. LEVINE:

3    Q.  If you click on that, then hit okay, what comes up is

4    three loans, right?

5    A.  I see that information here, that three loans came up

6    when you did the manipulation.

7    Q.  That's three loans out of 4,225, right?

8    A.  I'd have to compare that to the summary schedule that I

9    put in the text of my report.

10   Q.  Actually, you don't have to compare it because Excel

11   makes it easy for you.

12            If you look at the bottom left, it tells you:  3

13   of 4,225 records found, correct?

14   A.  I would have to check that to see if it disagrees with

15   the text in my report.

16            MR. LEVINE:  All right.  We'll let's look at the

17   Allocation Notes Rules Database there.  Mr. Liang, if you

18   can hit that dropdown again.

19   BY MR. LEVINE:

20   Q.  I noticed that there were a lot of other references.

21   You know, we just clicked on:  Do not sell per Lee Farkas.

22            But your -- you know, what's on the flip chart, it

23   says:  Do not sell.  It's more than just:  Per Lee Farkas.

24            So one thing you can do --

25   A.  Right.  There are a number of criteria in foreclosure:

1    REO, lacking investment commitments, and things of that

2    nature that we summarized.

3    Q.  Sure.  Yeah.  And I want to focus now on what you had

4    talked about, do not sell.  And there are a number of ones

5    listed there.

6           By the way, this one is:  Do not sell.  C -- I

7    think it's Chris Swarthout.

8           Do you know who Chris Swarthout was?

9    A.  I can't recall.

10   Q.  Was he a fraudster?

11   A.  I can't recall.

12   Q.  And then, as you go down, there is a number of Do Not

13   Sells.  And one thing you can do with dropdown boxes is,

14   instead of -- you can click multiple ones, and everything

15   connected with that will come up under Excel; is that right?

16   A.  Yes.

17   Q.  I have asked Mr. Liang if he could please check all of

18   the Do Not Sell dropdown boxes.

19           When you click all of the ones in the dropdown

20   boxes that say Do Not Sell, how many records come up?

21   A.  There is a number on the lower right here that says 26.

22   Q.  That's 26 out of 4,225 records there.

23           There is also references:  Do not sell per Heather

24   Abernathy.

25           Do you know who she was?

```
1    A.  I can't recall.

2    Q.  Was Heather Abernathy a fraudster?

3              THE COURT:  He doesn't recall who she is.  He

4    can't tell you.

5    BY MR. LEVINE:

6    Q.  Do you know who Melissa Long was?

7    A.  No, I don't.

8              MR. LEVINE:  All right.  Thank you, Mr. Liang.

9              THE COURT:  It's 11:30.  It's time for our morning

10   recess.

11             I will point out to you, Mr. Levine, that it was

12   your side that asked to get done in time to do Mr. Lehn.  So

13   you might keep that in mind as you continue your

14   cross-examination.

15             MR. LEVINE:  Understood, Your Honor.

16             THE COURT:  Okay.  Court will be in recess for 15

17   minutes.

18             (Whereupon, a recess was taken.)

19             MR. LEVINE:  Your Honor, in the interest of time,

20   moving along as quickly as we can, we would like to take you

21   up on your offer to hold off on the REO recovery issue with

22   Mr. Malek and do that tomorrow so that we can finish up and

23   get to Mr. Lehn and, hopefully, get him on and off today.

24             MR. SORENSEN:  Your Honor, it shouldn't take very

25   long.  It should be covered today.
```

1          THE COURT:  Well, is Mr. Malek going to be here

2     tomorrow?  Were you going to hang around?

3          MR. MALEK:  I will, Your Honor.

4          THE COURT:  I don't know how long it's going to

5     take.  Is it going to take that long?

6          MR. LEVINE:  It's about 20 minutes, 25, depending

7     on the answers, and then there might be redirect on it.

8          THE COURT:  Is there going to be redirect on -- so

9     then you are finished?  Is that it?

10          MR. LEVINE:  No, no, no.  I have some more.

11          I will skip the -- the REO recoveries take that

12     long.  The other stuff I have is shorter.  In other words,

13     individually is shorter.  I will get through it as quickly

14     as I can.  It's a big -- of what is left, it's the largest

15     individual chunk.

16          THE COURT:  Mr. Sorensen, do you have any

17     objection to continuing it tomorrow?  Well, actually --

18          MR. SORENSEN:  Your Honor --

19          THE COURT:  Go ahead.  Do you have --

20          MR. SORENSEN:  No.

21          THE COURT:  Why don't you just finish up then.

22          MR. LEVINE:  So I am going to do everything now

23     except for the REO recovery portion, which I will handle

24     when Mr. Malek continues tomorrow.

25     BY MR. LEVINE:

1    Q.  So back on the exceptions, remember we were talking

2    about there were also fields in the exceptions report that

3    come from the ProMerit database to Colonial?

4    A.  I do.

5    Q.  And the Colonial data came -- when the loans came in,

6    when people noticed an exception or problem, they noted it

7    in the ProMerit database with respect to that loan; is that

8    right?

9    A.  That's my understanding.

10   Q.  Are you aware that for many of the loans on your list,

11   where exceptions were identified in the ProMerit data by

12   Colonial, they were first noted long after the loan was

13   purchased by Colonial?

14   A.  I can't recall.

15   Q.  All right.  I am going to show you a slide that is a

16   blowup of F4100, page 15, because, again, it's really small

17   and hard to see.

18           This shows that for Loan 983739, the first

19   exception noted in the ProMerit data is February 26th of

20   2007, for a lost note affidavit, correct?

21   A.  That's what the screen says, sir.

22   Q.  Okay.  And you have a schedule -- we went through 4.9

23   before, and there is a different -- another subsection,

24   4.9(f).  Now that is Exhibit F4143.

25           In this list, loan data, including the advance

1    date for a number of loans, as of March 1st, 2008, these are

2    blue loans, right?

3    A.  Yes.

4    Q.  I want to look at that same loan number.  And, again,

5    we -- if we move it up, the slide, so it's easier to see.

6    You see at page 26 of Exhibit 4143, that same loan number,

7    983739, the advance date, or when it first came into

8    Colonial, was October 24th of 2006, correct?

9    A.  I see that on the screen.

10   Q.  So if we combine the two, we see that the exception was

11   noted by Colonial about -- exactly 125 days after it came

12   into Colonial, right?

13   A.  I see that's what the screen says.

14   Q.  Did you calculate how much of the time in the data that

15   you had -- that you used in Exhibit 4100 -- the first

16   exception was more than 90 days after the loan came into

17   COLB or Warehouse?

18   A.  I did not.  I just noted that the categories of

19   exceptions on an overriding basis were ones, in my judgment,

20   that would have been present on the funding of the loan.

21   Q.  You --

22   A.  Or that could have been easily corrected and, therefore,

23   would not have resulted in a loss to the bank.

24   Q.  You had your staff create a chart reflecting exceptions

25   on the loans, right?

1   A.  I did.

2   Q.  I am going to put it up on the screen as a demonstrative

3   because you mentioned it before and that you would want to

4   see it.  This is from page 20 of your rebuttal report.

5            And there is, at the top of it, the exception

6   table that you had your staff put together?

7   A.  Yes.

8   Q.  This is something -- again, your staff did it.  This

9   isn't -- they based it on what they saw or their

10  interpretation or view of underlying data.  But this chart

11  itself is from your staff, right?

12  A.  Correct.  I looked back in the period of September 2016

13  at the underlying live spreadsheet and haven't looked at it

14  since then.

15  Q.  This chart that I'm showing you, page 20 of your report,

16  the exception chart, that's limited to just the blue loans,

17  the $415 million, right?

18  A.  Yes, sir.

19  Q.  On just those blue loans, your staff found that 50

20  percent of the time they were able to find an exception,

21  right?

22  A.  50 percent of the time they were able to find an

23  exception that was documented in the combination of the

24  information from ProMerit and the TBW rules database.  And

25  that, as to the balance of the loans, the fact that they

1    were on the books for so long indicated to me that the

2    balance of the loans were also fraud.

3    Q.  So for the other 50 percent of the blue loans, there was

4    no exception noted in the ProMerit database or in the TBW

5    database for those loans, correct?

6    A.  Yes, sir.

7    Q.  But you counted, for reasons you explained, all of the

8    loans, the 4,225 loans, as part of the fraud, as blue loans,

9    regardless of whether they had exception data from Colonial,

10   TBW or not, correct?

11   A.  The exception data, in addition to what was in the rules

12   database and ProMerit, is the fact that these loans had been

13   on the books for so long when the nature of a mortgage

14   warehouse lender is a short-term provider of funding between

15   the closing table for the loan and the takeout, which

16   typically, for a conforming loan, is in 30 to 45 days.

17   Q.  Right.  You thought they're all aged sufficiently, that

18   you're going to count them all as blue loans.  50 percent of

19   them had exceptions listed by either TBW or Colonial and 50

20   percent of them didn't, correct?

21   A.  In this particular database.  And the other criterion

22   that I just described applied to the remaining 50 percent.

23   Q.  Well, this particular database, meaning the ProMerit

24   database and the TBW rules database, correct?

25   A.  Yes, sir.

1    Q.  And those are the databases you looked at, and your

2    staff looked at, to create this exception chart; isn't it?

3    A.  Yes.  In the footnote it describes that all of the loans

4    failed to sell, inconsistent with how Colonial Bank was

5    treating its other, nonfraudulent mortgage warehouse

6    customers, where there they were managing their agings, they

7    were sending loans back, and they continued to make money

8    throughout the period of the financial crisis.

9    Q.  Let's turn to a different topic.  I want to talk about

10   your methodology for recoveries.  I am not getting into REO

11   recoveries here, just recoveries generally.

12            You did include recoveries from TBW in your

13   calculation, right?

14   A.  I did.

15   Q.  And as a reference point, did you turn to the Robert

16   Dunn Treatise, *Recovery of Damages For Lost Profits*?

17   A.  I did.

18   Q.  Is the Robert Dunn treatise a treatise accepted and

19   regularly used by members of the accounting profession for

20   computing damages?

21   A.  Yes, it is.

22   Q.  Did you look at two accepted methodologies to compute

23   damages from fraud losses:  The benefit of the bargain rule,

24   and the out-of-pocket loss rule?

25   A.  I did.

1   Q.  Under the benefit of the bargain rule, is the defrauded

2   purchaser entitled to recover the difference between actual

3   value and represented value of the property?

4   A.  Yes.

5   Q.  And under the out-of-pocket loss rule, is the defrauded

6   purchaser entitled to recover the difference between the

7   value of the property received and the consideration given?

8   A.  Yes.

9   Q.  And in the case of Colonial, under either rule, the

10  damages are identical and they are simply measured on a

11  cash-in and cash-out basis, correct?

12  A.  That's what is I said in my affirmative report and gave

13  further reasons as to why.

14  Q.  And the actual value and the value of the property

15  received under these tests are the interest and fees

16  received from TBW and the recoveries on the loan which you

17  call the cash-in, right?

18  A.  Yes.

19  Q.  And the represented value of the property, and the

20  consideration given, are the cash-out that you used to fund

21  and finance the fraud losses at issue, correct?

22  A.  Yes.

23  Q.  And you compared the cash-in to the cash-out to

24  calculate damages?

25  A.  I did.

1   Q.  And I want to show you a slide that you used with

2   Mr. Sorensen two days ago where you have damages, and then

3   you subtracted allocable recoveries.  I want to ask you

4   about allocable recoveries, that word "allocable."

5           Did you allocate recoveries generally pro rata to

6   the net fraud losses based on associating each category of

7   recovery with the category of losses to which that recovery

8   related?

9   A.  I did.

10  Q.  Does "pro rata" mean proportional?

11  A.  Yes.

12  Q.  Did you consider pro rata allocation to be a

13  common-sense approach consistent with how an accountant

14  would allocate and apportion these recoveries?

15  A.  I believe you are reading from my report.  Yes, I did.

16  Q.  All right.  One last topic, and then I will finish,

17  other than tomorrow on REO.  At the time -- the topic is

18  future distributions.

19          You have counted the money that's come into

20  Colonial Bank, the cash, to date, right?

21  A.  I did.  I computed the damages as being 879 million, and

22  then the recoveries I treated as a setoff to those damages,

23  which I computed on the cash method based on all cash

24  receipts I am aware of through today from the TBW bankruptcy

25  estate received by the FDIC.

1    Q.  At the time of your report, you understood that there

2    may be additional recoveries from the TBW bankruptcy estate,

3    and if so, you would adjust the recoveries and damages prior

4    to trial, right?

5    A.  That is what I stated in my report.

6    Q.  And you recently adjusted the damages numbers to reflect

7    around $58 million of recoveries received from TBW since

8    fall of 2016, correct?

9    A.  I did.

10   Q.  And I want to talk about TBW -- the TBW estate still has

11   some cash in it, right?

12   A.  It does.

13   Q.  And the TBW estate still has some of those loans left,

14   right?

15   A.  I believe it has one remaining junk loan and three

16   pieces of other real estate owned where there was a

17   foreclosure completed.

18   Q.  Well, does the TBW bankruptcy estate have about

19   $3.6 million worth of AOT mortgages that are left in it?

20   A.  I can't recall the exact figure.  I do remember that,

21   based on discussion through counsel with the TBW bankruptcy

22   trustee, that the aggregate recovery from the combination of

23   the three pieces of REO loans were foreclosures already

24   completed, plus the one remaining loan, plus the segregated

25   cash relating to AOT was represented to me as being --

1    resulting in a potential recovery of less than $4 million.

2    Q.  And that's on top of the cash, right?

3    A.  My recollection is that was inclusive of the cash.  But

4    I'm certain that --

5    Q.  Wait, wait, wait.  You are saying that --

6              THE COURT:  Can't this be ascertained pretty

7    easily by counsel?

8              MR. LEVINE:  Yeah.  Let me -- I am about to show

9    him some documents.

10             THE COURT:  Do we need to do that?  Can't counsel

11   find out what was left in TBW?

12             MR. LEVINE:  We know, Your Honor.

13             MR. SORENSEN:  We have an affidavit from the

14   trustee that shows exactly what it is.

15             MR. LEVINE:  I will just show it.

16             I have to get the information in evidence.  So I

17   am going to put up F4361.

18             THE WITNESS:  For clarification on the pending

19   question, I said the cash allocable to the AOT recoveries.

20   And there are two pockets of cash on the TBW report from the

21   trustee that are relevant to recoveries.

22             MR. LEVINE:  Okay.  We'll go through them one by

23   one then.

24             THE COURT:  Why are we going through them one by

25   one?

1              I do not understand why counsel can't find this

2     out by talking to the TBW trustee.

3              MR. SORENSEN:  It's on his schedule.  It actually

4     says in his affidavit what the exact amount --

5              THE COURT:  Do you disagree with that?  Do you

6     think his figures are inaccurate?

7              MR. LEVINE:  The point is, Your Honor, there is

8     additional money sitting there that's going to come to the

9     FDIC.

10             THE COURT:  Okay.

11             MR. LEVINE:  I want to go through how much money

12    is sitting there.  That's all.

13             THE COURT:  Okay.

14             MR. LEVINE:  It's going to take me five minutes.

15    That's all it's going to take.

16             MR. SORENSEN:  It's right on the schedule.  We can

17    just put the schedule up, which is attached --

18             THE COURT:  Do you know, Mr. Levine --

19             MR. LEVINE:  There are actually two different

20    things.  There's the loans that are sitting there, and there

21    is cash, actual cash in TBW cash accounts.  I am going to go

22    through them one by one.  It really shouldn't take very

23    long.

24             THE COURT:  Do you have any doubt that if you got

25    in touch with the TBW trustee you could ascertain these

1   figures and agree on them with the other side?

2           MR. LEVINE:  We know exactly what they are --

3           THE COURT:  Good.  Then you don't need to find out

4   from this witness.

5           Go on to something else.

6   BY MR. LEVINE:

7   Q.  Sir, I am going to ask you:  On the cash that's sitting

8   there, is there about $37 million sitting there in TBW?

9   A.  It is.  And that cash would be reduced by professional

10  and administrative fees of cleaning up the estate.  And the

11  FDIC would be entitled to around 36 to 38 percent of any

12  remainder.

13          The trustee, to my understanding, is not able to

14  tell us that any amount will be remaining of any

15  significance.  He can't say one way or the other at this

16  point.

17  Q.  Did you talk to the trustee?

18  A.  I didn't personally.

19  Q.  You were at Navigant, right?

20  A.  I was.

21  Q.  And Mr. Luria, the trustee for TBW, was at Navigant.

22          Did you know him when you were there?

23  A.  We were both there during about a two-year period where

24  we overlapped.

25  Q.  All right.  And if the FDIC does recover or receives

1    additional recoveries in the future from TBW, would it be

2    appropriate to revise your calculation of damages to reflect

3    those recoveries?

4    A.  Yes, it would.

5              MR. LEVINE:  Nothing further.

6              MR. SORENSEN:  My apologies for the delay, Your

7    Honor.

8                          REDIRECT

9    BY MR. SORENSEN:

10   Q.  Mr. Malek, PwC counsel showed you this page from your

11   report where you had something called Exception category.

12             Do you remember that just now?

13   A.  I do.

14   Q.  Is "exception" -- when you used "exception" -- I just

15   want to make sure it's clear.  The "exception" that you are

16   using here, is that different from the exception reports

17   that were at Colonial Bank?

18   A.  Yes.

19   Q.  Okay.  Could you explain how -- what you meant by

20   "exception" here as opposed to what was in the Colonial

21   records?

22   A.  By Exception category, what I meant here, is something

23   that from the circumstances in the records made it apparent

24   that these were problem loans that the data funding that

25   would not be permitted on the COLB and Warehouse lines, and

1    therefore, were junk fraudulent loans.

2    Q.   The document exception is in a legitimate mortgage

3    warehouse lending transaction.  One type of document

4    exception might be that there is a missing affidavit or

5    something, right?

6    A.   Yes, sir.

7    Q.   Okay.  And that's not what you are referring to here,

8    is it?

9    A.   No, it's not.

10   Q.   PwC counsel pulled up a spreadsheet and did this search.

11   I think he was suggesting that there were only 26 loans that

12   had a Do Not Sell designation in the TBW records?

13           Do you recall that?

14   A.   I do.

15   Q.   And now, under your Exception category, you have DNS.

16           Did the fraudsters -- did Lee Farkas use DNS to

17   mean Do Not Sell in the TBW records?

18   A.   Yes.

19   Q.   So if you add up the ones that said DNS and the ones

20   that said Do Not Sell, how many were there?

21   A.   1,047.

22   Q.   Okay.  So nearly -- over a thousand said either Do Not

23   Sell or DNS?

24   A.   Yes.

25   Q.   And there were other categories that you identified did

1    not meet investor guidelines.

2            When you add up all of these specific exceptions,

3    how many -- of the 4,000 loans you included in your damages

4    calculation, how many of them had a specific designation in

5    the TBW records that you identified as an exception?

6    A.  2,113.

7    Q.  And these exceptions that you found, were these the only

8    indicators of fraud that you found with respect to the

9    loans?

10   A.  No, they were not.

11           MR. SORENSEN:  I don't know if our chart is here.

12           Did someone move our flip chart?

13           THE WITNESS:  Allow me.

14           MR. SORENSEN:  I can get it.

15   BY MR. SORENSEN:

16   Q.  Now, you identified five badges or indicators of fraud,

17   right, the ones listed here?

18   A.  I did.

19   Q.  Okay.  These five, were they present with respect to all

20   4200 loans that you counted in your damages calculation?

21   A.  Four of the five were, from all 4200; and five of the

22   five were for 2,113.

23   Q.  Okay.  So for the entire population of what is in your

24   damages calculation, you found four indicators of fraud.

25           And then, with respect to the subset, for 2000 you

1    found additional indicators of fraud in the TBW records?

2    A.  I did.

3    Q.  I think you were asked questions about the -- there were

4    some loans that went into the secret database that actually

5    ended up leaving the bank.

6          Do you remember that testimony?

7    A.  I do.

8    Q.  And for your damages calculation, did you include any

9    loan that went into the database that wasn't left at the end

10   and caused the loss to the FDIC?

11   A.  No.

12   Q.  And the loans that went into the secret database that

13   somehow got sent out somewhere, did you have access to any

14   records to figure out whether it was a legitimate

15   transaction or not?

16   A.  No, I didn't.

17   Q.  Do you know whether these loans that went into the

18   secret database that somehow got sent out of the bank, do

19   you know whether those were legitimate?

20   A.  I believe that because they went into the secret

21   database that there was something illegitimate about them.

22   I only know that based on how I computed and viewed the

23   fraud, those loans that left the bank did not result in a

24   loss to the FDIC.

25   Q.  When you were being questioned by PwC counsel, he

1  referred to his board up here quite a bit.  The big board

2  here, the blue and the orange.

3  A.  Yes, sir.

4  Q.  Are there other things on this board that you believe

5  are not accurate?

6  A.  Yes.

7  Q.  Okay.  What is wrong with this board?

8  A.  Let's see.

9        One of the things I noticed is that the Plan B

10  fake mortgages in AOT -- there were no fake mortgages in

11  AOT.  It was just a fake AOT trade; and it was totally

12  barren of any collateral associated with it.

13  Q.  Were any of those loans that got moved into the AOT,

14  were those permitted to be part of pools?

15  A.  No, they weren't.

16  Q.  The fraudsters called the offline database the secret

17  set of books and AOT offline database.

18        But is it fair to say that those are AOT loans?

19  A.  No.  They weren't permitted on the AOT.

20        They were illegitimate, non-permitted loans that

21  were being associated with trades as part of the attempt to

22  cover up the fraud and to plug the hole.

23  Q.  I would like to talk about what PwC counsel was talking

24  about, real junk mortgages, the 415 million.  Okay.

25        Do you remember the discussion about that?

1    A.  I do.

2    Q.  Okay.  Did that include fraudulent loans?

3    A.  It did.

4    Q.  Did it include, actually, fraudulent loans that Lee

5    Farkas himself had taken out from Colonial?

6    A.  Yes.

7    Q.  Could you describe for Her Honor what -- those Lee

8    Farkas loans, did they refer to them as Lee loans?

9    A.  They did.

10   Q.  Can you describe for Your Honor, what were these Lee

11   loans?

12   A.  I recall one being for a purchase of a nightclub, and

13   another being for a purchase of a farm, I believe.  And

14   neither were under legitimate circumstances.

15          From my recollection of the facts, it was just

16   money stolen.  And Mr. Farkas acquired some properties but

17   never repaid on the loan.

18   Q.  And did Mr. Farkas submit fake documents to get this

19   money?

20   A.  He did.

21   Q.  Those mortgages, are those included in what they refer

22   to as the "blue"?

23   A.  Yes.

24          MR. SORENSEN:  If we could put up Exhibit F4100.

25   BY MR. SORENSEN:

```
1     Q.  Is this the -- this is what you were looking at before.

2     This is the analysis that you and your team did of the loans

3     that ended up in the offline database?

4     A.  Yes, it is.

5               MR. SORENSEN:  Okay.  And if we could go to

6     page 6.  Let's see if we can blow this up.  If we can blow

7     up the highlighted ones.

8     BY MR. SORENSEN:

9     Q.  Do you see that row there that says:  Do not sell per

10    Lee Farkas?

11    A.  Yes, I do.

12    Q.  Were these two of the fraudulent loans that Lee Farkas

13    took from Colonial?

14    A.  Yes.

15    Q.  And it says the name John Welch.

16              Do you recall why it says John Welch?

17    A.  I recall that that was a straw purchaser.

18    Q.  Did Mr. Farkas use the name John Welch to take money

19    from Colonial Bank on a mortgage?

20    A.  He did.

21    Q.  And is that one of the -- are those loans included in

22    your damages calculation?

23    A.  They are.

24              MR. SORENSEN:  You can put that down.  Thank you.

25              Could you put up the trial testimony at page 3400,
```

1     please, Rami.

2     BY MR. SORENSEN:

3     Q.  This is -- you were here during opening statements,

4     right?

5     A.  I was.

6             MR. SORENSEN:  Okay.

7             MR. LEVINE:  Your Honor, now we're going beyond

8     the scope.  We're asking about opening.  He could have asked

9     about that in direct.

10             MR. SORENSEN:  No.  I'm going to the substance

11    here.  I just was pointing out that it was -- it was made in

12    opening.

13             Could you find the section that says -- first full

14    paragraph, second sentence.

15             There it is.  Thank you.

16    BY MR. SORENSEN:

17    Q.  PwC counsel said -- he's talking about the aging problem

18    of these legitimate real mortgages from COLB had nothing to

19    do with the fraud.  And he said:  The moving of them from

20    COLB into AOT also had nothing to do with the fraud.

21             Is that correct?

22    A.  No, sir, it's not.

23    Q.  Okay.  Would you tell the Court, why is that not

24    correct?

25             MR. LEVINE:  Your Honor, objection.  This is

1    beyond the scope.  He's just asking about testimony on

2    direct.

3              He could have done it in its opening -- or

4    statements in opening, he could have asked about it on

5    direct.

6              THE COURT:  I think you went into this on your

7    cross.

8              So I will overrule the objection.

9    BY MR. SORENSEN:

10   Q.  You may answer.

11   A.  Moving the loans from COLB into AOT had something to do

12   with the fraud because it allowed the fraud to continue.  It

13   made it look to the bank and to the regulators as if TBW was

14   cleaning up its aged loans when, in fact, it was hiding

15   them.

16             Had this movement of loans from COLB into AOT not

17   have happened, the aged loans would have gotten so large

18   that the fraud could not have been continued.

19             MR. SORENSEN:  And if we could put on the screen

20   P2879.

21   BY MR. SORENSEN:

22   Q.  This is PricewaterhouseCoopers' answer and defenses to

23   the Plaintiff's Third Amended Complaint in the TBW case.

24             MR. LEVINE:  Objection.  Beyond the scope.

25             I didn't use this at all.  He could have used this

1    in direct if he wanted to refer to it.

2              THE COURT:  Overruled.

3              MR. SORENSEN:  If we can go to paragraph 31.

4              Actually, no.  We have to go down.

5              Okay.  Thank you.  Yes.

6    BY MR. SORENSEN:

7    Q.  Here it says:  PwC admits that in the COLB facility,

8    Colonial Bank purchased from TBW and others, participation

9    interests in mortgage loans.

10             Then it goes on to say:  The terms of these

11   transactions required that committed takeout investors be in

12   place.

13             Do you see that?

14   A.  I do.

15   Q.  And is PwC correct that COLB required that committed

16   takeout investors be in place?

17   A.  This is consistent with my examination of financial

18   documents, yes.

19   Q.  And then it goes on --

20   A.  They are correct.

21   Q.  I'm sorry.

22             Were you finished?

23   A.  Yes, sir.

24   Q.  It goes on to say:  Colonial Bank's customer was

25   required upon request by Colonial Bank to repurchase the

1    loan if, among other things, a takeout investor did not

2    purchase it.

3              Is that correct?

4    A.  Yes.  That is consistent with my review of financial

5    documents in this case.

6    Q.  Just to be clear, was TBW required upon request by

7    Colonial Bank to repurchase COLB loans if there was no

8    takeout investor?

9    A.  Yes.

10   Q.  I would like to turn to a different topic here.

11             We were talking about the legitimate mortgage

12   warehouse lending business at Colonial Bank.  And you gave

13   some testimony about the fact that the legitimate mortgage

14   warehouse lending was profitable up and through the Great

15   Recession.  I want to understand a little bit about your

16   basis for saying that.

17             What was your analysis to determine that?

18   A.  I looked at the published financial statements that were

19   filed with the SEC.  And in those published financial

20   statements there is something called Segment Reporting that

21   expressly breaks out the mortgage warehouse lending division

22   as a standalone entity.

23   Q.  Why don't we take a look at one of those.

24             MR. SORENSEN:  If we could put up A66.  If we can

25   just highlight the date, just to get us oriented here.

1    BY MR. SORENSEN:

2    Q.  Is this the 10-K that Colonial filed for year ending

3    December 31st, 2005?

4    A.  Yes, it is, sir.

5              MR. SORENSEN:  Okay.  Let's see if we can find the

6    segment reporting here.  I think it's on page 110.  Maybe we

7    could pull out just the top part.

8    BY MR. SORENSEN:

9    Q.  Mr. Malek, which column here is mortgage warehouse

10   lending?

11   A.  The second-from-left column of numerical data entitled

12   Florida Mortgage Warehouse.

13   Q.  Does this report the net income of mortgage warehouse

14   lending for the year 2005?

15   A.  Yes.  Income loss before taxes.

16   Q.  Okay.  What is the -- how much did mortgage warehouse

17   lending make in 2005?

18   A.  $72,000,079 reported.

19   Q.  What percentage of that is TBW?

20   A.  Somewhere between 63 and 75 percent.

21   Q.  And that was a fraud.

22              So that wasn't real income, was it?

23   A.  That's correct.

24              MR. LEVINE:  Objection.  Leading.

25              THE COURT:  Overruled.

1    BY MR. SORENSEN:

2    Q.  So if you back out the relative percentage of TBW's

3    income from this, was Colonial Bank's mortgage warehouse

4    lending division profitable in 2005?

5    A.  Yes, it was.

6             MR. SORENSEN:  Okay.  If we could scroll down, I

7    think we will see other years here.

8    BY MR. SORENSEN:

9    Q.  Okay.  What about in 2004?  Was it profitable.

10   A.  2004 was profitable.  The reported profits, both the

11   non-fraudulent customers and TBW aggregated, $49,998,000

12   before taxes.

13            MR. SORENSEN:  Why don't we go to one more 10-K to

14   get the numbers for -- we have 2004, 2005.  Let's just get

15   the numbers for '06, '07, and '08.  Okay.  So if we can put

16   up A69.

17   BY MR. SORENSEN:

18   Q.  Is this the 10-K for the year ending December 31, 2008?

19   A.  Yes, it is.

20   Q.  Okay.  Why don't we go to page 142.  If we could pull

21   out -- I guess pull out the top part one by one.

22            Is this the segment reporting for the Mortgage

23   Warehouse Lending division?

24   A.  It is.  The first section here we're looking at is for

25   the 12 months ended December 2008.

1    Q.  Okay.  How much did Mortgage Warehouse Lending make in

2    2008?

3    A.  Accounting both TBW and the nonfraudulent customers,

4    $132,198,000.

5            MR. SORENSEN:  Okay.  And let's scroll down and

6    see 2007 and '6, if we could.  If we can just highlight the

7    income.

8    Q.  How much did Mortgage Warehouse Lending report as income

9    in 2007?

10   A.  Calendar 2007, 98,893,000.

11   Q.  Okay.  And 2006?

12   A.  $86,770,000.

13   Q.  Okay.  Let's move forward.

14           Did they also report income in 2009?

15   A.  Yes.  There was one quarterly 10-Q report filed with the

16   SEC.

17   Q.  Okay.  Let's just take a quick look at that, A73.

18           Is this the 10-Q that was filed for the year

19   ending March 31st, 2009?

20   A.  Yes, for the quarter ending March 31st, 2009.

21   Q.  Okay.  If we could go to page 38.  Is this the segment

22   reporting for that quarter?

23   A.  It is.

24   Q.  How much did Mortgage Warehouse Lending make in the

25   first quarter of 2009?  How much did they report as income?

1    A.  62,799,000.

2    Q.  Okay.  So now we have the income.

3            Did they continue to earn income after

4    December 31, 2009?

5    A.  They did.

6    Q.  Is that available to us in a public filing?

7    A.  No.  The only public filing is an 8-K news release that

8    doesn't have the granularity of segment reporting.

9            MR. SORENSEN:  If we can put up the demonstrative

10   003-001.

11   Q.  We took these numbers and put them into a table.

12           So if you add up all of the income for the

13   Mortgage Warehouse Lending division from 2004 to the end of

14   the first quarter in 2009, how much was it?

15   A.  502,658,000.

16   Q.  And then if you back out the income from TBW, how much

17   did Colonial Bank/Mortgage Warehouse Lending make from its

18   legitimate customers over that time period?

19   A.  $138,658,000.

20   Q.  Does that have any significance for you?

21   A.  It does.

22   Q.  What is the significance?

23   A.  The significance is that absent the fraud for a

24   legitimate warehouse customer, Colonial Bank was able to

25   manage through the economic downturn, through the great

1    recession, through the mortgage warehouse crisis and still

2    continue to make money from its legitimate customers.  Why?

3    Because it was using the -- its rights to return loans, get

4    refunds from loans, and to manage customer exposure,

5    including how much they were lending.  Those are normal

6    features of a business relationship between a lender and a

7    customer that does not involve fraud.

8    Q.  You described your but-for world.

9            In your but-for world, Mortgage Warehouse Lending,

10   once the TBW relationship was ended, would be reduced.  That

11   was the assumption you used in your but-for world, right?

12   A.  Yes, sir, it was.

13   Q.  If you had done a lost profits analysis and had assumed

14   that Colonial Bank just replaced TBW with a legitimate

15   mortgage warehouse lender, how would your damages

16   calculation have been different?

17           MR. LEVINE:  Objection, Your Honor.

18           Now we're way beyond the scope.  We didn't go

19   through this at all in cross-examination.

20           MR. SORENSEN:  I think it did come up in

21   cross-examination.  We were talking about Mortgage Warehouse

22   Lending, and legitimate customers.  And part of the argument

23   that is being made here is that the 415 is legitimate.

24           THE COURT:  Okay.  Overruled.

25           THE WITNESS:  The answer is that had I based a

1    lost profits calculation on an assumption of Colonial Bank

2    being able to replace TBW with a legitimate Mortgage

3    Warehouse Lending customer, then the damages would have

4    increased.  How much?  By as much as $364 million if, in

5    fact, the customer they're able to find was as large as TBW.

6         THE COURT:  Wait.  Did you say the damages would

7    have increased?

8         THE WITNESS:  Yes, Your Honor.  I did.

9         THE COURT:  If TBW was replaced with a legitimate

10    customer --

11         THE WITNESS:  Yes.

12         THE COURT:  -- why would the damages have

13    increased?

14         THE WITNESS:  In my but-for world, when I'm

15    looking at PwC discovering the fraud, I say the future fraud

16    stops and the future income stops because the TBW

17    relationship would have ended.

18         THE COURT:  Okay.

19         THE WITNESS:  If they found a replacement

20    customer, which I didn't take into account, because I said

21    that would have been conjecture and speculation.  But

22    Mr. Sorensen is asking me if I had done that, then, yes,

23    same size customer, the lost profits, the damages would have

24    gone up by the $364 million that I'm otherwise subtracting

25    here.

1              THE COURT:  Okay.

2    BY MR. SORENSEN:

3    Q.  When you look back over this period, did Colonial, on

4    legitimate Mortgage Warehouse Lending, did it suffer market

5    losses?

6    A.  It suffered some market losses, I'm certain it did, but

7    it was able to contain them.  And it was charging enough

8    interest to cover those losses.

9    Q.  What was the significance of that for your damages

10   analysis, if any?

11   A.  That's what should have happened absent the fraud.

12   That's what proves to me that the blue loans, the

13   $415 million, should be counted as fraud because in a

14   legitimate relationship those losses would have been managed

15   and controlled.

16             MR. SORENSEN:  If we could put up Exhibit P2879.

17   We were just looking at the PwC answer in the TBW case.  If

18   we could go to page 20.

19   BY MR. SORENSEN:

20   Q.  Again, this is what PwC said down in Florida in response

21   to the complaint.  And it talks about falsifying the value

22   of loans on the COLB.

23             And then it says:  TBW sold Colonial Bank

24   interests in mortgage loans that were foreclosed,

25   real-estate owned, or otherwise impaired.

```
 1                   Is that correct?
 2    A.  Yes, that's correct.  And that's consistent with what I
 3    found in the financial records.
 4    Q.  And then it goes on to say:  Colonial Bank and TBW
 5    manufactured and falsified transaction details for "crap"
 6    loan transactions, making them appear like legitimate
 7    transactions and moving them through Colonial Bank and to
 8    end investors as if they were legitimate transactions.
 9                   Is that correct?
10    A.  Yes.  Same answer.
11    Q.  And then it goes on to say down below that:  TBW,
12    Farkas, Brown, Allen, DeArmas, and likely others at TBW were
13    aware of the "crap" loans and pools of "crap" loans on the
14    COLB.
15                   Is that correct?
16    A.  Yes.  That is what I found in my investigation.
17    Q.  And so is that -- the fact that they were junk or "crap"
18    loans on the COLB, is it true that there are real nonjunk
19    loans in the blue that's listed on the demonstrative there?
20    A.  I would not characterize any of those as real loans for
21    the reasons we have been discussing this morning and on
22    Tuesday.
23                   MR. SORENSEN:  If you could put up Exhibit A279,
24    please.
25    BY MR. SORENSEN:
```

1    Q.  You were asked some questions about the criteria used to

2    determine if it was a junk loan or not.  And one of the

3    things that was discussed was whether it met the

4    requirements of Freddie or Ginnie Mae.  Do you remember

5    that?

6    A.  I remember that.

7    Q.  I think you testified that the vast majority were

8    supposed to be Freddie and Ginnie Mae compliant; is that

9    right?

10   A.  I did.

11   Q.  Do you see A279, it says:  Mortgage Warehouse Lending,

12   April 17, 2007.  Have you seen documents like this one?

13   A.  I have, and I have seen this one in particular.

14   Q.  What was this one?

15   A.  This one was a presentation that the Mortgage Warehouse

16   Lending group management gave to Colonial Bank, including

17   the bank's audit committee, as I recall.

18   Q.  I would like to turn to page 8.  If we could highlight

19   the second bullet.  It says, "nonconforming."

20           It says:  Typically less than 2 percent of all

21   volume, warehouse, COLB, Warehouse.

22           Is that consistent with what you found was

23   nonconforming, only to 2 percent?

24   A.  This is how the relationship was being portrayed.  The

25   fraud that was happening is that the nonconforming was

1    gigantic and overwhelmed the conforming loans, but it was

2    hidden through the actions of the fraudsters, including

3    secreting the loans and concealing them in the hidden second

4    set of books.

5           In fact, one of the things that the fraudsters was

6    as to the loans, after they were hidden, were all that were

7    identified was the AOT pools, no tracking at the loan level,

8    is they actually called them agency Ginnie Mae and Freddie

9    Mac pools under the perception that those invited less

10   scrutiny.

11   Q.  And there was some -- you gave some testimony during

12   your cross-examination on curtailment.  I just want to make

13   sure that that is clear for the Court.  So I just want to

14   compare it and contrast it with COLB.  We have COLB and

15   warehouse.  Let's start with COLB.

16          When a COLB loan that gets sent to Colonial

17   doesn't comply, what is supposed to happen to it?

18   A.  After it ages for a while, it becomes apparent that it

19   doesn't comply, it should get sent back and Colonial should

20   be reimbursed all of the money it advanced for that loan.

21   Q.  Okay.  And it was supposed to be the purchase of the

22   loan.  Was Colonial supposed to send the loan back and then

23   get its money back?

24   A.  Yes.

25   Q.  Okay.  Now let's contrast.  The warehouse line, was that

1    considered to be a true sale?

2    A.   No, it wasn't.

3    Q.   That was a loan that was made against collateral, right?

4    A.   Correct.

5    Q.   Okay.  And so when -- after Colonial made a loan on the

6    warehouse line to TBW, if something became junk on the

7    warehouse line, what could Colonial do to protect itself?

8    A.   There were automatic features on the warehouse line that

9    called for that loan to be curtailed, such that if Colonial

10   originally advanced 99 percent, then for all of the loans

11   over a period ranging from either 120 days, 180 days, or 365

12   days, depending upon the loan category, every month or so

13   money had to get sent back from TBW to Colonial as that loan

14   was being curtailed.

15   Q.   Did Colonial have the right to just reach into TBW's

16   account and take out money with respect to the warehouse?

17   A.   In certain circumstances, yes.

18   Q.   So they didn't need to actually wait for TBW to send

19   them money, they had the ability to go in and take it from

20   TBW's account?

21   A.   Yes, they did.

22   Q.   Did they do that sometimes?

23   A.   Based on the fraud happening, no.  The fraud prevented

24   them from doing that.

25   Q.   Should they have done that?  Is that the way it's

1    supposed to work?

2    A.   They should have, and that's obvious what was happening

3    with the nonfraudulent, good customers, and why Colonial

4    continued to make money during the period of the mortgage

5    crisis on its Mortgage Warehouse Lending operations.

6    Q.   Did you, as part of your analysis, review the testimony

7    in the criminal trial?

8    A.   I did.

9    Q.   Okay.  I would like to show you some testimony from

10   the -- I guess, first, if you would go to P2094.  This is an

11   email we looked at on Tuesday about CSFB down at the bottom

12   there.

13          Do you recall looking at this email and discussing

14   it?

15   A.   I do.

16   Q.   It says:  As opposed to doing more Plan B.

17          Do you see that language?

18   A.   I see that.

19   Q.   Okay.  I want to turn to --

20          MR. LEVINE:  Objection, Your Honor.  I didn't ask

21   about that email.  Now we're beyond the scope again.

22          MR. SORENSEN:  It's aging.  We're talking about

23   aging.

24          THE COURT:  Quite a bit.

25          MR. LEVINE:  Sure.  At Your Honor's suggestions, I

1    picked and chose what emails I talked about, and we went

2    through this email with him.

3            THE COURT:  Overruled.  Go ahead.

4    BY MR. SORENSEN:

5    Q.  I am going back to the trial testimony, page 1915, I

6    think it is, of the PDF?

7            THE COURT:  This is the criminal trial?

8            MR. SORENSEN:  This is the criminal trial.

9    BY MR. SORENSEN:

10   Q.  You will see down at the bottom on page 18, you will see

11   this is the examination of Desiree Brown.  She was the

12   treasurer of TBW who plead guilty.  She is being asked about

13   that email we just looked at.  You can see that at line 19

14   where she's reading:  As opposed to doing more Plan B.

15           So do you recall reading this testimony from

16   Desiree Brown?

17   A.  I do.

18   Q.  If we could go down to the next page.

19           MR. SORENSEN:  I apologize, Your Honor.

20   BY MR. SORENSEN:

21   Q.  In the middle of the page, Ms. Brown says, line 9 to 12,

22   if we could just pull that out.

23           She's talking about:  For example, if you have a

24   note of 100,000 on CSFB, we would be able to borrow 98 to

25   99,000.  As it ages, it gets a haircut.

1          Do you see that?

2     A.  Yes.

3     Q.  Is a haircut the same thing as curtailment?

4     A.  It is.

5     Q.  If we go to -- actually, stay on that page.  Go down to

6     line 17.  She's talking about CSFB.

7          And she says:  Had CSFB already indicated that

8     these loans are too old to fully advance on?

9          And she said:  Yes, that's why they -- we called

10    them aged.

11         And then she's asked:  Why would you be able to

12    get Colonial Bank to advance them at full value.

13         And she said:  Probably because it was better than

14    Plan B.

15         Do you have an understanding of what she was

16    referring to.

17    A.  Yes.  Plan B is totally fake fraud where there's no

18    collateral.  And what they're talking about here, advancing

19    on the old, junk, fraudulent loans, there is at least some

20    collateral there.

21    Q.  If we could put up Exhibit P2100.  This is one we looked

22    at yesterday.  It deals with the aging issue again.  I just

23    want to get you oriented.

24         Down at the -- the email at the bottom, this is

25    the one that says:  The problem is Colonial is full of junk.

1        Do you remember that email?

2   A.  I do.

3        MR. LEVINE:  Your Honor, again, what we have here

4   is sandbagging.  What they did in direct is showed emails,

5   they didn't show testimony that relates to it.  I didn't ask

6   about those emails.  Now we're getting questioning about

7   what did people say about those emails.  That's beyond the

8   scope.

9        THE COURT:  I think, Mr. Levine, you have a

10  different idea of what is the scope than the Court does.  I

11  am going to overrule it.  You want to come back and talk

12  about these things, you will be able to on recross.  Let's

13  just ask about this one thing and then we're going to take a

14  break for lunch, all right.

15        MR. SORENSEN:  Sure.

16  BY MR. SORENSEN:

17  Q.  If we can go to page 1611 of the actual trial testimony.

18  There it is.  You will see it -- if we could pull out lines

19  14 down to 21.

20        This is, again, Ms. Brown saying:  That should be

21  the plan.  Move loans from Colonial to Ocala Funding.

22        Do you recall that's what was in the email we just

23  looked at?

24  A.  Yes, sir, I do.

25  Q.  Then she's asked -- she says:  The problem is Colonial

1    is full of total junk.  We have to start putting more energy

2    into cleaning that up.  Who is working on it?

3            And then the next question she's asked:  And where

4    were these loans that are total junk sitting at Colonial

5    Bank?

6            She says:  They were -- they could be on any of

7    the lines.  Probably the majority of them were on AOT.

8            Is that consistent with what you found?

9    A.  Yes.  Periodically the fraudsters would clean up the

10   aging on Colonial and hide it in the second set of books.

11   Q.  Was there junk on the COLB line?

12   A.  Yes.

13   Q.  Was there junk on the warehouse line?

14   A.  Yes.

15           MR. SORENSEN:  This is the end of this line of

16   questioning, Your Honor.

17           THE COURT:  Okay.  We're going to break for lunch

18   and I will see you back here at 1:30, okay.  Court will be

19   in recess.

20           (A luncheon recess was taken, 12:39 p.m.)

21           (Whereupon, the afternoon session of the

22   proceedings was reported and transcribed by Bryan Wayne.)

23                        *  *  *  *  *

24

25

**CERTIFICATE**

I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my ability.

Dated this 22nd day of March, 2018.

/s/ Elizabeth Saint-Loth, RPR, FCRR
Official Court Reporter

## $

**$121** [1] - 3651:23
**$132,198,000** [1] - 3715:4
**$138,658,000** [1] - 3716:19
**$139** [1] - 3655:14
**$14** [1] - 3657:13
**$18** [1] - 3651:24
**$188** [7] - 3625:19, 3649:16, 3650:1, 3650:3, 3650:19, 3650:21, 3658:20
**$266** [1] - 3657:11
**$272** [2] - 3682:3, 3682:22
**$280** [3] - 3651:24, 3655:13, 3658:5
**$364** [2] - 3718:4, 3718:24
**$37** [1] - 3701:8
**$415** [12] - 3635:17, 3635:21, 3636:1, 3637:12, 3643:19, 3647:7, 3648:16, 3649:4, 3650:23, 3654:21, 3693:17, 3719:13
**$44** [1] - 3625:4
**$49,998,000** [1] - 3714:11
**$562** [1] - 3650:24
**$58** [1] - 3698:7
**$72,000,079** [1] - 3713:18
**$78** [1] - 3624:23
**$86,770,000** [1] - 3715:12
**$978** [2] - 3642:22, 3648:14

## '

**'04** [2] - 3676:6, 3676:8
**'06** [1] - 3714:15
**'07** [1] - 3714:15
**'08** [1] - 3714:15

## /

**/s** [1] - 3729:12

## 0

**003-001** [1] - 3716:10

## 1

**1,047** [1] - 3703:21
**1,473,000,000** [1] - 3641:15
**10-K** [3] - 3713:2, 3714:13, 3714:18
**10-Q** [2] - 3715:15, 3715:18
**100,000** [1] - 3725:24
**1050** [1] - 3622:8
**10:02** [1] - 3621:6
**110** [1] - 3713:6
**11:30** [1] - 3689:9
**12** [6] - 3650:14, 3671:7, 3675:20, 3676:13, 3714:25, 3725:21
**12/29/2003** [1] - 3679:16
**120** [3] - 3653:10, 3679:11, 3723:11
**125** [1] - 3692:11
**12:39** [1] - 3728:20
**13** [3] - 3671:8, 3671:18, 3671:25
**131** [1] - 3674:13
**132** [1] - 3676:4
**14** [4] - 3621:19, 3625:15, 3661:11, 3727:19
**142** [1] - 3714:20
**15** [6] - 3628:7, 3638:11, 3656:22, 3676:18, 3689:16, 3691:16
**1611** [1] - 3727:17
**17** [2] - 3721:12, 3726:6
**1700** [1] - 3622:19
**18** [1] - 3725:10
**180** [2] - 3653:11, 3723:11
**1819** [1] - 3622:8
**188** [2] - 3649:18, 3649:20
**19** [1] - 3725:13
**191** [3] - 3642:23, 3649:18, 3649:20
**1915** [1] - 3725:5
**1:30** [1] - 3728:18
**1st** [1] - 3692:1

## 2

**2** [5] - 3623:5, 3654:24, 3655:18, 3721:20, 3721:23
**2,113** [2] - 3704:6, 3704:22
**20** [9] - 3628:7, 3629:24, 3630:12, 3630:13, 3656:9, 3690:6, 3693:4, 3693:15, 3719:18
**2000** [1] - 3704:25
**20006-4707** [1] - 3622:20
**2003** [5] - 3649:21, 3655:19, 3657:9, 3657:14, 3679:20
**2004** [13] - 3675:20, 3675:25, 3676:2, 3676:13, 3676:17, 3677:15, 3677:17, 3678:4, 3678:10, 3714:9, 3714:10, 3714:14, 3716:13
**2005** [9] - 3638:11, 3655:19, 3657:9, 3657:14, 3713:9, 3713:14, 3713:17, 3714:4, 3714:14
**2006** [7] - 3655:20, 3657:9, 3657:13, 3658:7, 3658:24, 3692:8, 3715:11
**2006-to-2009** [1] - 3659:7
**2007** [6] - 3636:17, 3691:20, 3715:6, 3715:9, 3715:10, 3721:12
**2008** [8] - 3636:17, 3644:20, 3645:1, 3682:6, 3692:1, 3714:18, 3714:25, 3715:2
**2009** [11] - 3655:20, 3657:9, 3657:13, 3658:7, 3658:24, 3715:14, 3715:19, 3715:20, 3715:25, 3716:4, 3716:14
**2011-746** [1] - 3623:3
**2016** [1] - 3693:12, 3698:8
**2017** [1] - 3642:6
**2018** [2] - 3621:6, 3729:10
**202** [1] - 3622:20
**202-354-3242** [1] - 3622:24
**21** [1] - 3727:19
**22** [1] - 3621:6
**22nd** [1] - 3729:10
**23** [2] - 3634:11, 3661:11

## 

**233** [1] - 3621:22
**24th** [1] - 3692:8
**25** [1] - 3690:6
**258-5500** [1] - 3621:23
**26** [4] - 3688:21, 3688:22, 3692:6, 3703:11
**26th** [1] - 3691:19
**27** [3] - 3634:10, 3676:17, 3677:15
**27th** [2] - 3621:19, 3634:10
**28** [1] - 3678:4
**28th** [1] - 3678:11
**2:11-cv-746-BJR** [1] - 3621:4
**2:12-cv-957-BJR** [1] - 3621:8

## 3

**3** [1] - 3687:12
**3.6** [1] - 3698:19
**30** [3] - 3633:9, 3656:8, 3694:16
**300** [1] - 3622:15
**304** [1] - 3679:9
**31** [3] - 3711:3, 3714:18, 3716:4
**310-961-2536** [1] - 3621:20
**312** [2] - 3621:23, 3622:16
**31656** [1] - 3622:4
**31st** [3] - 3713:3, 3715:19, 3715:20
**3400** [1] - 3708:25
**35** [1] - 3634:18
**3520** [1] - 3661:11
**35203** [1] - 3622:9
**36** [1] - 3701:11
**365** [2] - 3653:11, 3723:11
**372-5050** [1] - 3622:5
**38** [3] - 3649:11, 3701:11, 3715:21

## 4

**4** [3] - 3656:23, 3683:9, 3699:1
**4,000** [1] - 3704:3
**4,225** [6] - 3684:18, 3685:21, 3687:7, 3687:13, 3688:22, 3694:8
**4.7** [1] - 3677:20
**4.9** [11] - 3636:3,

## 

**3636:4, 3637:15, 3639:17, 3643:10, 3643:11, 3643:13, 3643:17, 3643:23, 3651:14, 3691:22
**4.9(a** [1] - 3637:16
**4.9(c** [1] - 3638:4
**4.9(f** [1] - 3691:24
**4.9(g** [1] - 3637:16
**4.9C** [1] - 3652:14
**4015** [1] - 3652:7
**4100** [1] - 3692:15
**4143** [1] - 3692:6
**415** [2] - 3706:24, 3717:23
**4200** [2] - 3704:20, 3704:21
**44** [4] - 3625:8, 3631:14, 3631:15, 3631:16
**45** [3] - 3633:9, 3656:8, 3694:16
**460** [1] - 3647:21
**470** [1] - 3647:22
**494-4440** [1] - 3622:16
**495** [4] - 3641:16, 3642:4, 3642:12, 3642:17

## 5

**5** [1] - 3657:13
**50** [6] - 3693:19, 3693:22, 3694:3, 3694:18, 3694:19, 3694:22
**502,658,000** [1] - 3716:15
**514** [1] - 3647:19
**54** [1] - 3622:15
**55** [1] - 3681:8
**562** [1] - 3647:24

## 6

**6** [2] - 3708:6, 3715:6
**6.7** [1] - 3679:12
**600** [1] - 3650:12
**60606** [1] - 3621:23
**60654** [1] - 3622:16
**62,799,000** [1] - 3716:1
**626-2916** [6] - 3622:20
**63** [1] - 3713:20
**6600** [1] - 3621:22

## 7

**7** [1] - 3630:12
**75** [2] - 3651:22, 3713:20
**78** [1] - 3631:25
**78.2** [1] - 3634:18
**79120-1656** [1] - 3622:5

## 8

**8** [2] - 3630:12, 3721:18
**8-K** [1] - 3716:7
**800** [1] - 3622:4
**806** [1] - 3622:5
**879** [1] - 3697:21

## 9

**9** [1] - 3725:21
**90** [1] - 3692:16
**90291** [1] - 3621:20
**909** [3] - 3666:2, 3666:3, 3666:5
**911** [1] - 3666:3
**95** [3] - 3657:11, 3658:22, 3659:8
**974** [1] - 3672:11
**975** [1] - 3672:11
**978** [4] - 3641:18, 3642:16, 3647:18, 3647:23
**978.5** [1] - 3648:18
**98** [1] - 3725:24
**98,893,000** [1] - 3715:10
**983739** [2] - 3691:18, 3692:7
**99** [2] - 3649:12, 3723:10
**99,000** [1] - 3725:25

## A

**a.m** [1] - 3621:6
**A279** [2] - 3720:23, 3721:11
**A66** [1] - 3712:24
**A69** [1] - 3714:16
**A73** [1] - 3715:17
**Abernathy** [2] - 3688:24, 3689:2
**ability** [3] - 3648:4, 3723:19, 3729:7
**able** [16] - 3632:3,

3642:22, 3664:2, 3678:17, 3678:19, 3681:21, 3693:20, 3693:22, 3701:13, 3716:24, 3718:2, 3718:5, 3719:7, 3725:24, 3726:11, 3727:12
**absent** [3] - 3656:6, 3716:23, 3719:11
**absolutely** [1] - 3645:11
**accept** [1] - 3659:1
**accepted** [2] - 3695:18, 3695:22
**accepting** [1] - 3668:9
**access** [1] - 3705:13
**accommodate** [1] - 3630:24
**account** [4] - 3645:9, 3718:20, 3723:16, 3723:20
**Account** [4] - 3638:14, 3639:16, 3639:24, 3652:15
**accountant** [1] - 3697:13
**accounted** [3] - 3623:21, 3626:4, 3645:22
**accounting** [3] - 3667:22, 3695:19, 3715:3
**accounts** [5] - 3645:1, 3661:21, 3662:11, 3662:16, 3700:21
**accurate** [2] - 3706:5, 3729:4
**acquired** [1] - 3707:16
**actions** [1] - 3722:2
**activity** [1] - 3664:13
**actual** [6] - 3667:23, 3686:7, 3696:2, 3696:14, 3700:21, 3727:17
**add** [6] - 3639:21, 3640:8, 3655:14, 3703:19, 3704:2, 3716:12
**addition** [2] - 3640:14, 3694:11
**additional** [4] - 3698:2, 3700:8, 3702:1, 3705:1
**addressed** [2] - 3672:8, 3682:25
**adjust** [1] - 3698:3
**adjusted** [1] - 3698:6
**administration** [1] - 3649:8

administrative [1] - 3701:10
**admits** [1] - 3711:7
**Advance** [2] - 3652:22, 3678:7
**advance** [13] - 3652:25, 3653:16, 3653:21, 3654:1, 3654:3, 3654:12, 3657:1, 3657:2, 3678:9, 3691:25, 3692:7, 3726:8, 3726:12
**advanced** [4] - 3654:2, 3663:25, 3722:20, 3723:10
**advancing** [1] - 3726:18
**advise** [1] - 3632:14
**advisors** [1] - 3639:19
**affect** [1] - 3667:17
**affidavit** [4] - 3691:20, 3699:13, 3700:4, 3703:4
**afford** [1] - 3650:12
**afternoon** [3] - 3633:2, 3660:15, 3728:21
**age** [3] - 3666:20, 3667:2, 3678:15
**aged** [29] - 3641:19, 3660:16, 3666:5, 3666:7, 3666:8, 3666:16, 3672:12, 3674:15, 3678:23, 3678:25, 3679:5, 3679:11, 3679:15, 3679:21, 3680:11, 3680:22, 3681:3, 3681:5, 3681:10, 3681:11, 3682:2, 3682:8, 3682:12, 3682:13, 3682:22, 3694:17, 3710:14, 3710:17, 3726:10
**agency** [1] - 3722:8
**agent** [1] - 3635:10
**ages** [2] - 3722:18, 3725:25
**aggregate** [4] - 3639:14, 3645:23, 3648:18, 3698:22
**aggregated** [1] - 3714:11
**aging** [18] - 3641:21, 3641:23, 3641:24, 3641:25, 3644:24, 3645:15, 3646:22, 3667:8, 3668:24, 3675:7, 3678:21,

3678:22, 3681:25, 3709:17, 3724:22, 3724:23, 3726:22, 3728:10
**agings** [1] - 3695:6
**ago** [4] - 3649:15, 3655:6, 3673:22, 3697:2
**agree** [17] - 3626:3, 3634:16, 3634:20, 3635:20, 3655:9, 3657:5, 3657:19, 3658:4, 3658:8, 3658:22, 3659:4, 3659:5, 3672:23, 3676:10, 3677:17, 3685:17, 3701:1
**agreed** [3] - 3632:9, 3633:11
**Agreement** [4] - 3634:6, 3677:7, 3677:8, 3677:14
**agreement** [7] - 3633:4, 3633:11, 3633:12, 3633:19, 3634:24, 3635:8, 3635:12
**agreements** [1] - 3633:4
**ahead** [9] - 3629:6, 3631:18, 3649:13, 3674:6, 3690:19, 3725:3
**aided** [1] - 3622:25
**AL** [1] - 3622:9
**al** [2] - 3623:3, 3623:4
**ALABAMA** [1] - 3621:1
**Alabama** [4] - 3630:3, 3630:4, 3630:5, 3676:17
**Alexander** [1] - 3621:19
**Allen** [1] - 3720:12
**allocable** [5] - 3649:20, 3697:3, 3697:4, 3699:19
**allocate** [2] - 3697:5, 3697:14
**Allocation** [2] - 3686:2, 3687:17
**allocation** [3] - 3686:9, 3686:16, 3697:12
**allow** [4] - 3639:18, 3657:21, 3670:24, 3704:13
**allowed** [5] - 3633:12, 3633:20, 3674:3, 3674:4, 3710:12

**almost** [2] - 3631:10, 3657:25
**ALSO** [1] - 3622:22
**Amarillo** [2] - 3622:4, 3622:5
**Amended** [2] - 3634:5, 3710:23
**amount** [16] - 3625:17, 3632:9, 3633:25, 3637:4, 3639:19, 3641:1, 3642:13, 3654:15, 3663:4, 3663:9, 3663:25, 3664:2, 3664:7, 3682:2, 3700:4, 3701:14
**amounts** [9] - 3631:13, 3631:23, 3632:1, 3632:10, 3636:9, 3636:10, 3636:12, 3636:16, 3649:9
**Amy** [1] - 3622:22
**analogy** [1] - 3644:9
**analysis** [10] - 3637:23, 3653:21, 3657:19, 3657:20, 3664:12, 3708:2, 3712:17, 3717:13, 3719:10, 3724:6
**answer** [9] - 3627:5, 3667:4, 3682:16, 3710:10, 3710:22, 3717:25, 3719:17, 3720:10
**ANSWER** [11] - 3633:24, 3666:11, 3666:14, 3666:18, 3666:22, 3666:24, 3672:16, 3672:19, 3676:7, 3681:11, 3681:13
**answering** [2] - 3626:9, 3627:22
**answers** [1] - 3690:7
**anyway** [4] - 3626:14, 3631:11, 3632:11, 3668:25
**AOT** [89] - 3635:19, 3635:21, 3636:5, 3636:10, 3636:11, 3636:12, 3636:23, 3637:1, 3637:2, 3637:8, 3637:19, 3638:10, 3639:6, 3639:8, 3641:3, 3641:11, 3641:13, 3642:4, 3643:15, 3644:5, 3644:7, 3645:7, 3645:14,

3646:4, 3646:10, 3646:14, 3646:16, 3646:20, 3647:8, 3647:14, 3647:15, 3647:16, 3647:25, 3648:4, 3648:5, 3648:9, 3649:12, 3651:2, 3653:15, 3657:7, 3658:5, 3658:16, 3660:18, 3662:8, 3662:10, 3662:12, 3662:17, 3662:18, 3662:19, 3663:3, 3663:21, 3664:11, 3670:6, 3670:14, 3670:15, 3670:17, 3671:11, 3671:24, 3674:17, 3674:21, 3675:24, 3675:25, 3676:1, 3676:2, 3676:5, 3676:23, 3677:1, 3677:8, 3677:17, 3677:24, 3677:25, 3698:19, 3698:25, 3699:19, 3706:10, 3706:11, 3706:13, 3706:17, 3706:18, 3706:19, 3709:20, 3710:11, 3710:16, 3722:7, 3728:7

**apologies** [1] - 3702:6

**apologize** [2] - 3649:24, 3725:19

**apparent** [3] - 3648:7, 3702:23, 3722:18

**appear** [1] - 3720:6

**APPEARANCES** [3] - 3621:16, 3621:25, 3622:1

**applicable** [1] - 3634:18

**applied** [6] - 3625:21, 3635:9, 3654:8, 3658:20, 3670:10, 3694:22

**apportion** [1] - 3697:14

**appreciate** [1] - 3629:13

**approach** [2] - 3653:20, 3697:13

**appropriate** [3] - 3627:7, 3629:21, 3702:2

**April** [9] - 3675:20, 3676:13, 3676:17, 3677:15, 3677:17, 3678:4, 3678:10, 3678:11, 3721:12

**arduous** [1] - 3642:23

**argued** [1] - 3629:22

**arguing** [5] - 3626:22, 3630:13, 3631:12, 3632:5, 3632:7

**argument** [1] - 3717:22

**arguments** [1] - 3629:21

**AS** [1] - 3621:8

**ascertain** [1] - 3700:25

**ascertained** [1] - 3699:6

**assembled** [1] - 3645:18

**assets** [2] - 3671:12

**Assignment** [3] - 3677:7, 3677:8, 3677:14

**assignment** [1] - 3645:20

**associated** [5] - 3641:17, 3642:9, 3642:14, 3706:12, 3706:21

**associating** [1] - 3697:6

**assume** [1] - 3657:18

**assumed** [1] - 3717:13

**assumption** [2] - 3717:11, 3718:1

**attached** [2] - 3626:10, 3700:17

**attachment** [1] - 3676:21

**attachments** [1] - 3676:22

**attempt** [2] - 3658:17, 3706:21

**attention** [3] - 3644:14, 3675:5, 3682:24

**attorney** [1] - 3656:7

**attracted** [1] - 3675:5

**attracting** [1] - 3682:24

**attributable** [1] - 3649:19

**audit** [5] - 3630:7, 3636:13, 3649:21, 3664:12, 3721:17

**automatic** [1] - 3723:8

**availability** [3] - 3648:5, 3648:6, 3678:18

**available** [1] - 3716:6

**Avenue** [3] - 3621:19, 3622:8, 3622:19

**aware** [11] - 3664:25, 3667:15, 3667:18, 3667:20, 3668:4, 3680:18, 3682:4, 3686:24, 3691:10, 3697:24, 3720:13

## B

**backed** [1] - 3671:12

**backward** [1] - 3664:13

**bad** [3] - 3644:23, 3658:14, 3675:12

**badges** [3] - 3660:4, 3660:5, 3704:16

**balance** [4] - 3679:11, 3682:8, 3693:25, 3694:2

**balances** [1] - 3668:2

**BANCGROUP** [1] - 3621:3

**Bancgroup** [1] - 3623:3

**bank** [22] - 3624:9, 3636:5, 3637:11, 3638:10, 3641:15, 3641:22, 3642:3, 3642:18, 3643:15, 3644:23, 3647:19, 3648:17, 3658:15, 3658:18, 3666:7, 3667:24, 3672:4, 3692:23, 3705:5, 3705:18, 3705:23, 3710:13

**Bank** [32] - 3653:7, 3656:15, 3656:19, 3661:21, 3662:11, 3662:17, 3663:19, 3664:5, 3664:6, 3664:9, 3669:3, 3677:4, 3677:11, 3678:25, 3695:4, 3697:20, 3702:17, 3708:19, 3711:8, 3711:25, 3712:7, 3712:12, 3716:24, 3717:14, 3718:1, 3719:23, 3720:4, 3720:7, 3721:16, 3726:12, 3728:5

**BANK** [1] - 3621:9

**bank's** [1] - 3721:17

**Bank's** [4] - 3663:24, 3677:25, 3711:24, 3714:3

**Bank/Mortgage** [1] - 3716:17

**bankruptcy** [7] -

3624:19, 3624:25, 3642:21, 3697:24, 3698:2, 3698:18, 3698:21

**banks** [2] - 3642:20, 3647:21

**BARBARA** [1] - 3621:14

**bargain** [2] - 3695:23, 3696:1

**Barnicke** [1] - 3622:22

**barrel** [1] - 3668:8

**barren** [1] - 3706:12

**Bartlit** [1] - 3622:14

**based** [11] - 3648:19, 3664:5, 3678:19, 3683:3, 3693:9, 3697:6, 3697:23, 3698:21, 3705:22, 3717:25, 3723:23

**basis** [3] - 3692:19, 3696:11, 3712:16

**batches** [1] - 3648:19

**Bathen** [1] - 3676:16

**Bayrock** [2] - 3678:23, 3679:1

**Bean** [3] - 3635:2, 3681:10, 3681:12

**became** [5] - 3642:16, 3648:7, 3650:19, 3671:22, 3723:6

**BECK** [3] - 3622:11, 3623:13, 3631:16

**Beck** [2] - 3622:14, 3623:13

**beck.com** [2] - 3622:17, 3622:17

**becomes** [1] - 3722:18

**BEFORE** [1] - 3621:14

**begin** [1] - 3635:20

**beginning** [1] - 3623:7

**behalf** [4] - 3623:8, 3623:10, 3623:11, 3623:12

**behoove** [1] - 3626:24

**belong** [1] - 3673:19

**belonged** [1] - 3673:18

**below** [2] - 3644:15, 3720:11

**bench** [1] - 3623:4

**BENCH** [1] - 3621:14

**beneath** [1] - 3639:1

**benefit** [2] - 3695:23, 3696:1

**best** [2] - 3669:17, 3729:6

**bet** [1] - 3632:7

**better** [2] - 3627:25,

3726:13

**between** [10] - 3633:12, 3649:19, 3654:20, 3670:12, 3680:2, 3694:14, 3696:2, 3696:6, 3713:20, 3717:6

**beyond** [8] - 3625:16, 3625:24, 3709:7, 3710:1, 3710:24, 3717:18, 3724:21, 3727:7

**big** [6] - 3625:8, 3638:16, 3643:24, 3683:21, 3690:14, 3706:1

**bigger** [2] - 3642:16, 3644:13

**binding** [2] - 3655:24, 3656:3

**Birmingham** [1] - 3622:9

**bit** [6] - 3628:20, 3665:7, 3685:4, 3706:1, 3712:15, 3724:24

**blow** [2] - 3708:6

**blowup** [1] - 3691:16

**blue** [44] - 3635:16, 3635:20, 3636:1, 3637:12, 3637:19, 3643:19, 3646:8, 3647:3, 3647:7, 3647:25, 3648:13, 3648:16, 3649:3, 3650:22, 3651:8, 3654:21, 3657:12, 3658:1, 3658:6, 3658:23, 3659:14, 3670:3, 3670:13, 3670:15, 3671:1, 3671:22, 3672:1, 3672:3, 3672:5, 3673:14, 3673:18, 3673:19, 3674:20, 3684:18, 3692:2, 3693:16, 3693:19, 3694:3, 3694:8, 3694:18, 3706:2, 3707:22, 3719:12, 3720:19

**board** [12] - 3625:8, 3635:17, 3647:24, 3654:24, 3656:2, 3658:23, 3659:15, 3670:4, 3706:1, 3706:4, 3706:7

**BofA** [1] - 3627:23

**book** [1] - 3646:14

**Books** [1] - 3660:12

**books** [36] - 3624:8, 3624:10, 3637:2, 3640:20, 3641:10, 3641:12, 3641:19, 3642:1, 3643:22, 3644:8, 3644:13, 3644:16, 3645:7, 3646:20, 3646:22, 3647:12, 3647:19, 3648:21, 3653:14, 3661:18, 3662:7, 3662:22, 3662:23, 3663:24, 3664:15, 3664:16, 3675:6, 3681:6, 3682:7, 3682:11, 3694:1, 3694:13, 3706:17, 3722:4, 3728:10
**borrow** [1] - 3725:24
**borrower** [2] - 3635:3, 3650:10
**borrowing** [3] - 3648:4, 3648:5, 3648:6
**Boston** [1] - 3656:19
**bottom** [11] - 3634:11, 3643:24, 3655:13, 3656:2, 3666:2, 3677:10, 3679:15, 3687:12, 3724:11, 3725:10, 3726:24
**bowman** [1] - 3673:25
**Bowman** [1] - 3668:6
**Box** [1] - 3622:4
**boxes** [5] - 3686:10, 3686:19, 3688:13, 3688:18, 3688:20
**brave** [1] - 3626:6
**break** [4] - 3628:18, 3649:2, 3727:14, 3728:17
**breakdowns** [1] - 3649:6
**breaks** [1] - 3712:21
**brief** [7] - 3626:8, 3626:9, 3626:10, 3626:16, 3627:22, 3627:25, 3628:11
**briefing** [1] - 3629:20
**briefly** [1] - 3649:14
**briefs** [2] - 3623:24, 3627:20
**broke** [1] - 3648:23
**broken** [1] - 3650:21
**brought** [1] - 3674:22
**Brown** [6] - 3622:3, 3720:12, 3725:11, 3725:16, 3725:21, 3727:20
**Bryan** [1] - 3728:22

**bubble** [1] - 3659:5
**bucket** [3] - 3640:6, 3640:7, 3640:8
**bulk** [1] - 3675:1
**bullet** [1] - 3721:19
**Burbar** [1] - 3622:22
**burden** [1] - 3626:2
**business** [6] - 3633:15, 3679:24, 3680:24, 3712:12, 3717:6
**busy** [1] - 3623:23
**but-for** [4] - 3717:8, 3717:9, 3717:11, 3718:14
**but..** [1] - 3630:14
**buy** [2] - 3666:9, 3666:11
**BY** [53] - 3632:24, 3635:14, 3638:21, 3643:8, 3646:6, 3647:2, 3649:1, 3654:6, 3654:17, 3655:5, 3655:12, 3656:21, 3659:16, 3661:9, 3662:5, 3662:15, 3664:24, 3665:13, 3667:14, 3669:1, 3669:18, 3671:5, 3674:7, 3680:10, 3680:21, 3684:16, 3685:6, 3687:2, 3687:19, 3689:5, 3690:25, 3701:6, 3702:9, 3704:15, 3707:25, 3708:8, 3709:2, 3709:16, 3710:9, 3710:21, 3711:6, 3713:1, 3713:8, 3714:1, 3714:8, 3714:17, 3719:2, 3719:19, 3720:25, 3725:4, 3725:9, 3725:20, 3727:16

## C

**CA** [1] - 3621:20
**calculate** [2] - 3692:14, 3696:24
**calculation** [9] - 3695:13, 3702:2, 3704:4, 3704:20, 3704:24, 3705:8, 3708:22, 3717:16, 3718:1
**calculator** [1] - 3640:4
**calendar** [4] -

3679:23, 3680:23, 3715:10
**cannot** [2] - 3675:21, 3685:25
**caps** [1] - 3685:9
**care** [1] - 3631:2
**careful** [1] - 3664:12
**carefully** [1] - 3650:9
**Case** [2] - 3621:4, 3621:8
**case** [11] - 3623:2, 3626:24, 3631:15, 3632:15, 3637:24, 3667:18, 3668:2, 3696:9, 3710:23, 3712:5, 3719:17
**cases** [2] - 3631:14, 3631:16
**cash** [25] - 3663:4, 3663:5, 3663:7, 3678:16, 3678:17, 3696:11, 3696:17, 3696:20, 3696:23, 3697:20, 3697:23, 3698:11, 3698:25, 3699:2, 3699:3, 3699:19, 3699:20, 3700:21, 3701:7, 3701:9
**cash-in** [3] - 3696:11, 3696:17, 3696:23
**cash-out** [3] - 3696:11, 3696:20, 3696:23
**categories** [3] - 3686:21, 3692:18, 3703:25
**category** [9] - 3624:16, 3653:9, 3686:23, 3697:6, 3697:7, 3702:11, 3702:22, 3703:15, 3723:12
**Cathie** [3] - 3675:19, 3676:16, 3676:25
**caused** [1] - 3705:10
**causing** [1] - 3671:11
**certain** [7] - 3636:6, 3673:2, 3673:3, 3673:23, 3699:4, 3719:6, 3723:17
**certainly** [1] - 3629:3
**CERTIFICATE** [1] - 3729:1
**certify** [1] - 3729:4
**cetera** [1] - 3671:13
**characterize** [1] - 3720:20
**charge** [1] - 3681:22
**charged** [1] - 3671:13

**charged-off** [1] - 3671:13
**charging** [1] - 3719:7
**chart** [12] - 3659:12, 3659:17, 3661:1, 3669:9, 3687:22, 3692:24, 3693:10, 3693:15, 3693:16, 3695:2, 3704:11, 3704:12
**check** [4] - 3641:7, 3686:11, 3687:14, 3688:17
**Cherie** [1] - 3680:25
**Chicago** [2] - 3621:23, 3622:16
**chip** [1] - 3644:15
**chose** [1] - 3725:1
**Chris** [3] - 3623:14, 3688:7, 3688:8
**chris** [1] - 3623:18
**CHRISTOPHER** [2] - 3622:12, 3622:13
**chunk** [1] - 3690:15
**Circuit** [2] - 3629:25, 3630:5
**circumstances** [3] - 3702:23, 3707:14, 3723:17
**cited** [4] - 3670:25, 3671:6, 3671:7, 3672:24
**claim** [2] - 3625:4, 3649:17, 3650:22
**claims** [2] - 3649:10, 3649:12
**clarification** [1] - 3699:18
**clean** [1] - 3728:9
**cleaning** [4] - 3641:24, 3701:10, 3710:14, 3728:2
**cleanup** [1] - 3682:5
**clear** [4] - 3643:6, 3702:15, 3712:6, 3722:13
**cleared** [1] - 3675:7
**clearly** [1] - 3642:10
**click** [4] - 3686:22, 3687:3, 3688:14, 3688:19
**clicked** [1] - 3687:21
**clients** [1] - 3681:14
**close** [9] - 3636:6, 3638:10, 3641:15, 3642:3, 3642:18, 3643:15, 3647:19, 3648:17, 3672:4
**closing** [2] - 3629:21, 3694:15

**COLB** [82] - 3633:4, 3633:11, 3633:14, 3635:19, 3635:22, 3636:21, 3636:23, 3637:7, 3639:1, 3639:2, 3639:8, 3640:8, 3644:4, 3645:2, 3646:9, 3647:4, 3647:25, 3648:6, 3648:10, 3651:9, 3651:18, 3651:25, 3652:8, 3652:9, 3652:10, 3652:17, 3652:19, 3653:1, 3654:8, 3654:18, 3654:21, 3655:3, 3655:13, 3655:18, 3655:19, 3655:20, 3655:23, 3657:2, 3657:3, 3657:4, 3657:7, 3657:9, 3657:12, 3658:1, 3658:2, 3658:5, 3658:22, 3660:17, 3666:17, 3670:5, 3670:9, 3670:16, 3670:20, 3672:1, 3672:6, 3672:13, 3674:15, 3674:23, 3675:12, 3678:25, 3682:6, 3692:17, 3702:25, 3709:18, 3709:20, 3710:11, 3710:16, 3711:7, 3711:15, 3712:7, 3719:22, 3720:14, 3720:18, 3721:21, 3722:14, 3722:15, 3722:16, 3728:11
**collateral** [10] - 3642:9, 3642:14, 3642:19, 3647:22, 3658:14, 3658:18, 3706:12, 3723:3, 3726:18, 3726:20
**collecting** [2] - 3650:7, 3650:19
**COLONIAL** [2] - 3621:3, 3621:9
**Colonial** [92] - 3623:3, 3633:12, 3635:4, 3635:10, 3635:11, 3636:22, 3652:11, 3653:7, 3654:2, 3654:12, 3656:15, 3657:13, 3657:14, 3658:6, 3658:24, 3661:21, 3662:1, 3662:11, 3662:17,

3662:24, 3663:4,
3663:5, 3663:7,
3663:19, 3663:24,
3664:5, 3664:6,
3664:9, 3664:16,
3665:15, 3669:3,
3670:7, 3671:11,
3674:9, 3674:22,
3675:4, 3677:5,
3677:25, 3678:25,
3680:3, 3681:2,
3681:21, 3682:13,
3691:3, 3691:5,
3691:12, 3691:13,
3692:8, 3692:11,
3692:12, 3694:9,
3694:19, 3695:4,
3696:9, 3697:20,
3702:17, 3702:20,
3707:5, 3708:13,
3708:19, 3711:8,
3711:24, 3711:25,
3712:7, 3712:12,
3713:2, 3714:3,
3716:17, 3716:24,
3717:14, 3718:1,
3719:3, 3719:23,
3720:4, 3720:7,
3721:16, 3722:16,
3722:19, 3722:22,
3723:5, 3723:7,
3723:9, 3723:13,
3723:15, 3724:3,
3726:12, 3726:25,
3727:21, 3727:25,
3728:4, 3728:10
**Colonial's** [2] -
3662:23, 3684:22
**column** [7] - 3637:15,
3638:13, 3640:1,
3652:21, 3678:6,
3713:9, 3713:11
**columns** [5] - 3640:1,
3657:8, 3683:20,
3683:22, 3685:12
**combination** [3] -
3650:6, 3693:23,
3698:22
**combine** [2] -
3640:17, 3692:10
**combining** [2] -
3640:21, 3647:24
**coming** [5] - 3651:23,
3651:24, 3652:15,
3664:15
**commitments** [4] -
3634:19, 3655:25,
3656:3, 3688:1
**committed** [2] -
3711:11, 3711:15

**committee** [1] -
3721:17
**committing** [1] -
3636:18
**common** [4] - 3681:2,
3681:12, 3681:13,
3697:13
**common-sense** [1] -
3697:13
**company** [1] -
3678:23
**compare** [5] - 3670:2,
3670:3, 3687:8,
3687:10, 3722:14
**compared** [3] -
3655:3, 3655:19,
3696:23
**compelling** [1] -
3668:5
**complaining** [1] -
3664:2
**complaint** [1] -
3719:21
**Complaint** [1] -
3710:23
**complete** [4] -
3663:25, 3664:10,
3664:17, 3729:6
**completed** [2] -
3698:17, 3698:24
**completion** [2] -
3649:21, 3653:18
**complexity** [1] -
3654:15
**compliant** [1] - 3721:8
**complicated** [1] -
3653:22
**comply** [3] - 3633:8,
3722:17, 3722:19
**components** [1] -
3641:13
**compromised** [2] -
3668:8, 3668:11
**computation** [3] -
3657:22, 3658:25,
3659:4
**compute** [2] -
3661:23, 3695:22
**computed** [3] -
3697:21, 3697:23,
3705:22
**computer** [3] -
3622:25, 3637:23,
3640:14
**computer-aided** [1] -
3622:25
**computing** [2] -
3668:2, 3695:20
**concealed** [1] -
3646:22

**concealing** [1] -
3722:3
**conclude** [1] - 3651:1
**conclusions** [1] -
3668:5
**conferred** [1] - 3631:6
**confident** [1] - 3632:2
**conforming** [3] -
3634:15, 3694:16,
3722:1
**conjecture** [1] -
3718:21
**connected** [1] -
3688:15
**conservative** [2] -
3653:17, 3653:23
**consider** [4] -
3627:10, 3628:20,
3667:6, 3697:12
**consideration** [2] -
3696:7, 3696:20
**considered** [2] -
3625:5, 3723:1
**consistent** [6] -
3697:13, 3711:17,
3712:4, 3720:2,
3721:22, 3728:8
**constantly** [1] -
3678:16
**constitutes** [1] -
3729:4
**consulting** [2] -
3651:13, 3684:7
**Consumer** [1] -
3652:15
**contain** [2] - 3637:18,
3719:7
**contains** [1] - 3684:20
**contest** [1] - 3669:24
**contesting** [1] -
3673:17
**context** [1] - 3639:15
**continue** [7] -
3626:17, 3668:9,
3675:21, 3689:13,
3710:12, 3716:3,
3717:2
**CONTINUED** [1] -
3621:25
**continued** [6] -
3622:1, 3632:23,
3667:1, 3695:7,
3710:18, 3724:4
**continues** [1] -
3690:24
**continuing** [1] -
3690:17
**contrast** [2] - 3722:14,
3722:25
**control** [1] - 3681:22

**controlled** [1] -
3719:15
**Conway** [1] - 3622:22
**copy** [1] - 3626:12
**Corporation** [1] -
3679:11
**CORPORATION** [3] -
3621:8, 3621:17,
3622:2
**correct** [56] - 3633:19,
3634:6, 3634:8,
3634:19, 3635:22,
3637:12, 3638:7,
3638:11, 3639:7,
3639:9, 3639:17,
3640:15, 3643:11,
3643:16, 3643:19,
3644:6, 3645:5,
3646:11, 3647:17,
3648:15, 3651:9,
3654:4, 3654:9,
3654:25, 3657:24,
3665:22, 3666:22,
3672:16, 3674:23,
3674:24, 3676:7,
3680:22, 3683:14,
3685:2, 3687:13,
3691:20, 3692:8,
3693:12, 3694:5,
3694:10, 3694:20,
3694:24, 3696:11,
3696:21, 3698:8,
3709:21, 3709:24,
3711:15, 3711:20,
3712:3, 3713:23,
3720:1, 3720:2,
3720:9, 3720:15,
3723:4
**corrected** [1] -
3692:22
**Counsel** [2] - 3669:15,
3673:2
**counsel** [11] -
3623:22, 3625:7,
3698:21, 3699:7,
3699:10, 3700:1,
3702:10, 3703:10,
3705:25, 3706:23,
3709:17
**count** [5] - 3663:5,
3664:18, 3664:21,
3664:25, 3694:18
**counted** [5] - 3635:25,
3694:7, 3697:19,
3704:20, 3719:13
**counting** [1] - 3653:19
**couple** [5] - 3626:6,
3626:17, 3634:12,
3657:8, 3666:25
**course** [1] - 3630:19

**Court** [11] - 3622:23,
3623:7, 3627:11,
3627:16, 3638:18,
3644:10, 3709:23,
3722:13, 3727:10,
3728:18, 3729:12
**court** [2] - 3629:4,
3689:16
**COURT** [97] - 3621:1,
3621:15, 3623:2,
3623:20, 3626:5,
3626:13, 3626:20,
3628:21, 3628:25,
3629:3, 3629:10,
3630:15, 3630:23,
3631:2, 3631:9,
3631:17, 3631:21,
3631:24, 3632:6,
3632:19, 3632:22,
3634:23, 3635:2,
3635:8, 3635:13,
3638:19, 3641:7,
3643:7, 3644:25,
3645:6, 3645:9,
3645:16, 3645:21,
3646:5, 3646:13,
3646:24, 3648:23,
3653:25, 3654:5,
3654:10, 3655:4,
3655:11, 3656:3,
3659:8, 3659:10,
3662:2, 3662:13,
3664:18, 3664:21,
3665:9, 3667:8,
3668:16, 3668:22,
3669:15, 3669:23,
3670:22, 3671:4,
3673:2, 3673:10,
3673:13, 3674:6,
3680:8, 3680:17,
3680:19, 3684:11,
3689:3, 3689:9,
3689:16, 3690:1,
3690:4, 3690:8,
3690:16, 3690:19,
3690:21, 3699:6,
3699:10, 3699:24,
3700:5, 3700:10,
3700:13, 3700:18,
3700:24, 3701:3,
3710:6, 3711:2,
3713:25, 3717:24,
3718:6, 3718:9,
3718:12, 3718:18,
3719:1, 3724:24,
3725:3, 3725:7,
3727:9, 3728:17
**courthouse** [1] -
3622:15
**courts** [1] - 3630:15

**cover** [3] - 3658:11, 3706:22, 3719:8
**covered** [1] - 3689:25
**covering** [2] - 3628:18, 3671:23
**crap** [4] - 3720:5, 3720:13, 3720:17
**create** [2] - 3692:24, 3695:2
**created** [2] - 3637:17, 3638:7
**creating** [2] - 3639:18, 3673:4
**credit** [2] - 3675:24, 3678:18
**Credit** [1] - 3656:19
**criminal** [5] - 3656:14, 3669:12, 3724:7, 3725:7, 3725:8
**crisis** [5] - 3681:21, 3681:24, 3695:8, 3717:1, 3724:5
**criteria** [4] - 3657:21, 3667:25, 3687:25, 3721:1
**criterion** [1] - 3694:21
**CROSS** [1] - 3632:23
**cross** [14] - 3626:25, 3627:7, 3627:8, 3628:8, 3628:13, 3628:17, 3629:6, 3629:25, 3632:4, 3689:14, 3710:7, 3717:19, 3717:21, 3722:12
**cross-exam** [1] - 3626:25
**cross-examination** [11] - 3627:7, 3627:8, 3628:8, 3628:13, 3628:17, 3629:6, 3629:25, 3689:14, 3717:19, 3717:21, 3722:12
**Crowe** [1] - 3630:6
**CROWE** [2] - 3621:6, 3621:11
**CSFB** [4] - 3724:11, 3725:24, 3726:6, 3726:7
**cure** [1] - 3678:20
**curtailed** [4] - 3653:7, 3653:14, 3723:9, 3723:14
**curtailment** [6] - 3653:5, 3653:10, 3654:7, 3654:10, 3722:12, 3726:3
**curtailments** [1] - 3653:22

**customer** [12] - 3641:22, 3641:23, 3683:1, 3711:24, 3716:24, 3717:4, 3717:7, 3718:3, 3718:5, 3718:10, 3718:20, 3718:23
**Customer** [3] - 3638:13, 3639:16, 3639:24
**customers** [10] - 3679:1, 3679:4, 3681:19, 3695:6, 3714:11, 3715:3, 3716:18, 3717:2, 3717:22, 3724:3
**cycle** [1] - 3636:13

## D

**D.C** [2] - 3621:7, 3622:20
**D315** [2] - 3679:8, 3682:1
**D4015** [3] - 3651:11, 3651:22, 3655:10
**D4016** [1] - 3657:6
**D569** [2] - 3676:15
**Damages** [3] - 3654:24, 3655:17, 3695:16
**damages** [30] - 3623:5, 3624:21, 3627:16, 3649:24, 3653:19, 3653:23, 3654:15, 3661:24, 3663:6, 3695:20, 3696:24, 3697:2, 3697:21, 3697:22, 3698:3, 3698:6, 3702:2, 3704:3, 3704:20, 3704:24, 3705:8, 3708:22, 3717:15, 3718:3, 3718:6, 3718:12, 3718:23, 3719:9
**data** [23] - 3637:23, 3638:1, 3640:21, 3643:22, 3651:7, 3651:13, 3656:25, 3657:4, 3685:24, 3686:5, 3686:8, 3686:14, 3686:16, 3691:5, 3691:11, 3691:19, 3691:25, 3692:14, 3693:10, 3694:9, 3694:11, 3702:24, 3713:11
**database** [31] -

3624:7, 3644:2, 3644:3, 3644:8, 3660:17, 3662:8, 3685:1, 3685:13, 3685:16, 3685:17, 3686:3, 3686:12, 3691:3, 3691:7, 3693:24, 3694:4, 3694:5, 3694:12, 3694:21, 3694:23, 3694:24, 3705:4, 3705:9, 3705:12, 3705:18, 3705:21, 3706:16, 3706:17, 3708:3
**Database** [1] - 3687:17
**databases** [1] - 3695:1
**Date** [2] - 3652:22, 3678:7
**date** [19] - 3638:9, 3652:25, 3653:21, 3654:1, 3654:3, 3654:11, 3657:2, 3664:12, 3676:12, 3676:25, 3678:4, 3678:9, 3679:15, 3680:2, 3692:1, 3692:7, 3697:20, 3712:25
**dated** [4] - 3675:19, 3676:17, 3677:14
**Dated** [1] - 3729:10
**dates** [8] - 3636:6, 3636:13, 3637:20, 3640:20, 3657:1, 3679:22, 3684:23
**DAVID** [1] - 3622:3
**David** [2] - 3622:22, 3623:12
**days** [19] - 3633:9, 3649:15, 3653:11, 3656:9, 3673:22, 3676:18, 3679:11, 3680:23, 3680:24, 3692:11, 3692:16, 3694:16, 3697:2, 3723:11, 3723:12
**dealing** [1] - 3647:21
**deals** [1] - 3726:22
**dealt** [2] - 3627:13, 3668:22
**DeArmas** [1] - 3720:12
**December** [5] - 3642:6, 3713:3, 3714:18, 3714:25, 3716:4
**decide** [6] - 3626:20,

3629:5, 3629:6, 3629:18, 3629:22, 3676:9
**decisions** [1] - 3630:9
**default** [1] - 3650:15
**defects** [1] - 3678:20
**Defendant's** [3] - 3652:7, 3655:10, 3657:6
**Defendants** [2] - 3621:7, 3621:11
**defenses** [1] - 3710:22
**defined** [2] - 3633:7, 3634:14
**definition** [1] - 3633:3
**definitions** [1] - 3634:12
**defrauded** [2] - 3696:1, 3696:5
**delay** [1] - 3702:6
**demonstrative** [3] - 3693:2, 3716:9, 3720:19
**Demonstrative** [2] - 3654:24, 3655:18
**DEPOSIT** [3] - 3621:8, 3621:17, 3622:2
**deposition** [24] - 3656:9, 3656:14, 3664:1, 3665:19, 3665:21, 3666:3, 3667:9, 3668:17, 3669:12, 3670:11, 3672:10, 3672:11, 3672:22, 3672:25, 3673:3, 3673:22, 3673:24, 3674:1, 3674:3, 3674:5, 3674:8, 3676:3, 3680:25, 3681:7
**describe** [2] - 3707:7, 3707:10
**described** [2] - 3694:22, 3717:8
**describes** [1] - 3695:3
**designation** [2] - 3703:12, 3704:4
**Desiree** [2] - 3725:11, 3725:16
**detail** [6] - 3637:18, 3646:8, 3647:5, 3647:16, 3660:14, 3668:1
**detailed** [1] - 3676:9
**details** [1] - 3720:5
**determine** [2] - 3712:17, 3721:2
**developed** [3] - 3625:10, 3626:2,

3667:25
**devices** [1] - 3623:25
**difference** [5] - 3649:19, 3670:12, 3681:17, 3696:2, 3696:6
**differences** [2] - 3652:4, 3654:23
**different** [17] - 3625:15, 3634:22, 3638:22, 3640:22, 3651:7, 3669:11, 3679:22, 3684:20, 3686:10, 3686:21, 3691:23, 3695:9, 3700:19, 3702:16, 3712:10, 3717:16, 3727:10
**direct** [11] - 3659:18, 3670:25, 3673:9, 3673:23, 3675:9, 3676:18, 3709:9, 3710:2, 3710:5, 3711:1, 3727:4
**direction** [1] - 3684:15
**directly** [2] - 3647:25, 3670:11
**disagree** [1] - 3700:5
**disagrees** [1] - 3687:14
**disclosed** [1] - 3645:3
**discovering** [1] - 3718:15
**discovery** [2] - 3625:10, 3626:2
**discuss** [1] - 3624:1
**discussed** [6] - 3648:20, 3659:6, 3660:14, 3660:16, 3677:13, 3721:3
**discussing** [2] - 3720:21, 3724:13
**discussion** [3] - 3653:3, 3698:21, 3706:25
**displayed** [1] - 3665:20
**disposition** [1] - 3663:13
**dispute** [7] - 3631:23, 3631:24, 3631:25, 3632:4, 3652:2, 3657:23, 3658:4
**distribute** [1] - 3649:9
**distribution** [2] - 3649:10, 3649:11
**distributions** [1] - 3697:18
**DISTRICT** [3] - 3621:1, 3621:1,

3621:15
**divide** [1] - 3652:9
**divided** [1] - 3652:7
**divides** [3] - 3651:15, 3655:18, 3657:11
**DIVISION** [1] - 3621:2
**division** [6] - 3652:2, 3654:20, 3712:21, 3714:4, 3714:23, 3716:13
**dmullin@mhba.com** [1] - 3622:6
**DNS** [4] - 3703:15, 3703:16, 3703:19, 3703:23
**document** [8] - 3677:6, 3677:7, 3679:16, 3679:17, 3679:19, 3680:17, 3703:2, 3703:3
**documented** [1] - 3693:23
**documents** [7] - 3634:8, 3662:25, 3699:9, 3707:18, 3711:18, 3712:5, 3721:12
**dollar** [1] - 3641:1
**dollars** [2] - 3650:11, 3682:12
**done** [11] - 3627:1, 3630:2, 3630:22, 3658:25, 3674:15, 3683:25, 3689:12, 3710:3, 3717:13, 3718:22, 3723:25
**doubt** [1] - 3700:24
**down** [24] - 3631:13, 3639:10, 3644:18, 3648:23, 3649:2, 3650:21, 3654:11, 3663:4, 3666:8, 3682:9, 3686:25, 3688:12, 3708:24, 3711:4, 3714:6, 3715:5, 3719:20, 3720:11, 3724:11, 3725:10, 3725:18, 3726:5, 3726:24, 3727:19
**downturn** [1] - 3716:25
**Dr** [1] - 3621:22
**drawn** [1] - 3668:11
**Dresdner** [1] - 3656:19
**dried** [1] - 3672:20
**dropdown** [6] - 3686:10, 3686:19, 3687:18, 3688:13,

3688:18, 3688:19
**dropped** [1] - 3682:9
**dumped** [7] - 3648:8, 3648:10, 3670:15, 3670:17, 3674:16, 3674:21, 3675:2
**dumping** [7] - 3656:16, 3656:22, 3670:14, 3674:9, 3675:12, 3675:21, 3676:1
**Dunn** [2] - 3695:16, 3695:18
**duplication** [2] - 3640:16, 3640:23
**during** [9] - 3626:2, 3637:23, 3649:8, 3663:18, 3681:23, 3701:23, 3709:3, 3722:11, 3724:4

## E

**earn** [1] - 3716:3
**easier** [2] - 3628:1, 3692:5
**easily** [2] - 3692:22, 3699:7
**easy** [1] - 3687:11
**economic** [3] - 3651:12, 3684:7, 3716:25
**economy** [7] - 3636:18, 3636:20, 3636:22, 3637:3, 3650:10, 3655:21, 3658:10
**efficient** [1] - 3630:11
**either** [6] - 3631:13, 3659:22, 3694:19, 3696:9, 3703:22, 3723:11
**electronic** [1] - 3640:10
**Eleventh** [2] - 3629:25, 3630:5
**eligible** [2] - 3634:15, 3655:23
**eliminate** [2] - 3640:17, 3640:22
**ELIZABETH** [1] - 3729:3
**Elizabeth** [2] - 3622:23, 3729:12
**elsewhere** [1] - 3675:11
**email** [23] - 3621:24, 3622:6, 3622:9, 3622:17, 3626:14,

3663:16, 3675:15, 3675:19, 3675:23, 3676:11, 3676:15, 3676:16, 3676:25, 3677:14, 3724:11, 3724:13, 3724:21, 3725:2, 3725:13, 3726:24, 3727:1, 3727:22
**Email** [2] - 3622:17, 3622:21
**emails** [5] - 3669:13, 3725:1, 3727:4, 3727:6, 3727:7
**end** [11] - 3624:9, 3633:14, 3633:22, 3636:13, 3657:25, 3678:11, 3683:22, 3705:9, 3716:13, 3720:8, 3728:15
**ended** [8] - 3642:4, 3642:12, 3672:3, 3705:5, 3708:3, 3714:25, 3717:10, 3718:17
**ending** [4] - 3713:2, 3714:18, 3715:19, 3715:20
**energy** [1] - 3728:1
**engaging** [1] - 3645:23
**enjoy** [1] - 3628:6
**entered** [1] - 3684:24
**entertainment** [1] - 3623:23
**entire** [2] - 3631:16, 3704:23
**entitled** [5] - 3631:11, 3696:2, 3696:6, 3701:11, 3713:11
**entity** [1] - 3712:22
**equal** [1] - 3651:2
**equalled** [1] - 3648:14
**equivalent** [1] - 3653:12
**establish** [1] - 3670:21
**established** [2] - 3624:18, 3654:22
**estate** [9] - 3649:9, 3697:25, 3698:2, 3698:10, 3698:13, 3698:16, 3698:18, 3701:10, 3719:25
**et** [3] - 3623:3, 3623:4, 3671:13
**event** [1] - 3627:2
**eventually** [2] - 3641:24, 3674:16
**everywhere** [1] -

3658:15
**evidence** [5] - 3629:19, 3630:4, 3632:5, 3637:4, 3699:16
**exact** [5] - 3657:24, 3682:4, 3685:25, 3698:20, 3700:4
**exactly** [4] - 3662:1, 3692:11, 3699:14, 3701:2
**exam** [2] - 3626:25, 3644:21
**EXAMINATION** [1] - 3632:23
**examination** [18] - 3627:7, 3627:8, 3628:8, 3628:13, 3628:17, 3629:6, 3629:25, 3659:18, 3670:25, 3673:9, 3673:23, 3675:10, 3689:14, 3711:17, 3717:19, 3717:21, 3722:12, 3725:11
**example** [5] - 3645:1, 3661:17, 3663:1, 3663:18, 3725:23
**Excel** [11] - 3640:13, 3683:19, 3684:1, 3684:4, 3684:6, 3684:8, 3684:14, 3685:21, 3686:12, 3687:10, 3688:15
**except** [1] - 3690:23
**exception** [23] - 3683:13, 3683:15, 3684:17, 3691:6, 3691:19, 3692:10, 3692:16, 3693:5, 3693:16, 3693:20, 3693:23, 3694:4, 3694:9, 3694:11, 3695:2, 3702:14, 3702:15, 3702:16, 3702:20, 3703:2, 3703:4, 3704:5
**Exception** [3] - 3702:11, 3702:22, 3703:15
**exceptions** [8] - 3691:1, 3691:2, 3691:11, 3692:19, 3692:24, 3694:19, 3704:2, 3704:7
**exhibit** [3] - 3626:9, 3638:5, 3651:21
**Exhibit** [14] - 3651:5, 3651:11, 3651:22, 3652:7, 3655:10,

3657:6, 3683:9, 3691:24, 3692:6, 3692:15, 3707:24, 3719:16, 3720:23, 3726:21
**exhibits** [1] - 3641:8
**exist** [3] - 3645:10, 3664:25, 3675:25
**existed** [2] - 3660:17, 3660:18
**existing** [1] - 3675:24
**expert** [3] - 3626:3, 3659:23
**explain** [3] - 3632:3, 3644:11, 3702:19
**explained** [2] - 3678:14, 3694:7
**explaining** [1] - 3642:10, 3673:10
**explanation** [2] - 3643:2, 3663:14
**explanatory** [1] - 3626:14
**explicit** [1] - 3656:15
**exposure** [2] - 3681:21, 3717:4
**expressly** [1] - 3712:21
**extend** [1] - 3629:3
**extensive** [1] - 3667:25
**extent** [2] - 3653:6, 3681:5
**extremely** [1] - 3683:17

## F

**F4030** [1] - 3634:4
**F4100** [6] - 3683:15, 3684:2, 3684:17, 3685:22, 3691:16, 3707:24
**F4135** [2] - 3677:21, 3677:22
**F4137** [2] - 3636:3, 3643:10
**F4140** [4] - 3638:5, 3643:10, 3651:5, 3652:13
**F4143** [1] - 3691:24
**F4361** [1] - 3699:17
**fabric** [1] - 3674:25
**facilities** [1] - 3635:19
**facility** [4] - 3634:19, 3639:12, 3677:25, 3711:7
**fact** [14] - 3626:3, 3629:17, 3631:6,

3641:24, 3644:20,
3667:1, 3678:19,
3693:25, 3694:12,
3710:14, 3712:13,
3718:5, 3720:17,
3722:5
**facts** [4] - 3624:5,
3626:24, 3669:12,
3707:15
**Facts** [5] - 3669:20,
3671:6, 3671:18,
3673:4, 3673:8
**failed** [1] - 3695:4
**fair** [2] - 3674:4,
3706:18
**fairly** [4] - 3642:23,
3656:12, 3656:15,
3667:25
**fake** [10] - 3641:16,
3642:4, 3642:12,
3647:15, 3658:16,
3706:10, 3706:11,
3707:18, 3726:17
**fall** [1] - 3698:8
**false** [1] - 3645:10
**falsified** [1] - 3720:5
**falsifying** [1] -
3719:21
**familiar** [2] - 3686:16,
3686:19
**far** [2] - 3657:8,
3685:5
**Farkas** [18] - 3663:19,
3664:2, 3675:20,
3685:18, 3685:23,
3687:1, 3687:21,
3687:23, 3703:16,
3707:5, 3707:8,
3707:16, 3707:18,
3708:10, 3708:12,
3708:18, 3720:12
**farm** [1] - 3707:13
**FAS-140** [4] - 3666:23,
3667:17, 3667:19,
3667:23
**favor** [1] - 3630:10
**FCRR** [3] - 3622:23,
3729:3, 3729:12
**FDIC** [24] - 3623:9,
3623:10, 3623:11,
3623:12, 3624:9,
3624:22, 3625:1,
3625:20, 3627:2,
3637:11, 3649:10,
3649:12, 3649:25,
3650:4, 3663:11,
3669:4, 3674:3,
3675:18, 3697:25,
3700:9, 3701:11,
3701:25, 3705:10,

3705:24
**features** [2] - 3717:6,
3723:8
**February** [1] - 3691:19
**Federal** [1] - 3622:8
**FEDERAL** [3] -
3621:8, 3621:17,
3622:2
**fees** [2] - 3696:15,
3701:10
**few** [2] - 3655:6,
3669:11
**field** [4] - 3638:13,
3652:22, 3686:2,
3686:17
**fields** [8] - 3684:20,
3684:22, 3684:23,
3684:25, 3685:17,
3685:23, 3691:2
**Fifth** [1] - 3622:8
**fifth** [2] - 3639:10,
3683:2
**fighting** [1] - 3673:17
**figure** [6] - 3625:13,
3652:10, 3659:8,
3664:9, 3698:20,
3705:14
**figures** [3] - 3664:22,
3700:6, 3701:1
**filed** [4] - 3712:19,
3713:2, 3715:15,
3715:18
**filing** [2] - 3716:6,
3716:7
**fill** [3] - 3642:7,
3658:14, 3658:17
**finance** [1] - 3696:21
**financial** [9] -
3656:17, 3681:21,
3681:24, 3695:8,
3711:17, 3712:4,
3712:18, 3712:19,
3720:3
**Financial** [1] -
3679:10
**fine** [2] - 3631:7,
3638:17
**finish** [5] - 3627:16,
3627:18, 3689:22,
3690:21, 3697:16
**finished** [2] - 3690:9,
3711:22
**firm** [2] - 3651:13,
3684:7
**first** [34] - 3625:6,
3626:6, 3626:8,
3627:3, 3630:11,
3638:23, 3652:11,
3652:25, 3653:1,
3655:18, 3655:20,

3657:3, 3658:6,
3660:5, 3660:11,
3669:19, 3670:8,
3670:19, 3672:6,
3674:22, 3678:4,
3678:9, 3680:2,
3682:5, 3683:16,
3691:12, 3691:18,
3692:7, 3692:15,
3709:13, 3714:24,
3715:25, 3716:14,
3724:10
**First** [2] - 3656:19,
3678:7
**Fite** [6] - 3680:25,
3681:9, 3681:15,
3681:16, 3682:2,
3682:14
**five** [12] - 3636:14,
3648:19, 3659:18,
3659:23, 3659:24,
3660:4, 3700:14,
3704:16, 3704:19,
3704:21, 3704:22
**five-day** [1] - 3636:14
**flip** [6] - 3659:12,
3659:17, 3661:1,
3669:9, 3687:22,
3704:12
**Florida** [2] - 3713:12,
3719:20
**fly** [1] - 3628:7
**focus** [7] - 3634:3,
3654:18, 3656:24,
3658:2, 3667:12,
3675:8, 3688:3
**focusing** [5] -
3635:17, 3668:20,
3670:7, 3673:19,
3673:21
**follow** [2] - 3640:11,
3643:5
**follow-up** [1] - 3643:5
**footnote** [1] - 3695:3
**FOR** [5] - 3621:1,
3621:8, 3621:17,
3622:2, 3622:10
**force** [2] - 3666:9,
3667:6
**foreclosed** [5] -
3624:17, 3624:19,
3624:23, 3625:1,
3719:24
**foreclosure** [3] -
3642:21, 3687:25,
3698:17
**foreclosures** [1] -
3698:23
**foregoing** [1] - 3729:4
**forgive** [1] - 3644:10

**format** [1] - 3676:21
**Forrester** [1] -
3621:19
**forward** [2] - 3664:13,
3715:13
**foundation** [1] -
3680:5
**four** [3] - 3675:16,
3704:21, 3704:24
**fourth** [1] - 3678:12
**fraction** [1] - 3633:25
**frame** [1] - 3678:2
**frankly** [3] - 3629:16,
3629:22, 3661:13
**fraud** [53] - 3633:25,
3636:5, 3636:19,
3639:15, 3641:14,
3641:15, 3648:20,
3656:6, 3659:18,
3659:24, 3660:2,
3660:5, 3660:6,
3661:15, 3663:25,
3665:14, 3665:22,
3667:22, 3668:10,
3668:12, 3669:7,
3669:9, 3669:25,
3670:2, 3670:3,
3670:4, 3694:2,
3694:8, 3695:23,
3696:21, 3697:6,
3704:8, 3704:16,
3704:24, 3705:1,
3705:23, 3706:22,
3709:19, 3709:20,
3710:12, 3710:18,
3713:21, 3716:23,
3717:7, 3718:15,
3719:11, 3719:13,
3721:25, 3723:23,
3726:17
**fraudster** [2] -
3688:10, 3689:2
**fraudsters** [15] -
3636:25, 3641:20,
3644:14, 3644:22,
3645:24, 3646:23,
3665:15, 3669:8,
3675:6, 3682:10,
3703:16, 3706:10,
3722:2, 3722:5,
3728:9
**fraudulent** [15] -
3637:2, 3641:19,
3651:2, 3661:14,
3661:17, 3661:19,
3661:23, 3663:10,
3670:19, 3703:1,
3707:2, 3707:4,
3708:12, 3714:11,
3726:19

**Freddie** [6] - 3633:8,
3633:21, 3646:1,
3721:4, 3721:8,
3722:8
**fresh** [2] - 3645:25,
3646:21
**front** [5] - 3634:24,
3637:22, 3638:19,
3661:3, 3672:25
**full** [8] - 3663:19,
3663:22, 3675:5,
3709:13, 3726:12,
3726:25, 3728:1,
3729:5
**fully** [3] - 3653:10,
3653:13, 3726:8
**fund** [1] - 3696:20
**funded** [1] - 3664:7
**Funding** [1] - 3727:21
**funding** [5] - 3633:10,
3677:5, 3692:20,
3694:14, 3702:24
**futile** [1] - 3658:17
**future** [8] - 3649:19,
3649:22, 3653:20,
3658:20, 3697:18,
3702:1, 3718:15,
3718:16

## G

**garbage** [1] - 3642:14
**general** [1] - 3649:10
**generally** [4] -
3667:20, 3668:4,
3695:11, 3697:5
**generating** [1] -
3655:22
**gigantic** [1] - 3722:1
**Ginnie** [5] - 3633:8,
3633:21, 3646:2,
3721:4, 3721:8,
3722:8
**given** [4] - 3627:6,
3650:10, 3696:7,
3696:20
**Gkipp@**
**spotswoodllc.com**
[1] - 3622:9
**Gonzales** [1] -
3622:22
**grabbed** [1] - 3642:19
**grabbing** [1] - 3642:15
**Grace** [1] - 3623:11
**grace** [1] - 3636:14
**GRACE** [1] - 3622:7
**granularity** [1] -
3716:8
**Great** [1] - 3712:14

great [1] - 3716:25
Gregory [1] - 3622:22
grew [1] - 3675:5
ground [3] - 3656:16,
3674:10, 3675:22
grounds [1] - 3656:22
group [4] - 3645:18,
3646:4, 3647:18,
3721:16
guess [5] - 3625:12,
3654:24, 3683:12,
3714:21, 3724:10
guidelines [1] -
3704:1
guilty [1] - 3725:12
guys [1] - 3628:6

## H

Hagale [1] - 3623:14
HAGALE [2] -
3622:13, 3623:14
haircut [2] - 3725:25,
3726:3
half [2] - 3628:16,
3682:5
hand [3] - 3626:12,
3637:15, 3659:25
handle [1] - 3690:23
hands [1] - 3637:25
hands-on [1] -
3637:25
hang [1] - 3690:2
hard [2] - 3683:22,
3691:17
Hardin [1] - 3621:22
hear [2] - 3630:13,
3631:2
heard [4] - 3624:7,
3625:6, 3625:7,
3625:9, 3631:3,
3660:6
hearing [1] - 3628:11
Heather [2] - 3688:23,
3689:2
HEFTMAN [2] -
3621:21, 3623:10
Heftman [1] - 3623:10
height [1] - 3681:23
help [2] - 3632:12,
3646:25
helpful [1] - 3642:2
helping [1] - 3643:4
helps [1] - 3661:2
hereby [1] - 3729:3
Herman [1] - 3622:14
hid [1] - 3675:6
hidden [26] - 3637:5,
3640:20, 3641:3,

3641:10, 3641:11,
3643:22, 3644:3,
3644:8, 3644:23,
3645:7, 3645:15,
3646:21, 3647:11,
3647:19, 3648:20,
3661:18, 3664:15,
3664:16, 3681:6,
3681:18, 3682:18,
3682:20, 3682:21,
3722:2, 3722:3,
3722:6
hide [3] - 3641:21,
3644:15, 3728:10
hiding [4] - 3637:3,
3641:3, 3641:25,
3710:14
highlight [3] -
3712:25, 3715:6,
3721:18
highlighted [3] -
3671:10, 3672:8,
3708:7
himself [1] - 3707:5
history [1] - 3665:22
hit [2] - 3687:3,
3687:18
Hoard [1] - 3622:3
hold [3] - 3671:11,
3677:23, 3689:21
hole [4] - 3642:7,
3658:14, 3658:18,
3706:22
homeowner [3] -
3650:12, 3650:13,
3650:14
Honor [52] - 3624:4,
3624:5, 3625:6,
3625:7, 3625:16,
3625:23, 3626:11,
3628:14, 3629:14,
3629:18, 3629:22,
3630:2, 3630:3,
3630:7, 3630:10,
3631:6, 3631:22,
3632:17, 3635:7,
3641:15, 3643:5,
3643:21, 3645:5,
3645:12, 3653:4,
3654:4, 3656:5,
3660:25, 3665:8,
3670:12, 3671:3,
3673:7, 3674:5,
3684:5, 3689:15,
3689:19, 3689:24,
3690:3, 3690:18,
3699:12, 3700:7,
3702:7, 3707:7,
3707:10, 3709:7,
3709:25, 3717:17,

3718:8, 3724:20,
3725:19, 3727:3,
3728:16
Honor's [3] - 3630:6,
3642:6, 3724:25
HONORABLE [1] -
3621:14
hopefully [3] -
3630:21, 3684:15,
3689:23
HORWATH [2] -
3621:6, 3621:11
hotel [1] - 3623:23
hour [1] - 3628:16
hours [2] - 3629:4,
3637:25
Hubbard [1] - 3622:15
hundreds [1] -
3682:12
hung [1] - 3656:10
hurry [1] - 3628:23

## I

iceberg [3] - 3644:12,
3644:15, 3644:18
ID [1] - 3640:2
idea [5] - 3625:22,
3647:9, 3666:15,
3678:15, 3727:10
ideas [1] - 3686:21
identical [1] - 3696:10
identified [7] -
3650:25, 3651:16,
3691:11, 3703:25,
3704:5, 3704:16,
3722:7
identify [1] - 3652:17
IL [2] - 3621:23,
3622:16
illegitimate [2] -
3705:21, 3706:20
immediate [1] -
3633:9
impaired [4] -
3624:14, 3664:3,
3671:12, 3719:25
implicitly [1] -
3653:15
important [1] - 3643:3
improve [1] - 3642:25
inaccurate [1] -
3700:6
inactive [2] - 3662:22,
3663:3
Inc [1] - 3623:3
INC [1] - 3621:3
include [11] - 3627:15,
3641:10, 3649:6,

3661:15, 3661:23,
3664:19, 3664:22,
3695:12, 3705:8,
3707:2, 3707:4
included [5] -
3635:21, 3677:25,
3704:3, 3707:21,
3708:21
including [6] -
3649:16, 3671:12,
3691:25, 3717:5,
3721:16, 3722:2
inclusive [1] - 3699:3
income [13] - 3713:13,
3713:15, 3713:22,
3714:3, 3715:7,
3715:8, 3715:14,
3715:25, 3716:2,
3716:3, 3716:12,
3716:16, 3718:16
inconsistent [1] -
3695:4
increase [1] - 3658:17
increased [4] -
3637:3, 3718:4,
3718:7, 3718:13
increasing [1] -
3658:11
indeed [1] - 3626:23
indicated [5] - 3660:3,
3663:23, 3668:3,
3694:1, 3726:7
indicates [2] -
3639:22, 3675:1
indicating [1] -
3663:17
indicators [4] -
3704:8, 3704:16,
3704:24, 3705:1
indicia [12] - 3659:18,
3659:23, 3660:2,
3660:5, 3665:3,
3669:7, 3669:24,
3670:1, 3670:3,
3670:4, 3678:12,
3683:2
individual [5] -
3639:25, 3641:6,
3645:14, 3677:24,
3690:15
Individual [1] - 3640:2
individually [1] -
3690:13
info [1] - 3676:20
information [7] -
3649:5, 3684:18,
3684:25, 3685:12,
3687:5, 3693:24,
3699:16
instead [1] - 3688:14

institution [2] -
3675:3, 3675:4
institutions [1] -
3656:18
INSURANCE [3] -
3621:8, 3621:17,
3622:2
intended [1] - 3645:19
intends [1] - 3629:19
intent [1] - 3639:18
interchangeably [1] -
3660:7
interest [6] - 3650:18,
3675:17, 3681:22,
3689:19, 3696:15,
3719:8
interests [2] - 3711:9,
3719:24
interference [1] -
3630:7
interpretation [1] -
3693:10
introduce [1] - 3623:6
investigation [3] -
3648:7, 3651:1,
3720:16
investment [1] -
3688:1
investor [6] - 3655:24,
3656:3, 3678:13,
3704:1, 3712:1,
3712:8
investors [8] -
3624:13, 3633:14,
3633:22, 3663:12,
3663:15, 3711:11,
3711:16, 3720:8
invisible [1] - 3637:6
invited [1] - 3722:9
involve [1] - 3717:7
involved [1] - 3667:21
issue [9] - 3624:6,
3625:14, 3627:6,
3627:11, 3627:12,
3629:7, 3689:21,
3696:21, 3726:22
issues [2] - 3624:1,
3667:18
issuing [1] - 3630:7
itself [2] - 3693:11,
3723:7

## J

JACOBS [1] - 3621:14
JAMESON [1] -
3622:14
jameson [1] - 3623:17
Jeremy [1] - 3676:25

**job** [1] - 3644:23
**John** [3] - 3708:15, 3708:16, 3708:18
**JONES** [2] - 3622:14, 3623:17
**Jones** [1] - 3623:17
**JUDGE** [1] - 3621:15
**Judge** [1] - 3659:13
**judgment** [1] - 3692:19
**jump** [1] - 3649:15
**June** [1] - 3644:20
**junk** [44] - 3624:15, 3633:3, 3633:7, 3635:18, 3636:5, 3638:10, 3641:19, 3642:14, 3642:19, 3643:14, 3646:3, 3646:4, 3646:21, 3650:5, 3650:6, 3650:7, 3651:2, 3653:15, 3658:15, 3658:17, 3659:5, 3663:10, 3663:20, 3665:11, 3668:10, 3669:8, 3670:19, 3675:5, 3678:13, 3678:15, 3698:15, 3703:1, 3706:24, 3720:17, 3721:2, 3723:6, 3726:19, 3726:25, 3728:1, 3728:4, 3728:11, 3728:13
**Junk** [1] - 3657:7

## K

**keep** [5] - 3623:23, 3664:18, 3664:21, 3681:22, 3689:13
**Kelly** [9] - 3624:8, 3642:7, 3658:13, 3668:8, 3673:24, 3674:9, 3674:14, 3675:11, 3676:3
**keming** [1] - 3684:6
**kept** [3] - 3624:8, 3647:15, 3666:8
**KEVIN** [1] - 3621:4
**Key** [4] - 3638:14, 3639:16, 3639:24, 3652:15
**kind** [3] - 3633:4, 3640:13, 3644:22
**King** [1] - 3622:19
**Kipp** [1] - 3623:11
**KIPP** [2] - 3622:7, 3623:11

**Kissick** [18] - 3642:6, 3658:13, 3665:18, 3665:21, 3665:24, 3666:3, 3666:5, 3666:6, 3667:5, 3667:8, 3669:19, 3671:6, 3671:18, 3672:10, 3672:21, 3675:19, 3676:16, 3676:25
**Kissick's** [1] - 3667:15
**knowing** [1] - 3642:20
**known** [1] - 3683:12

## L

**lacking** [1] - 3688:1
**LANDGRAFF** [2] - 3622:12, 3623:18
**Landgraff** [1] - 3623:18
**Lane** [1] - 3629:8
**language** [1] - 3724:17
**large** [4] - 3682:5, 3682:8, 3710:17, 3718:5
**largely** [1] - 3647:12
**larger** [1] - 3642:5
**largest** [3] - 3636:8, 3636:15, 3690:14
**Larry** [1] - 3623:10
**last** [6] - 3651:21, 3655:17, 3657:10, 3666:4, 3667:4, 3697:16
**late** [1] - 3667:21
**law** [2] - 3626:22, 3632:7
**LAWRENCE** [1] - 3621:21
**lead** [1] - 3624:2
**leading** [1] - 3713:24
**least** [6] - 3626:25, 3629:8, 3634:10, 3647:10, 3682:21, 3726:19
**leave** [4] - 3630:20, 3634:23, 3658:18, 3658:21
**leaving** [1] - 3705:5
**led** [2] - 3651:1, 3673:23
**Lee** [11] - 3675:20, 3687:1, 3687:21, 3687:23, 3703:16, 3707:4, 3707:7, 3707:8, 3707:10,

3708:10, 3708:12
**left** [14] - 3623:24, 3633:2, 3640:10, 3642:18, 3643:24, 3654:10, 3687:12, 3690:14, 3698:13, 3698:19, 3699:11, 3705:9, 3705:23, 3713:11
**legal** [1] - 3627:12
**legitimate** [21] - 3645:19, 3672:15, 3703:2, 3705:14, 3705:19, 3707:14, 3709:18, 3712:11, 3712:13, 3716:18, 3716:24, 3717:2, 3717:14, 3717:22, 3717:23, 3718:2, 3718:9, 3719:4, 3719:14, 3720:6, 3720:8
**Lehn** [12] - 3628:23, 3628:24, 3628:25, 3629:8, 3629:9, 3629:11, 3630:19, 3630:25, 3689:12, 3689:23
**lender** [3] - 3694:14, 3717:6, 3717:15
**lenders** [4] - 3634:24, 3635:5, 3635:7, 3635:9
**lending** [10] - 3667:24, 3703:3, 3712:12, 3712:14, 3712:21, 3713:10, 3713:14, 3713:17, 3714:4, 3717:5
**Lending** [13] - 3714:23, 3715:1, 3715:8, 3715:24, 3716:13, 3716:17, 3717:9, 3717:22, 3718:3, 3719:4, 3721:11, 3721:16, 3724:5
**less** [5] - 3631:2, 3631:17, 3699:1, 3721:20, 3722:9
**lesser** [1] - 3634:17
**lest** [1] - 3629:25
**letting** [1] - 3628:12
**level** [6] - 3645:13, 3645:16, 3646:8, 3646:13, 3682:9, 3722:7
**LEVINE** [90] - 3622:12, 3623:19, 3631:20, 3632:24, 3634:25,

3635:14, 3638:21, 3643:5, 3643:8, 3646:6, 3646:12, 3646:18, 3646:25, 3647:2, 3648:25, 3649:1, 3654:6, 3654:17, 3655:5, 3655:10, 3655:12, 3656:21, 3659:9, 3659:11, 3659:16, 3661:1, 3661:5, 3661:8, 3661:9, 3662:5, 3662:14, 3662:15, 3664:20, 3664:23, 3664:24, 3665:12, 3665:13, 3666:2, 3667:11, 3667:14, 3668:19, 3669:1, 3669:17, 3669:18, 3670:1, 3670:23, 3671:5, 3673:7, 3673:12, 3673:15, 3674:7, 3680:10, 3680:20, 3680:21, 3684:5, 3684:13, 3684:16, 3685:3, 3685:6, 3686:25, 3687:2, 3687:16, 3687:19, 3689:5, 3689:8, 3689:15, 3689:19, 3690:6, 3690:10, 3690:22, 3690:25, 3699:8, 3699:12, 3699:15, 3699:22, 3700:7, 3700:11, 3700:14, 3700:19, 3701:2, 3701:6, 3702:5, 3709:7, 3709:25, 3710:24, 3713:24, 3717:17, 3724:20, 3724:25, 3727:3
**Levine** [9] - 3623:19, 3628:16, 3631:19, 3632:15, 3633:1, 3654:9, 3689:11, 3700:18, 3727:9
**levine** [1] - 3643:12
**lexicon** [1] - 3659:3
**lheftman@ schiffhardin.com** [1] - 3621:24
**Liang** [5] - 3684:6, 3684:14, 3685:4, 3686:9, 3688:17
**liang** [3] - 3684:1, 3687:17, 3689:8
**life** [1] - 3667:21
**lighter** [1] - 3683:22

**likely** [1] - 3720:12
**limit** [2] - 3634:17, 3657:1
**limited** [3] - 3643:14, 3643:18, 3693:16
**line** [21] - 3639:2, 3639:13, 3648:9, 3648:10, 3649:15, 3655:24, 3664:11, 3666:4, 3674:15, 3675:24, 3682:7, 3722:25, 3723:6, 3723:7, 3723:8, 3725:13, 3725:21, 3726:6, 3728:11, 3728:13, 3728:15
**lines** [10] - 3648:4, 3648:5, 3648:6, 3656:8, 3661:11, 3666:25, 3678:18, 3702:25, 3727:18, 3728:7
**list** [7] - 3638:10, 3643:14, 3659:24, 3660:11, 3677:24, 3691:10, 3691:25
**listed** [12] - 3624:10, 3637:14, 3643:23, 3669:6, 3678:2, 3678:4, 3678:9, 3680:12, 3688:5, 3694:19, 3704:17, 3720:19
**lists** [1] - 3641:9
**live** [6] - 3693:13
**LLC** [1] - 3623:4
**LLP** [10] - 3621:6, 3621:6, 3621:10, 3621:11, 3621:19, 3621:22, 3622:3, 3622:10, 3622:14, 3622:19
**Loan** [3] - 3634:6, 3640:2, 3691:18
**loan** [75] - 3633:7, 3635:18, 3639:20, 3639:25, 3640:1, 3640:23, 3641:17, 3644:13, 3646:8, 3647:5, 3647:16, 3647:17, 3647:18, 3649:6, 3650:4, 3650:11, 3650:15, 3651:7, 3652:15, 3653:1, 3653:13, 3654:2, 3660:16, 3661:18, 3661:20, 3662:11, 3662:16, 3662:22, 3663:3, 3663:5, 3664:8,

3664:13, 3666:21,
3667:3, 3667:6,
3668:2, 3679:11,
3682:13, 3691:7,
3691:12, 3691:25,
3692:4, 3692:6,
3692:16, 3692:20,
3694:15, 3694:16,
3696:16, 3698:15,
3698:24, 3705:9,
3707:17, 3712:1,
3720:6, 3721:2,
3722:7, 3722:16,
3722:20, 3722:22,
3723:3, 3723:5,
3723:9, 3723:12,
3723:13

**loan-by-loan** [4] -
3647:5, 3647:16,
3647:17, 3649:6

**loans** [232] - 3624:14,
3624:15, 3633:3,
3633:13, 3634:17,
3635:16, 3635:20,
3635:21, 3636:1,
3636:5, 3636:20,
3636:23, 3636:25,
3637:1, 3637:5,
3637:10, 3637:11,
3637:12, 3637:18,
3637:19, 3638:10,
3639:22, 3640:19,
3641:1, 3641:6,
3641:10, 3641:18,
3641:19, 3642:19,
3643:14, 3643:19,
3644:4, 3644:23,
3645:14, 3645:18,
3646:4, 3646:8,
3646:21, 3647:3,
3647:4, 3647:5,
3647:7, 3647:9,
3647:15, 3647:17,
3647:24, 3647:25,
3648:9, 3648:16,
3649:2, 3649:4,
3650:5, 3650:6,
3650:7, 3650:9,
3650:22, 3650:23,
3651:8, 3651:15,
3652:9, 3652:10,
3653:2, 3653:6,
3653:9, 3653:16,
3654:21, 3655:18,
3655:19, 3655:23,
3656:6, 3656:10,
3656:16, 3657:3,
3657:12, 3657:25,
3658:5, 3658:6,
3658:22, 3658:23,
3659:6, 3661:20,

3662:10, 3662:16,
3662:19, 3662:21,
3662:23, 3662:24,
3663:2, 3663:8,
3663:10, 3663:12,
3663:13, 3663:21,
3664:3, 3664:9,
3664:14, 3665:11,
3665:25, 3666:7,
3666:8, 3666:11,
3667:23, 3668:9,
3668:10, 3670:4,
3670:8, 3670:13,
3670:15, 3670:16,
3671:1, 3671:2,
3671:13, 3671:15,
3671:19, 3671:20,
3671:21, 3671:22,
3672:1, 3672:3,
3672:4, 3672:5,
3672:6, 3672:12,
3672:13, 3672:18,
3672:20, 3673:14,
3673:16, 3673:17,
3673:18, 3673:19,
3674:14, 3674:20,
3675:1, 3675:2,
3675:12, 3678:17,
3678:19, 3678:21,
3678:23, 3678:25,
3679:5, 3680:11,
3680:22, 3681:3,
3681:5, 3681:10,
3681:11, 3681:18,
3682:2, 3682:6,
3682:10, 3682:13,
3682:18, 3682:19,
3682:22, 3684:18,
3685:21, 3687:4,
3687:5, 3687:7,
3691:5, 3691:10,
3692:1, 3692:2,
3692:25, 3693:16,
3693:19, 3693:25,
3694:2, 3694:3,
3694:5, 3694:8,
3694:12, 3694:18,
3695:3, 3695:7,
3698:13, 3698:23,
3700:20, 3702:24,
3703:1, 3703:11,
3704:3, 3704:9,
3704:20, 3705:4,
3705:12, 3705:17,
3705:23, 3706:13,
3706:18, 3706:20,
3707:2, 3707:4,
3707:8, 3707:11,
3708:2, 3708:12,
3708:21, 3710:11,
3710:14, 3710:16,

3710:17, 3711:9,
3712:7, 3717:3,
3717:4, 3719:12,
3719:22, 3719:24,
3720:13, 3720:18,
3720:19, 3720:20,
3722:1, 3722:3,
3722:6, 3723:10,
3726:8, 3726:19,
3727:21, 3728:4

**Loans** [3] - 3634:13,
3634:14, 3657:7

**logistics** [1] - 3628:2

**long-winded** [1] -
3643:2

**look** [41] - 3625:16,
3625:17, 3625:24,
3627:23, 3627:25,
3634:10, 3634:12,
3636:15, 3638:4,
3641:4, 3645:25,
3646:21, 3651:11,
3651:21, 3652:9,
3652:10, 3657:2,
3657:6, 3670:2,
3672:10, 3676:3,
3676:9, 3676:11,
3676:15, 3676:24,
3677:6, 3677:18,
3679:14, 3679:19,
3681:7, 3686:1,
3686:4, 3686:7,
3687:12, 3687:16,
3692:4, 3695:22,
3710:13, 3712:23,
3715:17, 3719:3

**looked** [20] - 3635:25,
3648:18, 3650:8,
3652:3, 3652:14,
3655:2, 3663:16,
3664:6, 3668:1,
3675:7, 3693:12,
3693:13, 3695:1,
3695:2, 3712:18,
3724:11, 3725:13,
3726:21, 3727:23

**looking** [13] - 3644:17,
3644:25, 3645:1,
3653:22, 3663:9,
3676:12, 3681:17,
3681:20, 3708:1,
3714:24, 3718:15,
3719:17, 3724:13

**looks** [3] - 3624:2,
3631:19, 3632:16

**Lori** [1] - 3622:22

**loss** [12] - 3637:10,
3647:12, 3661:15,
3661:22, 3663:10,
3665:16, 3692:23,

3695:24, 3696:5,
3705:10, 3705:24,
3713:15

**losses** [17] - 3633:25,
3636:5, 3653:18,
3653:19, 3653:20,
3658:11, 3658:20,
3673:18, 3681:22,
3695:23, 3696:21,
3697:6, 3697:7,
3719:5, 3719:6,
3719:8, 3719:14

**lost** [5] - 3627:17,
3691:20, 3717:13,
3718:1, 3718:23

**Lost** [1] - 3695:16

**LOTH** [1] - 3729:3

**Loth** [2] - 3622:23,
3729:12

**Lou** [1] - 3676:16

**love** [1] - 3627:1

**lower** [2] - 3654:15,
3688:21

**lunch** [2] - 3727:14,
3728:17

**luncheon** [1] -
3728:20

**luria** [1] - 3701:21

---

## M

**Mac** [4] - 3633:8,
3633:21, 3646:1,
3722:9

**machine** [1] - 3622:25

**Mae** [6] - 3633:8,
3633:21, 3646:2,
3721:4, 3721:8,
3722:8

**majority** [4] - 3657:25,
3658:4, 3721:7,
3728:7

**MALEK** [1] - 3690:3

**Malek** [18] - 3625:18,
3625:25, 3626:4,
3628:3, 3630:19,
3630:22, 3631:21,
3632:2, 3632:11,
3632:13, 3632:25,
3646:7, 3670:25,
3689:22, 3690:1,
3690:24, 3702:10,
3713:9

**Malek's** [1] - 3629:6

**manage** [3] - 3681:21,
3716:25, 3717:4

**managed** [1] -
3719:14

**management** [5] -

3644:14, 3679:15,
3679:21, 3683:1,
3721:16

**management's** [1] -
3682:24

**managing** [2] -
3681:5, 3695:6

**manipulation** [1] -
3687:6

**manner** [1] - 3663:24

**manually** [1] - 3640:9

**manufactured** [1] -
3720:5

**March** [8] - 3621:6,
3636:16, 3636:17,
3638:11, 3692:1,
3715:19, 3715:20,
3729:10

**MARK** [1] - 3622:12

**Mark** [1] - 3623:19

**mark.levine@bartlit**
[1] - 3622:17

**mark.levine@bartlit-**
**beck.com** [1] -
3622:17

**marked** [4] - 3677:21,
3683:8, 3684:2,
3684:17

**market** [1] - 3672:20,
3719:4, 3719:6

**Martinez** [1] - 3623:15

**MARTINEZ** [2] -
3622:13, 3623:15

**Mary** [1] - 3676:16

**material** [1] - 3652:4

**matter** [3] - 3626:22,
3628:5, 3644:20

**MDAL** [1] - 3623:2

**mean** [22] - 3625:15,
3627:21, 3628:14,
3629:11, 3631:6,
3638:24, 3639:1,
3639:6, 3639:8,
3641:5, 3645:7,
3645:16, 3654:1,
3654:11, 3666:14,
3668:22, 3670:19,
3672:5, 3672:19,
3674:2, 3697:10,
3703:17

**meaning** [3] - 3656:4,
3658:1, 3694:23

**means** [4] - 3654:3,
3656:12, 3680:23,
3680:24

**meant** [6] - 3642:8,
3649:23, 3665:10,
3673:10, 3702:19,
3702:22

**measured** [1] -

3741

3696:10
**meet** [4] - 3633:13,
3633:20, 3670:4,
3704:1
**Melissa** [1] - 3689:6
**members** [1] -
3695:19
**mentioned** [3] -
3655:21, 3669:2,
3693:3
**MEREDITH** [1] -
3622:18
**meredith** [1] - 3623:16
**merits** [3] - 3629:17,
3629:18, 3629:23
**met** [1] - 3721:3
**method** [1] - 3697:23
**methodologies** [1] -
3695:22
**methodology** [1] -
3695:10
**Microphone** [1] -
3646:17
**microphone** [1] -
3646:18
**mid-2008** [1] - 3669:4
**MIDDLE** [1] - 3621:1
**middle** [1] - 3725:21
**might** [4] - 3641:1,
3689:13, 3690:7,
3703:4
**million** [59] - 3624:23,
3625:4, 3625:8,
3625:19, 3631:14,
3631:15, 3631:16,
3631:25, 3634:18,
3635:17, 3635:21,
3636:1, 3637:12,
3641:16, 3641:18,
3642:4, 3642:22,
3642:23, 3643:19,
3647:7, 3647:18,
3647:19, 3647:22,
3647:23, 3648:14,
3648:16, 3648:18,
3649:4, 3649:16,
3649:18, 3650:1,
3650:3, 3650:20,
3650:21, 3650:23,
3650:24, 3651:23,
3651:24, 3654:21,
3655:13, 3655:14,
3657:11, 3657:13,
3658:5, 3658:20,
3679:12, 3682:3,
3682:22, 3693:17,
3697:21, 3698:7,
3698:19, 3699:1,
3701:8, 3706:24,
3718:4, 3718:24,

3719:13
**millions** [1] - 3682:12
**mind** [2] - 3668:14,
3689:13
**minor** [1] - 3633:15
**minuscule** [1] -
3633:25
**minute** [1] - 3653:25
**minutes** [8] - 3628:7,
3629:25, 3630:12,
3630:13, 3655:6,
3689:17, 3690:6,
3700:14
**missing** [6] - 3656:7,
3656:11, 3656:13,
3662:25, 3703:4
**mmoss@kslaw.com**
[1] - 3622:21
**modifying** [1] -
3642:24
**moment** [1] - 3668:14
**money** [27] - 3625:24,
3631:15, 3649:20,
3649:25, 3650:3,
3651:2, 3653:7,
3654:2, 3654:12,
3658:11, 3670:7,
3681:23, 3695:7,
3697:19, 3700:8,
3700:11, 3707:16,
3707:19, 3708:18,
3717:2, 3722:20,
3722:23, 3723:13,
3723:16, 3723:19,
3724:4
**month** [3] - 3650:11,
3678:11, 3723:12
**monthly** [1] - 3649:7
**months** [2] - 3650:14,
3714:25
**morning** [6] - 3632:17,
3632:19, 3632:25,
3633:1, 3689:9,
3720:21
**Morning** [1] - 3621:12
**Mortgage** [16] -
3634:6, 3634:13,
3634:14, 3713:12,
3714:22, 3715:1,
3715:8, 3715:24,
3716:13, 3717:9,
3717:21, 3718:2,
3719:4, 3721:11,
3721:15, 3724:5
**mortgage** [17] -
3679:6, 3694:13,
3695:5, 3703:2,
3708:19, 3711:9,
3712:11, 3712:13,
3712:21, 3713:9,

3713:13, 3713:16,
3714:3, 3717:1,
3717:15, 3719:24,
3724:4
**mortgages** [8] -
3633:20, 3635:18,
3698:19, 3706:10,
3706:24, 3707:21,
3709:18
**mortgagors** [1] -
3642:24
**Moss** [1] - 3623:16
**MOSS** [10] - 3622:18,
3623:16, 3626:11,
3626:19, 3628:24,
3629:9, 3629:13,
3630:17, 3631:1,
3632:2
**most** [5] - 3624:12,
3631:14, 3632:9,
3658:19, 3668:5
**motion** [2] - 3629:17,
3629:24
**move** [13] - 3633:6,
3634:22, 3652:6,
3658:21, 3659:12,
3660:24, 3661:1,
3678:12, 3686:25,
3692:5, 3704:12,
3715:13, 3727:21
**moved** [6] - 3635:18,
3635:21, 3662:18,
3663:17, 3682:10,
3706:13
**Moved** [1] - 3657:7
**movement** [1] -
3710:16
**moving** [9] - 3625:15,
3636:20, 3636:22,
3637:1, 3637:2,
3689:20, 3709:19,
3710:11, 3720:7
**MR** [159] - 3623:8,
3623:10, 3623:12,
3623:13, 3623:14,
3623:15, 3623:17,
3623:18, 3623:19,
3624:4, 3628:14,
3629:2, 3631:5,
3631:16, 3631:20,
3631:22, 3631:25,
3632:24, 3634:25,
3635:14, 3638:21,
3643:5, 3643:8,
3646:6, 3646:12,
3646:18, 3646:25,
3647:2, 3648:25,
3649:1, 3654:6,
3654:17, 3655:5,
3655:10, 3655:12,

3656:21, 3659:9,
3659:11, 3659:16,
3661:1, 3661:3,
3661:5, 3661:8,
3661:9, 3662:5,
3662:14, 3662:15,
3664:20, 3664:23,
3664:24, 3665:12,
3665:13, 3666:2,
3667:11, 3667:14,
3668:19, 3669:1,
3669:17, 3669:18,
3670:1, 3670:23,
3671:5, 3673:7,
3673:12, 3673:15,
3674:7, 3680:5,
3680:10, 3680:13,
3680:20, 3680:21,
3684:5, 3684:13,
3684:16, 3685:3,
3685:6, 3686:25,
3687:2, 3687:16,
3687:19, 3689:5,
3689:8, 3689:15,
3689:19, 3689:24,
3690:3, 3690:6,
3690:10, 3690:18,
3690:20, 3690:22,
3690:25, 3699:8,
3699:12, 3699:13,
3699:15, 3699:22,
3700:3, 3700:7,
3700:11, 3700:14,
3700:16, 3700:19,
3701:2, 3701:6,
3702:5, 3702:6,
3702:9, 3704:11,
3704:14, 3704:15,
3707:24, 3707:25,
3708:5, 3708:8,
3708:24, 3709:2,
3709:6, 3709:7,
3709:10, 3709:16,
3709:25, 3710:9,
3710:19, 3710:21,
3710:24, 3711:3,
3711:6, 3712:24,
3713:1, 3713:5,
3713:8, 3713:24,
3714:1, 3714:6,
3714:8, 3714:13,
3714:17, 3715:5,
3716:9, 3717:17,
3717:20, 3719:2,
3719:16, 3719:19,
3720:23, 3720:25,
3724:20, 3724:22,
3724:25, 3725:4,
3725:8, 3725:9,
3725:19, 3725:20,
3727:3, 3727:15,

3727:16, 3728:15
**MS** [10] - 3623:11,
3623:16, 3626:11,
3626:19, 3628:24,
3629:9, 3629:13,
3630:17, 3631:1,
3632:2
**MULLIN** [2] - 3622:3,
3623:12
**Mullin** [2] - 3622:3,
3623:12
**multiple** [2] - 3640:20,
3688:14
**Mutual** [3] - 3656:18,
3677:4, 3677:11

## N

**name** [2] - 3708:15,
3708:18
**National** [1] - 3622:4
**native** [2] - 3684:1,
3684:4
**nature** [4] - 3630:15,
3631:10, 3688:2,
3694:13
**Navigant** [2] -
3701:19, 3701:21
**nearly** [1] - 3703:22
**necessarily** [1] -
3661:16
**need** [6] - 3626:20,
3629:18, 3678:16,
3699:10, 3701:3,
3723:18
**needed** [1] - 3682:25
**net** [3] - 3636:5,
3697:6, 3713:13
**never** [4] - 3625:9,
3626:2, 3641:16,
3647:12, 3659:14,
3707:17
**new** [6] - 3624:21,
3627:6, 3641:4,
3646:1, 3646:2,
3653:16
**news** [1] - 3716:7
**next** [3] - 3652:6,
3725:18, 3728:3
**Nico** [1] - 3623:15
**NICOLAS** [1] -
3623:13
**nightclub** [1] -
3707:12
**nobody** [1] - 3631:12
**non** [3] - 3634:15,
3706:20, 3714:11
**non-conforming** [1] -
3634:15

**non-fraudulent** [1] - 3714:11
**non-permitted** [1] - 3706:20
**nonconforming** [4] - 3633:13, 3721:19, 3721:23, 3721:25
**nonfraudulent** [4] - 3681:19, 3695:5, 3715:3, 3724:3
**nonjunk** [1] - 3720:18
**nonmaterial** [1] - 3654:22
**nonpermitted** [1] - 3648:9
**normal** [1] - 3717:5
**North** [1] - 3622:8
**NORTHERN** [1] - 3621:2
**note** [2] - 3691:20, 3725:24
**noted** [7] - 3675:21, 3691:6, 3691:12, 3691:19, 3692:11, 3692:18, 3694:4
**Notes** [2] - 3686:2, 3687:17
**notes** [3] - 3686:9, 3686:17, 3729:5
**nothing** [4] - 3650:16, 3702:5, 3709:18, 3709:20
**noticed** [4] - 3683:16, 3687:20, 3691:6, 3706:9
**number** [20] - 3630:9, 3636:15, 3637:25, 3638:5, 3638:22, 3640:23, 3642:11, 3642:16, 3650:20, 3673:7, 3680:11, 3682:4, 3684:20, 3687:25, 3688:4, 3688:12, 3688:21, 3692:1, 3692:4, 3692:6
**numbers** [13] - 3635:12, 3636:8, 3640:1, 3652:5, 3654:22, 3655:2, 3656:2, 3657:19, 3657:24, 3698:6, 3714:14, 3714:15, 3716:11
**numerical** [1] - 3713:11
**NW** [1] - 3622:19

# O

**O'HALLORAN** [1] - 3621:4
**oath** [2] - 3632:14, 3672:21
**objected** [2] - 3683:7
**objection** [9] - 3680:5, 3680:13, 3690:17, 3709:25, 3710:8, 3710:24, 3713:24, 3717:17, 3724:20
**obligation** [1] - 3650:11
**obvious** [1] - 3724:2
**obviously** [3] - 3623:24, 3626:16, 3656:12
**Ocala** [2] - 3663:18, 3727:21
**OCC** [7] - 3666:13, 3666:18, 3666:19, 3667:16, 3667:22, 3669:2, 3669:3
**October** [1] - 3692:8
**OF** [2] - 3621:1, 3621:14
**offer** [4] - 3628:5, 3629:19, 3631:10, 3689:21
**official** [1] - 3729:12
**offline** [7] - 3624:7, 3644:8, 3660:17, 3662:8, 3706:16, 3706:17, 3708:3
**old** [2] - 3726:8, 3726:19
**once** [3] - 3644:9, 3682:10, 3717:10
**one** [78] - 3624:1, 3627:25, 3628:15, 3632:6, 3634:8, 3635:1, 3638:3, 3638:4, 3638:23, 3639:4, 3639:10, 3640:5, 3640:6, 3640:7, 3643:10, 3646:1, 3646:2, 3653:15, 3656:12, 3657:8, 3657:21, 3658:9, 3659:21, 3660:3, 3660:8, 3660:11, 3663:14, 3668:6, 3669:2, 3669:13, 3669:16, 3672:9, 3673:7, 3675:14, 3675:16, 3675:17, 3677:4, 3677:19,

3678:16, 3679:4, 3682:21, 3683:16, 3685:24, 3687:24, 3688:6, 3688:13, 3697:16, 3698:15, 3698:24, 3699:22, 3699:23, 3699:24, 3699:25, 3700:22, 3701:15, 3703:3, 3706:9, 3707:12, 3708:21, 3712:23, 3714:13, 3714:21, 3715:15, 3721:2, 3721:12, 3721:13, 3721:14, 3721:15, 3722:5, 3726:21, 3726:25, 3727:13
**One** [1] - 3622:8
**ones** [15] - 3637:1, 3639:8, 3651:16, 3658:2, 3665:20, 3669:17, 3681:20, 3688:4, 3688:14, 3688:19, 3692:19, 3703:19, 3704:17, 3708:7
**open** [1] - 3678:18
**opening** [5] - 3709:3, 3709:8, 3709:12, 3710:3, 3710:4
**operations** [1] - 3724:5
**opposed** [6] - 3631:4, 3670:6, 3671:2, 3702:20, 3724:16, 3725:14
**orange** [18] - 3647:24, 3648:13, 3650:23, 3659:15, 3670:13, 3670:15, 3671:2, 3671:15, 3671:19, 3671:20, 3671:21, 3671:22, 3672:4, 3672:5, 3673:14, 3673:16, 3673:17, 3706:2
**order** [2] - 3630:7, 3642:6
**oriented** [2] - 3712:25, 3726:23
**original** [3] - 3653:21, 3654:12, 3668:3
**originally** [4] - 3648:9, 3648:11, 3653:7, 3723:10
**originated** [2] - 3658:6, 3671:21
**originating** [1] - 3675:2
**originator** [1] - 3679:6

**otherwise** [3] - 3642:21, 3718:24, 3719:25
**ought** [1] - 3630:22
**out-of-pocket** [2] - 3695:24, 3696:5
**outline** [1] - 3656:22
**outside** [1] - 3640:19
**outstanding** [1] - 3641:1
**OVER** [2] - 3639:11
**overlapped** [1] - 3701:24
**Overline** [29] - 3635:19, 3635:22, 3636:21, 3636:23, 3637:8, 3639:12, 3639:13, 3640:5, 3640:6, 3644:4, 3645:2, 3646:9, 3647:4, 3648:1, 3651:9, 3651:17, 3651:24, 3652:8, 3653:1, 3654:21, 3655:3, 3655:14, 3670:5, 3670:9, 3670:16, 3670:20, 3672:1, 3672:7, 3674:22
**overriding** [2] - 3674:25, 3692:19
**overrule** [2] - 3710:8, 3727:11
**overruled** [4] - 3711:2, 3713:25, 3717:24, 3725:3
**overwhelmed** [1] - 3722:1
**own** [1] - 3623:24
**owned** [5] - 3624:18, 3624:24, 3625:2, 3698:16, 3719:25

# P

**p.m** [1] - 3728:20
**P1277** [2] - 3679:14, 3680:12
**P1754** [1] - 3671:7
**P1907** [4] - 3675:18, 3675:19, 3676:12, 3676:18
**P2094** [1] - 3724:10
**P2100** [1] - 3726:21
**P2879** [2] - 3710:20, 3719:16
**page** [41] - 3634:10, 3634:11, 3634:24, 3651:21, 3651:22,

3656:22, 3656:23, 3657:10, 3661:11, 3665:6, 3666:5, 3667:10, 3672:11, 3674:13, 3676:4, 3676:24, 3677:6, 3677:7, 3679:9, 3679:19, 3681:8, 3683:21, 3691:16, 3692:6, 3693:4, 3693:15, 3702:10, 3708:6, 3708:25, 3713:6, 3714:20, 3715:21, 3719:18, 3721:18, 3725:5, 3725:10, 3725:18, 3725:21, 3726:5, 3727:17
**pages** [3] - 3666:2, 3671:7, 3685:24
**paid** [4] - 3650:16, 3653:7, 3663:2, 3670:8
**Palenchar** [1] - 3622:14
**paper** [3] - 3640:10, 3656:11, 3656:13
**paragraph** [4] - 3671:18, 3671:25, 3709:14, 3711:3
**paragraphs** [2] - 3671:7, 3671:10
**parcel** [1] - 3630:2
**parentheses** [1] - 3685:8
**part** [31] - 3625:3, 3630:2, 3631:7, 3633:15, 3639:12, 3641:2, 3642:13, 3644:17, 3647:18, 3648:19, 3649:18, 3650:19, 3656:6, 3657:12, 3658:23, 3667:4, 3668:1, 3668:18, 3669:8, 3671:14, 3671:17, 3682:17, 3682:18, 3686:14, 3694:8, 3706:14, 3706:21, 3713:7, 3714:21, 3717:22, 3724:6
**participation** [1] - 3711:8
**particular** [7] - 3637:1, 3661:11, 3678:22, 3679:17, 3694:21, 3694:23, 3721:13
**parties** [1] - 3623:6
**partner** [1] - 3652:3
**parts** [7] - 3643:3,

3651:2, 3667:9, 3668:17, 3668:19, 3668:22, 3671:11
**party** [3] - 3656:4, 3663:12, 3663:15
**pay** [1] - 3650:14
**payoff** [1] - 3664:13
**PDF** [7] - 3634:11, 3676:20, 3676:23, 3679:9, 3683:21, 3683:23, 3725:6
**pendency** [1] - 3649:8
**pending** [2] - 3680:15, 3699:18
**Pennsylvania** [1] - 3622:19
**people** [6] - 3631:16, 3651:12, 3684:24, 3686:14, 3691:6, 3727:7
**per** [7] - 3685:18, 3687:1, 3687:21, 3687:23, 3688:23, 3708:9
**percent** [18] - 3634:18, 3649:11, 3649:12, 3657:11, 3657:13, 3658:22, 3659:8, 3693:20, 3693:22, 3694:3, 3694:18, 3694:20, 3694:22, 3701:11, 3713:20, 3721:20, 3721:23, 3723:10
**percentage** [3] - 3685:25, 3713:19, 3714:2
**perception** [1] - 3722:9
**period** [14] - 3649:7, 3653:18, 3659:7, 3663:18, 3667:21, 3675:23, 3681:20, 3693:12, 3695:8, 3701:23, 3716:18, 3719:3, 3723:11, 3724:4
**periodically** [3] - 3641:2, 3641:20, 3728:9
**periods** [1] - 3636:14
**permit** [1] - 3629:24
**permitted** [5] - 3630:3, 3702:25, 3706:14, 3706:19, 3706:20
**perpetuated** [1] - 3665:16
**personally** [2] - 3637:22, 3701:18
**persons** [1] - 3681:4

perspective [1] - 3643:4
**Phil** [1] - 3623:13
**PHILIP** [1] - 3622:11
**philip.beck@bartlit** [1] - 3622:17
**philip.beck@bartlit-beck.com** [1] - 3622:17
**pick** [5] - 3638:4, 3669:15, 3669:17, 3673:6, 3675:16
**picked** [3] - 3635:11, 3668:18, 3725:1
**picking** [1] - 3673:2
**piece** [6] - 3630:9, 3641:14, 3642:12, 3649:20, 3656:11, 3656:13
**pieces** [3] - 3625:16, 3698:16, 3698:23
**pile** [1] - 3646:3
**Pinnacle** [7] - 3679:4, 3679:5, 3679:6, 3679:10, 3679:21, 3680:12, 3680:22
**Place** [2] - 3622:8, 3622:15
**place** [4] - 3627:1, 3660:4, 3711:12, 3711:16
**plain** [1] - 3678:19
**Plaintiff** [1] - 3621:8
**plaintiff** [1] - 3623:7
**Plaintiff's** [1] - 3710:23
**Plaintiffs** [1] - 3621:5
**Plan** [6] - 3672:13, 3706:9, 3724:16, 3725:14, 3726:14, 3726:17
**plan** [2] - 3621:4, 3727:21
**planning** [1] - 3626:25
**Plaza** [1] - 3622:4
**plead** [1] - 3725:12
**plug** [1] - 3706:22
**plus** [4] - 3625:19, 3636:13, 3698:24
**PO** [1] - 3622:4
**pocket** [2] - 3695:24, 3696:5
**pockets** [1] - 3699:20
**point** [23] - 3632:4, 3638:3, 3642:2, 3647:1, 3668:13, 3668:15, 3669:3, 3669:25, 3670:1, 3670:18, 3670:20, 3673:15, 3673:16,

3674:20, 3674:21, 3676:1, 3680:8, 3682:18, 3682:25, 3689:11, 3695:15, 3700:7, 3701:16
**pointing** [1] - 3709:11
**points** [1] - 3668:6
**pools** [7] - 3647:9, 3647:11, 3647:15, 3706:14, 3720:13, 3722:7, 3722:9
**population** [1] - 3704:23
**portfolio** [1] - 3650:9
**portion** [3] - 3627:17, 3635:11, 3690:23
**portions** [5] - 3672:8, 3673:3, 3673:6, 3673:8
**portrayed** [1] - 3721:24
**position** [4] - 3626:18, 3628:19, 3631:8, 3631:10
**possible** [4] - 3640:19, 3657:19, 3659:5, 3663:14
**post** [1] - 3629:20
**post-trial** [1] - 3629:20
**potential** [1] - 3699:1
**power** [1] - 3656:7
**practical** [4] - 3628:15, 3629:16, 3630:10, 3631:3
**pragmatic** [1] - 3628:9
**present** [3] - 3623:20, 3692:20, 3704:19
**PRESENT** [1] - 3622:22
**presentation** [1] - 3721:15
**president** [1] - 3668:7
**pretty** [3] - 3626:14, 3644:19, 3699:6
**prevail** [1] - 3627:21
**prevented** [2] - 3665:15, 3723:23
**previously** [1] - 3657:17
**PRICEWATERHOUS ECOOPERS** [3] - 3621:6, 3621:10, 3622:10
**PricewaterhouseCo opers** [2] - 3623:4, 3653:24
**PricewaterhouseCo opers'** [1] - 3710:22
**principal** [2] - 3642:22, 3650:18

**print** [1] - 3683:20
**private** [2] - 3633:14, 3633:22
**private-end** [2] - 3633:14, 3633:22
**pro** [4] - 3625:4, 3697:5, 3697:10, 3697:12
**problem** [8] - 3628:2, 3644:24, 3646:22, 3691:6, 3702:24, 3709:17, 3726:25, 3727:25
**problems** [1] - 3645:15
**proceed** [3] - 3626:21, 3628:17, 3632:16
**proceeding** [1] - 3631:7
**Proceedings** [1] - 3622:25
**proceedings** [2] - 3728:22, 3729:6
**process** [4] - 3624:20, 3642:23, 3653:10, 3681:4
**produced** [2] - 3622:25, 3684:1
**profession** [1] - 3695:19
**professional** [1] - 3701:9
**profitable** [4] - 3712:14, 3714:4, 3714:9, 3714:10
**profits** [4] - 3714:10, 3717:13, 3718:1, 3718:23
**Profits** [1] - 3695:16
**program** [2] - 3640:12, 3640:14
**ProMerit** [21] - 3643:25, 3644:2, 3644:13, 3645:3, 3645:4, 3645:13, 3645:22, 3645:24, 3646:15, 3647:8, 3647:14, 3663:4, 3684:22, 3691:3, 3691:7, 3691:11, 3691:19, 3693:24, 3694:4, 3694:12, 3694:23
**pronounce** [1] - 3628:24
**proof** [2] - 3628:5, 3631:11
**properties** [5] - 3624:17, 3624:19, 3624:23, 3625:2,

3707:16
**property** [5] - 3642:25, 3696:3, 3696:7, 3696:14, 3696:19
**proportional** [1] - 3697:10
**protect** [1] - 3723:7
**proves** [1] - 3719:12
**provide** [1] - 3633:20
**provided** [2] - 3649:5, 3657:20
**provider** [1] - 3694:14
**public** [2] - 3716:6, 3716:7
**published** [2] - 3712:18, 3712:19
**pull** [5] - 3713:7, 3714:20, 3714:21, 3725:22, 3727:18
**pulled** [1] - 3703:10
**purchase** [5] - 3633:9, 3707:12, 3707:13, 3712:2, 3722:21
**purchased** [2] - 3691:13, 3711:8
**purchaser** [3] - 3696:2, 3696:6, 3708:17
**purchases** [1] - 3656:4
**purpose** [1] - 3654:18
**pushed** [3] - 3644:18, 3653:14, 3653:17
**put** [49] - 3625:7, 3627:19, 3629:7, 3630:3, 3630:18, 3633:16, 3634:4, 3636:3, 3640:6, 3640:7, 3640:8, 3642:9, 3643:9, 3647:9, 3651:13, 3654:11, 3659:13, 3659:17, 3660:22, 3661:10, 3665:6, 3666:2, 3669:22, 3672:11, 3673:8, 3673:13, 3673:21, 3674:12, 3679:8, 3683:15, 3684:13, 3685:16, 3686:6, 3687:9, 3693:2, 3693:6, 3699:17, 3700:17, 3707:24, 3708:24, 3708:25, 3710:19, 3712:24, 3714:15, 3716:9, 3716:11, 3719:16, 3720:23, 3726:21
**puts** [3] - 3651:16,

3744

3651:17, 3651:18
**putting** [7] - 3630:11,
3630:23, 3642:15,
3658:15, 3673:20,
3675:17, 3728:1
**PwC** [24] - 3623:13,
3623:14, 3623:15,
3623:16, 3623:17,
3623:18, 3623:19,
3625:7, 3629:19,
3651:13, 3654:24,
3655:17, 3666:13,
3667:24, 3702:10,
3703:10, 3705:25,
3706:23, 3709:17,
3711:7, 3711:15,
3718:15, 3719:17,
3719:20
**PwC's** [1] - 3639:19

## Q

**quantify** [1] - 3663:9
**quarter** [4] - 3715:20,
3715:22, 3715:25,
3716:14
**quarterly** [2] - 3649:8,
3715:15
**QUESTION** [9] -
3633:19, 3666:10,
3666:12, 3666:15,
3666:19, 3666:23,
3667:1, 3672:17,
3681:12
**questioned** [1] -
3705:25
**questioning** [3] -
3667:22, 3727:6,
3728:16
**questions** [6] -
3656:24, 3662:6,
3683:25, 3684:9,
3705:3, 3721:1
**quick** [2] - 3669:2,
3715:17
**quicker** [2] - 3684:9,
3684:12
**quickly** [3] - 3679:14,
3689:20, 3690:13
**quite** [2] - 3706:1,
3724:24
**quote** [3] - 3663:19,
3685:7, 3685:8

## R

**Rami** - 3622:22,
3709:1
**ranging** [1] - 3723:11

**rata** [4] - 3625:4,
3697:5, 3697:10,
3697:12
**rather** [4] - 3632:5,
3653:21, 3660:8,
3686:4
**Ray** [1] - 3668:6
**re** [2] - 3632:3,
3668:14
**re-asking** [1] -
3668:14
**re-called** [1] - 3632:3
**reach** [1] - 3723:15
**reaching** [1] - 3668:4
**read** [7] - 3626:16,
3627:20, 3627:24,
3627:25, 3644:21,
3647:17, 3683:22
**reading** [6] - 3627:22,
3642:5, 3660:1,
3697:15, 3725:14,
3725:15
**ready** [2] - 3631:19,
3632:16
**real** [13] - 3627:11,
3635:18, 3643:24,
3646:14, 3662:21,
3672:12, 3698:16,
3706:24, 3709:18,
3713:22, 3719:25,
3720:18, 3720:20
**real-estate** [1] -
3719:25
**realize** [1] - 3661:6
**really** [19] - 3625:10,
3625:14, 3626:1,
3627:6, 3627:9,
3627:16, 3628:2,
3628:6, 3630:24,
3631:4, 3645:9,
3646:3, 3666:4,
3669:24, 3675:12,
3683:17, 3683:22,
3691:16, 3700:22
**rearing** [1] - 3631:19
**reason** [6] - 3648:8,
3652:2, 3657:20,
3667:15, 3682:17,
3682:19
**reasons** [4] - 3659:6,
3694:7, 3696:13,
3720:21
**rebuttal** [3] - 3683:9,
3685:24, 3693:4
**receipts** [1] - 3697:24
**receive** [1] - 3663:7
**received** [10] -
3625:17, 3625:20,
3663:4, 3663:5,
3664:17, 3696:7,

3696:15, 3696:16,
3697:25, 3698:7
**RECEIVER** [1] -
3621:8
**receives** [1] - 3701:25
**recently** [2] - 3652:4,
3698:6
**recess** [5] - 3689:10,
3689:16, 3689:18,
3728:19, 3728:20
**recession** [1] - 3717:1
**Recession** [1] -
3712:15
**recollection** [6] -
3652:3, 3671:9,
3672:24, 3679:7,
3699:3, 3707:15
**records** [15] -
3663:23, 3677:18,
3677:20, 3683:4,
3687:13, 3688:20,
3688:22, 3702:21,
3702:23, 3703:12,
3703:17, 3704:5,
3705:1, 3705:14,
3720:3
**recover** [4] - 3642:22,
3696:2, 3696:6,
3701:25
**recoveries** [27] -
3626:4, 3649:13,
3649:14, 3649:17,
3649:19, 3649:22,
3649:23, 3650:4,
3650:22, 3690:11,
3695:10, 3695:11,
3695:12, 3696:16,
3697:3, 3697:4,
3697:5, 3697:14,
3697:22, 3698:2,
3698:3, 3698:7,
3699:19, 3699:21,
3702:1, 3702:3
**Recovery** [1] -
3695:16
**recovery** [7] -
3625:20, 3689:21,
3690:23, 3697:7,
3698:22, 3699:1
**recross** [1] - 3727:12
**recycling** [1] - 3641:3
**red** [1] - 3659:15
**REDIRECT** [1] -
3702:8
**redirect** [3] - 3673:5,
3690:7, 3690:8
**reduce** [1] - 3658:16
**reduced** [5] - 3653:8,
3653:23, 3654:14,
3701:9, 3717:10

**reductions** [1] -
3624:22
**refer** [5] - 3637:15,
3671:25, 3707:8,
3707:21, 3711:1
**reference** [9] -
3639:10, 3676:20,
3677:10, 3679:10,
3679:20, 3679:23,
3685:7, 3685:12,
3695:15
**references** [3] -
3638:22, 3687:20,
3688:23
**referred** [5] - 3662:7,
3669:11, 3674:8,
3675:15, 3706:1
**referring** [5] -
3639:11, 3662:8,
3674:20, 3703:7,
3726:16
**refers** [7] - 3671:11,
3671:14, 3671:19,
3671:20, 3671:23,
3675:18, 3683:8
**reflect** [2] - 3698:6,
3702:2
**reflecting** [1] -
3692:24
**refreshed** [1] - 3641:4
**refresher** [1] - 3633:5
**refreshing** [1] -
3645:23
**refunds** [1] - 3717:4
**regarding** [1] -
3663:19
**regardless** [1] -
3694:9
**regularly** [1] - 3695:19
**regulator** [1] - 3669:3
**regulator's** [1] -
3644:21
**regulators** [1] -
3710:13
**regulatory** [1] -
3644:21
**rehash** [1] - 3660:15
**reimbursed** [2] -
3664:7, 3722:20
**reimbursement** [1] -
3664:10
**rejected** [4] - 3642:20,
3656:17, 3656:20,
3675:4
**relate** [1] - 3673:21
**related** [2] - 3675:23,
3697:8
**relates** [4] - 3650:22,
3650:23, 3670:11,
3727:5

**relating** [3] - 3667:19,
3668:20, 3698:25
**relationship** [5] -
3717:6, 3717:10,
3718:17, 3719:14,
3721:24
**relative** [1] - 3714:2
**relatively** [1] - 3667:21
**release** [1] - 3716:7
**relevant** [1] - 3699:21
**relied** [1] - 3665:21
**remainder** [1] -
3701:12
**remaining** [4] -
3694:22, 3698:15,
3698:24, 3701:14
**remember** [22] -
3641:14, 3642:5,
3655:1, 3657:23,
3660:19, 3660:20,
3661:13, 3665:25,
3669:20, 3678:22,
3679:5, 3682:1,
3682:4, 3682:16,
3691:1, 3698:20,
3702:12, 3705:6,
3706:25, 3721:4,
3721:6, 3727:1
**removed** [5] -
3661:20, 3662:10,
3662:16, 3663:24,
3663:25
**renegotiate** [1] -
3650:13
**renegotiating** [1] -
3642:24
**REO** [7] - 3688:1,
3689:21, 3690:11,
3690:23, 3695:10,
3697:17, 3698:23
**repaid** [3] - 3653:10,
3662:24, 3707:17
**repayment** [1] -
3664:17
**replace** [1] - 3718:2
**replaced** [2] -
3717:14, 3718:9
**replacement** [1] -
3718:19
**replicate** [1] - 3639:19
**reply** [1] - 3626:16
**repo** [1] - 3639:14
**report** [35] - 3643:4,
3643:11, 3643:13,
3644:22, 3668:3,
3668:5, 3676:9,
3677:20, 3678:22,
3679:15, 3682:22,
3683:8, 3683:9,
3683:13, 3683:15,

3684:17, 3685:25, 3686:4, 3686:6, 3687:9, 3687:15, 3691:2, 3693:4, 3693:15, 3696:12, 3697:15, 3698:1, 3698:5, 3699:20, 3702:11, 3713:13, 3715:8, 3715:14, 3715:15, 3715:25

**reported** [4] - 3622:25, 3713:18, 3714:10, 3728:22

**REPORTER** [1] - 3646:17

**Reporter** [2] - 3622:23, 3729:12

**Reporting** [1] - 3712:20

**reporting** [4] - 3713:6, 3714:22, 3715:22, 3716:8

**reports** [7] - 3641:21, 3659:23, 3660:3, 3660:16, 3679:21, 3682:13, 3702:16

**represented** [3] - 3696:3, 3696:19, 3698:25

**repurchase** [7] - 3666:20, 3667:12, 3667:13, 3667:16, 3668:23, 3711:25, 3712:7

**repurchases** [2] - 3666:15, 3667:2

**repurchasing** [1] - 3667:6

**request** [2] - 3711:25, 3712:6

**require** [1] - 3665:24

**required** [7] - 3655:24, 3666:20, 3667:2, 3711:11, 3711:15, 3711:25, 3712:6

**requirements** [2] - 3633:8, 3721:4

**respect** [8] - 3643:13, 3664:5, 3671:1, 3691:7, 3704:8, 3704:19, 3704:25, 3723:16

**respond** [1] - 3630:20

**response** [1] - 3719:20

**restart** [1] - 3658:3

**Restated** [1] - 3634:5

**result** [1] - 3705:23

**resulted** [4] - 3637:10, 3654:15, 3663:10,

---

3692:23

**resulting** [2] - 3647:12, 3699:1

**resume** [1] - 3632:13

**return** [2] - 3653:13, 3717:3

**returned** [1] - 3665:11

**reverse** [1] - 3630:1

**reverses** [1] - 3630:5

**review** [3] - 3680:25, 3712:4, 3724:6

**reviewed** [5] - 3634:8, 3637:23, 3664:14, 3665:18, 3675:1

**revise** [1] - 3702:2

**rid** [1] - 3644:24

**right-hand** [1] - 3637:15

**rights** [2] - 3625:4, 3717:3

**Robert** [2] - 3695:15, 3695:18

**rooms** [1] - 3623:23

**ROTHSTEIN** [1] - 3621:14

**row** [4] - 3654:23, 3655:17, 3656:2, 3708:9

**RPR** [3] - 3622:23, 3729:3, 3729:12

**rule** [6] - 3627:2, 3695:23, 3695:24, 3696:1, 3696:5, 3696:9

**ruled** [3] - 3625:16, 3625:23, 3626:23

**rules** [9] - 3685:1, 3685:13, 3685:15, 3685:17, 3685:23, 3686:3, 3693:24, 3694:11, 3694:24

**RULES** [1] - 3685:8

**Rules** [1] - 3687:17

**ruling** [1] - 3627:20

**run** [1] - 3684:8

---

## S

**SAINT** [1] - 3729:3

**Saint** [2] - 3622:23, 3729:12

**SAINT-LOTH** [1] - 3729:3

**Saint-Loth** [2] - 3622:23, 3729:12

**sale** [1] - 3723:1

**sandbagging** [1] - 3727:4

**Sansbury** [1] - 3622:7

---

**Sansom** [1] - 3622:7

**sat** [2] - 3632:8, 3637:22

**save** [1] - 3627:8

**saved** [1] - 3627:7

**saw** [10] - 3652:15, 3663:23, 3673:22, 3676:12, 3676:18, 3679:22, 3680:6, 3682:1, 3682:22, 3693:9

**schedule** [11] - 3635:24, 3637:4, 3638:6, 3644:17, 3678:9, 3687:8, 3691:22, 3700:3, 3700:16, 3700:17

**Schedule** [14] - 3636:3, 3636:4, 3637:15, 3637:16, 3638:4, 3643:10, 3643:13, 3643:17, 3643:23, 3651:14, 3652:13, 3652:14, 3677:20

**schedules** [5] - 3637:17, 3639:18, 3640:17, 3643:9, 3657:17

**scheme** [1] - 3665:22

**Schiff** [1] - 3621:22

**Schillinger** [1] - 3622:22

**scope** [7] - 3709:8, 3710:1, 3710:24, 3717:18, 3724:21, 3727:8, 3727:10

**Scott** [1] - 3622:14

**screen** [8] - 3660:23, 3661:3, 3661:5, 3691:21, 3692:9, 3692:13, 3693:2, 3710:19

**scroll** [4] - 3685:3, 3685:4, 3714:6, 3715:5

**scrutiny** [1] - 3722:10

**search** [1] - 3703:10

**SEC** [2] - 3712:19, 3715:16

**second** [15] - 3625:12, 3627:4, 3635:1, 3640:20, 3641:25, 3654:23, 3665:3, 3668:13, 3668:15, 3676:24, 3709:14, 3713:11, 3721:19, 3722:3, 3728:10

**second-from-left** [1] - 3713:11

---

**second-guess** [1] - 3625:12

**secondly** [2] - 3658:11, 3658:13

**secret** [20] - 3624:7, 3624:10, 3637:2, 3641:19, 3644:16, 3653:14, 3654:19, 3661:18, 3662:7, 3662:22, 3675:6, 3681:6, 3682:7, 3682:10, 3682:14, 3705:4, 3705:12, 3705:18, 3705:20, 3706:16

**Secret** [1] - 3660:11

**secreting** [1] - 3722:3

**section** [2] - 3709:13, 3714:24

**secured** [3] - 3649:17, 3650:4, 3650:22

**securitized** [1] - 3645:19

**security** [1] - 3674:17

**Security** [1] - 3634:6

**see** [68] - 3634:5, 3636:15, 3638:14, 3638:15, 3638:17, 3638:18, 3638:20, 3638:22, 3643:25, 3646:25, 3651:19, 3651:22, 3651:25, 3652:23, 3652:24, 3657:10, 3657:15, 3657:16, 3659:13, 3659:25, 3660:23, 3661:25, 3672:13, 3675:22, 3676:21, 3677:10, 3677:22, 3679:13, 3679:20, 3679:25, 3680:1, 3680:11, 3680:16, 3681:3, 3681:25, 3682:14, 3683:5, 3685:4, 3685:7, 3685:10, 3686:9, 3687:5, 3687:14, 3691:17, 3692:5, 3692:6, 3692:9, 3692:10, 3692:13, 3693:4, 3706:8, 3708:6, 3708:9, 3711:13, 3713:5, 3714:7, 3715:6, 3721:11, 3724:17, 3724:18, 3725:10, 3725:13, 3726:1, 3727:18, 3728:18

**seeing** [2] - 3645:6, 3679:17

---

**sees** [2] - 3680:17, 3680:19

**segment** [4] - 3713:6, 3714:22, 3715:21, 3716:8

**Segment** [1] - 3712:20

**segregated** [1] - 3698:24

**selected** [2] - 3674:3, 3674:5

**sell** [14] - 3656:8, 3664:3, 3678:17, 3683:4, 3685:18, 3685:22, 3687:1, 3687:21, 3687:23, 3688:4, 3688:6, 3688:23, 3695:4, 3708:9

**Sell** [6] - 3688:18, 3688:20, 3703:12, 3703:17, 3703:20, 3703:23

**selling** [3] - 3624:20, 3650:5, 3650:6

**Sells** [1] - 3688:13

**send** [4] - 3668:9, 3677:1, 3722:22, 3723:18

**sending** [1] - 3695:7

**sense** [1] - 3697:13

**sent** [8] - 3656:18, 3656:20, 3665:4, 3705:13, 3705:18, 3722:16, 3722:19, 3723:13

**sentence** [2] - 3675:14, 3709:14

**September** [1] - 3693:12

**session** [1] - 3728:21

**Session** [1] - 3621:12

**Set** [1] - 3660:11

**set** [28] - 3624:8, 3624:10, 3632:22, 3633:5, 3637:2, 3640:20, 3641:19, 3641:25, 3644:8, 3644:13, 3644:16, 3646:21, 3647:12, 3647:19, 3648:20, 3653:14, 3661:18, 3662:7, 3662:22, 3664:15, 3664:16, 3675:6, 3681:6, 3682:7, 3682:10, 3706:17, 3722:4, 3728:10

**setoff** [4] - 3624:22, 3625:21, 3626:1, 3697:22

settlement [8] - 3625:1, 3625:3, 3625:12, 3625:13, 3625:15, 3625:17, 3625:23, 3625:24
several [1] - 3672:18
shall [1] - 3660:24
sham [1] - 3645:23
share [3] - 3625:4, 3649:11, 3649:12
sheet [1] - 3679:22
short [1] - 3694:14
short-term [1] - 3694:14
shorter [2] - 3690:12, 3690:13
shorthand [1] - 3622:25
shortly [1] - 3682:19
show [13] - 3629:20, 3666:1, 3670:11, 3670:22, 3670:25, 3674:3, 3674:4, 3691:15, 3697:1, 3699:8, 3699:15, 3724:9, 3727:5
showed [6] - 3644:3, 3673:24, 3678:22, 3678:23, 3702:10, 3727:4
showing [5] - 3636:9, 3637:7, 3674:1, 3682:13, 3693:15
shown [4] - 3639:25, 3674:8, 3674:12, 3680:22
shows [5] - 3629:19, 3651:22, 3674:2, 3691:18, 3699:14
sic [1] - 3661:23
side [4] - 3628:1, 3642:4, 3689:12, 3701:1
signature [1] - 3656:8
signed [1] - 3682:2
significance [5] - 3701:15, 3716:20, 3716:22, 3716:23, 3719:9
significant [1] - 3671:17
similar [1] - 3679:22
simple [1] - 3629:15
simply [1] - 3696:10
single [5] - 3638:3, 3639:19, 3639:20, 3641:16, 3661:17
sit [1] - 3640:4
sitting [8] - 3661:7, 3664:10, 3700:8,

3700:12, 3700:20, 3701:7, 3701:8, 3728:4
situation [2] - 3627:23, 3673:5
Sixth [1] - 3634:5
size [1] - 3718:23
skip [1] - 3690:11
slide [3] - 3691:15, 3692:5, 3697:1
slides [1] - 3715:17
small [5] - 3633:24, 3639:15, 3644:19, 3682:9, 3691:16
smaller [2] - 3642:13, 3642:17
snow [2] - 3649:16, 3653:3
so.. [1] - 3626:4
sold [21] - 3624:12, 3624:24, 3633:14, 3633:21, 3642:20, 3645:25, 3646:2, 3647:12, 3647:20, 3656:16, 3662:19, 3663:12, 3663:14, 3663:21, 3663:22, 3667:23, 3674:15, 3675:3, 3678:13, 3678:20, 3719:23
someone [1] - 3704:12
sometimes [6] - 3641:4, 3648:3, 3648:8, 3648:10, 3664:4, 3723:22
somewhere [3] - 3659:13, 3705:13, 3713:20
SORENSEN [62] - 3621:18, 3623:8, 3624:4, 3628:14, 3629:2, 3631:5, 3631:22, 3631:25, 3661:3, 3680:5, 3680:13, 3689:24, 3690:18, 3690:20, 3699:13, 3700:3, 3700:16, 3702:6, 3702:9, 3704:11, 3704:14, 3704:15, 3707:24, 3707:25, 3708:5, 3708:8, 3708:24, 3709:2, 3709:6, 3709:10, 3709:16, 3710:9, 3710:19, 3710:21, 3711:3, 3711:6, 3712:24, 3713:1, 3713:5, 3713:8,

3714:1, 3714:6, 3714:8, 3714:13, 3714:17, 3715:5, 3716:9, 3717:20, 3719:2, 3719:16, 3719:19, 3720:23, 3720:25, 3724:22, 3725:4, 3725:8, 3725:9, 3725:19, 3725:20, 3727:15, 3727:16, 3728:15
Sorensen [11] - 3621:19, 3623:8, 3624:2, 3626:17, 3629:22, 3631:3, 3673:23, 3683:3, 3690:16, 3697:2, 3718:22
sorry [15] - 3635:1, 3636:21, 3643:2, 3646:19, 3649:16, 3649:23, 3658:3, 3658:12, 3661:2, 3661:6, 3661:8, 3662:4, 3677:5, 3680:14, 3711:21
sort [3] - 3631:10, 3642:25, 3674:17
sorting [1] - 3640:14
sorts [1] - 3651:18
sought [2] - 3653:23, 3654:16
sounds [1] - 3623:20
source [3] - 3637:14, 3643:22, 3643:25
sources [1] - 3677:5
Spalding [1] - 3622:19
specific [4] - 3662:6, 3675:9, 3704:2, 3704:4
specifically [3] - 3650:25, 3671:7, 3671:25
speculation [1] - 3718:21
speed [1] - 3665:7
spells [1] - 3629:10
spent [2] - 3630:12, 3670:7
Spotswood [1] - 3622:7
spreadsheet [10] - 3651:12, 3656:25, 3657:7, 3678:6, 3683:20, 3684:14, 3685:22, 3686:7, 3693:13, 3703:10
staff [6] - 3692:24, 3693:6, 3693:8, 3693:11, 3693:19,

3695:2
stage [1] - 3633:5
stale [2] - 3647:17, 3647:18
stand [3] - 3632:3, 3632:13, 3660:25
standalone [1] - 3712:22
standards [2] - 3633:13, 3633:21
standpoint [1] - 3683:1
start [7] - 3666:4, 3668:10, 3676:5, 3676:8, 3684:17, 3722:15, 3728:1
started [4] - 3630:14, 3644:14, 3671:21, 3676:2
starting [1] - 3674:13
state [1] - 3650:9
statement [1] - 3669:12
Statement [5] - 3669:19, 3671:6, 3671:18, 3673:4, 3673:8
statements [4] - 3709:3, 3710:4, 3712:18, 3712:20
STATES [2] - 3621:1, 3621:15
stay [1] - 3726:5
stayed [1] - 3640:19
steal [1] - 3641:5
stealing [3] - 3642:15, 3655:22, 3658:10
stenographic [1] - 3729:5
Stephen [1] - 3623:8
STEPHEN [1] - 3621:18
still [7] - 3624:14, 3627:17, 3632:14, 3656:23, 3698:10, 3698:13, 3717:1
stole [1] - 3641:6
stolen [4] - 3639:19, 3649:21, 3651:2, 3707:16
stop [2] - 3623:24, 3642:10
stopped [2] - 3632:7, 3633:6
stops [2] - 3718:16
straight [1] - 3686:17
straw [1] - 3708:17
Street [1] - 3662:15
string [1] - 3676:15
strongly [1] - 3628:10

stuff [1] - 3690:12
subject [1] - 3633:24
sublimit [2] - 3639:13, 3639:14
Sublimit [4] - 3634:13, 3634:14, 3634:17
sublimits [2] - 3633:24, 3634:3
submit [1] - 3707:18
subschedules [8] - 3638:3, 3639:17, 3639:21, 3640:22, 3643:11, 3643:14, 3643:18, 3643:23
subsection [1] - 3691:23
subset [1] - 3704:25
substance [1] - 3709:10
subtracted [1] - 3697:3
subtracting [1] - 3718:24
sudden [1] - 3672:20
suffer [2] - 3661:21, 3719:4
suffered [1] - 3719:6
sufficiently [1] - 3694:17
suggested [1] - 3667:5
suggesting [1] - 3703:11
suggestion [3] - 3628:21, 3629:5, 3630:23
suggestions [1] - 3724:25
Suisse [1] - 3656:19
Suite [2] - 3622:8, 3622:15
summarized [4] - 3685:24, 3686:5, 3686:14, 3688:2
summary [2] - 3636:4, 3687:8
support [2] - 3671:1, 3675:9
supposed [6] - 3647:8, 3721:8, 3722:17, 3722:21, 3722:22, 3724:1
surprise [1] - 3627:8
surprised [1] - 3625:8
Swarthout [2] - 3688:7, 3688:8
swept [2] - 3637:5, 3682:6
sworn [3] - 3632:15
syndicate [1] - 3635:6

# T

**table** [5] - 3662:23, 3663:3, 3693:6, 3694:15, 3716:11
**takeout** [5] - 3694:15, 3711:11, 3711:16, 3712:1, 3712:8
**talks** [1] - 3719:21
**tapped** [1] - 3648:3
**taxes** [2] - 3713:15, 3714:12
**Taylor** [3] - 3635:2, 3681:10, 3681:12
**TBW** [83] - 3624:18, 3624:19, 3624:24, 3625:2, 3633:12, 3633:20, 3636:18, 3636:20, 3638:23, 3641:5, 3641:22, 3648:3, 3654:12, 3655:22, 3658:10, 3665:4, 3665:22, 3665:25, 3668:7, 3675:2, 3675:12, 3677:5, 3678:1, 3678:16, 3678:20, 3679:1, 3679:6, 3682:2, 3682:8, 3683:4, 3685:13, 3686:3, 3686:17, 3693:24, 3694:4, 3694:10, 3694:19, 3694:24, 3695:12, 3696:16, 3697:24, 3698:2, 3698:7, 3698:10, 3698:13, 3698:18, 3698:21, 3699:11, 3699:20, 3700:2, 3700:21, 3700:25, 3701:8, 3701:21, 3702:1, 3703:12, 3703:17, 3704:5, 3705:1, 3710:13, 3710:23, 3711:8, 3712:6, 3713:19, 3714:11, 3715:3, 3716:16, 3717:10, 3717:14, 3718:2, 3718:5, 3718:9, 3718:16, 3719:17, 3719:23, 3720:4, 3720:11, 3720:12, 3723:6, 3723:13, 3723:18, 3725:12
**TBW's** [5] - 3685:1, 3685:23, 3714:2, 3723:15, 3723:20
**TBW-WH-WET** [1] -

3638:23
**team** [1] - 3708:2
**technical** [1] - 3667:25
**Teresa** [2] - 3624:8, 3674:1
**term** [1] - 3694:14
**terms** [1] - 3711:10
**testified** [9] - 3625:18, 3665:6, 3665:9, 3672:17, 3672:21, 3676:17, 3682:14, 3685:15, 3721:7
**testify** [3] - 3630:19, 3675:11, 3681:2
**testimony** [42] - 3633:17, 3634:2, 3656:9, 3656:14, 3656:15, 3661:10, 3664:1, 3667:15, 3667:20, 3668:4, 3668:7, 3669:12, 3670:11, 3670:14, 3670:24, 3671:14, 3672:23, 3672:24, 3673:22, 3673:24, 3674:1, 3674:4, 3674:5, 3674:9, 3674:12, 3674:25, 3675:8, 3675:14, 3680:25, 3681:7, 3683:4, 3705:6, 3708:25, 3710:1, 3712:13, 3722:11, 3724:6, 3724:9, 3725:5, 3725:15, 3727:5, 3727:17
**tests** [1] - 3696:15
**text** [3] - 3686:4, 3687:9, 3687:15
**texts** [1] - 3685:25
**THE** [126] - 3621:1, 3621:3, 3621:14, 3623:2, 3623:20, 3626:5, 3626:13, 3626:20, 3628:21, 3628:25, 3629:3, 3629:10, 3630:15, 3630:23, 3631:2, 3631:9, 3631:17, 3631:21, 3631:24, 3632:6, 3632:17, 3632:19, 3632:21, 3632:22, 3634:23, 3635:2, 3635:6, 3635:8, 3635:10, 3635:13, 3638:19, 3641:7, 3641:13, 3643:7, 3644:25, 3645:5, 3645:6,

3645:8, 3645:9, 3645:11, 3645:16, 3645:18, 3645:21, 3645:22, 3646:5, 3646:13, 3646:16, 3646:17, 3646:19, 3646:24, 3648:23, 3653:25, 3654:4, 3654:5, 3654:10, 3654:14, 3655:4, 3655:11, 3656:3, 3656:5, 3659:8, 3659:10, 3660:25, 3661:6, 3662:2, 3662:4, 3662:13, 3664:18, 3664:21, 3665:9, 3667:8, 3668:16, 3668:22, 3669:15, 3669:23, 3670:22, 3671:4, 3673:2, 3673:10, 3673:13, 3674:6, 3680:8, 3680:14, 3680:17, 3680:18, 3680:19, 3684:11, 3689:3, 3689:9, 3689:16, 3690:1, 3690:4, 3690:8, 3690:16, 3690:19, 3690:21, 3699:6, 3699:10, 3699:18, 3699:24, 3700:5, 3700:10, 3700:13, 3700:18, 3700:24, 3701:3, 3704:13, 3710:6, 3711:2, 3713:25, 3717:24, 3717:25, 3718:6, 3718:8, 3718:9, 3718:11, 3718:12, 3718:14, 3718:18, 3718:19, 3719:1, 3724:24, 3725:3, 3725:7, 3727:9, 3728:17
**then-applicable** [1] - 3634:18
**theory** [6] - 3624:21, 3624:25, 3625:6, 3625:9, 3625:11
**thereafter** [1] - 3682:19
**therefore** [4] - 3661:22, 3665:16, 3692:22, 3703:1
**thinking** [1] - 3628:2
**Third** [1] - 3710:23
**third** [10] - 3624:16, 3654:23, 3656:4, 3663:12, 3663:15,

3669:6, 3669:7, 3677:6, 3679:19
**third-party** [3] - 3656:4, 3663:12, 3663:15
**thomas** [1] - 3621:19
**thorough** [1] - 3657:20
**thousand** [2] - 3650:11, 3703:22
**thousands** [2] - 3664:14
**three** [5] - 3687:4, 3687:5, 3687:7, 3698:15, 3698:23
**throughout** [2] - 3681:20, 3695:8
**throw** [1] - 3628:21
**timing** [2] - 3627:4, 3627:12
**tiny** [2] - 3683:17, 3683:18
**tip** [1] - 3644:12
**title** [2] - 3676:21, 3677:22
**today** [7] - 3624:1, 3629:8, 3630:21, 3672:17, 3689:23, 3689:25, 3697:24
**together** [8] - 3640:22, 3648:14, 3651:13, 3651:17, 3651:18, 3686:6, 3693:6
**tomorrow** [11] - 3627:17, 3627:18, 3629:7, 3630:11, 3630:18, 3630:24, 3689:22, 3690:2, 3690:17, 3690:24, 3697:17
**tonight** [1] - 3629:1
**tons** [1] - 3683:20
**took** [3] - 3625:19, 3708:13, 3716:11
**top** [6] - 3676:16, 3677:23, 3693:5, 3699:2, 3713:7, 3714:21
**topic** [8] - 3628:18, 3634:22, 3652:6, 3658:21, 3695:9, 3697:16, 3697:17, 3712:10
**total** [5] - 3641:14, 3651:22, 3663:20, 3728:1, 3728:4
**totally** [9] - 3641:16, 3642:3, 3642:12, 3645:10, 3647:20, 3648:3, 3658:16,

3706:11, 3726:17
**touch** [1] - 3700:25
**track** [3] - 3647:15, 3663:13, 3664:13
**tracked** [2] - 3645:13, 3647:11
**tracking** [1] - 3722:7
**Trade** [3] - 3677:7, 3677:8, 3677:14
**trade** [12] - 3625:22, 3645:13, 3645:16, 3645:20, 3646:4, 3646:8, 3646:13, 3646:16, 3646:20, 3663:3, 3676:20, 3706:11
**traded** [1] - 3625:14
**trades** [12] - 3641:4, 3642:4, 3642:9, 3651:3, 3653:15, 3658:16, 3658:17, 3671:11, 3671:24, 3677:17, 3706:21
**trail** [1] - 3640:10
**transaction** [6] - 3645:20, 3661:14, 3661:19, 3703:3, 3705:15, 3720:5
**transactions** [14] - 3641:3, 3641:4, 3645:14, 3645:23, 3645:25, 3661:17, 3661:20, 3661:22, 3667:24, 3677:25, 3711:11, 3720:6, 3720:7, 3720:8
**transcribed** [1] - 3728:22
**TRANSCRIPT** [1] - 3621:14
**transcript** [7] - 3622:25, 3661:10, 3663:16, 3665:6, 3672:25, 3729:5, 3729:6
**transcription** [1] - 3622:25
**transferred** [14] - 3636:5, 3636:8, 3636:11, 3636:12, 3636:16, 3637:8, 3637:19, 3638:10, 3643:15, 3646:9, 3647:8, 3647:14, 3658:1, 3663:3
**treasurer** [1] - 3725:12
**treat** [1] - 3667:23
**treated** [1] - 3697:22
**treating** [2] - 3653:20,

3695:5
**Treatise** [1] - 3695:16
**treatise** [2] - 3695:18
**treatment** [1] -
3667:17
**TRIAL** [1] - 3621:14
**trial** [11] - 3623:4,
3629:20, 3630:6,
3661:10, 3698:4,
3708:25, 3724:7,
3725:5, 3725:7,
3725:8, 3727:17
**tried** [1] - 3625:11
**true** [6] - 3640:25,
3641:25, 3720:18,
3723:1, 3729:4,
3729:5
**trustee** [15] - 3621:4,
3642:21, 3649:5,
3649:9, 3650:8,
3650:13, 3650:19,
3698:22, 3699:14,
3699:21, 3700:2,
3700:25, 3701:13,
3701:17, 3701:21
**try** [2] - 3631:16,
3671:4
**trying** [5] - 3642:7,
3642:8, 3658:14,
3670:21, 3684:10
**Tuesday** [9] - 3633:2,
3634:2, 3653:3,
3660:14, 3665:18,
3678:21, 3679:23,
3720:22, 3724:11
**turn** [9] - 3657:10,
3665:3, 3669:6,
3683:2, 3695:9,
3695:15, 3712:10,
3721:18, 3724:19
**turned** [1] - 3669:4
**turning** [1] - 3673:13
**Two** [1] - 3622:4
**two** [17] - 3641:13,
3649:15, 3658:9,
3659:6, 3659:23,
3660:3, 3668:6,
3669:16, 3673:7,
3673:22, 3692:10,
3695:22, 3697:2,
3699:20, 3700:19,
3701:23, 3708:12
**two-year** [1] - 3701:23
**TX** [1] - 3622:5
**type** [1] - 3703:3
**typical** [1] - 3656:5
**typically** [2] - 3694:16,
3721:20

## U

**ultimate** [1] - 3663:13
**ultimately** [4] -
3624:24, 3637:10,
3657:12, 3663:10
**unable** [1] - 3678:20
**under** [14] - 3632:14,
3639:4, 3657:4,
3666:17, 3667:22,
3672:21, 3688:15,
3696:1, 3696:5,
3696:9, 3696:15,
3703:15, 3707:14,
3722:9
**underlying** [5] -
3646:4, 3686:7,
3686:8, 3693:10,
3693:13
**understood** [2] -
3689:15, 3698:1
**UNITED** [2] - 3621:1,
3621:15
**unless** [1] - 3627:1
**unpaid** [1] - 3642:22
**unsecured** [2] -
3625:19, 3649:10
**unusual** [1] - 3682:15
**up** [91] - 3623:25,
3625:3, 3625:7,
3626:12, 3630:22,
3633:16, 3634:4,
3635:11, 3635:25,
3636:3, 3639:22,
3640:8, 3641:24,
3642:4, 3642:12,
3643:5, 3643:6,
3643:9, 3652:7,
3655:14, 3655:18,
3657:11, 3657:25,
3660:22, 3660:25,
3661:10, 3664:25,
3665:6, 3665:7,
3666:2, 3669:22,
3671:23, 3672:3,
3672:11, 3672:20,
3673:8, 3673:13,
3673:14, 3673:20,
3673:21, 3674:12,
3675:7, 3675:17,
3678:18, 3679:8,
3682:13, 3683:15,
3683:22, 3684:8,
3684:13, 3685:4,
3685:16, 3686:23,
3687:3, 3687:5,
3688:15, 3688:20,
3689:21, 3689:22,
3690:21, 3692:5,

3693:2, 3699:17,
3700:17, 3701:10,
3703:10, 3703:19,
3704:2, 3705:5,
3706:1, 3706:22,
3707:24, 3708:3,
3708:6, 3708:7,
3708:25, 3710:14,
3712:14, 3712:24,
3714:16, 3716:9,
3716:12, 3717:20,
3718:24, 3719:16,
3720:23, 3726:21,
3728:2, 3728:9

## V

**validated** [1] -
3657:18
**value** [13] - 3647:22,
3648:17, 3649:3,
3663:22, 3671:12,
3696:3, 3696:7,
3696:14, 3696:19,
3719:21, 3726:12
**values** [1] - 3642:25
**various** [1] - 3671:12
**vast** [4] - 3657:25,
3658:4, 3721:7
**Venice** [1] - 3621:20
**version** [2] - 3684:1,
3684:4
**versus** [2] - 3623:3,
3660:17
**view** [1] - 3693:10
**viewed** [1] - 3705:22
**violating** [1] - 3666:23
**visible** [6] - 3641:21,
3644:12, 3644:18,
3645:24, 3659:12,
3681:5
**volume** [1] - 3721:21

## W

**Wacker** [1] - 3621:22
**wait** [12] - 3634:23,
3653:25, 3662:2,
3664:4, 3669:23,
3699:5, 3718:6,
3723:18
**waiting** [1] - 3642:25
**waiving** [2] - 3631:8,
3631:9
**WaMu** [4] - 3676:23,
3677:1, 3677:3,
3677:4
**wants** [2] - 3628:25,
3646:18

**warehouse** [27] -
3633:3, 3633:19,
3653:6, 3653:9,
3653:12, 3678:25,
3694:14, 3695:5,
3703:3, 3712:12,
3712:14, 3712:21,
3713:9, 3713:13,
3713:16, 3714:3,
3716:24, 3717:1,
3717:15, 3721:21,
3722:15, 3722:25,
3723:6, 3723:7,
3723:8, 3723:16,
3728:13
**Warehouse** [60] -
3633:12, 3633:16,
3634:6, 3635:19,
3635:22, 3636:21,
3636:23, 3637:8,
3638:25, 3639:4,
3639:6, 3639:13,
3640:7, 3644:4,
3645:2, 3646:9,
3647:4, 3648:1,
3648:10, 3651:9,
3651:15, 3651:16,
3651:23, 3652:8,
3652:19, 3653:1,
3653:2, 3654:8,
3654:20, 3655:2,
3655:14, 3655:24,
3660:17, 3670:5,
3670:9, 3670:17,
3670:20, 3672:1,
3672:6, 3674:23,
3680:4, 3682:7,
3692:17, 3702:25,
3713:12, 3714:23,
3715:1, 3715:8,
3715:24, 3716:13,
3716:17, 3717:9,
3717:21, 3718:3,
3719:4, 3721:11,
3721:15, 3721:21,
3724:5
**warehousing** [1] -
3634:19
**Washington** [5] -
3621:7, 3622:20,
3656:18, 3677:4,
3677:11
**water** [1] - 3632:20
**waterline** [1] -
3644:15
**Wayne** [1] - 3728:22
**web** [1] - 3631:8
**week** [4] - 3630:8,
3648:2, 3648:3,
3680:24

**Welch** [3] - 3708:15,
3708:16, 3708:18
**West** [1] - 3622:15
**WET** [1] - 3638:23
**WH** [2] - 3638:23
**whatsoever** [1] -
3647:22
**Whitaker** [1] - 3635:2
**whole** [1] - 3672:25
**WHs** [1] - 3639:6
**willing** [1] - 3629:3
**winded** [1] - 3643:2
**WITNESS** [27] -
3632:17, 3632:21,
3635:6, 3635:10,
3641:13, 3645:5,
3645:8, 3645:11,
3645:18, 3645:22,
3646:16, 3646:19,
3654:4, 3654:14,
3656:5, 3660:25,
3661:6, 3662:4,
3680:14, 3680:18,
3699:18, 3704:13,
3717:25, 3718:8,
3718:11, 3718:14,
3718:19
**witness** [2] - 3626:3,
3701:4
**word** [2] - 3666:12,
3697:4
**words** [5] - 3657:3,
3660:7, 3662:18,
3666:16, 3690:12
**works** [1] - 3630:18
**world** [4] - 3717:8,
3717:9, 3717:11,
3718:14
**worse** [6] - 3636:18,
3636:20, 3636:22,
3637:3, 3655:22,
3658:10
**worth** [3] - 3650:15,
3658:19, 3698:19
**worthless** [2] -
3624:13, 3647:20
**worthwhile** [1] -
3628:12
**wrote** [2] - 3683:3

## Y

**year** [6] - 3623:3,
3701:23, 3713:2,
3713:14, 3714:18,
3715:18
**years** [4] - 3642:24,
3656:10, 3656:11,
3714:7

**yesterday** [9] -
3637:22, 3648:20,
3649:15, 3663:17,
3682:1, 3682:22,
3684:24, 3685:15,
3726:22
**yourself** [1] - 3686:12
**yourselves** [1] -
3623:6