UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
* * * * * * * * * * * * * * * *
THE COLONIAL BANCGROUP, INC.,      )
and KEVIN O'HALLORAN, as plan      )  Case No. 2:11-cv-746-BJR
trustee,                           )
                 Plaintiffs,       )
v.                                 )
PRICEWATERHOUSECOOPERS LLP         )  March 20, 2018
and CROWE HORWATH LLP,             )  2:00 p.m.
                 Defendants.       )  Washington, D.C.
* * * * * * * * * * * * * * * *
FEDERAL DEPOSIT INSURANCE          )
CORPORATION AS RECEIVER FOR        )  Case No. 2:12-cv-957-BJR
COLONIAL BANK,                     )
                 Plaintiff,        )
v.                                 )
PRICEWATERHOUSECOOPERS LLP         )
and CROWE HORWATH LLP,             )
                 Defendants.       )  Afternoon Session
                                   )
* * * * * * * * * * * * * * * *
```

TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE BARBARA JACOBS ROTHSTEIN,
UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

FOR FEDERAL DEPOSIT INSURANCE CORPORATION:

STEPHEN SORENSEN
Thomas, Alexander, Forrester & Sorensen LLP
14 27th Avenue
Venice, CA  90291
(310) 961-2536

DAVID C. MULLIN
Mullin Hoard Brown, LLP
800 Amarillo National Plaza Two
PO Box 31656
Amarillo, TX  79120-1656
(806) 372-5050
Email:  Dmullin@mhba.com

APPEARANCES (continued):

FOR FEDERAL DEPOSIT INSURANCE CORPORATION:

LAWRENCE H. HEFTMAN
Schiff Hardin LLP
233 S. Wacker Dr # 6600
Chicago, IL 60606
(312) 258-5500
Email:  Lheftman@schiffhardin.com


FOR PRICEWATERHOUSECOOPERS LLP:

PHILIP S. BECK
MARK L. LEVINE
CHRISTOPHER D. LANDGRAFF
CHRISTOPHER R. HAGALE
NICOLAS MARTINEZ
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place, Suite 300
54 West Hubbard Street
Chicago, IL  60654
(312) 494-4440
Email: Philip.beck@bartlit-beck.com
mark.levine@bartlit-beck.com

MEREDITH MOSS
PAUL ALESSIO MEZZINA
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C.  20006-4707
(202) 626-2916
Email: Mmoss@kslaw.com
pmezzina@kslaw.com

ALSO PRESENT:   Gregory Conway, David Schillinger,
Rami Burbar, Amy Gonzales, Lori Barnicke


Court Reporter: BRYAN A. WAYNE, RPR, CRR
U.S. Courthouse, Room 4704-A
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3186


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

C O N T E N T S


<u>TESTIMONY</u>

<u>WITNESS:</u>                                                           <u>PAGE:</u>


KENNETH MALEK:  Direct Examination (Cont.)................. 3501
                Cross-Examination ........................ 3509

```
 1                    P R O C E E D I N G S

 2               (The witness resumes the stand.)

 3          THE COURT:  Good afternoon.  Whenever you're ready.

 4          MR. SORENSEN:  Thank you, Your Honor.

 5          KENNETH MALEK, WITNESS FOR THE PLAINTIFFS

 6                 DIRECT EXAMINATION (CONTINUED)

 7   BY MR. SORENSEN:

 8   Q.   Welcome back, Mr. Malek.  Before the break, we were just

 9   about to turn to calculation 3.  And this is the calculation

10   where you applied setoffs to the damages.  Were you asked to

11   account for all the recoveries that the FDIC received with

12   respect to the same damages it seeks here?

13   A.   I was.

14   Q.   And did you do that?

15   A.   I did.

16   Q.   Did you account for all recoveries received by the FDIC

17   for the same damages sought here?

18   A.   I have.

19   Q.   And where did those recoveries come from?

20   A.   Principally from the TBW bankruptcy estate.

21   Q.   Okay.  And your slide up there, we have a setoff for a

22   secured claim.  Is that one of the TBW bankruptcy claims?

23   A.   Yes, it is.

24   Q.   Okay.  And there's a setoff for unsecured claim.  Is that

25   a TBW bankruptcy claim?
```

1    A.    Yes, it is.

2    Q.    Okay.  And then there's a million dollars for the Farkas

3    restitution.  Maybe you'd just describe what that is.

4    A.    Relative to Lee Farkas, the mastermind of the fraud, the

5    Department of Justice obtained a restitution order against him.

6    And this is -- this represents the monies received by the FDIC

7    with respect -- from the Department of Justice to the extent

8    allocable to the damages.

9    Q.    And turning back to the two claims from the TBW bankruptcy,

10   how did you determine how much money the FDIC --

11            THE COURT:  Let me ask a question.  Is there any

12   dispute about the amount of these claims?

13            MR. LEVINE:  There's no dispute about the three

14   setoffs that are listed on this slide.  There's a dispute about

15   whether or not there's an additional recovery that should have

16   been made.  But in terms of the three that are listed, we don't

17   dispute that they should be recovered -- listed as recoveries or

18   setoffs.

19            THE COURT:  Does that save some time?

20            MR. SORENSEN:  That does save some time, and it also

21   raises an issue that I was going to raise at the end of

22   Mr. Malek's direct, but right now I'm going to make a motion to

23   exclude the $44.8 million that Mr. Beck showed during the

24   opening.  The -- Mr. Levine just raised -- what happened was,

25   they are now saying that the FDIC should have recovered more

1    money back in -- during the TBW bankruptcy.  This is a brand-

2    new theory of reducing damages.

3        They had Mr. Malek's report from 2016.  They took his

4    deposition.  They never ever raised the idea that the FDIC

5    should have gotten more money.  And in fact, when their own

6    expert -- he served a schedule recently.  No reference at all

7    to that.  This is completely new, Your Honor.

8        In fact, if you look at the deposition for their expert --

9    and if we could put up Professor Lein's deposition, page 162,

10   and if we could look at line 5 through 10.

11       In his deposition, he was asked, "You reviewed the

12   recoveries Mr. Malek calculated and you didn't identify any

13   additional recoveries that you thought you should have included;

14   correct?"

15       And Professor Lane said, "Correct."

16       So, for the first time, they come in here, opening

17   statement, and say, oh, there are additional recoveries that he

18   should have included.  And that's unfair -- it's unfair to the

19   FDIC and it's unfair to the witness.

20           MR. LEVINE:  Your Honor, we're not going to make this

21   argument through Mr. Malek -- through Mr. Lehn, so therefore --

22   you know, that would be the undisclosed expert opinion, and

23   we're not doing that.  We're asking questions in

24   cross-examination.  And there was money that was received, and

25   we'll establish this with Mr. Malek.  The money that was

```
 1   received was that -- Colonial had the right to a certain amount
 2   of money.  The pro rata amount allocation share is $45 million.
 3   And they said --
 4           THE COURT:  Pro rata of what?
 5           MR. LEVINE:  That's why I want to go through the
 6   witness.  It gets complicated.  It's $78 million.  But then,
 7   remember, we have the blue and the orange.  If you divide it up
 8   between the two, about $45 million is allocable to the blue
 9   amount.
10           THE COURT:  Well, that's just part of your blue --
11           MR. LEVINE:  Let me simplify it.  So there's
12   $78 million that was recovered for loans -- for mortgages that
13   were in AOT that are not taken into account by Mr. Malek's
14   calculations.  And we're saying it should be taken into account.
15       There is money that -- so what happened is that Colonial
16   said, we'll give you, TBW, this right to the $78 million in
17   exchange for us, Colonial, getting something else, some
18   legitimate COLB loans.  And our point is they got value for that
19   trade, and therefore, even though it wasn't cash, it was value
20   that turned into cash later.
21       So the -- the loans that were there got sold for
22   $78 million to others, you know, in an auction.  They were sold
23   for $78 million, and Colonial said, we'll trade you that
24   $78 million in AOT recoveries, TBW, and get something else as
25   part of a deal.  And that's okay.  You can do that.  You can
```

1    say, we'll trade you this for this.

2        The thing is what they got -- what Colonial got was a

3    legitimate COLB recovery that's not taken into account in

4    Mr. Malek's calculation.  Mr. Malek's calculation didn't include

5    that.

6        Now, we're not asking that you rule on this right now.  We

7    just want to have the ability to explore this with Mr. Malek in

8    cross-examination.  That's all.

9        MR. SORENSEN:  Your Honor, this is an alternative

10   theory of mitigation.  They had time to raise this.  They said

11   they recently discovered this?  Well, they could have asked

12   Mr. Malek years ago about this.  It's a theory of additional

13   recoveries that they now claim the FDIC should have had.  They

14   had two years to raise this, and they spring it on us right here

15   at trial.  Completely unfair.

16       MR. LEVINE:  Well, in cross-examination you're allowed

17   to cross-examine someone with the point that you didn't take

18   something into account.  That's basic cross-examination.  We

19   don't have to do it affirmatively through our expert.

20       Obviously, you know, if we -- if someone had come up with

21   it before Mr. Lane came out with his report, then we would have

22   done that.  Actually, what happened, to be honest, is

23   Mr. Heftman there asked some questions about a different

24   argument that Mr. Lehn was making that, after the deposition,

25   after reports were all in, gave rise to -- looking at all this,

1   and we discovered there's this issue.  So we're going to raise

2   the issue with Mr. Malek.  This is what you do in

3   cross-examination.  You can confront witnesses, saying, you

4   didn't take something into account.

5          MR. SORENSEN:  Not with new theories.  This is a

6   brand-new theory.  Your Honor, we -- in the past few days, we

7   came up with alternative theories of damages, and it would be

8   wrong for us to put them on.  This is just an alternative theory

9   of reducing damages.  They had a chance to ask Mr. Malek about

10  it.  Apparently, they didn't discover it until just recently,

11  but it's unfair for them to present it at this point.

12         MR. LEVINE:  There's a big difference, which is the

13  FDIC has the burden of proof on this, on damages.  So --

14         MR. BECK:  There's another difference, Your Honor,

15  and that is you don't even have to take a man's deposition.

16  You can just read his report and cross-examine him at trial

17  about mistakes that he made in it.  And if you think he made a

18  mistake, you don't have to alert him to that in a deposition.

19         MR. SORENSEN:  And the burden of proof here on

20  mitigation is on the defendant; it's not on the plaintiff.

21         MR. LEVINE:  And this isn't a mitigation argument.

22  This is an argument there was a recovery.  There was a recovery

23  of value that wasn't taken into account by Mr. Malek, and we're

24  going to ask questions about that.

25         MR. SORENSEN:  That is a mitigation theory.  They're

1     saying the FDIC should have gotten more money than they got,

2     more --

3               THE COURT:  All right.  Give me some time to think

4     about this.  Why don't you continue with your direct, and we'll

5     go from there.

6               MR. SORENSEN:  Thank you, Your Honor.

7     BY MR. SORENSEN:

8     Q.   Mr. Malek, let's go back to calculation3 --

9               THE COURT:  And that's the last time I'm going to

10    suggest a way to save time.

11         (Laughter)

12              MR. SORENSEN:  Okay.  I'm sorry, Your Honor.  And

13    we're done.

14    BY MR. SORENSEN:

15    Q.   So what were the amounts of the setoffs that you applied?

16    A.   $254 million.

17    Q.   Okay.  And after those setoffs, what are the damages that

18    the FDIC suffered as a result of PwC's negligent 2003 audit?

19    A.   $625 million, which is the actual amount of damages,

20    879 million, reduced by the allocable recoveries.

21    Q.   Okay.  And in doing your damages calculation, did you

22    consider the effect of the declining mortgage market or the

23    declining economy?

24    A.   I did.

25    Q.   And did you make any adjustments to your damages to reflect

1   that?

2   A.   It would have been wrong to adjust the damages because

3   these are fraud losses, not losses attributable to the economy.

4   Q.   And could you explain a little bit further why fraud

5   losses -- why it's not appropriate to address market changes for

6   fraud losses?

7   A.   Yes.   PwC not only failed to discover the fraud in the 2003

8   audit, that failure continued all the way through bank close.

9   By reason of the fraud remaining hidden, by reason of the

10  negligent audits, the bank was not in a position to know that it

11  had this impaired collateral to sell and, therefore, was not in

12  a position to avoid some of these losses should some of these

13  loans have had a more favorable economy at earlier points in

14  time.

15  Q.   And if PwC had done a proper audit in 2003 and the fraud

16  had been uncovered, would there ever have been additional Plan B

17  loans on the COLB?

18  A.   No.

19  Q.   Would there ever have been additional junk loans on the

20  COLB?

21  A.   No.

22  Q.   What about Plan B on the AOT?

23  A.   No.

24  Q.   Junk loans on the AOT?

25  A.   No.

1    Q.    Okay.  Would there ever have been a secret set of books?

2    A.    No.

3    Q.    And so after accounting for all the reductions and setoffs,

4    what are the amount of the FDIC's damages?

5    A.    $625 million.

6            MR. SORENSEN:  Pass the witness.

7            MR. LEVINE:  Your Honor, it's going to take a moment

8    to get him the binders, put up a board, et cetera.

9            THE COURT:  Sure.

10            Counsel, let me ask you, is part of your concern about

11   their raising the 78 million that you and your expert haven't

12   had a chance to talk about it?

13            MR. SORENSEN:  That's certainly part of it, yes.

14   Presented for the first time.

15            THE COURT:  Well, let me ask, how long is the cross

16   going to be before you get to the 78 million?

17            MR. BECK:  It's going to last overnight, so

18   Mr. Levine, depending on how Your Honor wants to do it, could

19   either raise those things today and they could talk about it

20   overnight, or raise it tomorrow after they've had a chance to

21   talk.

22            THE COURT:  Okay.  Don't raise it today.

23                         CROSS-EXAMINATION

24   BY MR. LEVINE:

25   Q.    Mr. Malek, good afternoon.

1    A.    Good afternoon, sir.

2    Q.    So we have two big binders in front of you.  You're free to

3    look at documents as I pull them up, although I'm going to pull

4    them up on the screen there, and it's really there in case you

5    want to look at it, but that's up to you.

6              THE COURT:  Is it coming up on your screen when they

7    put it on that screen?

8              THE WITNESS:  Yes, it is, Your Honor.

9              THE COURT:  He'll have it in front of him.

10   BY MR. LEVINE:

11   Q.    All right.  So Mr. Malek, let's start off with some basics.

12   You were hired in 2016.  Is that right?

13   A.    Yes, sir.

14   Q.    And was your assignment in this case to figure out the

15   economic damages to Colonial Bank of auditors not detecting the

16   fraud?

17   A.    Yes, sir, it was.

18   Q.    And were you asked to assume that Crowe -- by the way,

19   you're the damages expert in both the PwC case and the Crowe

20   case.  Is that right?

21   A.    I am.

22   Q.    Were you asked to assume that Crowe and PwC engaged in

23   wrongful conduct that caused the losses to Colonial identified

24   in your report?

25   A.    Yes.

1   Q.   And were you asked to assume, in your computation of

2   damages, that the FDIC prevails at trial on its theories of

3   liability and causation?

4   A.   I was asked to assume that they prevailed on those

5   theories, and what I meant by causation was that there was a

6   negligent audit, and a negligent audit would have failed to

7   discover the fraud.

8   Q.   Well, what you said in your report was just that the -- you

9   were asked to assume for your computation of damages that the

10  FDIC prevails on liability and causation without that qualifier.

11  Correct?  Let's put up -- I'm going to put up your report.

12            THE COURT:  What qualifier are you talking about?

13  BY MR. LEVINE:

14  Q.   Let's -- I'll put up your report.  I'll put it up on the

15  screen.  And the footnote 1 here, this is your second -- you

16  had two reports in this case?

17  A.   That's correct, sir.

18  Q.   And what you said is, "I have been asked to assume in my

19  computation of damages that the FDIC prevails at trial on its

20  theories of liability and causation and that PwC and Crowe

21  engaged in wrongful conduct that caused the losses to the FDIC

22  that I am measuring."

23            Is that what you said in your report?

24  A.   That is what I said in my report.

25  Q.   And in both of your reports -- you said that in your

1   earlier report, too, almost word for word, didn't you?

2   A.   I did.

3   Q.   And in each of your reports, what you said is that you

4   didn't address causation issues or whether PwC's actions were

5   consistent with professional auditing and accounting standards.

6   Correct?

7   A.   I said that PwC was -- I was not addressing PwC's audit

8   and whether it was consistent with generally accepted auditing

9   standards.  By causation here -- and I'm not an attorney; I know

10  causation has a complicated meaning -- I was meaning whether the

11  noncompliant audit caused the inability to discover the fraud.

12  Q.   Well, let's look at the first part --

13  A.   And I --

14  Q.   I'm sorry.

15  A.   I'm sorry.  And I addressed, you know, some -- the impact

16  of the economy, the impact of the actions of the fraudsters as

17  it related to the computation of damages and whether those

18  damages naturally followed from those actions as a fraud loss in

19  many pages of both my affirmative report and my rebuttal report.

20  Q.   But what you said in the -- footnote 1 on the first page of

21  your rebuttal report is that neither report -- and that's

22  neither of your expert reports.  Right?

23  A.   Correct.

24  Q.   Neither report addresses causation issues.  That's what you

25  said.  Right?

1    A.   That is what I said, sir.

2    Q.   And you also said that the issues of liability and

3    causation were addressed by other experts.  Right?

4    A.   I did say that, and I'll repeat just briefly that there

5    were a number of causation-related issues raised on rebuttal of

6    my affirmative report, and I addressed them in many pages of my

7    rebuttal report.

8    Q.   Well, you know in the liability trial we had here, the FDIC

9    called Mr. Carmichael as its audit expert.  Right?

10            THE COURT:  Mr. Levine, what's the exhibit number on

11   this?

12            MR. LEVINE:  This is Mr. Malek's report, so it's not

13   an exhibit; it's just being used for impeachment.

14            THE COURT:  Okay.

15            MR. LEVINE:  This one is actually -- he has two

16   reports.  This is his second report.

17   BY MR. LEVINE:

18   Q.   So you know that Professor Carmichael was the FDIC's audit

19   expert in the liability trial.  Correct?

20   A.   I'm aware of that.

21   Q.   Have you read the -- any transcripts from the liability

22   trial?

23   A.   Not to my recollection.

24   Q.   So you know there was a four-week liability trial in the

25   fall.  Right?

1    A.   I know it carried on for a number of weeks starting on or

2    about September 25.  I don't know the exact start date and end

3    date.

4    Q.   Okay.  In the fall.  That's all I said.  And you didn't

5    read a single page of any of the transcripts of that liability

6    trial when you're coming in here as the damages expert?

7    A.   I read this Court's order dated December 28, 2017.

8    Q.   Okay.  And we'll get -- we'll get to that shortly.  You

9    also know that the FDIC had a causation expert, didn't they?

10   A.   I'm not aware of exactly which experts testified at trial

11   on behalf of the FDIC other than Mr. Carmichael.

12   Q.   I'm actually --

13           THE COURT:  Where are you going with this?

14           MR. LEVINE:  Where I'm going with it, Your Honor, is

15   that he's a damages expert, not a liability or causation expert.

16           THE COURT:  I get that.

17           MR. LEVINE:  Okay.

18   BY MR. LEVINE:

19   Q.   And let me just briefly ask, do you remember the name

20   Harry Potter?

21   A.   I do.

22   Q.   Was Harry Potter the causation expert that the FDIC had

23   that they didn't call at trial?

24           THE COURT:  If he remembers or doesn't remember, how

25   is this going to affect the amount of the damages, Mr. Levine?

1    Let's get to the issues here.  Okay?

2              MR. LEVINE:  Fair enough.

3    BY MR. LEVINE:

4    Q.   Now, you discussed -- and I'm going to put up one of the

5    slides that you used in direct examination with Mr. Sorensen.

6    This is the slide entitled, "If PwC does its job, the fraud

7    stops."  Do you recall going through that with Mr. Sorensen?

8    A.   I do.

9    Q.   And what would have happened if PwC, in your words, did its

10   job, that's something that relates to causation, isn't it?

11   A.   I don't know.  Causation has a -- sometimes a fairly

12   complicated legal definition.  I only know that this particular

13   construct that's illustrated by this picture presentation was

14   present in both my affirmative report and my rebuttal report.

15   Q.   By the construct, you mean the idea, not the actual

16   cartoons.  Right?

17   A.   Correct.

18   Q.   You discussed in your direct examination that you looked at

19   what happened compared to the but-for world.  Is that right?

20   A.   Yes, sir.

21   Q.   What the but-for world -- like but for causation?

22   A.   I think my but-for computation isolated the impact of the

23   fraud.

24   Q.   Well, let me ask you this:  Are you familiar with something

25   called the AICPA practice aid 6-4?

1   A.   Yes.

2   Q.   What's that?

3   A.   It is the American Institute of CPAs' guidance on computing

4   damages for lost profits.

5   Q.   Is this AICPA practice guide, was that something that you

6   found to be applicable to your calculations of damages in this

7   case?

8   A.   I employed it for general guidance because it provides

9   information on a but-for world and isolating the impact of

10   harmful conduct.

11   Q.   Okay.  And is this AICPA practice guide a regular source of

12   reference that damages professionals consult in conjunction with

13   their own professional judgment to inform opinions on damages?

14   A.   Many of them do, and I do.

15   Q.   I'm going to pull up D-2431.  Is this the AICPA practice

16   aid 06-4 that you found applicable to your calculations of

17   damages in this case?

18   A.   Yes, sir.  I cited it in my affirmative report.

19   Q.   Let's look at page 21 of this -- actually, it's page 19.

20   It's the 21st PDF page, but it's page 19 on the bottom.  And

21   there's a reference there to causation.

22        And by the way, this report -- or this AICPA practice guide

23   on lost profits, but -- even though we're talking about fraud

24   losses here, you found it to be applicable and relevant.  Right?

25   A.   I found some of it to be helpful for general guidance

1    purposes.

2    Q.   And on paragraph 39, it says that, "The damages for lost

3    profits are recoverable only if the breach or wrongful act by

4    the defendant was the proximate cause of the loss."  It goes on

5    to say, "In other words, there must be a link between the

6    wrongful act and the resulting damages."

7         Is that what it says in the AICPA practice guide that you

8    relied on?

9    A.   You have read it correctly.

10   Q.   And does it also say, right below that, that -- the idea of

11   but for the breach no damages would have been occurred, that

12   transaction causation, that alone is inadequate to demonstrate

13   proximate cause?

14   A.   I agree again that you've read the guidance correctly.

15   Q.   But here, you know, while you looked at the practice aid

16   for guidance, because you weren't serving as a causation expert,

17   you looked at it for guidance in your damages calculations.

18   Correct?

19   A.   I looked at it for guidance in determining that if PwC had

20   performed a non-negligent audit and discovered the fraud, that

21   none of the future Plan B AOT transaction, COLB Plan B

22   transactions, junk loan dumping and junk loan AOT transactions

23   would have happened.  And I believed, from my review of the

24   financial records and the other investigation I performed, that

25   the harm from that stealing on those four categories of

1   transactions was a direct result of the failure to conduct an

2   audit that discovered the fraud.

3        That's apparent in my both affirmative report and my

4   rebuttal report.

5   Q.   Paragraph 41 of this page, page 19 of the AICPA practice

6   aid that you relied on says, "The plaintiff must prove that

7   their loss is related to the breach or wrongful act."

8        Do you see that?

9   A.   I see that.  And if a fraud is failed to be discovered,

10  then it is a natural and expected consequence that the

11  fraudsters would continue to steal, especially given that TBW

12  had such an insatiable appetite for cash because it was running

13  such large losses.

14  Q.   That wasn't my question, though.  My question was just, you

15  see that you have to show that the losses related the wrongful

16  act.  Right?

17  A.   I see that.

18  Q.   And what you did here in your general methodology of

19  damages is you looked at certain losses, and you calculated what

20  the fraud losses were that arose after the date a proper audit

21  would have stopped the fraud.  Right?

22  A.   Yes, sir.  That's what I did.

23  Q.   And your computation of fraud losses required identifying

24  and measuring the cash outflows from what you call different

25  parts of the TBW fraud scheme.  Is that right?

1   A.   That is correct.

2   Q.   And if something wasn't part of the fraud, then it wasn't

3   included as a fraud loss in your damages calculation.  Right?

4   A.   That is correct.  The four categories of transactions that

5   I've described -- I'm sorry -- sweeping transactions, COLB

6   Plan B, AOT Plan B, junk AOT, and in my original report, before

7   I learned that it was not a recoverable loss, ship not paid,

8   were all included as stealing that wouldn't have occurred had

9   the -- a proper audit discovered the fraud.

10   Q.   We'll get to the categories in a second, maybe 30 seconds.

11   But the question is just if something is not part of the fraud,

12   under your damages methodology, do you agree that it wouldn't be

13   included as the fraud loss?

14         THE COURT:  I think it's a confusing question.

15   I don't understand it.

16         MR. LEVINE:  Maybe it's a tautology, but I'm trying

17   to --

18   BY MR. LEVINE:

19   Q.   If you have something that's legitimate, it's not part of

20   the fraud loss as you calculated it.  Right?

21   A.   I don't think any of these transactions were legitimate.

22   Q.   I know you don't.  I'm just asking --

23   A.   I think there's a --

24   Q.   I'm just asking about your method --

25   A.   -- relationship -- well, I'm trying, sir, of answer your

1  question.  You're trying to say that I think these are

2  legitimate, and I think the entire TBW relationship was

3  illegitimate because they stole, during the period of the fraud,

4  $2.473 million, and they only gave back $365 million as net

5  interest income.  I would call that entirely illegitimate.

6  Q.   So you're saying that every single transaction with TBW

7  from February 25, 2004 to bank close in 2009 was illegitimate?

8  A.   I believe the entire relationship was illegitimate.

9  Q.   And you're saying that every single transaction was

10  fraudulent.  Is that what you're saying?

11  A.   No.  I only count it as fraud losses that are part of the

12  damages, sir, those fraudulent transactions that resulted in a

13  cash loss to the FDIC.

14  Q.   Okay.  And if something wasn't a fraudulent transaction,

15  you didn't include it as a fraud loss.  Right?

16  A.   Not necessarily.  I think there were fraudulent

17  transactions.  For example, every single loan that was hidden in

18  the secret set of books I believe was a fraudulent transaction.

19  However, as to some of those transactions, those loans were

20  removed from the loan accounts of Colonial Bank, and Colonial

21  didn't suffer a loss.  Therefore, as to those transactions, even

22  though they were fraudulent, I did not compute and include in my

23  damages.

24  Q.   Is there a single transaction that Colonial had with TBW

25  where a loss was suffered that you viewed as not a fraudulent

1  transaction?  Was every single one fraudulent if there was a

2  loss?

3  　　　　　THE COURT:  Say that again.

4  BY MR. LEVINE:

5  Q.   If there was a loss that was suffered on some mortgage that

6  Colonial got from TBW, is it your view that, by definition, it

7  was fraudulent?  Or by your definition.

8  A.   That was outside the scope of my investigation.  My

9  investigation was limited to identifying sweeping fraud

10  transactions that are prior to the effective date of our damages

11  period, COLB Plan B totally fake transactions -- those were

12  clearly fraudulent -- AOT Plan B totally fake transactions, and

13  junk AOT transactions that we've described.

14  　　　As to the junk AOT transactions that were fraudulent, I did

15  not include all of them in the damages.  Why?  Because some of

16  those transactions left the books without a loss to the FDIC.

17  Q.   Okay.  And if it left the books without a loss to the FDIC,

18  then -- or to Colonial, then you didn't include it as a fraud

19  loss.  Right?

20  　　　　　THE COURT:  Didn't include it as a loss, period.

21  　　　　　MR. LEVINE:  Any kind of loss.

22  　　　　　THE COURT:  He said that.  Twice.

23  BY MR. LEVINE:

24  Q.   So let's talk about the different categories.  Sweeping, by

25  the way -- you mentioned -- sweeping all occurred before

1    February 25, 2004.  Right?

2    A.    Yes, sir, it did.  It was -- it was rolled into plan --

3    Q.    COLB Plan B?

4    A.    COLB Plan B --

5    Q.    All right.  So I'm going to go over to the board here --

6    A.    -- in December 2003.

7    Q.    All right.  So I'm going to go over to the board here that

8    Mr. Beck had in opening which is -- it's on the bottom right.

9    It's PwC damages demonstrative 2.  And it's the one that's --

10   you can see there's a tree here with the total number on the top

11   and then three different categories beneath it.  Right?

12   A.    I see that.

13   Q.    And I'm saying this partially -- I know the judge can see

14   the board, but partially so Heather knows which board I'm

15   showing.

16         And the top number here, the over $1.4 million of mortgages

17   in AOT, that number comes from you.  Right?

18   A.    Yes, sir, it does.

19   Q.    And then Mr. Beck had three different categories here.  The

20   Plan B fake mortgages is in red.  Right?

21   A.    May I modify that?  My understanding is that as to Plan B

22   transactions, there were never in AOT any mortgages associated

23   with those transactions.

24   Q.    Right.

25   A.    The trades were fake.  So I think the word "mortgages in"

1    doesn't belong in that caption.

2    Q.   Okay.  But they were -- the Plan B loans, the so-called

3    loans, were all fake.  Right?  That's the whole idea of Plan B;

4    it was fake.

5    A.   No.  The trades were fake.  There were no underlying

6    mortgages.

7    Q.   Okay.

8    A.   That was part of -- the feature of the ProMerit database

9    that it didn't track underlying mortgages.

10   Q.   All right.  So you're --

11   A.   There were no mortgages under --

12   Q.   You're disputing --

13   A.   -- Plan B.

14   Q.   You don't like the wording, but you agree that the Plan B

15   stuff in AOT is about -- at bank close was about $495 million.

16   Correct?

17   A.   I don't mean to be difficult.  I just don't know where

18   you're going with your question.  So I want everything that's

19   on the chart to be accurate.

20   Q.   Okay.  Then -- there's also different of -- what you call

21   junk loans.  Right?

22   A.   Yes, sir.

23   Q.   And the junk loans, Mr. Beck had two different categories.

24   The orange is junk loans that were acquired directly on to AOT.

25   Do you see that?

1    A.    Yes, sir.

2    Q.    And there were some of those things, weren't there?

3    A.    Yes.  The greater proportion of them were.

4    Q.    Okay.  And then there's also, shown in blue, junk loans or

5    mortgages that were moved to AOT from other facilities, COLB and

6    Warehouse and Overline.  Correct?

7    A.    Yes.  And if I might clarify, with respect to that $415

8    million number, you'll recall that roughly 15 million of that

9    predated February 25, 2004.

10   Q.    Sure.

11   A.    So that would be a footnote I would add, given that I

12   don't know where you're going with your questioning.  I did

13   not include 15 million of that $415 million in my damages.

14   Q.    Okay.  Well, actually, the $1.473 million in total

15   mortgages here, that's your number before subtracting out the

16   pre-February 2005 losses.  Correct?

17   A.    Of $229 million.  You are correct.

18   Q.    Right.  So in terms of what makes up your number of the

19   $1.473 million in mortgages, you agree that the three categories

20   in blue, although I know you don't like the wording of the one

21   in red, the three categories in blue, orange, and red represent

22   the three categories of mortgages that were in AOT at bank

23   close.  Is that right?

24   A.    Three categories of mortgages and fake trades.

25   Q.    At bank close.

1    A.    Yes.

2    Q.    And you calculated that the junk loans together, the orange

3    and the blue, when you put them together, it was about $978

4    million.  Is that right?

5    A.    Yes, sir.

6    Q.    And I can go through a lot of tables with you, and schedules,

7    but I'll try to see if we can save some time.

8          Do you agree with the numbers that are shown in this board

9    for what's in orange and what's in blue -- we already talked

10   about the red -- that the mortgages, the real or junk mortgages

11   that went directly on to AOT were about $562 million, and the

12   mortgages that moved to AOT from other facilities was about $415

13   million?

14   A.    Yes, sir.

15   Q.    Okay.  That saved some time.

16         Mr. Beck raised a good point with me.  I'm putting up

17   one of the demonstratives that you looked at with Mr. Sorensen,

18   entitled, "PwC's negligence enabled fraud to continue."

19         Do you see that?

20   A.    I do.

21   Q.    And if you look at what's listed on the left there next to

22   the two fraudsters, it says, "Fake Loans."  Right?

23   A.    Yes, sir.

24   Q.    Is that referring to the fake mortgages?

25   A.    That's primarily referring to the COLB Plan B line of the

fraud.  However, as we found out from testimony and from records

and the analysis by the TBW bankruptcy trustee, some of the junk

loans, in fact, were largely fake and ended up being of no value

at bank close whatsoever to anyone.

Q.   So are the fake loans referring at all to the COLB or AOT

fake mortgages?

A.   By fake loans here I meant the fake loans that were COLB

Plan B, and I also mean the portion of junk loans that were

totally fake --

Q.   It's actually a separate --

A.   -- and there was a portion of that.

Q.   There's actually a separate category on the right for junk

loans there, isn't there?

        THE COURT:  Do you want me to help make this

distinction?  Because it seems that it's been made.  He's

talking -- by fake loans -- and tell me if I'm wrong -- he means

loans that never -- didn't exist.  You know, like in Plan B,

there just weren't any.  But there were also some loans like

that in the AOT facility.

        MR. LEVINE:  Sure.

        THE COURT:  Okay?

        MR. LEVINE:  That's my point.

        THE COURT:  He said that.  Okay?

        MR. LEVINE:  All right.

        THE COURT:  Am I right?  Isn't that what you just

1    said?

2              THE WITNESS:  Yes, Your Honor.

3    BY MR. LEVINE:

4    Q.   Without quibbling more about the language of what's in red,

5    I just want to make sure you agree what's shown in red, orange

6    and blue on the line beneath the purple mortgages in AOT, you

7    agree with the amounts, and then we'll move on.

8    A.   Yes.

9    Q.   Okay.  And as you heard in opening statements, the issue

10   here that we're arguing about is whether the stuff in blue that

11   moved from COLB and Warehouse and Overline at some point later

12   to AOT, the $415 million, should be included as a fraud loss.

13   You understand that from listening to the counsel.  Correct?

14   A.   Yes.  And I haven't seen this previously, so I'm a little

15   troubled by the word "real" because again some of these loans

16   had real borrowers, some of them didn't have real borrowers.

17   They were all loans in the orange category and the blue category

18   on your chart that were ineligible and not permitted on the COLB

19   and the Warehouse line.

20   Q.   Actually, when you described --

21   A.   And so "real" may be a bit of a misnomer here.  They were

22   certainly all illegitimate as to Colonial.

23   Q.   Well, we'll get to that.  But I don't want to quibble about

24   "real," but as long as you brought it up, you said in your

25   report that these junk loans had actual borrowers.  You said

1    they had some actual borrowers, now they're not actual

2    borrowers.  You said they had actual borrowers.

3               THE COURT:  Some of them did.

4    BY MR. LEVINE:

5    Q.   Well, for the junk loans, they all had actual borrowers,

6    didn't they?  Not the stuff in red, but the stuff in blue that

7    came from COLB or Warehouse or Overline, that all had actual

8    borrowers, didn't they?

9    A.   They had borrowers named in the documents, unlike the AOT

10   Plan B where there were no loans whatsoever associated with the

11   trade.  It was just a fake trade certificate that they used to

12   steal millions of dollars.

13   Q.   Right.  But I'm talking about what came from COLB and

14   Warehouse -- I'm not talking about what went directly on to AOT

15   in orange or the fake stuff in red.  I'm talking about the blue

16   stuff.  That's what we're focusing on here.  It came from COLB

17   or the Warehouse facility or the Overline facility.  That's

18   what's shown in blue.  Right?

19   A.   Some of those had real borrowers.  If you look at Exhibit 4

20   to my rebuttal report, you'll see that a lot of them had serious

21   problems, including being in foreclosure, REO status, a loan

22   that may have, you know, never been made to a legitimate party

23   who made any payments.  I would characterize those as not having

24   real borrowers.

25   Q.   So actually -- let's talk about that.  You mentioned REO.

1   REO means real estate owned.  Is that right?

2   A.   Yes.  I'm sorry for using the acronym.

3   Q.   And that's something that's in foreclosure.  Is that right?

4   A.   REO is really when foreclosure has been completed such that

5   all the lender has for pursuit of recovery is typically an empty

6   piece of property.

7   Q.   So what's shown in schedule 4 of your rebuttal report is

8   something you called an exception report.  Right?

9   A.   Yes, sir.

10  Q.   And it looked through and saw what was said about each of

11  those loans that's listed in the $415 million in blue.  Right?

12  A.   Correct.

13  Q.   And it did that based on -- some of the fields in that

14  report come from the Colonial ProMerit database.  Right?

15  A.   Some of them do.  Most of the exceptions I believe come

16  from the TBW database.  They had a rules database that was part

17  of their servicing system, and it was that system that had

18  fields populated saying things like, do not sell per Lee Farkas.

19  Q.   But the discussion of what the particular issue was is done

20  in what was on the ProMerit database.  Right?

21       I'm putting up F-4100.  It's several hundred pages long,

22  and I've blown up a part of it and made it about as big as I

23  can.  I'll try to do it even bigger if I can, but you see that

24  there's a section there on ProMerit, right above some

25  discussion.  Right?

1    A.   I do, and to the left on this page is the TBW portion of

2    the discussion, which is the part that was -- they were both

3    important for my purposes, but I think the TBW records showing

4    that, at the time they dumped these loans on Colonial, they had

5    express fields noted in their loan servicing system that in

6    effect said, don't sell this to WAMU, don't sell this to Credit

7    Suisse First Boston, but we can dump this on Colonial because

8    Colonial is caught up in this dumping fraud.

9    Q.   Actually, what's shown on the left -- you see I have,

10    on the right here, document exceptions where you have specific

11    things listed.  And that's coming -- that field is from

12    ProMerit; in other words, that's Colonial.  Right?

13    A.   Yes.

14    Q.   And on the left you have the loan ID from the AOT offline

15    database active at close.  That's something that came from

16    people that worked for you.  Right?

17    A.   Yes, it is.

18    Q.   And then you have rolled back per schedule 4.9.  That's

19    something that came from people that worked for you, talking

20    about your schedule 4.9 in your report, isn't it?

21    A.   It is.

22    Q.   And inception or outset of loan problem, with an X mark

23    next to some of them, that's something that came from people who

24    worked for you at your firm when they indicated where they

25    thought there was an exception that indicated a problem at

1   inception.  Right?

2   A.    Yes.

3   Q.    Okay.  Now, let's go back to where we were, which was I

4   was asking you about the borrowers.  And if something goes into

5   foreclosure, that means that there was a borrower, but then it's

6   gone to foreclosure.  Right?

7   A.    If it's gone into foreclosure after the point in time it

8   was dumped on Colonial as part of the fraud, then the answer is

9   yes.

10  Q.    And for other loans in the blue, the 415 million that came

11  from COLB and Warehouse, there were actual borrowers at the time

12  that it was put on to COLB, Warehouse or Overline.  Right?

13  A.    I believe in some cases there were, and in other cases

14  there weren't.

15  Q.    Have you had any schedule that identifies which cases had

16  actual borrowers and which didn't?

17  A.    I have the evidence in this exception report which includes

18  both information from the TBW rules base and from ProMerit

19  indicating those loans that have types of exceptions that would

20  have been present at the time the loans were fraudulently dumped

21  onto the books of Colonial.

22  Q.    Just because there's an issue with the loan or the loan is

23  impaired doesn't mean that there's not an actual borrower, does

24  it?

25  A.    No, but you have to look at the entire fabric of the fraud.

1    The fraudsters said they were dumping.  The fraudsters took

2    these loans as soon as they built up to a certain level and then

3    hid them in the secret offline database that was just maintained

4    by Teresa Kelly.  The fraudsters didn't return the loans to TBW

5    for a full refund.  The loans were never sold.  The only loans

6    I've ever counted as part of the damages in this case are those

7    that ultimately resulted in a loss to the FDIC.

8        And lastly, as the last piece of evidence, we have this

9    piece of paper that, for a significant portion of those loans,

10   thousands and thousands of them, shows exceptions of the type,

11   documented in this TBW database, that would have existed at the

12   time of the --

13   Q.   When --

14   A.   I've got just one or two more sentences, if you'll bear

15   with me.  -- that would have existed at the time of the dumping.

16   A lot of the fields in this database were blank, but those that

17   weren't blank showed that there were problems at the time of

18   dumping.

19       And lastly, as to the remainder, there were significant

20   indications that for loans not on this report there were

21   illogical dates, spreads between funding the closing table and

22   when they went on Colonial's books that showed that there had

23   been rejections of these loans by other institutions.

24   Q.   When you talk about illogical dates, the illogical dates

25   that came up in the liability trial was dates between when the

1   loan was originated and when the loan first came to Colonial.

2   Right?

3   A.   Yes, sir.

4   Q.   And that was used to indicate whether the loans that were

5   on COLB were Plan B COLB or fake.  Right?

6   A.   Correct.

7   Q.   And whether or not they're illogical dates had nothing to

8   do with how long a loan has aged after it's come to the Colonial

9   facility.  Correct?

10       We can go through the testimony if you want.

11            THE COURT:  Wait.

12            THE WITNESS:  I -- I agree with that.

13   BY MR. LEVINE:

14   Q.   Okay.

15   A.   The aging after a loan goes on one of the Colonial

16   facilities is a symptom of the fraud.  So fraudulent loans,

17   because they can't be sold to third parties, will age a long

18   time.  It's a symptom of the fraud.  But it is true that

19   nonfraudulent loans could have aging.

20   Q.   Okay.  Thank you.  That answers a different question I had,

21   but back to my question, the illogical dates that you were

22   talking about between the date that the mortgage is originated

23   and the date that it comes to Colonial, has nothing to do with

24   how long it's aged after it's come to Colonial.  Correct?

25   A.   I don't think I can agree with that because --

1    Q.   All right.  So you're saying that --

2    A.   -- if a loan is -- if a loan is a legitimate loan that was

3    not part of the fraud, it might age for a long time and it might

4    get cleared up.

5         If, however, it's a fraudulent loan that's of the type that

6    the fraudsters know is unsalable to another bank or has already

7    been rejected by another bank, then likely that loan will age

8    for a long time after it's dumped on Colonial's books.

9    Q.   That's not what --

10   A.   I'm sorry.

11   Q.   That's not what I'm asking about at all.

12   A.   I thought I heard that.  I apologize.

13   Q.   No.  I'm saying the time between when a loan is first

14   originated and the time that it comes to Colonial doesn't tell

15   you how long it's aged after it's come to Colonial.  Correct?

16             THE COURT:  Say that again.

17   BY MR. LEVINE:

18   Q.   Just because it takes a long time for a loan -- or you have

19   an illogical date for a Plan B or fake COLB loan between the

20   time that it is originated and the time it comes to Colonial

21   doesn't tell you what happens after some loan comes to Colonial;

22   in other words, the aging of the loan is something different

23   from the illogical date, isn't it?

24   A.   I think there is a relationship between the two.  That's

25   what I've been trying to tell you.  A fraudulent loan likely

will age for a long, long time, whereas a legitimate loan that's

aged, well, maybe they'll find the power of attorney that's

missing, maybe they'll find the signed mortgage note that's

missing.  I didn't count any of those loans that went off the

books as part of the damages because they didn't result in a

loss to Colonial.

The other area where we're not communicating -- and

hopefully this will help me answer the question, you know, that

you think you want an answer to -- is that in the exhibit that

was presented to the Court with the illogical dates on Plan B,

there were also illogical dates indicating junk loans.  And some

of those very junk loans continued to exist and became part of

the $978.5 million.

Q.    All right.  As long as you've talked about what the Court

was looking at on the illogical dates, I'm going to put it up.

First thing is -- I'm going to put up trial testimony page 422.

And this is Mr. Carmichael's testimony, lines 7 through 12.

He was asked if he looked at the loan listing in Pw's work

papers -- A-300 is the exhibit.  And he said he did, and he said

he noticed some red flags.

And let's look then at the -- what was put up, the slide,

about that, which was right here.  There's a slide -- this was

something that Colonial put up during the liability trial on

illogical dates, and it's Exhibit A-300 at page -- it's the 29th

page of document.  And you see that the way it was described

1    there, the point that was being made is that 50 percent of

2    the TBW loans -- this is on COLB -- are fake.  Right?

3    A.   Yes, sir.

4    Q.   And the fake loans, that's the stuff that is -- well, the

5    fake COLB was -- were loans that didn't really exist.  Right?

6    A.   Yes, sir.

7    Q.   And that was moved in 2005 to the Plan B AOT.  Correct?

8    A.   Yes.

9    Q.   All right.  And then Mr. Carmichael referred to the dates

10   on page 423 of the trial transcript.  And he says -- I'm sorry.

11   I have the wrong page here.  He says, on line 5, "An auditor

12   looking at this list, what should jump out is the considerable

13   lapse of time between the mortgage origination date and the

14   Warehouse date, which means -- that means when Colonial funded

15   the loan."  Do you see that?

16   A.   I do.

17   Q.   And then let's look at the FDIC demonstrative on that.

18   And the FDIC demonstrative here -- and this is the same page,

19   page 29 -- it highlighted some columns in yellow and some

20   columns in blue.  Do you see that?

21   A.   Yes, I do.

22   Q.   And the next demonstrative that the FDIC showed was a

23   blowup of that that makes it bigger and, therefore, easier to

24   read.  Do you see that?

25   A.   I do.

1    Q.   And you see that the column in yellow, that's the date of

2    the mortgage.  Correct?

3    A.   I see that.

4    Q.   And the column in blue, that's the date of the Warehouse --

5    Warehouse date.  Is that what WH stands for?

6    A.   Yes.

7    Q.   And does that mean when it came in to Colonial?

8    A.   Yes.  So the mortgage Warehouse date would be

9    contemporaneous with when the borrower, the homeowner, showed

10   up to sign documents at the closing table, and a financial

11   institution needed to wire money there -- right? -- in a

12   legitimate loan.

13   Q.   Right.  So --

14   A.   And then the Warehouse date is when, if at a later point in

15   time, Colonial picked up that loan from another lender.

16   Q.   Right.  So Warehouse date is when it comes in to Colonial.

17   Right?

18   A.   Yes.

19   Q.   And aging is something that happens only after it's come

20   in to Colonial.  Correct?

21   A.   I agree.

22   Q.   And the illogical dates between the mortgage date in yellow

23   and the Warehouse date in blue has to do with whether there was

24   a red flag that these loans were fake.  Correct?

25   A.   It has a red flag having to do with whether these loans

1    were COLB Plan B.  My recollection of this document is that

2    there are also loans on this document that have illogical dates,

3    namely, indications that Colonial was not the original funder,

4    meaning that another institution had been the original funder,

5    then rejected the loan, sent it back to TBW, TBW dumped it on

6    Colonial, and that the auditors, had they analyzed all the

7    illogical dates, would have been able to see both COLB Plan B

8    totally fake and junk AOT fraudulent loan dumping.

9    Q.    And you're not an audit expert in this case, are you?

10   A.    No.  But I know that there's illogical dates beyond just

11   COLB Plan B --

12   Q.    Okay.  Well, I'm looking at --

13   A.    -- on this --

14   Q.    -- what was discussed in the liability trial.  And that

15   same page -- now, we highlighted some stuff ourselves on that

16   same page, A-300, the 29th page of the document, which I think

17   is page 28 on the bottom.  And the blue shows the Warehouse

18   date.  Then we've highlighted a couple of things in green for

19   CAL and BUS.  Does that refer to calendar and business days?

20   A.    I believe so.

21   Q.    And that indicates that for all the loans on this page that

22   was talked about in the liability trial, the loans had aged --

23   is aging usually done on a calendar basis or a business day

24   basis?

25   A.    Obviously, here it's done on both.

1   Q.   All right.  Well, here, whether it's 19 days or 12 days,

2   it doesn't show aging of the loan, does it?

3   A.   As of the point of this report, I would agree with that.

4   Q.   And that's because the report is run on December 29 and

5   the --

6   A.   So if a bunch of junk loans were put on -- I'm sorry.  If a

7   bunch of COLB Plan B fraudulent loans were put on the COLB line

8   in December 2003, then they wouldn't be very aged by the end of

9   the month because you only have, you know, two-thirds of a month

10  here until the end of the month if this is a December 31 aging

11  report.

12  Q.   All I'm asking --

13  A.   What we do know is that the fraudsters took 149 million of

14  sweeping fraud and put it on the COLB line as a first big COLB

15  Plan B transaction on December 11.

16  Q.   That's COLB Plan B, the fake stuff.  Right?

17  A.   Yes, sir.

18  Q.   I want to get back to the blue stuff that we're focused on

19  here.  And let's just finish this up by talking about what the

20  Court found.  You did look at the Court's liability opinion, you

21  said, right?

22  A.   I did.

23  Q.   So let's put that up, since you mentioned illogical dates.

24       And what the Court said, when talking about that issue --

25  and it talks about, at the top there, the pipeline report,

1    missing the red flag.  What the Court said is, "Nearly 50

2    percent of the loans were fake in 2003.  If PwC had followed up

3    on the illogical dates in the 2003 and 2004 pipeline reports,

4    the fraud would have been uncovered."

5         And the Court was referring there to the illogical dates as

6    it relates to fake loans.  Correct?

7              MR. SORENSEN:  Objection, Your Honor.  He's asking for

8    the witness to say what the Court wrote.

9              MR. LEVINE:  I'm just asking what it says.  I'm just

10   asking for the language.  The witness brought up illogical

11   dates.  I didn't bring it up in my questioning.  And since he

12   did, I just want to establish that --

13   BY MR. LEVINE:

14   Q.   -- illogical dates, as discussed in the Court's liability

15   opinion, had to do with whether or not those COLB loans were

16   fake Plan B loans.  Correct?

17             MR. SORENSEN:  Same objection.

18             THE COURT:  Are you asking him what the language in

19   the order is or are you asking him what the Court meant by that?

20             MR. LEVINE:  I'm asking what the language in the order

21   is.

22             THE WITNESS:  I agree you've correctly quoted the

23   language in Her Honor's order.

24             MR. LEVINE:  All right.  Thank you.  We'll move on.

25   BY MR. LEVINE:

1    Q.   Now, the stuff in blue here -- let's go back to the blue

2    because that's what we're focusing on, the 415 million.  It

3    first came in to Colonial in COLB or the Warehouse facility or

4    the Overline facility.  Correct?

5    A.   Yes, sir.

6    Q.   And then later on at some point it was moved to the AOT

7    facility.  Correct?

8    A.   Yes.  I mentioned in my direct examination that sometimes

9    there was room on the COLB line; other times there was room on

10   the AOT line.  TBW constantly needed cash, so they were dumping

11   junk loans wherever there was --

12   Q.   All I'm asking is whether the blue is talking about stuff

13   that started at COLB, Warehouse or Overline and then went on to

14   AOT.

15   A.   That's what happened.

16   Q.   Okay.  And this -- get my notes.

17        These -- this is what was left at the end at bank close.

18   Right?  The 415 million in blue stuff?

19   A.   Yes, sir.  The 415 plus the 562 at bank close added up to

20   the 978 million.  And we know that of that 978 million, over 500

21   of it at bank close was totally worthless.

22   Q.   Okay.  All I'm saying is there's other loans that came in

23   to COLB and Warehouse and Overline that got sold, and not at a

24   loss, got sold for a normal amount of money, and you're just

25   focusing on what was there at bank close, and for the category

1    of loans -- again, you keep talking about other ones.  I'm just

2    focusing on the blue, the stuff that moved from Overline or

3    Warehouse or COLB to AOT, the 415 million was there at bank

4    close.  Right?

5    A.   Yes, sir, it was.

6    Q.   And the $415 million is the calculation of the cash that

7    Colonial paid out when they first acquired the loan in whatever

8    year it was and acquired it for COLB or Warehouse or Overline.

9    Correct?

10   A.   You're close on that, because what happened is once the

11   loans were pulled out of the COLB or the Warehouse line and

12   shifted into one of these fake junk AOT trades and hidden in the

13   AOT offline database, the fraudsters sometimes would borrow more

14   monies with respect to those pools and thereby increase the

15   amounts of money stolen.

16   Q.   There's a slight difference between what's shown in the

17   ProMerit database and the offline database for that reason.

18   Correct?

19   A.   No.  The ProMerit database and the offline database, the

20   secret set of books, always tracked at the trade level.  And it

21   was only the secret set of books that kept track of the

22   individual loan details.

23   Q.   That's not what I'm asking.  ProMerit --

24   A.   I was just correcting a sentence you made --

25   Q.   All right.

1    A.   -- that disagreed with what I found in my report because --

2    I don't know what your next question is going to be, so I want

3    to make sure we're correct.  I apologize.

4    Q.   ProMerit looked at the value of the loans when they're in

5    COLB or Warehouse or Overline.  Is that right?

6    A.   Yes.

7    Q.   And the offline books looked at what's going on with

8    the loans when they're in AOT after they're moved.  Right?

9    A.   Correct.  And ProMerit continued to track that fake trade

10   based on the sum of all of the loans that were being tracked in

11   the offline second secret set of books --

12   Q.   Okay.

13   A.   -- and what was happening to those loans as they existed in

14   that hidden set of books.

15   Q.   All right.  And what I want to focus on is on the blue

16   stuff here, the mortgages that are moved to AOT from COLB or

17   Warehouse or Overline.  Colonial is sending money to TBW at the

18   time that the mortgage comes in to COLB or Warehouse or

19   Overline.  Correct?

20   A.   That's generally true that that was when most of the money

21   went out.

22   Q.   Well --

23   A.    What happened, though, in the -- I'm sorry.  I'm trying

24   to tell you what's -- you're making a summary statement that

25   doesn't entirely track what I found.

1   Q.   Is it generally true that the loans were paid for by

2   Colonial when they came in to COLB or Warehouse or Overline for

3   this blue category we're talking about?

4   A.   Yes.  But then, on the Warehouse line, as they aged, the

5   loans were curtailed.

6   Q.   Okay.

7   A.   Because it was conservative and resulted in a reduction of

8   damages, even with respect to the loans that were curtailed and

9   then were readvanced on a junk AOT line, I still counted the

10   cash out as happening on the day when that -- when there was

11   first funding --

12   Q.   Okay.

13   A.   -- because that would reduce the amount of damages, and I

14   wanted to be conservative.

15   Q.   Sure.  So you looked at the time when the COLB lines -- or

16   when the loans came out to COLB or Warehouse or Overline, and

17   that's what you counted for -- that date of funding for purposes

18   of your calculation for the stuff in blue.  Is that right?

19   A.   Yes, sir.

20   Q.   And for the loans that were on COLB or Warehouse or

21   Overline that were moved to AOT, were they funded by Colonial

22   Bank at all when they were moved to AOT?  So when it went from

23   COLB or Warehouse, let's say, to AOT, was there any funding

24   there or had the funding already occurred?

25   A.   With respect to a loan that was moved from Warehouse to a

junk fake AOT trade, and that loan had been curtailed --

THE COURT:  What does curtailed mean?

THE WITNESS:  Your Honor, there's -- in the COLB line,
when a loan gets aged, the borrower -- I'm sorry -- the bank has
a right to send it back for an immediate refund.

A similar economic relationship happens for a Warehouse
line except -- let's say the loan is 100 and it ages two months.
They drop the admitted amount of collateral down to 20, so the
20 comes out of the borrowing base, and in effect, 20 has to go
back.

So rather than being an all-at-once put it back, it happens
over time because there's a small sliver of availability on the
Warehouse line that is allowed for aged loans, but we're talking
about just a couple million dollars, not the massive amount of
aged junk that we're talking about here.

I know it's a little complicated and I'm trying to explain
it simply and not talk like an accountant.  So if I can answer
more questions, I'd like to help.

THE COURT:  Okay.  My understanding was when Colonial
took over a loan, they advanced the amount of the loan so that
the mortgage originator could then originate the loan because
the mortgage originators don't have any money; they get it from
the bank.

THE WITNESS:  Yes.

THE COURT:  So if you have a person who's mortgaging

1    their house and they need a mortgage for a hundred dollars,

2    they're going to give that piece of paper -- let's assume for

3    now it's a real mortgage -- and the bank is going to advance

4    $100 to the mortgage originator.  Where does this curtailing

5    come in?  I don't understand that.

6              THE WITNESS:  It's part of borrowing base.  And when

7    the borrowing base goes down because, as the loan ages --

8    originally advanced 100.  It ages a little bit and then it only

9    counts for 80.

10             THE COURT:  Counts for 80 to whom?

11             THE WITNESS:  For 80 in the borrowing base, meaning

12   that TBW had to send 20 back to the bank.

13             THE COURT:  Okay.  Okay.

14   BY MR. LEVINE:

15   Q.   And you're talking about a specific situation that happened

16   in Warehouse, is that right, this curtailment?

17   A.   Many of the loans that are on my Exhibit 4 to my rebuttal

18   report have been wholly or partially curtailed at the time I ran

19   that analysis.

20             THE COURT:  Now, what you mean by curtailed -- I mean,

21   in actuality, did TBW ever send $20 out of the 100 back when the

22   lone aged?  These weren't even real loans.  Right?

23             THE WITNESS:  Some of them were real loans, and they

24   were being treated as real loans.  And the way the borrowing

25   base works, in effect, yes, they did send the $20 back.  And

1    then another couple of months later they're send another $20

2    back such that, at the end of 365 days, the loan would be fully

3    curtailed.  And then if they moved that into one of these fake

4    junk trades, it would be re-advanced.

5         However, because it would be -- it was conservative for TBW

6    and avoided a lot of complexity and judgment, I just said I'll

7    treat it as advanced just on the first day it was advanced,

8    because that helped me move $15 million out the front end of the

9    damages period, namely fraud losses, junk loan losses that were

10   funded prior to 2/25/2004.

11             MR. LEVINE:  Well, let me see if I can simplify it.

12   BY MR. LEVINE:

13   Q.   For your calculation, what you did is you assumed that the

14   money was spent or funded by Colonial at the time that the loan

15   came in to COLB or Warehouse or Overline.  Is that right?

16   A.   Yes, sir.

17   Q.   And then when the loan later got moved -- the blue loans

18   got moved from COLB or Warehouse or Overline to AOT, there was

19   no expenditure of funding that you took into account by Colonial

20   at that point.  Is that correct?

21   A.   Yes.  For purposes of computing my damages, I didn't take

22   into account any additional funding.  However, some of this

23   complexity may become relevant later in your cross-examination.

24   Q.   Well --

25             THE COURT:  Okay.  But for now -- I think for now --

1    let me just make sure we have it right.  When the loan came in,

2    they advanced the full amount of the loan.  If the loan got

3    moved from COLB to AOT, it's the same amount.  We're talking

4    about the same amount.  Now, whether they actually advance more

5    money later on, we'll talk about later.  But right now, the way

6    you've figured it, the $100, even when it was moved, it's the

7    same $100.  Right?

8              THE WITNESS:  Yes.

9              THE COURT:  Go, Mr. Levine.

10             MR. LEVINE:  Thank you, Your Honor.

11   BY MR. LEVINE:

12   Q.   And when the loans came in to COLB or Warehouse or

13   Overline -- again, the blue lines is what we're focusing on

14   here -- is it correct that you did not attempt to place a value

15   on these junk loans at the time of funding on to COLB or the

16   Warehouse lines?

17   A.   Yes.  These were all fraud losses, and no portion of them

18   is economic losses because these were loans the fraudsters knew

19   couldn't be sold to another bank, as illustrated by all the

20   things we've summarized from my financial investigation, the

21   five points that we talked about that are on the flowchart --

22   Q.   And we'll get to a number of those.  I just really want to

23   know how you did it --

24   A.   Okay.

25   Q.   -- and -- because you're the damages expert.  And when you

1     did your damages calculation, you didn't try to value the junk

2     loans, what you call junk loans that are in blue that came from

3     COLB and Overline and Warehouse at the time that they were

4     funded by Colonial in to those facilities.  Correct?

5     A.   No, I didn't, because it would be wrong to do that.

6     These were all fraud losses.

7     Q.   No, you didn't, meaning you didn't value it.  Correct?

8     A.   Correct.

9     Q.   Thank you.  I want to move to a different topic now, which

10    is -- has to do with the Court's liability finding, and you said

11    that you read it.  You know, we talked about before that your

12    damages calculation was based on the premise that the FDIC

13    prevailed in its claims of liability and causation.  Right?

14    A.   Yes, sir.

15    Q.   And in a normal -- well, I shouldn't say normal, but in

16    a lot of cases when you tried liability and damages together,

17    as a damages expert, you got up there and talk about, well,

18    I'm assuming liability, and you don't know exactly what the

19    liability will be.  Right?

20    A.   Correct.

21    Q.   But here, because of the bifurcation, we know exactly what

22    the liability is.  Right?

23    A.   What we know here -- what I know, as a non-attorney, is

24    that I've read this Court's order from December 2017 and the

25    Court found that PwC had performed a negligent audit for 2003

1    that should have discovered the fraud.

2    Q.   And you can see exactly what the Court said about how the

3    Court found PwC negligent.  Right?  There's a -- something like

4    a 90-page ruling that gives you details on that, doesn't it?

5    A.   I've read that.  I found it very helpful.

6    Q.   And -- you read the ruling.  There was no finding in the

7    Court's liability decision that PwC failed to detect junk or

8    aged loans in the COLB or Warehouse facilities, was there?

9              MR. SORENSEN:  Objection, Your Honor.  Again, he's

10   asking the witness to characterize your ruling.

11             THE COURT:  Sustained.

12   BY MR. LEVINE:

13   Q.   Did you see any -- anything, when you read the Court's

14   opinion, talking about that all aged loans from COLB and the

15   Warehouse facility that went on to AOT were fraudulent?

16             MR. SORENSEN:  Same objection.

17             THE COURT:  Are you asking him whether there was

18   anything that said they were -- every single one of them was

19   fraudulent?

20             MR. LEVINE:  No, I'm asking whether there was anything

21   that said that any of the aged loans on COLB and the Warehouse

22   facility were fraudulent as opposed to the junk -- I'm sorry,

23   the fake, the red Plan B loans that there was a lot of

24   discussion of.

25             MR. SORENSEN:  Your Honor, he's asking what's in

1    Your Honor's order.  It's just another way of asking the same

2    question, what Your Honor meant.

3              THE COURT:  Sustained.

4    BY MR. LEVINE:

5    Q.   Now, you mentioned before, you're the damages expert for

6    the FDIC in both the PwC case and the Crowe case?

7    A.   I am.

8    Q.   Does Crowe have a liability expert?

9    A.   I'm just aware that the Crowe trial is going to be starting

10   sometime during the next month, and I don't have the list of

11   witnesses, so I can't tell you.

12   Q.   I'm sorry.  I may have -- I think I misspoke.

13        Does the FDIC have a liability expert in the Crowe case?

14   A.   I'm sorry.  I should have been listening to your question

15   more carefully.

16   Q.   I was looking for water, so it's my fault.

17   A.   I haven't seen the list of witnesses in the Crowe liability

18   case, and all I know is that at the present time it's

19   potentially contemplated that I would be the expert in the

20   damages phase if there should be one.

21   Q.   Yeah.  All I'm asking is whether you know whether the FDIC

22   has a liability expert.  Do you know a guy named -- or have you

23   heard of a Ralph Summerford?

24   A.   I think I've heard that name.

25   Q.   And is he the FDIC's liability expert in the Crowe case?

1    A.   I don't know the answer to that.

2    Q.   And didn't you say that you -- didn't you refer to him in

3    one of your reports?

4    A.   I've got a number of pages of my reports that I produced --

5    and I apologize, this is a relatively complicated case.  I can't

6    recall if I referred to him or not, but I'm certain one of the

7    people in the courtroom can tell me whether I did.

8    Q.   All right.  Well, you know that -- even if you can't

9    remember the name, you know that the FDIC had some liability

10   expert in the Crowe case because it's not you.

11            THE COURT:  He's not a liability expert in any case.

12            MR. LEVINE:  No, that's right.

13   BY MR. LEVINE:

14   Q.   You're the damages expert and there's someone else for

15   liability.  Right?

16            THE COURT:  He assumes so.  He doesn't know.  Okay?

17   We all assume so.

18            MR. LEVINE:  Okay.

19   BY MR. LEVINE:

20   Q.   Let's talk more about the stuff in blue, the $415 million.

21   And I'm going to address it a little different way than how I

22   have before.  I think we talked before that you're only

23   accounting as damages the loans that ultimately remained unpaid

24   as of bank close.  Is that right?

25   A.   Yes, sir.  That's correct.

1    Q.   And if a bank came in -- I'm sorry -- if a loan came in to

2    COLB or Warehouse and then got sold before bank close, you

3    didn't count it at all in damages.  Right?

4    A.   That's correct.

5    Q.   And you -- do you agree that there were many loans that

6    were funded by Colonial to TBW for the Warehouse line between

7    February 2004 and bank close in August 2009?

8    A.   Yes.

9    Q.   And most of those loans were sold by Colonial in the

10   ordinary course of business.  Right?

11   A.   Many of those loans left the books.  I didn't evaluate

12   whether it was ordinary course of business because I know that

13   there was stealing going on from a number of other parties.  I

14   only know that they left the books, and based on my review and

15   investigation, they did not result in a loss to the FDIC.

16   Therefore, I didn't count them as damages.

17   Q.   Okay.  But you know that there were billions of dollars of

18   loans that went from TBW to Colonial where Colonial was able to

19   sell the loans during that five-year period.  Correct?

20   A.   It likely was billions of dollars.  I do know that of about

21   a $3.5 billion loan facility, at bank close almost 2-1/2 billion

22   of it was money stolen.

23   Q.   Yeah, but we're talking about --

24   A.   But with respect to the part that wasn't stolen, there was

25   a volume of loans cycling through there that were being run

1    through normal channels, I believe.

2    Q.   Right.  And that's over --

3    A.   I did not compute the volume of those, so I can't answer

4    specifically.

5    Q.   Well, it was over a five-year period.  Right?

6          THE COURT:  You're going to ask him more about that,

7    and he's going to tell you that he didn't compute it.

8          MR. LEVINE:  I'm going to show him a schedule of his

9    in a second, but I just want to build up to get there.

10   BY MR. LEVINE:

11   Q.   So the -- and you know there's turnover, frequently, in the

12   Warehouse facility and the COLB facility for most of the loans.

13   Right?

14   A.   That is correct.  A legitimate loan that's not fraudulent

15   in this industry typically sells in -- I've seen deposition

16   testimony as low as 20 days, but normally I've heard 30 to 45

17   days, you know, with respect to the standard group of products

18   that constituted the bulk of what TBW was dealing in.

19   Q.   All right.  You referred to the -- earlier to the ProMerit

20   database.  So that's a database that Colonial maintained.

21   Is that right?

22   A.   Yes, sir.

23   Q.   And you relied on that database for much of your analysis.

24   Right?

25   A.   I tested it extensively and relied upon it.

1    Q.   And did that database have hundreds of millions of records?

2    A.   It did.

3    Q.   Was it used by the Mortgage Warehouse Lending Division to

4    track funding, repayments and other loan-related activity?

5    A.   It was.

6    Q.   And you had assistance from others at your firm and another

7    firm in reviewing that data?

8    A.   I did.

9    Q.   And the ProMerit database has information on loans funded

10   by Colonial both on the Warehouse and the COLB lines.  Right?

11   A.   You said ProMerit?

12   Q.   ProMerit.

13   A.   Yes.

14   Q.   And you can run queries on the ProMerit database in order

15   to obtain data.  Correct?

16   A.   Yes.  My team and I did a lot of that.

17   Q.   You can run a query, for instance, to limit it to the TBW

18   mortgages as opposed to other mortgage originators.  Right?

19   A.   Yes, you can.

20   Q.   You can also put date restrictions on a query to limit it

21   to February 25, 2004 through bank close in August 2009.  Right?

22   A.   Yes.  And that's one of the things we did.

23   Q.   So using ProMerit, and the queries, you can identify the

24   loans that came from TBW to COLB or Warehouse or Overline during

25   that five-year period, couldn't you?

1    A.   I could.

2    Q.   Are you aware that, if you do that query, you see that

3    there's tens of billions of dollars of TBW loans that go through

4    Colonial on the COLB or Warehouse facilities during that

5    five-year period from 2004 to 2009?

6    A.   I suspect it would be a large number, but I did not

7    quantify that.  I was focused on the fraud.

8    Q.   I'm going to show you F4169.  I apologize that this is one

9    of those schedules that's very small, but I'll blow it up.  This

10   is one of your schedules, right?

11   A.   It is.

12   Q.   And if we move over to the right here, this is your

13   schedule 9.2.0.  Is that right?

14   A.   Yes, it is.

15   Q.   And what you did here is you went through on a quarterly

16   basis and looked at how much was in the different facilities in

17   each quarter.  Correct?

18   A.   It was.  This was how I calculated the cost of funds on

19   making these loans that we talked about in my direct.

20   Q.   All right.  So let's look at the second page, and I made

21   bigger one of the quarterly dates, because we're not going to go

22   through all of them.  And I have March 31, 2006.  That's the end

23   of the first quarter of 2006.  Correct?

24   A.   Yes, it is.

25   Q.   And, there, the Warehouse line for TBW at Colonial was

1  about -- a little over $100 million?  Is that right?

2  A.  Yes.

3  Q.  And the COLB line was about -- almost $1.6 billion.  Right?

4  A.  Yes, sir.  That's correct.

5  Q.  And this was the time after August of 2005 where the COLB

6  loans were all legitimate loans.  Correct?  Plan B had already

7  moved to AOT.

8  A.  Plan B had already moved to AOT; however, you'll see from

9  other schedules in my report that some portion of this would

10  have been junk loans -- fraudulent junk loans dumped on the COLB

11  line.

12  Q.  Well --

13  A.  Same is true of the Warehouse line.

14  Q.  And if they ended up at Colonial at the end, you counted

15  them, but if they were able to be sold and sold not for a loss,

16  then that was okay.  Right?  Didn't count.

17  A.  I didn't use the word "okay."  I used the word fraudulent

18  but not included in my damages.

19  Q.  Okay.  Well --

20  A.  If a loan is --

21  Q.  -- here --

22  A.  If a loan is hidden in a secret database, it has to be

23  fraud.

24  Q.  Secret database is for AOT, not COLB, isn't it?

25  A.  These were --

1    Q.   This is from ProMerit.

2    A.   These were junk loans that were moved from the COLB account

3    and hidden in the secret database.  Why would the fraudsters

4    have hid -- you don't hide legitimate loans in a secret database

5    if it's not fraud.

6    Q.   Yeah, but actually what you're showing here is what was in

7    COLB as of March 31, 2006, isn't it?

8    A.   I am.

9    Q.   And what was in COLB wasn't in a secret database.  That's

10   in the ProMerit database that was available at the Mortgage

11   Warehouse Lending Division broadly.  Correct?

12   A.   Right.  And what happened was the -- both the fraudsters

13   and the rest of the bank were looking at aging reports, and as

14   the aging got larger, the fraudsters decided that they needed to

15   sweep a lot of these fraudulent junk loans off the visible part

16   of the books into the secret hidden part of the books.

17   Q.   And we'll get to that.  All I'm asking about right now is

18   in your schedule, which is a 9.2.0 in Exhibit F4169, that what's

19   shown are the amounts that were actually listed at that time --

20   March 31, 2006 is what I'm showing now -- for what was in COLB

21   and Warehouse.  Correct?

22   A.   I see that, and I agree with that.

23   Q.   And the amounts that are shown, it approximates about $1.7

24   billion for the end of that quarter.  Correct?  1.68 billion, if

25   you want to be precise.

A.   I'm reading the number at the bottom that says 1.576

billion, and I'm sorry.  Maybe I'm looking at the wrong part of

the page.

Q.   I'm looking at the part that's highlighted in yellow, which

is the Warehouse line and the COLB account.  Do you see, if you

add those figures together, you get to about 1.68 or $1.69

billion?

A.   That's true, but you're ignoring all the other entries on

the page because, as I discussed earlier, there were

participations issued, so X-Warehouse, MWLF Warehouse, X-Working

Capital, X-Working Capital (Farkas), and MWLF-HFS (COLB) are all

reductions because Colonial did not retain an economic interest

in those loans.

     And I apologize for being so detailed, but you're making

general statements and asking me to agree with them and they're

not precisely correct.

Q.   Okay.  Well, let's see -- if you take out the AOT, the

number at the bottom, you're at about a billion dollars for end

of March 2006.  Is that right?

A.   Yes.  I'll agree with that.

Q.   And this stuff is supposed to be turning -- and for the

real stuff, it is turning over every 30, 40 days.  Right?

A.   Yes.  That is an indicia of a nonfraudulent mortgage, that

the mortgage warehouse lender has a very short time when it has

a collateral interest in the loan that's being funded at the

1   closing table.

2   Q.   And --

3   A.   It comes and it goes very quickly.

4   Q.   My only point is if you have a billion dollars sitting

5   there at a certain point and then it's turning over every 30

6   to 45 days for new mortgages in COLB and Warehouse, then if you

7   add it up over five years, you're getting tens of billions of

8   dollars of trade -- of loans that are being purchased and then

9   sold.  Is that right?

10  A.   They were -- TBW was pushing a lot of volume through.

11  However, I didn't calculate it.

12  Q.   Okay.  Because what you focused on is what was left there

13  at bank close.  Correct?

14  A.   What was left there on bank close and how much had been

15  stolen at the end of each audit that didn't discover the fraud,

16  sir.

17  Q.   I know you looked at the end of each audit before there was

18  a liability finding, but now that there's a liability finding,

19  you're just looking at what was there at bank close minus what

20  the preexisting fraud losses were on February 25, 2004 and

21  various setoffs.  Correct?

22  A.   No.  I think the entire fabric of my report has relevance

23  to this case because it tracks what was happening during the

24  period fraudulent activity that could have been -- was going on

25  and that fraudulent activity could have been prevented.

1   Q.   All I'm asking is that your top number here, your fraud

2   loss number of $1.473 billion, that's just the amount -- that's

3   your -- before setoffs and recoveries and preexisting fraud

4   losses, that's the amount that you had -- that you calculated

5   for at bank close.   Right?

6   A.   Yes, sir.

7   Q.   And in the meantime -- and of that amount, the $415 million

8   that -- came originally from COLB and Warehouse and Overline,

9   right?

10  A.   Yes.

11  Q.   And of the -- when you compare the 415 million that ends up

12  there at bank close to what was traded or what was purchased and

13  then sold or disposed of over the course of five years, you're

14  talking about billions of dollars.   Not the exact amount, but

15  you know it's billions of dollars.   Right?

16  A.   I know it was a large number.   I didn't calculate it.

17  I'm sorry.

18  Q.   Okay.

19  A.   That wasn't within the scope of my work, and it wasn't

20  relevant to computing damages.

21         THE COURT:   Mr. Levine, is this a good place to break

22  for 15 minutes?

23         MR. LEVINE:   It's a great place.

24         THE COURT:   Okay.   We'll have a recess for 15 minutes.

25         (Recess from 3:28 p.m. to 3:46 p.m.)

1      THE COURT:  Mr. Levine, let me ask you some questions

2  about where we're going on this.  Okay?  And maybe my questions

3  will give some direction about what you need to do or what --

4  it's my understanding that defendants' position is that there

5  are good loans here that weren't accounted for.  Is that right?

6      MR. LEVINE:  There are --

7      THE COURT:  Some of those blue loans --

8      MR. LEVINE:  The blue loans --

9      THE COURT:  -- were not junk loans and they were not

10  fake loans.

11      MR. LEVINE:  Right.  And they shouldn't be part of the

12  damages calculation, is our position.

13      THE COURT:  But his testimony -- and he's repeated it

14  several times -- is that he didn't include any loans on which --

15  that didn't have a loss.

16      MR. LEVINE:  Right.  He only included the ones where

17  there was a loss.  And our point is that just because there's a

18  loss doesn't mean it's part of the fraud.  Just because a loan

19  ages doesn't mean it's part of the fraud.  Just because lots of

20  bad things happen doesn't mean it's part of the fraud.  Just --

21      THE COURT:  Well, but you've asked him that several

22  times, and he has told you what he thinks are indicia of fraud,

23  one of which is that a loan ages.  I'm just question whether

24  that position -- if you're going to get it from this witness,

25  no matter how many times you ask him.

1          MR. LEVINE:  I understand.  I'm going to come at it

2     from several different angles.

3          THE COURT:  Okay.

4          MR. LEVINE:  And I'm about to move to a different

5     angle.  And that other angle -- we'll see what the witness says

6     about that.

7          THE COURT:  Good.  Different angle.  All right.

8     BY MR. LEVINE:

9     Q.   Mr. Malek, let's start with a different angle, which is

10    just because a loan becomes aged on a facility like Warehouse or

11    COLB doesn't mean it's part of a fraud.  Do you agree with that?

12    A.   I agree with that.  A legitimate loan can become aged.  It

13    is more likely that a fraudulent loan will become aged and

14    ultimately result in a loss.

15    Q.   But there's a lot of reasons why a loan can become aged or

16    impaired after a bank buys it.  Right?

17    A.   That's true, while keeping in mind the fact that, as you

18    pointed out a few moments ago, the nature of the mortgage

19    warehouse lending industry is a short-term lending relationship,

20    and there's a fairly limited default rate, even in bad economic

21    times, for quality loans during the initial months of a loan.

22    Q.   Well, we'll -- we'll talk about that because, you know,

23    things can happen; you know, someone will get divorced, a house

24    can burn down, you can have an expensive health problem.  Things

25    happen that from time to time cause people to default on a loan,

1    even relatively early on.  Right?

2    A.   I agree with that, but you have to remember the protections

3    in the mortgage warehouse lending industry, the biggest one of

4    which is when the loan gets aged, it's not the bank's problems,

5    it's the mortgage originator's problem, it's TBW's problem,

6    because absent fraud, the loan gets put back.  It's --

7    Q.   Well --

8    A.   -- a short-term funding between the origination and sale to

9    a short-term inventor, and during that short period, a few bad

10   things can happen, but not many do.

11   Q.   Well, one problem you can have is you can have a

12   documentation exception or a problem with documentation.  Right?

13   A.   Yes.  And if it's just a mere documentation problem, then

14   presumably over the seven-year period of this fraud, TBW could

15   have come up with that documentation, and then the loan would

16   have been fully paid off and I wouldn't have included it in the

17   damages.

18   Q.   Well, you know, you talk about the seven-year period of the

19   fraud, and that's nice, but you know that there are loans that

20   came in to COLB, let's say in 2008, and then later removed to

21   AOT, and then the bank fraud, closed in 2009.  That's not a

22   seven-year period, is it?

23   A.   Correct.

24   Q.   All right.  So now let's go back to my questions, and you

25   can have -- a documentation exception could be a problem with

1    paperwork, like a missing signature or some other problem like

2    that.  Right?

3    A.    Yes.  And normally the mortgage originator and its agents

4    send things back via Federal Express between the borrower and

5    the parties.  We've all done this refinancing our home loans,

6    you know, during this kind of a mortgage market, and it happens

7    pretty quickly.

8    Q.    Usually it --

9    A.    And the loans should be, you know, sold to that takeout

10   investor who is required to be there pretty quickly.

11   Q.    Usually it gets fixed, but sometimes it doesn't.  Right?

12   A.    I agree that sometimes it doesn't, and then the loan either

13   gets curtailed or put back, which are economically the same

14   thing; it's just the curtailment takes a little period of time.

15   Q.    Do you agree that an exception for a documentation error

16   had nothing to do with the fraud?

17   A.    It depends upon the nature of the documentation error.

18   Based on Exhibit 4 to my rebuttal report --

19   Q.    That's the exception report?

20   A.    Right, the exception report.  Some of those, you know, they

21   wouldn't say documentation in the context of a do not sell type

22   of document if they expected it was a documentation that was

23   going to get fixed in a week or two.

24   Q.    Well, you said --

25   A.    It shouldn't be a material issue to say, gee, Mr. Homeowner,

1   you know, can you sign another power of attorney so that we can

2   get this loan taken care of.

3   Q.   Sometimes other things happen in the interim while you're

4   waiting for the documentation, like, you know, some -- I don't

5   want to bring up -- you know, divorce or other bad things can

6   happen to people.

7        The point is, sir, you know, you didn't go through and say,

8   well, this documentation here, or that one is okay and this one

9   is not okay, and this is related to the fraud and this isn't

10  related to the fraud, did you?

11  A.   There are two things to keep in -- key things to keep

12  in mind, and I don't want to waste everyone's time repeating

13  all five badges of fraud here.  But if it was a problem, it

14  shouldn't be Colonial Bank's problem absent the fraud.

15  It should have gotten put back.

16  Q.   Who was --

17  A.   And it wasn't because of the fraud.

18  Q.   Who was the lead fraudster at Colonial Bank?

19  A.   Well, Mr. Farkas, as we talked about in my direct, had --

20  Q.   Mr. Farkas was with TBW.  Right?

21  A.   I'm sorry.  I'm trying to answer your question.  You asked

22  me who was the lead fraudster at Colonial Bank, and I was trying

23  to define the relationship between the parties.

24       Mr. Farkas, by reason of having drawn Ms. Kissick and

25  Ms. Kelly into the fraud, had them compromised.  They were not

1  in a position to return mortgages for a refund.  They were not

2  in a position, except occasionally on a token basis, to refuse

3  new junk loans dumping on them.

4       The -- the evidence from an accounting standpoint -- I'm

5  not evaluating this as an attorney; I'm evaluating it as an

6  accountant who collects information to support my opinion --

7  Q.   All I asked was --

8  A.   There's a lot of --

9  Q.   Who were --

10 A.   -- e-mail and --

11 Q.   -- the -- let me ask it this way.  I'll ask a new question.

12          THE COURT:  It's time for another question.

13          MR. LEVINE:  Yeah, I'll ask a new question.

14 BY MR. LEVINE:

15 Q.   The fraudsters from Colonial Bank that went to jail were

16 Kissick and Kelly.  Right?

17 A.   Yes, sir.

18 Q.   Okay.  And have you read the testimony of -- the deposition

19 testimony of Cathie Kissick?

20 A.   I have.

21 Q.   I'm going to put up page 232 of her deposition, which is

22 part of the designations submitted to the Court here.  And

23 Ms. Kissick is someone who was pretty knowledgeable about the

24 fraud, wasn't she?  Sir?

25 A.   She played a major role in the fraud.

1    Q.   Okay.  And if we look at 230 and 232 -- and I'll make this

2    bigger -- there's a reference to Kissick reporting about some

3    loans not being sold due to a documentation exception.  And she

4    was asked whether that was accurate in January 2008, and then --

5    and she said yes.

6         Then she was asked what it meant to have a documentation

7    exception, and she said, "It didn't have a power of attorney

8    with a signature matching it, or there was a typo or a

9    scrivener's error.  Could be anything, large or small?"

10        "Problem with the paperwork?"

11        She said, "Yes -- right, but we had other customers that

12   had that.  It was just that TBW's sheer volume, you know -- they

13   were a big chunk of it."

14        Then she was asked, "Does any part of what you just talked

15   about have anything to do with the fraud?"

16        She said, "No."

17        That's what Ms. Kissick testified under oath.  Right?

18   A.   If it's just a documentation exception, it has an

19   opportunity to be cleared; the expectation is it would be

20   cleared, and I see no reason that I would have accounted for

21   something like this in my damages.

22   Q.   So you called it part of the fraud.  Right?

23   A.   I think anything that's hidden in the secret set of books

24   is part of the fraud.

25   Q.   And --

1    A.    However, if the loan was paid off, I didn't count it as

2    damages.

3    Q.    Well, you said hidden in the secret set of books.

4    Remember, we're talking about what's on COLB.  And when it's

5    on COLB, it's in ProMerit, which isn't a secret set of books.

6    Right?

7    A.    Correct.

8    Q.    Okay.

9    A.    The only loans I counted as part of the fraud -- I want to

10   be clear about that -- are the ones that either originated on a

11   junk AOT trade or were moved into a junk AOT trade.  And just so

12   I'm not using acronyms, when I say junk AOT trade, that means

13   the secret second set of books.

14   Q.    And all I'm asking about are the ones that moved in to AOT,

15   the ones in blue on the board there.  So on those, do you -- you

16   know, if there was an aging that occurred on COLB, was that

17   something that was hidden?

18   A.    Eventually, it was.  As a for example, I saw a lot of

19   evidence that the aging on COLB, some of it may have been

20   legitimate loans, a lot of it was the dumped loans.  What

21   happened?  The fraudsters, when there was a level of management

22   attention, took the junk fraudulent loans and moved them into

23   the secret second set of books so that by the time the examiner

24   showed up on July 2, 2008, they said, good job, you fixed your

25   aging problem.

1     In fact, what happened is the fraudsters just hid it by

2     taking the fraudulent loans off the COLB and hiding them.

3     Q.   And what we're talking about -- because you're mixing it

4     up, and I want to do this -- first talk about what happened on

5     COLB, and then we'll talk about what happened on AOT separately.

6     Okay?  Do you understand what I'm asking?

7     A.   I understand what you're asking, but the two --

8     Q.   Okay.  So let's start --

9     A.   -- are related concepts, and you can't talk about them in

10    isolation --

11    Q.   Let's start --

12    A.   -- without misconstruing the facts.

13    Q.   Well, let's start with COLB.  Were there COLB aging reports

14    that were circulated within Colonial Bank?

15    A.   Yes.

16    Q.   And were those circulated on a monthly basis?

17    A.   I have no reason to believe they weren't.  I didn't break

18    out every copy of them.

19    Q.   And, in fact, the existence of a significant number of aged

20    loans on the Warehouse and COLB lines for TBW was not hidden at

21    Colonial Bank.  Correct?

22    A.   There were material loans that were aged on the COLB line.

23    However, the aging report for the COLB line did not include all

24    of the loans that were concealed in the second set of books.

25    And periodically, the fraudsters would take the aged fraudulent

loans off the COLB line and move them into the second set of

books and conceal them such that, by June 30, 2008, if you look

at the aging report, and December 31, 2008, if you look at the

aging report, TBW looks squeaky clean, even though it had

massive amounts of aged fraudulent junk loans hidden in the

second set of books.

Q.   Okay.  Since you don't -- I want to talk about COLB first

and the aging reports, and then we'll talk about moving to AOT.

But since you want to talk about the movement to AOT, we'll

start there.

You know that the Court found that Mr. Hosein directed the

movement of aged loans from COLB to AOT to hide that figure from

regulators.  Correct?

MR. SORENSEN:  Objection.  Again, we're getting back

to what Your Honor --

THE COURT:  Sustained.

MR. LEVINE:  Well, Your Honor -- I might just show

what the Court said.  I'm not going to try to characterize it.

We'll just show the language.

THE COURT:  Yes, but, you know, if you read one

sentence from what the Court said -- it was a rather lengthy

order, and I'm not sure you're going to make a point with just

that.  And I'm not sure that that one sentence you're reading

represents the Court's findings.

MR. LEVINE:  Well --

 1            THE COURT:  That may be your interpretation of it,

 2    Mr. Levine, but...

 3            MR. LEVINE:  I'm not going to ask for an

 4    interpretation.  I'm just going to show what the language is.  I

 5    mean, he -- Your Honor, Mr. Malek keeps on saying the fraudsters

 6    did this, the fraudsters did that, and giving his opinion on

 7    that, and I want to show what the Court found about who actually

 8    directed it.  The Court has issued a finding on it.

 9            THE COURT:  Yeah, but there's a whole -- how long is

10    my opinion?  I don't remember.  I know it was more than one

11    page.

12            MR. LEVINE:  Something like 90 pages.

13            THE COURT:  Yeah.  Well --

14            MR. SORENSEN:  What is the purpose of having him read

15    what's in the order and say, yes, that's what it says?  That's

16    effectively all he can do.

17            MR. LEVINE:  No.  It's a stepping stone to the next

18    question, which I want to ask after that.  Let me do it this

19    way.

20    BY MR. LEVINE:

21    Q.   Let's assume -- a hypothetical -- that the Court found that

22    Mr. Hosein himself directed Ms. Kissick to move hundreds of

23    millions of dollars in unsalable COLB mortgages on to the AOT

24    facility.  Let's just assume that as a hypothetical.  Okay?

25            MR. SORENSEN:  Objection, Your Honor.  Again, it's

1   sort of a back door way of trying to get his view of what

2   Your Honor found.

3            MR. LEVINE:  Your Honor, I'm just asking a hypothetical.

4            THE COURT:  Okay.  Let's assume that the Court said

5   that at that page.  Okay?  What's your next question?

6   BY MR. LEVINE:

7   Q.   Next question is, when you say that the fraudsters moved

8   the loans from -- aged loans from COLB to AOT, are you saying

9   that Mr. Hosein was a fraudster?

10            THE COURT:  Okay.  Sustained.

11   BY MR. LEVINE:

12   Q.   In your view, was Mr. Hosein a fraudster?  You've talked a

13   lot about fraudsters.

14   A.   I'm not aware of his having any criminal sentence.  I am

15   aware that he was aware of some of the aged loans.  I am aware

16   that the aged loan problem improved.

17        I saw no evidence, financial evidence, indicating that

18   he was aware of any loans being moved into the secret second

19   set of books -- were a secret second set of books.  If anything,

20   I think he thought that they got off the aged COLB reports and

21   would eventually be sold.

22        And, in fact, during the time period, to the extent I

23   remember, you know, this Court's opinion, that was being

24   addressed, a lot of those loans that were moved in the hidden

25   secret set of books, although he thought it was a legitimate --

1    may have thought it was a legitimate transaction, a lot of those

2    loans ultimately were resolved, didn't result in a loss to the

3    FDIC, and were not included in my damages.

4    Q.   All I'm asking is, when you've made reference here to the

5    fraudsters and what they did, are you including Mr. Hosein in

6    that group or not?

7    A.   I view the fraudsters as being the individuals whose

8    testimony and e-mails we reviewed as part of my direct:

9    Mr. Bowman, Mr. Farkas, Ms. Kissick, Ms. Kelly.  I think I

10   mentioned -- may have mentioned Mr. Wawrzyniak, Mr. Allen.

11   That is the group that I would call the fraudsters, the people

12   who actually had criminal sentences.

13   Q.   All right.  Let's go back to where we were before we got on

14   that detour.  Can a loan become worse or a mortgage become worse

15   because of changes in the market?

16   A.   With respect to a nonfraudulent loan, yes, the loan can

17   become -- can have changes in value.  However -- and I apologize

18   for repeating myself -- a mortgage warehouse lender is supposed

19   to be a short-term lender right after the origination of the

20   loan, and you don't have material defaults right after the

21   origination of the loan.

22   Q.   Were defaults up significantly in the 2006 and 2007 time

23   frame on mortgages?

24   A.   There were material increases in mortgage defaults during

25   that time.  The epicenter of the mortgage crisis was in the

1   subprime space.  The epicenter of the mortgage warehouse crisis

2   involved loans for which there were not binding takeout

3   commitments, as there were supposed to be here.

4   Q.   Let me ask you about -- I'm going to give you a

5   hypothetical.  You've testified about the money that was stolen

6   here, and you say that includes the $415 million that's in blue

7   on the board.  Correct?

8   A.   Yes, sir, I do, although I mentioned previously 15 of the

9   415 I didn't count as damages.

10  Q.   So I want you to make a couple of assumptions.  First,

11  assume that, in 2006, Colonial bought a real mortgage from TBW.

12  Are you with me so far?

13  A.   I'm with you so far.

14  Q.   And at the time of acquisition, the loan or mortgage was

15  worth what Colonial paid for it.  That's the second assumption.

16  Are you with me?

17  A.   Okay.  So you're saying nonfraudulent loan, not part of the

18  fraud scheme, paid for it, and now we're ready for the next

19  step.

20  Q.   And we know, actually, there were nonfraudulent COLB loans

21  that were made with TBW after August 2005 because there were a

22  whole bunch at the end at bank close.  Right?

23  A.   Yes, sir.

24  Q.   I think it was something like $700 million worth.

25  Is that right?

1    A.   I can't remember the exact number.

2            THE COURT:  We've been through that.  He doesn't know

3    the exact amount.

4    BY MR. LEVINE:

5    Q.   But several hundred million dollars.  Right?

6    A.   I know there was a group of COLB loans that was part of the

7    settlement among the parties with an interest in the TBW

8    bankruptcy estate.  I can't remember the exact number.  Don't

9    want to quote something that's incorrect.

10   Q.   Sure.  I'm just asking for order of magnitude.

11           THE COURT:  But why don't you just take his answer

12   that he said, yes, there were such loans?

13           MR. LEVINE:  Okay.

14           THE COURT:  You are going to have a witness.

15   BY MR. LEVINE:

16   Q.   Lets -- so the assumptions we have so far are that Colonial

17   bought a real mortgage in 2006.  At the time of the acquisition

18   in 2006, the mortgage was worth what Colonial paid for it.

19        But then I want you to assume that that loan lost some

20   value after the acquisition because of the housing crisis or the

21   mortgage going under water, something to that effect.  Are you

22   with me?

23   A.   Within which period of time relative to the exercise of the

24   required takeout commitment?  Or after --

25   Q.   Let's say in 2007.

1    A.   Okay.  So the takeout commitment hadn't been exercised, or

2    was the takeout commitment not --

3    Q.   It wasn't exercised.

4    A.   Okay.  Why wasn't it exercised?

5    Q.   Let's just say that, for whatever reason, unknown reason,

6    it wasn't exercised.

7    A.   Does that reason include that it wasn't there?

8    Q.   No.  A real mortgage.  That was the first assumption.

9    It's a real mortgage.

10            THE COURT:  He meant the takeout commitment wasn't

11   there.  There's supposed to be one with a real mortgage.

12   BY MR. LEVINE:

13   Q.   Let's assume for whatever reason it wasn't exercised.

14   Unknown reason.  Okay?  So what I want to know is, let's say

15   that that loan gets transferred to AOT in 2008, and at that

16   point it had been aged, and someone -- a fraudster at -- or

17   Hosein at Colonial wanted to hide the aging.  Are you with me

18   with those assumptions?

19   A.   I'm with you with those assumptions.

20   Q.   With those assumptions, would you say that TBW stole money

21   with respect to that mortgage?

22   A.   I would need to know the facts on the nonexercise of the

23   takeout commitment.  I think it's clear on its face that if the

24   fraudsters put it in the secret set of books it was part of the

25   fraud.

1      Under your facts, the primary reason -- without wasting

2   everyone's time by repeating the five badges of fraud, the

3   primary reason that I would call that as fraud is that it was

4   hidden and that they didn't exercise the takeout commitment.

5   All you have to do is look at the financial results in the

6   Mortgage Warehouse Lending Division from the nonfraudulent

7   customers other than TBW.

8      If you look at the segment reporting right on the face of

9   the audited 10-K filing, add it all up during the period of the

10  fraud, subtract off the TBW income that I've computed,

11  Colonial's Mortgage Warehouse Lending Division, during the

12  entire period of the fraud, and including during the period of

13  the mortgage crisis, continued to make a lot of money.  In fact,

14  they made, on this 30-plus percent nonfraudulent part of their

15  business, over $100 million.

16      During the period of the mortgage crisis that we've been

17  talking about, they continued to report significant earnings.

18  Why?  Because they were using the right to return the mortgages.

19  They were using the curtailments.  They were using their ability

20  to minimize exposure by curtailing the overall relationship with

21  borrowers who ran into trouble.  And they were charging enough

22  interest that they always made money even during the crisis.

23      So that is how a nonfraudulent mortgage warehouse lending

24  relationship is supposed to work.  That's exactly what happened

25  at TBW.

1        And I'm having difficulty splitting hairs here about

2    looking at your hypothetical examples when we have a very good

3    example of what actually happened when there wasn't fraud.  They

4    always made money.  Yes, they had some losses during the period

5    of the crisis, but at the end of the day, they charged enough

6    interest, they were managing the problems in the aging, and they

7    made money.

8    Q.   All right.  So back to my question -- let me ask a

9    different one.  You talked about how, in the example I gave, it

10   was hidden.  Well, from the 2006, when that hypothetical loan

11   was -- or mortgage was acquired on to COLB or Warehouse, and

12   2008 when it was transferred to AOT, it was not hidden, was it?

13   A.   It would have been visible but, as I said, the fraudsters

14   swept so much of their fraudulent junk loans into the hidden

15   second set of books and concealed them from the bank that

16   June 30, 2008, December 31, 2008, TBW looks squeaky clean.

17   Q.   Before the loan gets moved from COLB or Warehouse to AOT,

18   it's on the books and contained -- if it's aged, it's contained

19   in aging reports that are seen at Colonial and the regulators.

20   Correct?

21   A.   Yes.  And the overriding portion of the aging was concealed

22   in the second set of books.

23   Q.   Right.  That's after it's moved to AOT.  Right?

24   A.   No.  I'm talking about the overriding portion of the aging.

25   TBW has an aging problem, and it was concealing -- this is just

1    a for-illustration number; I'm not looking at one of my actual

2    schedules -- but it was concealing two-thirds or more of the

3    aging problem because it stuffed it into the second set of books

4    that nobody knew about except Kissick, Kelly, and the fraudsters.

5            THE COURT:  He's asking you, I think, was it hidden

6    before it was transferred to AOT?  Were some of these aged loans

7    removed at a time when they were still in COLB?

8            THE WITNESS:  That wasn't happening, Your Honor.

9    What happened is transferring to one of these fake AOT trades

10   takes the loan off of COLB and puts it in the second set of

11   books, and because the accounting system at Colonial didn't

12   track loan-level activity, they then recycled and engaged in

13   the sham resales to make the AOT trades look like they were

14   constantly new, while underneath here, in the second set of

15   books, there was this aged group of loans that largely weren't

16   moving off the books.

17           THE COURT:  So your answer to his question is,

18   I think, that it was sort of simultaneous --

19           THE WITNESS:  Yes, Your Honor.

20           THE COURT:  -- that when they wanted to remove an aged

21   loan, they would do two things:  They would move it to AOT, and

22   they would put it -- at the same time put in the second set of

23   books?

24           THE WITNESS:  Yes, Your Honor.  You have it exactly

25   right.

1    BY MR. LEVINE:

2    Q.   But my question is, before they did that, before it was

3    moved to AOT into the second set of books, was the aging on

4    COLB, or on the Warehouse facility, something that was hidden

5    or known to people at Colonial?

6    A.   It was known to people, but of the total amount of aging --

7    just by illustration, the fraudsters were hiding two-thirds of

8    the aging to make it look like the aging problem was small,

9    rather than sticking out like a sore thumb because of all the

10   fraud.

11   Q.   Let's go through some documents.  You're aware that

12   Colonial Bank had a regular procedure for reviewing aged loans

13   on its line, such as COLB and Warehouse.  Aren't you, sir?

14   A.   I do, sir.

15   Q.   Let's look at D-168.  This is an e-mail from Caryn Hughes

16   at Colonial to some others.  And beneath it is an e-mail from

17   Kamel Hosein to Caryn Hughes referring to documents that he

18   asked Cathie to put together, including compliance procedures.

19   Do you see that?

20   A.   I do see that.

21   Q.   Let's look at the next page.  You see that that's

22   compliance non-ProMerit COLB procedures?

23   A.   I do.

24   Q.   And if we'll turn to the fourth page under COLB aging

25   reports, you see that it says, "Aged loans on COLB facilities

1    shall be closely monitored by the compliance specialist as

2    indicated."

3         Do you see that?

4    A.    I do.

5    Q.    In fact, did Colonial regularly issue reports on aged

6    loans?

7    A.    It did.  I've seen a number of them.

8    Q.    Let's look at one.  D-315.  You see here it's a

9    reference -- it's an April 2006 acknowledgement form.  I think

10   this had to do with something that was seen in internal auditing.

11   But if we move on, we see a number of pages.  I'm going to turn

12   to page 44, because this is hundreds of pages in this document.

13        And on this page of D-315, you see -- first of all, at

14   the top, it says, "Aged loans monthly acknowledgement."

15   Do you see that?

16   A.    I do, sir.

17   Q.    Because, on a monthly basis, the folks at Colonial were

18   looking at what the aging is of the loans on COLB and the

19   Warehouse facility.  Correct?

20   A.    Correct.

21   Q.    All right.  Then we look at the date here.  That's dated

22   April 18, 2006, for this particular one.  And the compliance

23   specialist is Cherie Fite.  Cherie Fite is not one of the

24   fraudsters, is she?

25   A.    I know she spent a lot of time talking to one of the

1   fraudsters.  I think there were no criminal actions against her.

2   Q.   Okay.  And she checks a number of boxes.  Do you see that?

3   A.   I do.

4   Q.   One of the boxes is that -- by the way, it says she's a

5   compliance specialist.  Do you know what that is?

6   A.   That means somebody who, in effect -- let's see -- is just

7   chasing after the aged loans much as, you know, at any

8   professional services firm, there's one of the partners who

9   chases after the aged receivables.

10  Q.   And I've highlighted a number of different check marks

11  here.  She said that she contacted the customer regarding each

12  aged loan listed in the attached report.  Right?

13  A.   Yes, sir.

14  Q.   And the customer for this report is TBW.  Right?

15  A.   Yes.

16  Q.   Then she said, "As a compliance specialist, I documented

17  ProMerit regarding the status of each aged loan."

18       That's the electronic system we talked about earlier.

19  Is that right?

20  A.   I see that, sir.  I agree.

21  Q.   And ProMerit is the electronic system?

22  A.   Yes, sir.  It tracks all the loans and the reason for the

23  second set of books is for AOT trades it only tracks it at the

24  trade level.

25  Q.   Right, because ProMerit was tracking COLB and Warehouse.

1    Right?

2    A.   Yes.

3    Q.   And then we get to the third check mark that, "As a

4    compliance specialist, I documented the payment history for each

5    aged loan."  Do you see she checked that?

6           THE COURT:  I can read this, Mr. Levine.  We can go

7    faster.

8           MR. LEVINE:  All right.  Let me move down, then.

9    BY MR. LEVINE:

10   Q.   There's also a reference to Rodney Lewis as a portfolio

11   manager.  You know who he was.

12          THE COURT:  I don't know if this witness knows --

13   what --

14   BY MR. LEVINE:

15   Q.   He wasn't a fraudster, was he?

16   A.   I'm not aware of him being a fraudster.

17   Q.   And he said that he reviewed the monthly aged loan report.

18   Is that right?

19   A.   Yes.

20   Q.   And you see it's signed by the compliance specialist and

21   the portfolio manager, meaning Fite and Lewis.  Right?

22   A.   I see that.

23   Q.   And then if -- and there's a check mark before the

24   signature that, "I find the aged report of this customer to be

25   satisfactory."

1          Do you see that?

2              MR. SORENSEN:  Your Honor, I think I'm going to object

3     to the foundation whether the witness has ever seen this

4     document.

5              MR. LEVINE:  The witness has seen aged reports.

6     I'm showing one example.

7              THE COURT:  Overruled.

8     BY MR. LEVINE:

9     Q.   Going to page 138 of the document.  And here you have -- I

10    think it's the first page of a particular aged report for aged

11    loans over 120 days.  Do you see that?

12    A.   I see that.

13    Q.   And 120 days, that's more than the 30 to 45 days that you

14    normally see.  Right?

15    A.   Correct.

16    Q.   And if you see something that's aged more than 120 days, is

17    that after the takeout period?  We talked about that before, the

18    takeout period.

19    A.   The takeout period should happen fairly immediately, within

20    the 30 to 45-day period.

21    Q.   Right.  So if it's aged over 120 days, that means that

22    the takeout provision or right has not been exercised.  Right?

23    A.   Which could mean the takeout requirement has not been met,

24    and that would be potentially part of the fraud.  And as loans

25    get beyond 120 days, the bank should be sending the loans back

1    to TBW.  As I discussed previously, that's what they did for

2    their legitimate, nonfraudulent customers.

3    Q.   Right.

4    A.   Because of the fraud, that's what they didn't with TBW.

5    Q.   Here we see, on the aged report, that people are seeing at

6    Colonial that you have a number of loans over 120 days.  Number

7    of people -- I'm sorry.  You see on the aged report, with

8    respect to TBW, that people at Colonial are seeing that you have

9    loans that have aged over 120 days.  Is that right?

10            THE COURT:  Which is what he said, that with TBW, they

11   lasted longer than they did with legitimate --

12   BY MR. LEVINE:

13   Q.   And this is something that nonfraudsters at Colonial were

14   seeing on COLB.  Right?

15   A.    Until the loans --

16            MR. SORENSEN:  Your Honor --

17            THE COURT:  Counsel, I need to know where you're going.

18            MR. LEVINE:  I'm just going with the fact that the

19   witness has said over and over again that this was hidden, and

20   I'm pointing out that it wasn't hidden when it was on COLB or

21   Warehouse, and there was an aging issue that was known to people

22   at Colonial beyond the fraudsters.

23            THE COURT:  And so what?

24            MR. LEVINE:  So when he's talking -- one of the

25   indicia of fraud that was listed in the white board, or the flip

```
 1    chart, by Mr. Malek that he testified about was that things were
 2    hidden.
 3              THE COURT:  But, Counsel --
 4              MR. LEVINE:  And the point is that --
 5              THE COURT:  -- we're not trying to decide at this
 6    point whether there was fraud or not.  That's already been
 7    decided in the case.  So I need to know where you're going
 8    before we spend another day or so on this cross-examination.
 9              MR. LEVINE:  Your Honor --
10              THE COURT:  Because if I don't understand it, then
11    it's not going anywhere.
12              MR. LEVINE:  Your Honor, what has been decided is that
13    there was fraud.  The question is whether or not the stuff that
14    was in blue, when it was on COLB, Warehouse and Overline, and
15    then later moved to AOT, is that part of the fraud?  Is that
16    part of the fraud to which there should be damages?  That's the
17    question.
18              THE COURT:  But I don't understand.  He only -- he
19    only counted those things on which there were losses.  Do you
20    have some proof that -- he's admitted that there were legitimate
21    loans.  So I don't understand what the --
22              MR. LEVINE:  He's also said that, if it was hidden and
23    if it was aged, that's an indication that it's fraudulent.  And
24    I'm showing that this is not hidden, there is aging that's not
25    hidden on COLB, and people at Colonial know about it.  And I'm
```

 1    about to establish it wasn't just Colonial.  People at -- the

 2    regulators knew about it too.  The fraudulent stuff is the stuff

 3    that was hidden.  It's the stuff like the fake loans or the

 4    loans that are going directly -- the orange, going directly on

 5    to AOT.  The blue stuff is showing up as aged in COLB and in

 6    Warehouse before it's ever moved to AOT.  That's the point,

 7    Your Honor.

 8              THE COURT:  Okay.  Ask the question.

 9    BY MR. LEVINE:

10    Q.   All right.  So if we look at page 216 of D315, you see

11    that the loan balance for the aged loans over 120 days for TBW

12    at this point was $272 million on the aged report.  Do you see

13    that?

14              MR. SORENSEN:  Objection.  Foundation.

15              MR. LEVINE:  He said he's seen aged reports.

16              MR. SORENSEN:  He didn't -- he hasn't said he saw this

17    particular one.  And the question was -- does that say 272?  And

18    no objection if that's the question.  I didn't realize that's

19    the question.

20              MR. LEVINE:  All I'm asking -- I'm just

21    establishing -- I'm just going through it and showing the Court

22    that the aged report here for this date shows $272 million in

23    aged loans.  That's all.

24              THE COURT:  That was the question.  So you have no

25    objection.

 1                MR. SORENSEN:  If the question is, does that say 272,

 2       I have no objection.  But if he's saying that the aged report at

 3       that time showed 272, that's a different question, and I would

 4       object to that.  There's no foundation for showing -- asking

 5       this witness what that aged report said.

 6                MR. LEVINE:  Let me ask it a different way.

 7       BY MR. LEVINE:

 8       Q.   Does the document D315 at page 216 that's titled

 9       management -- or COLB aged report more than 120 days show a loan

10       balance for that customer of over $272 million?

11                MR. SORENSEN:  Objection.  Foundation.

12                THE COURT:  Does this document say, under that heading

13       loan balance, 272 -- and I'm not going to do all the things --

14       does it say that?  Yes.

15                THE WITNESS:  Yes.

16                THE COURT:  Okay.

17                THE WITNESS:  I don't recall whether I've seen this

18       particular aging report.  What I remember seeing is a group of

19       aging reports in the period of 2006 and 2007 where TBW's agings

20       were growing, and there was a level of management attention; and

21       that then, by December 30, 2008, as I recall, and especially by

22       June 30, 2008, there were material amounts of loans moved off

23       the aging report and hidden as part of the fraud where, at that

24       point in time, rather than hiding them, what should have been

25       done, absent fraud, is those loans should have been returned to

 1    TBW for a full refund.

 2        What was happening here, because the agings that were on

 3    COLB that were visible grew enough to get management attention,

 4    the fraudsters would take some of them off and put them in the

 5    secret drawer, in the secret database, so that -- that was the

 6    part that wasn't being hidden, and that to me is a major indicia

 7    of fraud.  It's the hiding in the secret database and the

 8    non-exercising the right of return, coupled with the pages and

 9    pages of dumping ground testimony that I've referenced showing

10    it happening before and after AOT.

11        THE COURT:  Mr. Levine, let me point out something

12    that -- I don't know if you were here yesterday when we -- you

13    may not have been.  One of the things that came out in the

14    course of the trial and that I pointed out in terms of the Crowe

15    trial, is trying to put one's case on through cross-examination

16    of a hostile witness, I think we have shown several times in the

17    course of this case is not totally futile, but very close to

18    futile.

19        You're not going to make the point you're trying to make.

20    We have now spent the better part of the day with you trying to

21    do that.  This witness is not going to help you put your case

22    on.  He's not going to help you clarify to the Court where

23    you're trying to go and what you're trying to do.  If you

24    haven't caught on to that by now, doing it for a whole day

25    tomorrow is not going to help.

 1          MR. LEVINE:  It's not going to be a whole day

 2     tomorrow, and I've caught on, Your Honor.  But we also -- I

 3     mean, the question there was -- Your Honor asked, is that number

 4     272 million?  And then he said, yes, and then he went on for

 5     three minutes.  You know, I think we need to have the witness

 6     answer the questions a little more directly, and we can move on.

 7          I'm just trying to make specific points, and he keeps on

 8     talking and talking about other things.

 9          MR. SORENSEN:  Objection to -- object to the

10     characterization.  He's trying to be precise.  He's an

11     accountant, and he doesn't --

12          MR. LEVINE:  The question was, is that the number.

13          THE COURT:  Is that the number?  The answer was yes.

14     But he also knows where you're going with that number, and he's

15     trying to answer in advance.

16          MR. LEVINE:  He thinks he knows where I'm going.  I'm

17     just trying to ask specific questions, and I'll -- we'll go on

18     now.  But let me -- you know, but I'm just trying to ask very

19     specific questions.

20     BY MR. LEVINE:

21     Q.   Sir, let me move to a different document, which is D17.

22     This is an e-mail from Cherie Fite, again, to a whole bunch of

23     people at Colonial, Wayne Baylor, and Laura Bartlett, who I

24     think later changes her name -- I assume she gets married --

25     Laura Bryan, Rodney Lewis, Chad Cain, and a number of others,

1  most of whom, other than Cathie Kissick, I think, you recognize

2  as not being fraudsters.  Right?

3  A.   Yes, sir.

4  Q.   And it attaches -- it refers to waiting for a new aged COLB

5  report.  Do you see that?

6  A.   I do.

7  Q.   All right.  Let's move on to -- the attachment is an aged

8  COLB report, and I want to go to a couple of pages.  On page 42

9  there's an aged COLB report -- I'll make this bigger -- for

10  Bayrock Mortgage Corporation.  Bayrock Mortgage Corporation,

11  they're a different mortgage originator that Colonial did

12  business with.  Is that right?

13          MR. SORENSEN:  Objection.  Foundation.

14          THE COURT:  Sustained.

15  BY MR. LEVINE:

16  Q.   You looked at the Colonial business during the course of

17  your thousands of hours of investigation, didn't you?

18  A.   I did.

19  Q.   And you looked at the ProMerit database, didn't you?

20  A.   I did.

21  Q.   Did you look at anything at all in the Colonial business

22  with respect to mortgage originators other than TBW?

23  A.   I did.

24  Q.   Are you aware that there are other mortgage originators

25  that had aged loans on COLB besides TBW?

1    A.    Yes.

2    Q.    Is Bayrock one of those entities?

3    A.    Yes.  And Bayrock, because it wasn't a fraudulent

4    situation, the losses were controlled.

5    Q.    Right.  So Bayrock -- and the number there that's

6    listed is 16-plus million dollars for aged COLB over 120 days?

7    Is that right?

8    A.    I see it.

9    Q.    And that Bayrock aged mortgage, because it ended up --

10   well, that's something that you didn't consider part of a fraud.

11   Is that right?

12   A.    I didn't consider it part of the fraud losses that were

13   missed by the auditors.

14   Q.    Was it well known at Colonial Bank that there were aged

15   loans on COLB with problems?

16              MR. SORENSEN:  Objection.  Calls for speculation.

17              MR. LEVINE:  Your Honor, he's testified, gone through

18   e-mails in his direct examination.  I'm entitled to ask him

19   about it.

20              THE COURT:  You want him to tell you whether it was

21   well known?

22              MR. LEVINE:  He went through -- on direct examination,

23   he went through a series of e-mails between TBW people --

24              THE COURT:  Right.  And --

25              MR. LEVINE:  -- and Colonial people.

1          THE COURT:  -- we know it was in the e-mails, but the

2     conclusion as to whether it was well known -- I'm going to

3     sustain the objection.

4     BY MR. LEVINE:

5     Q.   Were the aged -- well, did you read the testimony of

6     Cathie -- you already said you read the testimony of Cathie

7     Kissick.  Right?

8     A.   Yes, sir.

9     Q.   All right.  I'm going to put up page 613 of her deposition.

10    It starts at line 10 on 613.

11         MR. LEVINE:  And, Your Honor, you may recognize what

12    we're showing is the actual designations that were submitted.

13    So this will look exactly like it was submitted to the Court.

14         THE COURT:  All right.

15    BY MR. LEVINE:

16    Q.   At page 613, Ms. Kissick is asked, In AOT -- hold on one

17    second.  I may have the wrong page.  Here we go.

18         "In that AOT security were contained loans that were

19    impaired value loans, charged-off loans, previously sold loans,

20    loans in foreclosure, real estate."  I'll make this bigger.

21         "I did not -- all we had was a loan name.  I didn't know

22    that they were that.  But I knew there were aged loans with

23    problems, and so did everybody else at the bank."

24         Is that Ms. Kissick's testimony that you reviewed?

25    A.   I recall reading this testimony.

1  Q.   Let's turn to a different topic, which is how you define a

2  junk loan, because we've heard a lot about junk loans here.

3  Right?

4  A.   Okay.

5  Q.   Did you define the junk loan as a loan that, quote, did not

6  comply with the requirements of Freddie Mac and Ginnie Mae for

7  immediate purchase by them within 30 to 45 days of funding by

8  Colonial Bank?

9  A.   I defined it exactly as that in my deposition, referring to

10  the bulk of the business as characterized by the management of

11  the Mortgage Warehouse Lending Division.

12  Q.   Well, that's exactly how you defined it in your deposition.

13  Right?

14  A.   It is.

15  Q.   And you reviewed the contract provisions between Colonial

16  and TBW with respect to both the COLB facility and the warehouse

17  facility.  Right?

18  A.   I did.  I summarized some of the key provisions in my

19  rebuttal report over about two or three pages.

20  Q.   Right.  So you reviewed the COLB agreement.  Right?

21  A.   Yes, sir.

22  Q.   And you reviewed the sixth amended Warehouse agreement.

23  Correct?

24  A.   I did.

25  Q.   And under both the COLB agreement and the Warehouse

1    agreement, TBW could provide nonconforming loans of up to a

2    certain amount that didn't meet the Freddie Mac and Ginnie Mae

3    standards, but could be sold to private end investors instead.

4    Correct?

5    A.   I'm sorry.  Could you repeat the question again?

6    Q.   Sure.  Under both the COLB amendment and Warehouse

7    amendment, TBW could sell to COLB -- sell to Colonial and

8    provide to Colonial mortgages --

9    A.   I'm sorry.  I'm not following, again, because we broke the

10   sentence up.  Are we talking --

11   Q.   Let's go one by one.

12   A.   -- the AOT or the --

13   Q.   No, not AOT.  Let's do one by one.

14   A.   Okay.

15   Q.   Let's start with COLB.  Okay?  Do you agree that under

16   the -- we'll go to the agreement if we need to.  Do you agree

17   that under the COLB agreement that you reviewed that TBW could

18   provide nonconforming mortgages that did not meet the

19   Freddie Mac and Ginnie Mae standards but could be sold to

20   private end investors instead?

21   A.   It's my recollection that the agreement allowed it.  It's

22   my recollection that the fraudsters said that that was a minor

23   part of the business.

24   Q.   Is it correct that in the Warehouse agreement it allowed

25   for TBW to provide mortgages that did not meet the Freddie Mac

1   and Ginnie Mae standards but could be sold to private end

2   investors?

3   A.   Subject to very small sublimits that are a minuscule

4   fraction of the amount of fraud losses we're talking about here.

5   Q.   Well, when you say a minuscule fraction or a really small

6   sublimit, for the Warehouse, the sublimit was actually

7   $78 million.  Right?

8   A.   I don't recall a sublimit being that large for any

9   nonconforming product.

10  Q.   All right.  Let's look at F4030.

11          THE COURT:  Counsel, I think -- at the risk of

12  interrupting this line of questioning, I think we're reaching

13  a point where we probably should call it a day.  I would

14  ordinarily go later, but I think those of us who have to drive

15  places are going to have all kinds of problems, because I

16  understand a little storm is coming in.

17          MR. LEVINE:  That's what I hear.

18          THE COURT:  Which brings me to another point, Counsel.

19  I just want to make sure that all of you stay alert to what's

20  happening.  The courts follow the federal mandates about

21  whether we close or not.  If the federal government shuts down,

22  we shut down.  If the federal government starts an hour or so

23  late, we start an hour or so late.  So you don't have to --

24          MR. BECK:  How do we find -- Heather sent us an

25  e-mail.  I just don't know how one tracks what the federal

1    government is doing.  I've never been able to figure out what

2    the --

3        (Laughter)

4            THE COURT:  Are you talking about the weather, or are

5    you talking about in general?

6            MR. LEVINE:  You have to explain it.

7            THE COURT:  This one is easy.  I'll have Heather send

8    you the right phone number.  As for anything else, you're on

9    your own.  My hope is that we'll all be able to have court

10   tomorrow.  But I'm just alerting you that if we don't, be

11   prepared to go on Friday because I'd hate to have to go -- about

12   how much more do you have with this witness?

13           MR. LEVINE:  You know, I'll cut it down tonight or

14   maybe tomorrow as well -- but, you know, I've gotten through a

15   fair amount.  It's at least going to be an hour more.

16           THE COURT:  Okay.  And what do you think you have on

17   redirect?

18           MR. SORENSEN:  I would say 20 minutes.

19           THE COURT:  Okay.

20           MR. LEVINE:  So, Your Honor, in terms of the protocol,

21   I know that we made an exception for -- Mr. Sorensen can talk to

22   Mr. Malek about the issue -- you know, this limited issue of the

23   recoveries, the REO recoveries.  But other than that, I think --

24   is the normal protocol applying, which -- he's on

25   cross-examination and no talking to the witness?

1          THE COURT:  Sure.

2          MR. SORENSEN:  And I guess, in order for us to even

3   understand it, we don't know exactly what it is -- we think we

4   know what it is.  So I would ask that you tell us what this new

5   theory of reduction of damages is.

6          MR. LEVINE:  I think I -- I explained it before.

7          THE COURT:  No, no.  Don't explain it on my time.

8          MR. LEVINE:  Okay.

9          THE COURT:  You explain it to him on --

10          MR. LEVINE:  Sure.

11          THE COURT:  -- your time.

12          MR. LEVINE:  Sure.

13          THE COURT:  Make sure he understands it, because

14   otherwise, I'm going to have to hear it all over again when he

15   doesn't understand --

16          MR. LEVINE:  We don't want you to do that.

17          THE COURT:  That's right.  Okay.  I'll hopefully

18   see -- yes?

19          THE DEPUTY CLERK:  Judge, we don't follow the federal

20   government.  We follow the court.

21          THE COURT:  Well, I've been told that we're following

22   the federal government.  Okay?  So leave it at that.

23          THE DEPUTY CLERK:  Okay.

24          THE COURT:  Leave it.  We'll get you a number to call.

25          THE DEPUTY CLERK:  Yeah, that would be better.

1          MR. LEVINE:  Thank you, Your Honor.

2          THE COURT:  We'll get you the right number to call.

3     Okay.  Court will be adjourned for the day.

4     (Proceedings adjourned at 4:39 p.m.)

*   *   *   *   *   *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


_Bryan A. Wayne_
BRYAN A. WAYNE

## $

**$1.473** [3] - 3524:14, 3524:19, 3561:2
**$1.69** [1] - 3559:6
**$100** [5] - 3546:4, 3548:6, 3548:7, 3557:1, 3578:15
**$15** [1] - 3547:8
**$2.473** [1] - 3520:4
**$20** [3] - 3546:21, 3546:25, 3547:1
**$229** [1] - 3524:17
**$254** [1] - 3507:16
**$272** [3] - 3588:12, 3588:22, 3589:10
**$365** [1] - 3520:4
**$415** [9] - 3524:7, 3524:13, 3525:12, 3527:12, 3529:17, 3542:6, 3552:20, 3561:7, 3575:6
**$45** [2] - 3504:2, 3504:8
**$495** [1] - 3523:15
**$562** [1] - 3525:11
**$625** [2] - 3507:19, 3509:5
**$700** [1] - 3575:24
**$78** [7] - 3504:6, 3504:12, 3504:16, 3504:22, 3504:23, 3504:24, 3597:7
**$978** [1] - 3525:3

## 0

**06-4** [1] - 3516:16

## 1

**1** [2] - 3511:15, 3512:20
**1.4** [1] - 3522:16
**1.576** [1] - 3559:1
**1.6** [1] - 3557:3
**1.68** [2] - 3558:24, 3559:6
**1.7** [1] - 3558:23
**10** [2] - 3503:10, 3594:10
**10-K** [1] - 3578:9
**100** [3] - 3545:7, 3546:8, 3546:21
**11** [1] - 3539:15
**12** [1] - 3535:17, 3539:1
**120** [10] - 3585:11,

3585:13, 3585:16, 3585:21, 3585:25, 3586:6, 3586:9, 3588:11, 3589:9, 3593:6
**138** [1] - 3585:9
**14** [1] - 3498:20
**149** [1] - 3539:13
**15** [5] - 3524:8, 3524:13, 3561:22, 3561:24, 3575:8
**16-plus** [1] - 3593:6
**162** [1] - 3503:9
**1700** [1] - 3499:16
**18** [1] - 3582:22
**19** [4] - 3516:19, 3516:20, 3518:5, 3539:1

## 2

**2** [2] - 3522:9, 3569:24
**2-1/2** [1] - 3553:21
**2/25/2004** [1] - 3547:10
**20** [7] - 3498:6, 3545:8, 3545:9, 3546:12, 3554:16, 3598:18
**20001** [1] - 3499:23
**20006-4707** [1] - 3499:17
**2003** [8] - 3507:18, 3508:7, 3508:15, 3522:6, 3539:8, 3540:2, 3540:3, 3549:25
**2004** [8] - 3520:7, 3522:1, 3524:9, 3540:3, 3553:7, 3555:21, 3556:5, 3560:20
**2005** [4] - 3524:16, 3536:7, 3557:5, 3575:21
**2006** [13] - 3556:22, 3556:23, 3558:7, 3558:20, 3559:19, 3574:22, 3575:11, 3576:17, 3576:18, 3579:10, 3582:9, 3582:22, 3589:19
**2007** [3] - 3574:22, 3576:25, 3589:19
**2008** [11] - 3564:20, 3568:4, 3569:24, 3571:2, 3571:3, 3577:15, 3579:12, 3579:16, 3589:21,

3589:22
**2009** [5] - 3520:7, 3553:7, 3555:21, 3556:5, 3564:21
**2016** [2] - 3503:3, 3510:12
**2017** [2] - 3514:7, 3549:24
**2018** [1] - 3498:6
**202** [2] - 3499:17, 3499:23
**21** [1] - 3516:19
**216** [2] - 3588:10, 3589:8
**21st** [1] - 3516:20
**230** [1] - 3568:1
**232** [2] - 3567:21, 3568:1
**233** [1] - 3499:4
**25** [6] - 3514:2, 3520:7, 3522:1, 3524:9, 3555:21, 3560:20
**258-5500** [1] - 3499:5
**272** [5] - 3588:17, 3589:1, 3589:3, 3589:13, 3591:4
**27th** [1] - 3498:20
**28** [2] - 3514:7, 3538:17
**29** [2] - 3536:19, 3539:4
**29th** [2] - 3535:24, 3538:16
**2:00** [1] - 3498:6
**2:11-cv-746-BJR** [1] - 3498:4
**2:12-cv-957-BJR** [1] - 3498:8

## 3

**3** [1] - 3501:9
**3.5** [1] - 3553:21
**30** [11] - 3519:10, 3554:16, 3559:22, 3560:5, 3571:2, 3579:16, 3585:13, 3585:20, 3589:21, 3589:22, 3595:7
**30-plus** [1] - 3578:14
**300** [1] - 3499:11
**31** [6] - 3539:10, 3556:22, 3558:7, 3558:20, 3571:3, 3579:16
**310** [1] - 3498:21
**312** [2] - 3499:5, 3499:13

**31656** [1] - 3498:23
**333** [1] - 3499:22
**3501** [1] - 3500:5
**3509** [1] - 3500:5
**354-3186** [1] - 3499:23
**365** [1] - 3547:2
**372-5050** [1] - 3498:24
**39** [1] - 3517:2
**3:28** [1] - 3561:25
**3:46** [1] - 3561:25

## 4

**4** [4] - 3528:19, 3529:7, 3546:17, 3565:18
**4.9** [2] - 3530:18, 3530:20
**40** [1] - 3559:22
**41** [1] - 3518:5
**415** [7] - 3531:10, 3541:2, 3541:18, 3541:19, 3542:3, 3561:11, 3575:9
**42** [1] - 3592:8
**422** [1] - 3535:16
**423** [1] - 3536:10
**44** [1] - 3582:12
**44.8** [1] - 3502:23
**45** [4] - 3554:16, 3560:6, 3585:13, 3595:7
**45-day** [1] - 3585:20
**4704-A** [1] - 3499:22
**494-4440** [1] - 3499:13
**4:39** [1] - 3600:4

## 5

**5** [2] - 3503:10, 3536:11
**50** [2] - 3536:1, 3540:1
**500** [1] - 3541:20
**54** [1] - 3499:12
**562** [1] - 3541:19

## 6

**6-4** [1] - 3515:25
**60606** [1] - 3499:5
**60654** [1] - 3499:12
**613** [3] - 3594:9, 3594:10, 3594:16
**626-2916** [1] - 3499:17
**6600** [1] - 3499:4

## 7

**7** [1] - 3535:17
**78** [2] - 3509:11, 3509:16
**79120-1656** [1] - 3498:24

## 8

**80** [3] - 3546:9, 3546:10, 3546:11
**800** [1] - 3498:23
**806** [1] - 3498:24
**879** [1] - 3507:20

## 9

**9.2.0** [2] - 3556:13, 3558:18
**90** [1] - 3572:12
**90-page** [1] - 3550:4
**90291** [1] - 3498:20
**961-2536** [1] - 3498:21
**978** [2] - 3541:20
**978.5** [1] - 3535:13

## A

**A-300** [3] - 3535:19, 3535:24, 3538:16
**ability** [2] - 3505:7, 3578:19
**able** [5] - 3538:7, 3553:18, 3557:15, 3598:1, 3598:9
**above-entitled** [1] - 3601:5
**absent** [3] - 3564:6, 3566:14, 3589:25
**accepted** [1] - 3512:8
**account** [12] - 3501:11, 3501:16, 3504:13, 3504:14, 3505:3, 3505:18, 3506:4, 3506:23, 3547:19, 3547:22, 3558:2, 3559:5
**accountant** [3] - 3545:17, 3567:6, 3591:11
**accounted** [2] - 3562:5, 3568:20
**accounting** [5] - 3509:3, 3512:5, 3552:23, 3567:4, 3580:11

accounts [1] - 3520:20
accurate [2] - 3523:19, 3568:4
acknowledgement [2] - 3582:9, 3582:14
acquired [4] - 3523:24, 3542:7, 3542:8, 3579:11
acquisition [3] - 3575:14, 3576:17, 3576:20
acronym [1] - 3529:2
acronyms [1] - 3569:12
act [4] - 3517:3, 3517:6, 3518:7, 3518:16
actions [4] - 3512:4, 3512:16, 3512:18, 3583:1
active [1] - 3530:15
activity [4] - 3555:4, 3560:24, 3560:25, 3580:12
actual [13] - 3507:19, 3515:15, 3527:25, 3528:1, 3528:2, 3528:5, 3528:7, 3531:11, 3531:16, 3531:23, 3580:1, 3594:12
actuality [1] - 3546:21
add [4] - 3524:11, 3559:6, 3560:7, 3578:9
added [1] - 3541:19
additional [7] - 3502:15, 3503:13, 3503:17, 3505:12, 3508:16, 3508:19, 3547:22
address [3] - 3508:5, 3512:4, 3552:21
addressed [4] - 3512:15, 3513:3, 3513:6, 3573:24
addresses [1] - 3512:24
addressing [1] - 3512:7
adjourned [2] - 3600:3, 3600:4
adjust [1] - 3508:2
adjustments [1] - 3507:25
admitted [2] - 3545:8, 3587:20
advance [3] - 3546:3, 3548:4, 3591:15

advanced [6] - 3545:20, 3546:8, 3547:4, 3547:7, 3548:2
affect [1] - 3514:25
affirmatively [1] - 3505:19
Afternoon [1] - 3498:11
afternoon [3] - 3501:3, 3509:25, 3510:1
age [4] - 3533:17, 3534:3, 3534:7, 3535:1
Aged [2] - 3581:25, 3582:14
aged [69] - 3533:8, 3533:24, 3534:15, 3535:2, 3538:22, 3539:8, 3544:4, 3545:4, 3545:13, 3545:15, 3546:22, 3550:8, 3550:14, 3550:21, 3563:10, 3563:12, 3563:13, 3563:15, 3564:4, 3570:19, 3570:22, 3570:25, 3571:5, 3571:12, 3573:8, 3573:15, 3573:16, 3573:20, 3577:16, 3579:18, 3580:6, 3580:15, 3580:20, 3581:12, 3582:5, 3583:7, 3583:9, 3583:12, 3583:17, 3584:5, 3584:17, 3584:24, 3585:5, 3585:10, 3585:16, 3585:21, 3586:5, 3586:7, 3586:9, 3587:23, 3588:5, 3588:11, 3588:12, 3588:15, 3588:22, 3588:23, 3589:2, 3589:5, 3589:9, 3592:4, 3592:7, 3592:9, 3592:25, 3593:6, 3593:9, 3593:14, 3594:5, 3594:22
agents [1] - 3565:3
ages [5] - 3545:7, 3546:7, 3546:8, 3562:19, 3562:23
aging [35] - 3533:15, 3533:19, 3534:22, 3537:19, 3538:23, 3539:2, 3539:10,

3558:13, 3558:14, 3569:16, 3569:19, 3569:25, 3570:13, 3570:23, 3571:3, 3571:4, 3571:8, 3577:17, 3579:6, 3579:19, 3579:21, 3579:24, 3579:25, 3580:3, 3581:3, 3581:6, 3581:8, 3581:24, 3582:18, 3586:21, 3587:24, 3589:18, 3589:19, 3589:23
agings [2] - 3589:19, 3590:2
ago [2] - 3505:12, 3563:18
agree [24] - 3517:14, 3519:12, 3523:14, 3524:19, 3525:8, 3527:5, 3527:7, 3533:12, 3533:25, 3537:21, 3539:3, 3540:22, 3553:5, 3558:22, 3559:15, 3559:20, 3563:11, 3563:12, 3564:2, 3565:12, 3565:15, 3583:20, 3596:15, 3596:16
agreement [8] - 3595:20, 3595:22, 3595:25, 3596:1, 3596:16, 3596:17, 3596:21, 3596:24
AICPA [7] - 3515:25, 3516:5, 3516:11, 3516:15, 3516:22, 3517:7, 3518:5
aid [4] - 3515:25, 3516:16, 3517:15, 3518:6
aided [1] - 3499:25
ALABAMA [1] - 3498:1
alert [2] - 3506:18, 3597:19
alerting [1] - 3598:10
ALESSIO [1] - 3499:15
Alexander [1] - 3498:19
all-at-once [1] - 3545:11
Allen [1] - 3574:10
allocable [3] - 3502:8, 3504:8, 3507:20
allocation [1] - 3504:2
allowed [4] - 3505:16,

3545:13, 3596:21, 3596:24
almost [3] - 3512:1, 3553:21, 3557:3
alone [1] - 3517:12
ALSO [1] - 3499:19
alternative [3] - 3505:9, 3506:7, 3506:8
Amarillo [2] - 3498:23, 3498:24
amended [1] - 3595:22
amendment [2] - 3596:6, 3596:7
American [1] - 3516:3
amount [24] - 3502:12, 3504:1, 3504:2, 3504:9, 3507:19, 3509:4, 3514:25, 3541:24, 3544:13, 3545:8, 3545:14, 3545:20, 3548:2, 3548:3, 3548:4, 3561:2, 3561:4, 3561:7, 3561:14, 3576:3, 3581:6, 3596:2, 3597:4, 3598:15
amounts [7] - 3507:15, 3527:7, 3542:15, 3558:19, 3558:23, 3571:5, 3589:22
Amy [1] - 3499:20
analysis [3] - 3526:2, 3546:19, 3554:23
analyzed [1] - 3538:6
angle [4] - 3563:5, 3563:7, 3563:9
angles [1] - 3563:2
answer [13] - 3519:25, 3531:8, 3535:8, 3535:9, 3545:17, 3552:1, 3554:3, 3566:21, 3576:11, 3580:17, 3591:6, 3591:13, 3591:15
answers [1] - 3533:20
AOT [77] - 3504:13, 3504:24, 3508:22, 3508:24, 3517:21, 3517:22, 3519:6, 3521:12, 3521:13, 3521:14, 3522:17, 3522:22, 3523:15, 3523:24, 3524:5, 3524:22, 3525:11, 3525:12, 3526:5, 3526:19, 3527:6,

3527:12, 3528:9, 3528:14, 3530:14, 3536:7, 3538:8, 3541:6, 3541:10, 3541:14, 3542:3, 3542:12, 3542:13, 3543:8, 3543:16, 3544:9, 3544:21, 3544:22, 3544:23, 3545:1, 3547:18, 3548:3, 3550:15, 3557:7, 3557:8, 3557:24, 3559:17, 3564:21, 3569:11, 3569:12, 3569:14, 3570:5, 3571:8, 3571:9, 3571:12, 3572:23, 3573:8, 3577:15, 3579:12, 3579:17, 3579:23, 3580:6, 3580:9, 3580:13, 3580:21, 3581:3, 3583:23, 3587:15, 3588:5, 3588:6, 3590:10, 3594:16, 3594:18, 3596:12, 3596:13
apologize [6] - 3534:12, 3543:3, 3552:5, 3556:8, 3559:14, 3574:17
apparent [1] - 3518:3
APPEARANCES [2] - 3498:17, 3499:1
appetite [1] - 3518:12
applicable [3] - 3516:6, 3516:16, 3516:24
applied [2] - 3501:10, 3507:15
applying [1] - 3598:24
appropriate [1] - 3508:5
approximates [1] - 3558:23
April [2] - 3582:9, 3582:22
area [1] - 3535:7
arguing [1] - 3527:10
argument [4] - 3503:21, 3505:24, 3506:21, 3506:22
arose [1] - 3518:20
AS [1] - 3498:8
assignment [1] - 3510:14
assistance [1] - 3555:6
associated [2] - 3522:22, 3528:10

**assume** [15] - 3510:18, 3510:22, 3511:1, 3511:4, 3511:9, 3511:18, 3546:2, 3552:17, 3572:21, 3572:24, 3573:4, 3575:11, 3576:19, 3577:13, 3591:24
**assumed** [1] - 3547:13
**assumes** [1] - 3552:16
**assuming** [1] - 3549:18
**assumption** [2] - 3575:15, 3577:8
**assumptions** [5] - 3575:10, 3576:16, 3577:18, 3577:19, 3577:20
**attached** [1] - 3583:12
**attaches** [1] - 3592:4
**attachment** [1] - 3592:7
**attempt** [1] - 3548:14
**attention** [3] - 3569:22, 3589:20, 3590:3
**attorney** [6] - 3512:9, 3535:2, 3549:23, 3566:1, 3567:5, 3568:7
**attributable** [1] - 3508:3
**auction** [1] - 3504:22
**audit** [17] - 3507:18, 3508:8, 3508:15, 3511:6, 3512:7, 3512:11, 3513:9, 3513:18, 3517:20, 3518:2, 3518:20, 3519:9, 3538:9, 3549:25, 3560:15, 3560:17
**audited** [1] - 3578:9
**auditing** [3] - 3512:5, 3512:8, 3582:10
**auditor** [1] - 3536:11
**auditors** [3] - 3510:15, 3538:6, 3593:13
**audits** [1] - 3508:10
**August** [4] - 3553:7, 3555:21, 3557:5, 3575:21
**availability** [1] - 3545:12
**available** [1] - 3558:10
**Avenue** [3] - 3498:20, 3499:16, 3499:22
**avoid** [1] - 3508:12
**avoided** [1] - 3547:6

**aware** [12] - 3513:20, 3514:10, 3551:9, 3556:2, 3573:14, 3573:15, 3573:18, 3581:11, 3584:16, 3592:24

# B

**bad** [4] - 3562:20, 3563:20, 3564:9, 3566:5
**badges** [2] - 3566:13, 3578:2
**balance** [3] - 3588:11, 3589:10, 3589:13
**BANCGROUP** [1] - 3498:3
**bank** [37] - 3508:8, 3508:10, 3520:7, 3523:15, 3524:22, 3525:24, 3526:4, 3534:6, 3534:7, 3541:17, 3541:19, 3541:21, 3541:25, 3542:3, 3545:4, 3545:23, 3546:3, 3546:12, 3548:19, 3552:24, 3553:1, 3553:2, 3553:7, 3553:21, 3555:21, 3558:13, 3560:13, 3560:14, 3560:19, 3561:5, 3561:12, 3563:16, 3564:21, 3575:22, 3579:15, 3585:25, 3594:23
**Bank** [11] - 3510:15, 3520:20, 3544:22, 3566:18, 3566:22, 3567:15, 3570:14, 3570:21, 3581:12, 3593:14, 3595:8
**BANK** [1] - 3498:9
**bank's** [1] - 3564:4
**Bank's** [1] - 3566:14
**bankruptcy** [7] - 3501:20, 3501:22, 3501:25, 3502:9, 3503:1, 3526:2, 3576:8
**BARBARA** [1] - 3498:15
**Barnicke** [1] - 3499:20
**Bartlett** [1] - 3591:23
**Bartlit** [1] - 3499:11
**base** [6] - 3531:18, 3545:9, 3546:6, 3546:7, 3546:11, 3546:25

**based** [5] - 3529:13, 3543:10, 3549:12, 3553:14, 3565:18
**basic** [1] - 3505:18
**basics** [1] - 3510:11
**basis** [6] - 3538:23, 3538:24, 3556:16, 3567:2, 3570:16, 3582:17
**Baylor** [1] - 3591:23
**Bayrock** [6] - 3592:10, 3593:2, 3593:3, 3593:5, 3593:9
**bear** [1] - 3532:14
**became** [1] - 3535:12
**BECK** [4] - 3499:8, 3506:14, 3509:17, 3597:24
**Beck** [6] - 3499:11, 3502:23, 3522:8, 3522:19, 3523:23, 3525:16
**beck.com** [2] - 3499:13, 3499:14
**become** [7] - 3547:23, 3563:12, 3563:13, 3563:15, 3574:14, 3574:17
**becomes** [1] - 3563:10
**BEFORE** [1] - 3498:15
**behalf** [1] - 3514:11
**belong** [1] - 3523:1
**below** [1] - 3517:10
**BENCH** [1] - 3498:14
**beneath** [3] - 3522:11, 3527:6, 3581:16
**better** [2] - 3590:20, 3599:25
**between** [17] - 3504:2, 3517:5, 3532:21, 3532:25, 3533:22, 3534:13, 3534:19, 3534:24, 3536:13, 3537:22, 3542:16, 3553:6, 3564:8, 3565:4, 3566:23, 3593:23, 3595:15
**beyond** [3] - 3538:10, 3585:25, 3586:22
**bifurcation** [1] - 3549:21
**big** [5] - 3506:12, 3510:2, 3529:22, 3539:14, 3568:13
**bigger** [6] - 3529:23, 3536:23, 3556:21, 3568:2, 3592:9, 3594:20
**biggest** [1] - 3564:3
**billion** [10] - 3553:21,

3557:3, 3558:24, 3559:2, 3559:7, 3559:18, 3560:4, 3561:2
**billions** [6] - 3553:17, 3553:20, 3556:3, 3560:7, 3561:14, 3561:15
**binders** [3] - 3509:8, 3510:2
**binding** [1] - 3575:2
**bit** [3] - 3508:4, 3527:21, 3546:8
**blank** [2] - 3532:16, 3532:17
**blow** [1] - 3556:9
**blown** [1] - 3529:22
**blowup** [1] - 3536:23
**blue** [39] - 3504:7, 3504:8, 3504:10, 3524:4, 3524:20, 3524:21, 3525:3, 3525:9, 3527:6, 3527:10, 3527:17, 3528:6, 3528:15, 3528:18, 3529:11, 3531:10, 3536:20, 3537:4, 3537:23, 3538:17, 3539:18, 3541:1, 3541:12, 3541:18, 3542:2, 3543:15, 3544:3, 3544:18, 3547:17, 3548:13, 3549:2, 3552:20, 3562:7, 3562:8, 3569:15, 3575:6, 3587:14, 3588:5
**board** [9] - 3509:8, 3522:5, 3522:7, 3522:14, 3525:8, 3569:15, 3575:7, 3586:25
**books** [39] - 3509:1, 3520:18, 3521:16, 3521:17, 3531:21, 3532:22, 3534:8, 3535:5, 3542:20, 3542:21, 3543:7, 3543:11, 3543:14, 3553:11, 3553:14, 3558:16, 3568:23, 3569:3, 3569:5, 3569:13, 3569:23, 3570:24, 3571:2, 3571:6, 3573:19, 3573:25, 3577:24, 3579:15, 3579:18, 3579:22, 3580:3, 3580:11, 3580:15,

3580:16, 3580:23, 3581:3, 3583:23
**borrow** [1] - 3542:13
**borrower** [5] - 3531:5, 3531:23, 3537:9, 3545:4, 3565:4
**borrowers** [15] - 3527:16, 3527:25, 3528:1, 3528:2, 3528:5, 3528:8, 3528:9, 3528:19, 3528:24, 3531:4, 3531:11, 3531:16, 3578:21
**borrowing** [5] - 3545:9, 3546:6, 3546:7, 3546:11, 3546:24
**Boston** [1] - 3530:7
**bottom** [5] - 3516:20, 3522:8, 3538:17, 3559:1, 3559:18
**bought** [2] - 3575:11, 3576:17
**Bowman** [1] - 3574:9
**Box** [1] - 3498:23
**boxes** [2] - 3583:2, 3583:4
**brand** [2] - 3503:1, 3506:6
**brand-new** [1] - 3506:6
**breach** [3] - 3517:3, 3517:11, 3518:7
**break** [3] - 3501:8, 3561:21, 3570:17
**briefly** [2] - 3513:4, 3514:19
**bring** [2] - 3540:11, 3566:5
**brings** [1] - 3597:18
**broadly** [1] - 3558:11
**broke** [1] - 3596:9
**brought** [2] - 3527:24, 3540:10
**Brown** [1] - 3498:22
**BRYAN** [3] - 3499:21, 3601:3, 3601:8
**Bryan** [1] - 3591:25
**build** [1] - 3554:9
**built** [1] - 3532:2
**bulk** [2] - 3554:18, 3595:10
**bunch** [4] - 3539:6, 3539:7, 3575:22, 3591:22
**Burbar** [1] - 3499:20
**burden** [2] - 3506:13, 3506:19
**burn** [1] - 3563:24

**BUS** [1] - 3538:19
**business** [10] -
3538:19, 3538:23,
3553:10, 3553:12,
3578:15, 3592:12,
3592:16, 3592:21,
3595:10, 3596:23
**but-for** [4] - 3515:19,
3515:21, 3515:22,
3516:9
**but..** [1] - 3572:2
**buys** [1] - 3563:16
**BY** [45] - 3507:7,
3507:7, 3507:14,
3509:24, 3510:10,
3511:13, 3513:17,
3514:18, 3515:3,
3519:18, 3521:4,
3521:23, 3527:3,
3528:4, 3533:13,
3534:17, 3540:13,
3540:25, 3546:14,
3547:12, 3548:11,
3550:12, 3551:4,
3552:13, 3552:19,
3554:10, 3563:8,
3567:14, 3572:20,
3573:6, 3573:11,
3576:4, 3576:15,
3577:12, 3581:1,
3584:9, 3584:14,
3585:8, 3586:12,
3588:9, 3589:7,
3591:20, 3592:15,
3594:4, 3594:15

---

# C

**CA** [1] - 3498:20
**Cain** [1] - 3591:25
**CAL** [1] - 3538:19
**calculate** [2] -
3560:11, 3561:16
**calculated** [6] -
3503:12, 3518:19,
3519:20, 3525:2,
3556:18, 3561:4
**calculation** [12] -
3501:9, 3505:4,
3507:21, 3519:3,
3542:6, 3544:18,
3547:13, 3549:1,
3549:12, 3562:12
**calculation3** [1] -
3507:8
**calculations** [4] -
3504:14, 3516:6,
3516:16, 3517:17
**calendar** [2] -
3538:19, 3538:23

---

**Capital** [2] - 3559:11
**caption** [1] - 3523:1
**care** [1] - 3566:2
**carefully** [1] - 3551:15
**Carmichael** [4] -
3513:9, 3513:18,
3514:11, 3536:9
**Carmichael's** [1] -
3535:17
**carried** [1] - 3514:1
**cartoons** [1] - 3581:15
**Caryn** [2] - 3581:15,
3581:17
**Case** [2] - 3498:4,
3498:8
**case** [22] - 3510:4,
3510:14, 3510:19,
3510:20, 3511:16,
3516:7, 3516:17,
3532:6, 3538:9,
3551:6, 3551:13,
3551:18, 3551:25,
3552:5, 3552:10,
3552:11, 3560:23,
3587:7, 3590:15,
3590:17, 3590:21
**cases** [4] - 3531:13,
3531:15, 3549:16
**cash** [8] - 3504:19,
3504:20, 3518:12,
3518:24, 3520:13,
3541:10, 3542:6,
3544:10
**categories** [11] -
3517:25, 3519:4,
3519:10, 3521:24,
3522:11, 3522:19,
3523:23, 3524:19,
3524:21, 3524:22,
3524:24
**category** [5] -
3526:12, 3527:17,
3541:25, 3544:3
**Cathie** [5] - 3567:19,
3581:18, 3592:1,
3594:6
**caught** [3] - 3530:8,
3590:24, 3591:2
**causation** [20] -
3511:3, 3511:5,
3511:10, 3511:20,
3512:4, 3512:9,
3512:10, 3512:24,
3513:3, 3513:5,
3514:9, 3514:15,
3514:22, 3515:10,
3515:11, 3515:21,
3516:21, 3517:12,
3517:16, 3549:13
**causation-related** [1]

---

- 3513:5
**caused** [3] - 3510:23,
3511:21, 3512:11
**certain** [6] - 3504:1,
3518:19, 3532:2,
3552:6, 3560:5,
3596:2
**certainly** [2] -
3509:13, 3527:22
**certificate** [1] -
3528:11
**CERTIFICATE** [1] -
3601:2
**certify** [1] - 3601:3
**cetera** [1] - 3509:8
**Chad** [1] - 3591:25
**chance** [3] - 3506:9,
3509:12, 3509:20
**changes** [4] - 3508:5,
3574:15, 3574:17,
3591:24
**channels** [1] - 3554:1
**characterization** [1] -
3591:10
**characterize** [3] -
3528:23, 3550:10,
3571:18
**characterized** [1] -
3595:10
**charged** [2] - 3579:5,
3594:19
**charged-off** [1] -
3594:19
**charging** [1] - 3578:21
**chart** [3] - 3523:19,
3527:18, 3587:1
**chases** [1] - 3583:9
**chasing** [1] - 3583:7
**check** [3] - 3583:10,
3584:3, 3584:23
**checked** [1] - 3584:5
**checks** [1] - 3583:2
**Cherie** [3] - 3582:23,
3591:22
**Chicago** [2] - 3499:5,
3499:12
**CHRISTOPHER** [2] -
3499:9, 3499:10
**chunk** [1] - 3568:13
**circulated** [2] -
3570:14, 3570:16
**cited** [1] - 3516:18
**claim** [4] - 3501:22,
3501:24, 3501:25,
3505:13
**claims** [4] - 3501:22,
3502:9, 3502:12,
3549:13
**clarify** [2] - 3524:7,
3590:22

---

**clean** [2] - 3571:4,
3579:16
**clear** [2] - 3569:10,
3577:23
**cleared** [3] - 3534:4,
3568:19, 3568:20
**clearly** [1] - 3521:12
**CLERK** [3] - 3599:19,
3599:23, 3599:25
**close** [26] - 3508:8,
3520:7, 3523:15,
3524:23, 3524:25,
3526:4, 3530:15,
3541:17, 3541:19,
3541:21, 3541:25,
3542:4, 3542:10,
3552:24, 3553:2,
3553:7, 3553:21,
3555:21, 3560:13,
3560:14, 3560:19,
3561:5, 3561:12,
3575:22, 3590:17,
3597:21
**closed** [1] - 3564:21
**closely** [1] - 3582:1
**closing** [3] - 3532:21,
3537:10, 3560:1
**COLB** [128] - 3504:18,
3505:3, 3508:17,
3508:20, 3517:21,
3519:5, 3521:11,
3522:3, 3522:4,
3524:5, 3525:25,
3526:5, 3526:7,
3527:11, 3527:18,
3528:7, 3528:13,
3528:16, 3531:11,
3531:12, 3533:5,
3534:19, 3536:2,
3536:5, 3538:1,
3538:7, 3538:11,
3539:7, 3539:14,
3539:16, 3540:15,
3541:3, 3541:9,
3541:13, 3541:23,
3542:3, 3542:8,
3542:11, 3543:5,
3543:16, 3543:18,
3544:2, 3544:15,
3544:16, 3544:20,
3544:23, 3545:3,
3547:15, 3547:18,
3548:3, 3548:12,
3548:15, 3549:3,
3550:8, 3550:14,
3550:21, 3553:2,
3554:12, 3555:10,
3555:24, 3556:4,
3557:3, 3557:5,
3557:10, 3557:24,

---

3558:2, 3558:7,
3558:9, 3558:20,
3559:5, 3559:11,
3560:6, 3561:8,
3563:11, 3564:20,
3569:4, 3569:5,
3569:16, 3569:19,
3570:2, 3570:5,
3570:13, 3570:20,
3570:22, 3570:23,
3571:1, 3571:7,
3571:12, 3572:23,
3573:8, 3573:20,
3575:20, 3576:6,
3579:11, 3579:17,
3580:7, 3580:10,
3581:4, 3581:13,
3581:22, 3581:24,
3581:25, 3582:18,
3583:25, 3586:14,
3586:20, 3587:14,
3587:25, 3588:5,
3589:9, 3590:3,
3592:4, 3592:8,
3592:9, 3592:25,
3593:6, 3593:15,
3595:16, 3595:20,
3595:25, 3596:6,
3596:7, 3596:15,
3596:17
**collateral** [3] -
3508:11, 3545:8,
3559:25
**collects** [1] - 3567:6
**COLONIAL** [2] -
3498:3, 3498:9
**Colonial** [91] - 3504:1,
3504:15, 3504:17,
3504:23, 3505:2,
3510:15, 3510:23,
3520:20, 3520:24,
3521:6, 3521:18,
3527:22, 3529:14,
3530:4, 3530:7,
3530:8, 3530:12,
3531:8, 3531:21,
3533:1, 3533:8,
3533:15, 3533:23,
3533:24, 3534:14,
3534:15, 3534:20,
3534:21, 3535:6,
3535:23, 3536:14,
3537:7, 3537:15,
3537:16, 3537:20,
3538:3, 3538:6,
3541:3, 3542:7,
3543:17, 3544:2,
3544:21, 3545:19,
3547:14, 3547:19,
3549:4, 3553:6,
3553:9, 3553:18,

3554:20, 3555:10,
3556:4, 3556:25,
3557:14, 3559:12,
3566:14, 3566:18,
3566:22, 3567:15,
3570:14, 3570:21,
3575:11, 3575:15,
3576:16, 3576:18,
3577:17, 3579:19,
3580:11, 3581:5,
3581:12, 3581:16,
3582:5, 3582:17,
3586:6, 3586:8,
3586:13, 3586:22,
3587:25, 3588:1,
3591:23, 3592:11,
3592:16, 3592:21,
3593:14, 3593:25,
3595:8, 3595:15,
3596:7, 3596:8
**Colonial's** [3] -
3532:22, 3534:8,
3578:11
**column** [2] - 3537:1,
3537:4
**columns** [2] -
3536:19, 3536:20
**coming** [4] - 3510:6,
3514:6, 3530:11,
3597:16
**commitment** [6] -
3576:24, 3577:1,
3577:2, 3577:10,
3577:23, 3578:4
**commitments** [1] -
3575:3
**communicating** [1] -
3535:7
**compare** [1] - 3561:11
**compared** [1] -
3515:19
**completed** [1] -
3529:4
**completely** [2] -
3503:7, 3505:15
**complexity** [2] -
3547:6, 3547:23
**compliance** [8] -
3581:18, 3581:22,
3582:1, 3582:22,
3583:5, 3583:16,
3584:4, 3584:20
**complicated** [5] -
3504:6, 3512:10,
3515:12, 3545:16,
3552:5
**comply** [1] - 3595:6
**compromised** [1] -
3566:25
**computation** [6] -

3511:1, 3511:9,
3511:19, 3512:17,
3515:22, 3518:23
**compute** [3] -
3520:22, 3554:3,
3554:7
**computed** [1] -
3578:10
**computer** [1] -
3499:25
**computer-aided** [1] -
3499:25
**computing** [3] -
3516:3, 3547:21,
3561:20
**conceal** [1] - 3571:2
**concealed** [3] -
3570:24, 3579:15,
3579:21
**concealing** [2] -
3579:25, 3580:2
**concepts** [1] - 3570:9
**concern** [1] - 3509:10
**conclusion** [1] -
3594:2
**conduct** [4] - 3510:23,
3511:21, 3516:10,
3518:1
**confront** [1] - 3506:3
**confusing** [1] -
3519:14
**conjunction** [1] -
3516:12
**consequence** [1] -
3518:10
**conservative** [3] -
3544:7, 3544:14,
3547:5
**consider** [3] -
3507:22, 3593:10,
3593:12
**considerable** [1] -
3536:12
**consistent** [2] -
3512:5, 3512:8
**constantly** [2] -
3541:10, 3580:14
**constituted** [1] -
3554:18
**Constitution** [1] -
3499:22
**construct** [2] -
3515:13, 3515:15
**consult** [1] - 3516:12
**Cont.)**................ [1] -
3500:5
**contacted** [1] -
3583:11
**contained** [3] -
3579:18, 3594:18

**contemplated** [1] -
3551:19
**contemporaneous** [1]
- 3537:9
**context** [1] - 3565:21
**continue** [3] - 3507:4,
3518:11, 3525:18
**continued** [6] -
3499:1, 3508:8,
3535:12, 3543:9,
3578:13, 3578:17
**CONTINUED** [1] -
3501:6
**contract** [1] - 3595:15
**controlled** [1] - 3593:4
**Conway** [1] - 3499:19
**copy** [1] - 3570:18
**Corporation** [2] -
3592:10
**CORPORATION** [3] -
3498:8, 3498:18,
3499:2
**correct** [67] - 3503:14,
3511:11, 3511:17,
3512:6, 3512:23,
3513:19, 3515:17,
3517:18, 3519:1,
3519:4, 3523:16,
3524:6, 3524:16,
3524:17, 3527:13,
3529:12, 3533:6,
3533:9, 3533:24,
3534:15, 3536:7,
3537:2, 3537:20,
3537:24, 3540:6,
3540:16, 3541:4,
3541:7, 3542:9,
3542:18, 3543:3,
3543:9, 3543:19,
3547:20, 3548:14,
3549:4, 3549:7,
3549:8, 3549:20,
3552:25, 3553:4,
3553:19, 3554:14,
3555:15, 3556:17,
3556:23, 3557:4,
3557:6, 3558:11,
3558:21, 3558:24,
3559:16, 3560:13,
3560:21, 3564:23,
3569:7, 3570:21,
3571:13, 3575:7,
3579:20, 3582:19,
3582:20, 3585:15,
3595:23, 3596:4,
3596:24, 3601:4
**Correct** [1] - 3503:15
**correcting** [1] -
3542:24
**correctly** [3] - 3517:9,

3517:14, 3540:22
**cost** [1] - 3556:18
**counsel** [4] - 3509:10,
3527:13, 3586:17,
3597:11
**Counsel** [2] - 3587:3,
3597:18
**count** [7] - 3520:11,
3535:4, 3553:3,
3553:16, 3557:16,
3569:1, 3575:9
**counted** [6] - 3532:6,
3544:9, 3544:17,
3557:14, 3569:9,
3587:19
**counts** [2] - 3546:9,
3546:10
**couple** [5] - 3538:18,
3545:14, 3547:1,
3575:10, 3592:8
**coupled** [1] - 3590:8
**course** [6] - 3553:10,
3553:12, 3561:13,
3590:14, 3590:17,
3592:16
**court** [3] - 3598:9,
3599:20, 3600:3
**Court** [24] - 3499:21,
3535:10, 3535:14,
3539:20, 3539:24,
3540:1, 3540:5,
3540:8, 3540:19,
3549:25, 3550:2,
3550:3, 3567:22,
3571:11, 3571:18,
3571:21, 3572:7,
3572:8, 3572:21,
3573:4, 3588:21,
3590:22, 3594:13,
3601:3
**COURT** [106] - 3498:1,
3498:15, 3501:3,
3502:11, 3502:19,
3504:4, 3504:10,
3507:3, 3507:9,
3509:9, 3509:15,
3509:22, 3510:6,
3510:9, 3511:12,
3513:10, 3513:14,
3514:13, 3514:16,
3514:24, 3519:14,
3521:3, 3521:20,
3521:22, 3526:14,
3526:21, 3526:23,
3526:25, 3528:3,
3533:11, 3534:16,
3540:18, 3545:2,
3545:19, 3545:25,
3546:10, 3546:13,
3546:20, 3547:25,

3548:9, 3550:11,
3550:17, 3551:3,
3552:11, 3552:16,
3554:6, 3561:21,
3561:24, 3562:1,
3562:7, 3562:9,
3562:13, 3562:21,
3563:3, 3563:7,
3567:12, 3571:16,
3571:20, 3572:1,
3572:9, 3572:13,
3573:4, 3573:10,
3576:2, 3576:11,
3576:14, 3577:10,
3580:5, 3580:17,
3580:20, 3584:6,
3584:12, 3585:7,
3586:10, 3586:17,
3586:23, 3587:3,
3587:5, 3587:10,
3587:18, 3588:8,
3588:24, 3589:12,
3589:16, 3590:11,
3591:13, 3592:14,
3593:20, 3593:24,
3594:1, 3594:14,
3597:11, 3597:18,
3598:4, 3598:7,
3598:16, 3598:19,
3599:1, 3599:7,
3599:9, 3599:11,
3599:13, 3599:17,
3599:21, 3599:24,
3600:2
**Court's** [9] - 3514:7,
3539:20, 3540:14,
3549:10, 3549:24,
3550:7, 3550:13,
3571:24, 3573:23
**courthouse** [1] -
3499:11
**Courthouse** [1] -
3499:22
**courtroom** [1] -
3552:7
**courts** [1] - 3597:20
**CPAs'** [1] - 3516:3
**Credit** [1] - 3530:6
**criminal** [3] - 3573:14,
3574:12, 3583:1
**crisis** [7] - 3574:25,
3575:1, 3576:20,
3578:13, 3578:16,
3578:22, 3579:5
**cross** [12] - 3503:24,
3505:8, 3505:16,
3505:17, 3505:18,
3506:3, 3506:16,
3509:15, 3547:23,
3587:8, 3590:15,

3598:25
**CROSS** [1] - 3509:23
**Cross** [1] - 3500:5
**Cross-Examination**
[1] - 3500:5
**cross-examination** [9]
- 3503:24, 3505:8,
3505:16, 3505:18,
3506:3, 3547:23,
3587:8, 3590:15,
3598:25
**CROSS-**
**EXAMINATION** [1] -
3509:23
**cross-examine** [2] -
3505:17, 3506:16
**CROWE** [2] - 3498:6,
3498:11
**Crowe** [12] - 3510:18,
3510:19, 3510:22,
3511:20, 3551:6,
3551:8, 3551:9,
3551:13, 3551:17,
3551:25, 3552:10,
3590:14
**CRR** [1] - 3499:21
**curtailed** [8] - 3544:5,
3544:8, 3545:1,
3545:2, 3546:18,
3546:20, 3547:3,
3565:13
**curtailing** [2] - 3546:4,
3578:20
**curtailment** [2] -
3546:16, 3565:14
**curtailments** [1] -
3578:19
**customer** [4] -
3583:11, 3583:14,
3584:24, 3589:10
**customers** [3] -
3568:11, 3578:7,
3586:2
**cut** [1] - 3598:13
**cycling** [1] - 3553:25

---

# D

**D-168** [1] - 3581:15
**D-2431** [1] - 3516:15
**D-315** [2] - 3582:8,
3582:13
**D.C** [2] - 3498:7,
3499:17
**D17** [1] - 3591:21
**D315** [2] - 3588:10,
3589:8
**damages** [69] -
3501:10, 3501:12,

3501:17, 3502:8,
3503:2, 3506:7,
3506:9, 3506:13,
3507:17, 3507:19,
3507:21, 3507:25,
3508:2, 3509:4,
3510:15, 3510:19,
3511:2, 3511:9,
3511:19, 3512:17,
3512:18, 3514:6,
3514:15, 3514:25,
3516:4, 3516:6,
3516:12, 3516:13,
3516:17, 3517:2,
3517:6, 3517:11,
3517:17, 3518:19,
3519:3, 3519:12,
3520:12, 3520:23,
3521:10, 3521:15,
3522:9, 3524:13,
3532:6, 3535:5,
3544:8, 3544:13,
3547:9, 3547:21,
3548:25, 3549:1,
3549:12, 3549:16,
3549:17, 3551:5,
3551:20, 3552:14,
3552:23, 3553:3,
3553:16, 3557:18,
3561:20, 3562:12,
3564:17, 3568:21,
3569:2, 3574:3,
3575:9, 3587:16,
3599:5
**data** [2] - 3555:7,
3555:15
**database** [29] -
3528:8, 3529:14,
3529:16, 3529:20,
3530:15, 3532:3,
3532:11, 3532:16,
3542:13, 3542:17,
3542:19, 3554:20,
3554:23, 3555:1,
3555:9, 3555:14,
3557:22, 3557:24,
3558:3, 3558:4,
3558:9, 3558:10,
3590:5, 3590:7,
3592:19
**date** [23] - 3514:2,
3514:3, 3518:20,
3521:10, 3533:22,
3533:23, 3534:19,
3534:23, 3536:13,
3536:14, 3537:1,
3537:4, 3537:5,
3537:8, 3537:14,
3537:16, 3537:22,
3537:23, 3538:18,
3544:17, 3555:20,

3582:21, 3588:22
**dated** [2] - 3514:7,
3582:21
**dates** [21] - 3532:21,
3532:24, 3532:25,
3533:7, 3533:21,
3535:10, 3535:11,
3535:15, 3535:24,
3536:9, 3537:22,
3538:2, 3538:7,
3538:10, 3539:23,
3540:3, 3540:5,
3540:11, 3540:14,
3556:21
**DAVID** [1] - 3498:22
**David** [1] - 3499:19
**days** [21] - 3506:6,
3538:19, 3539:1,
3547:2, 3554:16,
3554:17, 3559:22,
3560:6, 3585:11,
3585:13, 3585:16,
3585:21, 3585:25,
3586:6, 3586:9,
3588:11, 3589:9,
3593:6, 3595:7
**DC** [1] - 3499:23
**deal** [1] - 3504:25
**dealing** [1] - 3554:18
**December** [10] -
3514:7, 3522:6,
3539:4, 3539:8,
3539:10, 3539:15,
3549:24, 3571:3,
3579:16, 3589:21
**decide** [1] - 3587:5
**decided** [3] - 3558:14,
3587:7, 3587:12
**decision** [1] - 3550:7
**declining** [2] -
3507:22, 3507:23
**default** [2] - 3563:20,
3563:25
**defaults** [3] - 3574:20,
3574:22, 3574:24
**defendant** [2] -
3506:20, 3517:4
**Defendants** [2] -
3498:7, 3498:11
**defendants'** [1] -
3562:4
**define** [3] - 3566:23,
3595:1, 3595:5
**defined** [2] - 3595:9,
3595:12
**definition** [3] -
3515:12, 3521:6,
3521:7
**demonstrate** [1] -
3517:12

**demonstrative** [4] -
3522:9, 3536:17,
3536:18, 3536:22
**demonstratives** [1] -
3525:17
**Department** [2] -
3502:5, 3502:7
**DEPOSIT** [3] - 3498:8,
3498:18, 3499:2
**deposition** [13] -
3503:4, 3503:8,
3503:9, 3503:11,
3505:24, 3506:15,
3506:18, 3554:15,
3567:18, 3567:21,
3594:9, 3595:9,
3595:12
**DEPUTY** [3] - 3599:19,
3599:23, 3599:25
**describe** [1] - 3502:3
**described** [4] -
3519:5, 3521:13,
3527:20, 3535:25
**designations** [2] -
3567:22, 3594:12
**detailed** [1] - 3559:14
**details** [2] - 3542:22,
3550:4
**detect** [1] - 3550:7
**detecting** [1] -
3510:15
**determine** [1] -
3502:10
**determining** [1] -
3517:19
**detour** [1] - 3574:14
**difference** [3] -
3506:12, 3506:14,
3542:16
**different** [23] -
3505:23, 3518:24,
3521:24, 3522:11,
3522:19, 3523:20,
3523:23, 3533:20,
3534:22, 3549:9,
3552:21, 3556:16,
3563:2, 3563:4,
3563:7, 3563:9,
3579:9, 3583:10,
3589:3, 3589:6,
3591:21, 3592:11,
3595:1
**difficult** [1] - 3523:17
**difficulty** [1] - 3579:1
**Direct** [1] - 3500:5
**DIRECT** [1] - 3501:6
**direct** [11] - 3502:22,
3507:4, 3515:5,
3515:18, 3518:1,
3541:8, 3556:19,

3566:19, 3574:8,
3593:18, 3593:22
**directed** [3] - 3571:11,
3572:8, 3572:22
**direction** [1] - 3562:3
**directly** [6] - 3523:24,
3525:11, 3528:14,
3588:4, 3591:6
**disagreed** [1] - 3543:1
**discover** [5] -
3506:10, 3508:7,
3511:7, 3512:11,
3560:15
**discovered** [7] -
3505:11, 3506:1,
3517:20, 3518:2,
3518:9, 3519:9,
3550:1
**discussed** [6] -
3515:4, 3515:18,
3538:14, 3540:14,
3559:9, 3586:1
**discussion** [4] -
3529:19, 3529:25,
3530:2, 3550:24
**disposed** [1] -
3561:13
**dispute** [3] - 3502:12,
3502:13, 3502:14,
3502:17
**disputing** [1] -
3523:12
**distinction** [1] -
3526:15
**DISTRICT** [3] - 3498:1,
3498:1, 3498:15
**divide** [1] - 3504:7
**Division** [5] - 3555:3,
3558:11, 3578:6,
3578:11, 3595:11
**DIVISION** [1] - 3498:2
**divorce** [1] - 3566:5
**divorced** [1] - 3563:23
**dmullin@mhba.com**
[1] - 3498:25
**document** [12] -
3530:10, 3535:25,
3538:1, 3538:2,
3538:16, 3565:22,
3582:12, 3585:4,
3585:9, 3589:8,
3589:12, 3591:21
**documentation** [14] -
3564:12, 3564:13,
3564:15, 3564:25,
3565:15, 3565:17,
3565:21, 3565:22,
3566:4, 3566:8,
3568:3, 3568:6,
3568:18

documented [3] - 3532:11, 3583:16, 3584:4
documents [5] - 3510:3, 3528:9, 3537:10, 3581:11, 3581:17
dollars [15] - 3502:2, 3528:12, 3545:14, 3546:1, 3553:17, 3553:20, 3556:3, 3559:18, 3560:4, 3560:8, 3561:14, 3561:15, 3572:23, 3576:5, 3593:6
done [8] - 3505:22, 3507:13, 3508:15, 3529:19, 3538:23, 3538:25, 3565:5, 3589:25
door [1] - 3573:1
down [7] - 3545:8, 3546:7, 3563:24, 3584:8, 3597:21, 3597:22, 3598:13
Dr [1] - 3499:4
drawer [1] - 3590:5
drawn [1] - 3566:24
drive [1] - 3597:14
drop [1] - 3545:8
due [1] - 3568:3
dump [1] - 3530:7
dumped [7] - 3530:4, 3531:8, 3531:20, 3534:8, 3538:5, 3557:10, 3569:20
dumping [9] - 3517:22, 3530:8, 3532:1, 3532:15, 3532:18, 3538:8, 3541:10, 3567:3, 3590:9
during [21] - 3502:23, 3503:1, 3520:3, 3535:23, 3551:10, 3553:19, 3555:24, 3556:4, 3560:23, 3563:21, 3564:9, 3565:6, 3573:22, 3574:24, 3578:9, 3578:11, 3578:12, 3578:16, 3578:22, 3579:4, 3592:16

**E**

e-mail [5] - 3567:10, 3581:15, 3581:16, 3591:22, 3597:25

e-mails [4] - 3574:8, 3593:18, 3593:23, 3594:1
early [1] - 3564:1
earnings [1] - 3578:17
easier [1] - 3536:23
easy [1] - 3598:7
economic [5] - 3510:15, 3545:6, 3548:18, 3559:12, 3563:20
economically [1] - 3565:13
economy [4] - 3507:23, 3508:3, 3508:13, 3512:16
effect [6] - 3507:22, 3530:6, 3545:9, 3546:25, 3576:21, 3583:6
effective [1] - 3521:10
effectively [1] - 3572:16
either [3] - 3509:19, 3565:12, 3569:10
electronic [2] - 3583:18, 3583:21
Email [4] - 3498:25, 3499:6, 3499:13, 3499:18
employed [1] - 3516:8
empty [1] - 3529:5
enabled [1] - 3525:18
end [18] - 3502:21, 3514:2, 3539:8, 3539:10, 3541:17, 3547:2, 3547:8, 3556:22, 3557:14, 3558:24, 3559:18, 3560:15, 3560:17, 3575:22, 3579:5, 3596:3, 3596:20, 3597:1
ended [3] - 3526:3, 3557:14, 3593:9
ends [1] - 3561:11
engaged [3] - 3510:22, 3511:21, 3580:12
entire [3] - 3520:2, 3520:8, 3531:25, 3560:22, 3578:12
entirely [2] - 3520:5, 3543:25
entities [1] - 3593:2
entitled [4] - 3515:6, 3525:18, 3593:18, 3601:5
entries [1] - 3559:8
epicenter [2] -

3574:25, 3575:1
error [3] - 3565:15, 3565:17, 3568:9
especially [2] - 3518:11, 3589:21
establish [3] - 3503:25, 3540:12, 3588:1
establishing [1] - 3588:21
estate [4] - 3501:20, 3529:1, 3576:8, 3594:20
et [1] - 3509:8
evaluate [1] - 3553:11
evaluating [2] - 3567:5
eventually [2] - 3569:18, 3573:21
evidence [6] - 3531:17, 3532:8, 3567:4, 3569:19, 3573:17
exact [5] - 3514:2, 3561:14, 3576:1, 3576:3, 3576:8
exactly [10] - 3514:10, 3549:18, 3549:21, 3550:2, 3578:24, 3580:24, 3594:13, 3595:9, 3595:12, 3599:3
examination [14] - 3503:24, 3505:8, 3505:16, 3505:18, 3506:3, 3515:5, 3515:18, 3541:8, 3547:23, 3587:8, 3590:15, 3593:18, 3593:22, 3598:25
Examination [2] - 3500:5, 3500:5
EXAMINATION [2] - 3501:6, 3509:23
examine [2] - 3505:17, 3506:16
examiner [1] - 3569:23
example [5] - 3520:17, 3569:18, 3579:3, 3579:9, 3585:6
examples [1] - 3579:2
except [3] - 3545:7, 3567:2, 3580:4
exception [12] - 3529:8, 3530:25, 3531:17, 3564:12, 3564:25, 3565:15, 3565:19, 3565:20, 3568:3, 3568:7,

3568:18, 3598:21
exceptions [4] - 3529:15, 3530:10, 3531:19, 3532:10
exchange [1] - 3504:17
exclude [1] - 3502:23
exercise [2] - 3576:23, 3578:4
exercised [6] - 3577:1, 3577:3, 3577:4, 3577:6, 3577:13, 3585:22
exercising [1] - 3590:8
Exhibit [5] - 3528:19, 3535:24, 3546:17, 3558:18, 3565:18
exhibit [4] - 3513:10, 3513:13, 3535:9, 3535:19
exist [3] - 3526:17, 3535:12, 3536:5
existed [3] - 3532:11, 3532:15, 3543:13
existence [1] - 3570:19
expectation [1] - 3568:19
expected [2] - 3518:10, 3565:22
expenditure [1] - 3547:19
expensive [1] - 3563:24
expert [27] - 3503:6, 3503:8, 3503:22, 3505:19, 3509:11, 3510:19, 3512:22, 3513:9, 3513:19, 3514:6, 3514:9, 3514:15, 3514:22, 3517:16, 3538:9, 3548:25, 3549:17, 3551:5, 3551:8, 3551:13, 3551:19, 3551:22, 3551:25, 3552:10, 3552:11, 3552:14
experts [2] - 3513:3, 3514:10
explain [5] - 3508:4, 3545:16, 3598:6, 3599:7, 3599:9
explained [1] - 3599:6
explore [1] - 3505:7
exposure [1] - 3578:20
Express [1] - 3565:4
express [1] - 3530:5

extensively [1] - 3554:25
extent [2] - 3502:7, 3573:22

**F**

F-4100 [1] - 3529:21
F4030 [1] - 3597:10
F4169 [2] - 3556:8, 3558:18
fabric [2] - 3531:25, 3560:22
face [2] - 3577:23, 3578:8
facilities [8] - 3524:5, 3525:12, 3533:16, 3549:4, 3550:8, 3556:4, 3556:16, 3581:25
facility [18] - 3526:19, 3528:17, 3533:9, 3541:3, 3541:4, 3541:7, 3550:15, 3550:22, 3553:21, 3554:12, 3563:10, 3572:24, 3581:4, 3582:19, 3595:16, 3595:17
fact [10] - 3503:5, 3503:8, 3526:3, 3563:17, 3570:1, 3570:19, 3573:22, 3578:13, 3582:5, 3586:18
facts [3] - 3570:12, 3577:22, 3578:1
failed [4] - 3508:7, 3511:6, 3518:9, 3550:7
failure [2] - 3508:8, 3518:1
fair [2] - 3515:2, 3598:15
fairly [3] - 3515:11, 3563:20, 3585:19
Fake [1] - 3525:22
fake [37] - 3521:11, 3521:12, 3522:20, 3522:25, 3523:3, 3523:4, 3523:5, 3524:24, 3525:24, 3526:3, 3526:5, 3526:6, 3526:7, 3526:9, 3526:16, 3528:11, 3528:15, 3533:5, 3534:19, 3536:2, 3536:4, 3536:5, 3537:24,

3538:8, 3539:16, 3540:2, 3540:6, 3540:16, 3542:12, 3543:9, 3545:1, 3547:3, 3550:23, 3562:10, 3580:9, 3588:3
**fall** [2] - 3513:25, 3514:4
**familiar** [1] - 3515:24
**far** [3] - 3575:12, 3575:13, 3576:16
**Farkas** [8] - 3502:2, 3502:4, 3529:18, 3559:11, 3566:19, 3566:20, 3566:24, 3574:9
**faster** [1] - 3584:7
**fault** [1] - 3551:16
**favorable** [1] - 3508:13
**FDIC** [33] - 3501:11, 3501:16, 3502:6, 3502:10, 3502:25, 3503:4, 3503:19, 3505:13, 3506:13, 3507:1, 3507:18, 3511:2, 3511:10, 3511:19, 3511:21, 3513:8, 3514:9, 3514:11, 3514:22, 3520:13, 3521:16, 3521:17, 3532:7, 3536:17, 3536:18, 3536:22, 3549:12, 3551:6, 3551:13, 3551:21, 3552:9, 3553:15, 3574:3
**FDIC's** [3] - 3509:4, 3513:18, 3551:25
**feature** [1] - 3523:8
**February** [7] - 3520:7, 3522:1, 3524:9, 3524:16, 3553:7, 3555:21, 3560:20
**FEDERAL** [3] - 3498:8, 3498:18, 3499:2
**federal** [6] - 3597:20, 3597:21, 3597:22, 3597:25, 3599:19, 3599:22
**Federal** [1] - 3565:4
**few** [3] - 3506:6, 3563:18, 3564:9
**field** [1] - 3530:11
**fields** [4] - 3529:13, 3529:18, 3530:5, 3532:16
**figure** [3] - 3510:14,

3571:12, 3598:1
**figured** [1] - 3548:6
**figures** [1] - 3559:6
**filing** [1] - 3578:9
**financial** [5] - 3517:24, 3537:10, 3548:20, 3573:17, 3578:5
**findings** [1] - 3571:24
**finish** [1] - 3539:19
**firm** [4] - 3530:24, 3555:6, 3555:7, 3583:8
**first** [19] - 3503:16, 3509:14, 3512:12, 3512:20, 3533:1, 3534:13, 3535:16, 3539:14, 3541:3, 3542:7, 3544:11, 3547:7, 3556:23, 3570:4, 3571:7, 3575:10, 3577:8, 3582:13, 3585:10
**First** [1] - 3530:7
**Fite** [4] - 3582:23, 3584:21, 3591:22
**five** [9] - 3548:21, 3553:19, 3554:5, 3555:25, 3556:5, 3560:7, 3561:13, 3566:13, 3578:2
**five-year** [4] - 3553:19, 3554:5, 3555:25, 3556:5
**fixed** [3] - 3565:11, 3565:23, 3569:24
**flag** [3] - 3537:24, 3537:25, 3540:1
**flags** [1] - 3535:20
**flip** [1] - 3586:25
**flowchart** [1] - 3548:21
**focus** [1] - 3543:15
**focused** [3] - 3539:18, 3556:7, 3560:12
**focusing** [5] - 3528:16, 3541:2, 3541:25, 3542:2, 3548:13
**folks** [1] - 3582:17
**follow** [3] - 3597:20, 3599:19, 3599:20
**followed** [2] - 3512:18, 3540:2
**following** [2] - 3596:9, 3599:21
**footnote** [3] - 3511:15, 3512:20, 3524:11
**FOR** [6] - 3498:1, 3498:8, 3498:18,

3499:2, 3499:7, 3501:5
**for-illustration** [1] - 3580:1
**foreclosure** [7] - 3528:21, 3529:3, 3529:4, 3531:5, 3531:6, 3531:7, 3594:20
**foregoing** [1] - 3601:4
**form** [1] - 3582:9
**Forrester** [1] - 3498:19
**foundation** [5] - 3585:3, 3588:14, 3589:4, 3589:11, 3592:13
**four** [3] - 3513:24, 3517:25, 3519:4
**four-week** [1] - 3513:24
**fourth** [1] - 3581:24
**fraction** [2] - 3597:4, 3597:5
**frame** [1] - 3574:23
**fraud** [97] - 3502:4, 3508:3, 3508:4, 3508:6, 3508:7, 3508:9, 3508:15, 3510:16, 3511:7, 3512:11, 3512:18, 3515:6, 3515:23, 3516:23, 3517:20, 3518:2, 3518:9, 3518:20, 3518:21, 3518:23, 3518:25, 3519:2, 3519:3, 3519:9, 3519:11, 3519:13, 3519:20, 3520:3, 3520:11, 3520:15, 3521:9, 3521:18, 3525:18, 3526:1, 3527:12, 3530:8, 3531:8, 3531:25, 3533:16, 3533:18, 3534:3, 3539:14, 3540:4, 3547:9, 3548:17, 3549:6, 3550:1, 3556:7, 3557:23, 3558:5, 3560:15, 3560:20, 3561:1, 3561:3, 3562:18, 3562:19, 3562:20, 3562:22, 3563:11, 3564:6, 3564:14, 3564:19, 3564:21, 3565:16, 3566:9, 3566:10, 3566:13, 3566:14, 3566:17,

3566:25, 3567:24, 3567:25, 3568:15, 3568:22, 3568:24, 3569:9, 3575:18, 3577:25, 3578:2, 3578:3, 3578:10, 3578:12, 3579:3, 3581:10, 3585:24, 3586:4, 3586:25, 3587:6, 3587:13, 3587:15, 3587:16, 3589:23, 3589:25, 3590:7, 3593:10, 3593:12, 3597:4
**fraudster** [7] - 3566:18, 3566:22, 3573:9, 3573:12, 3577:16, 3584:15, 3584:16
**fraudsters** [34] - 3512:16, 3518:11, 3525:22, 3532:1, 3532:4, 3534:6, 3539:13, 3542:13, 3548:18, 3558:3, 3558:12, 3558:14, 3567:15, 3569:21, 3570:1, 3570:25, 3572:5, 3572:6, 3573:7, 3573:13, 3574:5, 3574:7, 3574:11, 3577:24, 3579:13, 3580:4, 3581:7, 3582:24, 3583:1, 3586:22, 3590:4, 3592:2, 3596:22
**fraudulent** [34] - 3520:10, 3520:12, 3520:14, 3520:16, 3520:18, 3520:22, 3520:25, 3521:1, 3521:7, 3521:12, 3521:14, 3533:16, 3534:5, 3534:25, 3538:8, 3539:7, 3550:15, 3550:19, 3550:22, 3554:14, 3557:10, 3557:17, 3558:15, 3560:24, 3560:25, 3563:13, 3569:22, 3570:2, 3570:25, 3571:5, 3579:14, 3587:23, 3588:2, 3593:3
**fraudulently** [1] - 3531:20
**Freddie** [4] - 3595:6, 3596:2, 3596:19, 3596:25

**free** [1] - 3510:2
**frequently** [1] - 3554:11
**Friday** [1] - 3598:11
**front** [3] - 3510:2, 3510:9, 3547:8
**full** [3] - 3532:5, 3548:2, 3590:1
**fully** [2] - 3547:2, 3564:16
**funded** [8] - 3536:14, 3544:21, 3547:10, 3547:14, 3549:4, 3553:6, 3555:9, 3559:25
**funder** [2] - 3538:3, 3538:4
**funding** [8] - 3532:21, 3544:11, 3544:17, 3544:23, 3544:24, 3547:19, 3547:22, 3548:15, 3555:4, 3564:8, 3595:7
**funds** [1] - 3556:18
**futile** [2] - 3590:17, 3590:18
**future** [1] - 3517:21

### G

**gee** [1] - 3565:25
**general** [5] - 3516:8, 3516:25, 3518:18, 3559:15, 3598:5
**generally** [3] - 3512:8, 3543:20, 3544:1
**Ginnie** [4] - 3595:6, 3596:2, 3596:19, 3597:1
**given** [2] - 3518:11, 3524:11
**Gonzales** [1] - 3499:20
**government** [5] - 3597:21, 3597:22, 3598:1, 3599:20, 3599:22
**great** [1] - 3561:23
**greater** [1] - 3524:3
**green** [1] - 3538:18
**Gregory** [1] - 3499:19
**grew** [1] - 3590:3
**ground** [1] - 3590:9
**group** [6] - 3554:17, 3574:6, 3574:11, 3576:6, 3580:15, 3589:18
**growing** [1] - 3589:20

**guess** [1] - 3599:2
**guidance** [7] - 3516:3, 3516:8, 3516:25, 3517:14, 3517:16, 3517:17, 3517:19
**guide** [4] - 3516:5, 3516:11, 3516:22, 3517:7
**guy** [1] - 3551:22

**H**

**HAGALE** [1] - 3499:10
**hairs** [1] - 3579:1
**Hardin** [1] - 3499:4
**harm** [1] - 3517:25
**harmful** [1] - 3516:10
**Harry** [2] - 3514:20, 3514:22
**hate** [1] - 3598:11
**heading** [1] - 3589:12
**health** [1] - 3563:24
**hear** [2] - 3597:17, 3599:14
**heard** [6] - 3527:9, 3534:12, 3551:23, 3551:24, 3554:16, 3595:2
**Heather** [3] - 3522:14, 3597:24, 3598:7
**Heftman** [1] - 3505:23
**HEFTMAN** [1] - 3499:3
**help** [6] - 3526:14, 3535:8, 3545:18, 3590:21, 3590:22, 3590:25
**helped** [1] - 3547:8
**helpful** [2] - 3516:25, 3550:5
**Herman** [1] - 3499:11
**HFS** [1] - 3559:11
**hid** [3] - 3532:3, 3558:4, 3570:1
**hidden** [28] - 3508:9, 3520:17, 3542:12, 3543:14, 3557:22, 3558:3, 3558:16, 3568:23, 3569:3, 3569:17, 3570:20, 3571:5, 3573:24, 3578:4, 3579:10, 3579:12, 3579:14, 3580:5, 3581:4, 3586:19, 3586:20, 3587:2, 3587:22, 3587:24, 3587:25, 3588:3, 3589:23, 3590:6
**hide** [3] - 3558:4,

3571:12, 3577:17
**hiding** [4] - 3570:2, 3581:7, 3589:24, 3590:7
**highlighted** [5] - 3536:19, 3538:15, 3538:18, 3559:4, 3583:10
**himself** [1] - 3572:22
**hired** [1] - 3510:12
**history** [1] - 3584:4
**Hoard** [1] - 3498:22
**hold** [1] - 3594:16
**home** [1] - 3565:5
**homeowner** [2] - 3537:9, 3565:25
**honest** [1] - 3505:22
**Honor** [39] - 3501:4, 3503:7, 3503:20, 3505:9, 3506:6, 3506:14, 3507:6, 3507:12, 3509:7, 3509:18, 3510:8, 3514:14, 3527:2, 3540:7, 3545:3, 3548:10, 3550:9, 3550:25, 3551:2, 3571:15, 3571:17, 3572:5, 3572:25, 3573:2, 3573:3, 3580:8, 3580:19, 3580:24, 3585:2, 3586:16, 3587:9, 3587:12, 3588:7, 3591:2, 3591:3, 3593:17, 3594:11, 3598:20, 3600:1
**Honor's** [2] - 3540:23, 3551:1
**HONORABLE** [1] - 3498:15
**hope** [1] - 3598:9
**hopefully** [2] - 3535:8, 3599:17
**HORWATH** [2] - 3498:6, 3498:11
**Hosein** [7] - 3571:11, 3572:22, 3573:9, 3573:12, 3574:5, 3577:17, 3581:17
**hostile** [1] - 3590:16
**hour** [3] - 3597:22, 3597:23, 3598:15
**hours** [1] - 3592:17
**house** [2] - 3546:1, 3563:23
**housing** [1] - 3576:20
**Hubbard** [1] - 3499:12
**Hughes** [2] - 3581:15, 3581:17

**hundred** [3] - 3529:21, 3546:1, 3576:5
**hundreds** [3] - 3555:1, 3572:22, 3582:12
**hypothetical** [6] - 3572:21, 3572:24, 3573:3, 3575:5, 3579:2, 3579:10

**I**

**ID** [1] - 3530:14
**idea** [4] - 3503:4, 3515:15, 3517:10, 3523:3
**identified** [1] - 3510:23
**identifies** [1] - 3531:15
**identify** [2] - 3503:12, 3555:23
**identifying** [2] - 3518:23, 3521:9
**ignoring** [1] - 3559:8
**IL** [2] - 3499:5, 3499:12
**illegitimate** [5] - 3520:3, 3520:5, 3520:7, 3520:8, 3527:22
**illogical** [20] - 3532:21, 3532:24, 3533:7, 3533:21, 3534:19, 3534:23, 3535:10, 3535:11, 3535:15, 3535:24, 3537:22, 3538:2, 3538:7, 3538:10, 3539:23, 3540:3, 3540:5, 3540:10, 3540:14
**illustrated** [2] - 3515:13, 3548:19
**illustration** [2] - 3580:1, 3581:7
**immediate** [2] - 3545:5, 3595:7
**immediately** [1] - 3585:19
**impact** [4] - 3512:15, 3512:16, 3515:22, 3516:9
**impaired** [4] - 3508:11, 3531:23, 3563:16, 3594:19
**impeachment** [1] - 3513:13
**important** [1] - 3530:3
**improved** [1] -

3573:16
**inability** [1] - 3512:11
**inadequate** [1] - 3517:12
**INC** [1] - 3498:3
**inception** [2] - 3530:22, 3531:1
**include** [10] - 3505:4, 3520:15, 3520:22, 3521:15, 3521:18, 3521:20, 3524:14, 3562:14, 3570:23, 3577:7
**included** [10] - 3503:13, 3503:18, 3519:3, 3519:8, 3519:13, 3527:12, 3557:18, 3562:16, 3564:16, 3574:3
**includes** [2] - 3531:17, 3575:6
**including** [4] - 3528:21, 3574:5, 3578:12, 3581:18
**income** [2] - 3520:5, 3578:10
**incorrect** [1] - 3576:9
**increase** [1] - 3542:14
**increases** [1] - 3574:24
**indicate** [1] - 3533:4
**indicated** [3] - 3530:24, 3530:25, 3582:2
**indicates** [1] - 3538:21
**indicating** [3] - 3531:19, 3535:11, 3573:17
**indication** [1] - 3587:23
**indications** [2] - 3532:20, 3538:3
**indicia** [4] - 3559:23, 3562:22, 3586:25, 3590:6
**individual** [1] - 3542:22
**individuals** [1] - 3574:7
**industry** [3] - 3554:15, 3563:19, 3564:3
**ineligible** [1] - 3527:18
**inform** [1] - 3516:13
**information** [4] - 3516:9, 3531:18, 3555:9, 3567:6
**initial** [1] - 3563:21
**insatiable** [1] -

3518:12
**instance** [1] - 3555:17
**instead** [2] - 3596:3, 3596:20
**Institute** [1] - 3516:3
**institution** [2] - 3537:11, 3538:4
**institutions** [1] - 3532:23
**INSURANCE** [3] - 3498:8, 3498:18, 3499:2
**interest** [2] - 3520:5, 3559:12, 3559:25, 3576:7, 3578:22, 3579:6
**interim** [1] - 3566:3
**internal** [1] - 3582:10
**interpretation** [2] - 3572:1, 3572:4
**interrupting** [1] - 3597:12
**inventor** [1] - 3564:9
**investigation** [6] - 3517:24, 3521:8, 3521:9, 3548:20, 3553:15, 3592:17
**investor** [1] - 3565:10
**investors** [3] - 3596:3, 3596:20, 3597:2
**involved** [1] - 3575:2
**isolated** [1] - 3515:22
**isolating** [1] - 3516:9
**isolation** [1] - 3570:10
**issue** [12] - 3502:21, 3506:1, 3506:2, 3527:9, 3529:19, 3531:22, 3539:24, 3565:25, 3582:5, 3586:21, 3598:22
**issued** [2] - 3559:10, 3572:8
**issues** [5] - 3512:4, 3512:24, 3513:2, 3513:5, 3515:1

**J**

**JACOBS** [1] - 3498:15
**jail** [1] - 3567:15
**January** [1] - 3568:4
**job** [3] - 3515:6, 3515:10, 3569:24
**JUDGE** [1] - 3498:15
**judge** [2] - 3522:13, 3599:19
**judgment** [2] - 3516:13, 3547:6
**July** [1] - 3569:24

**jump** [1] - 3536:12
**June** [3] - 3571:2, 3579:16, 3589:22
**junk** [49] - 3508:19, 3508:24, 3517:22, 3519:6, 3521:13, 3521:14, 3523:21, 3523:23, 3523:24, 3524:4, 3525:2, 3525:10, 3526:2, 3526:8, 3526:12, 3527:25, 3528:5, 3535:11, 3535:12, 3538:8, 3539:6, 3541:11, 3542:12, 3544:9, 3545:1, 3545:15, 3547:4, 3547:9, 3548:15, 3549:1, 3549:2, 3550:7, 3550:22, 3557:10, 3558:2, 3558:15, 3562:9, 3567:3, 3569:11, 3569:12, 3569:22, 3571:5, 3579:14, 3595:2, 3595:5
**Justice** [2] - 3502:5, 3502:7

**K**

**Kamel** [1] - 3581:17
**keep** [3] - 3542:1, 3566:11
**keeping** [1] - 3563:17
**keeps** [2] - 3572:5, 3591:7
**Kelly** [5] - 3532:4, 3566:25, 3567:16, 3574:9, 3580:4
**KENNETH** [2] - 3500:5, 3501:5
**kept** [1] - 3542:21
**KEVIN** [1] - 3498:4
**key** [2] - 3566:11, 3595:18
**kind** [2] - 3521:21, 3565:6
**kinds** [1] - 3597:15
**King** [1] - 3499:16
**Kissick** [12] - 3566:24, 3567:16, 3567:19, 3567:23, 3568:2, 3568:17, 3572:22, 3574:9, 3580:4, 3592:1, 3594:7, 3594:16
**Kissick's** [1] - 3594:24
**knowledgeable** [1] -

3567:23
**known** [6] - 3581:5, 3581:6, 3586:21, 3593:14, 3593:21, 3594:2
**knows** [4] - 3522:14, 3584:12, 3591:14, 3591:16

**L**

**LANDGRAFF** [1] - 3499:9
**lane** [2] - 3503:15, 3505:21
**language** [7] - 3527:4, 3540:10, 3540:18, 3540:20, 3540:23, 3571:19, 3572:4
**lapse** [1] - 3536:13
**large** [5] - 3518:13, 3556:6, 3561:16, 3568:9, 3597:8
**largely** [2] - 3526:3, 3580:15
**larger** [1] - 3558:14
**last** [3] - 3507:9, 3509:17, 3532:8
**lasted** [1] - 3586:11
**lastly** [2] - 3532:8, 3532:19
**late** [1] - 3597:23
**Laughter** [2] - 3507:11, 3598:3
**Laura** [3] - 3591:23, 3591:25
**LAWRENCE** [1] - 3499:3
**lead** [2] - 3566:18, 3566:22
**learned** [1] - 3519:7
**least** [1] - 3598:15
**leave** [3] - 3599:22, 3599:24
**Lee** [2] - 3502:4, 3529:18
**left** [11] - 3521:16, 3521:17, 3525:21, 3530:1, 3530:9, 3530:14, 3541:17, 3553:11, 3553:14, 3560:12, 3560:14
**legal** [1] - 3515:12
**legitimate** [19] - 3504:18, 3505:3, 3519:19, 3519:21, 3520:2, 3528:22, 3534:2, 3535:1, 3537:12, 3554:14,

3557:6, 3558:4, 3563:12, 3569:20, 3573:25, 3574:1, 3586:2, 3586:11, 3587:20
**Lehn** [2] - 3503:21, 3505:24
**Lein's** [1] - 3503:9
**lender** [5] - 3529:5, 3537:15, 3559:24, 3574:18, 3574:19
**lending** [4] - 3563:19, 3564:3, 3578:23
**Lending** [5] - 3555:3, 3558:11, 3578:6, 3578:11, 3595:11
**lengthy** [1] - 3571:21
**level** [6] - 3532:2, 3542:20, 3569:21, 3580:12, 3583:24, 3589:20
**Levine** [10] - 3502:24, 3509:18, 3513:10, 3514:25, 3548:9, 3561:21, 3562:1, 3572:2, 3584:6, 3590:11
**LEVINE** [113] - 3499:9, 3502:13, 3503:20, 3504:5, 3504:11, 3505:16, 3506:12, 3506:21, 3509:7, 3509:24, 3510:10, 3511:13, 3513:12, 3513:15, 3513:17, 3514:14, 3514:17, 3514:18, 3515:2, 3515:3, 3519:16, 3519:18, 3521:4, 3521:21, 3521:23, 3526:20, 3526:22, 3526:24, 3527:3, 3528:4, 3533:13, 3534:17, 3540:9, 3540:13, 3540:20, 3540:24, 3540:25, 3546:14, 3547:11, 3547:12, 3548:10, 3548:11, 3550:12, 3550:20, 3551:4, 3552:12, 3552:13, 3552:18, 3552:19, 3554:8, 3554:10, 3561:23, 3562:6, 3562:8, 3562:11, 3562:16, 3563:1, 3563:4, 3563:8, 3567:13, 3567:14, 3571:17, 3571:25, 3572:3, 3572:12,

3572:17, 3572:20, 3573:3, 3573:6, 3573:11, 3576:4, 3576:13, 3576:15, 3577:12, 3581:1, 3584:8, 3584:9, 3584:14, 3585:5, 3585:8, 3586:12, 3586:18, 3586:24, 3587:4, 3587:9, 3587:12, 3587:22, 3588:9, 3588:15, 3588:20, 3589:6, 3589:7, 3591:1, 3591:12, 3591:16, 3591:20, 3592:15, 3593:17, 3593:22, 3593:25, 3594:4, 3594:11, 3594:15, 3597:17, 3598:6, 3598:13, 3598:20, 3599:6, 3599:8, 3599:10, 3599:12, 3599:16, 3600:1
**Lewis** [3] - 3584:10, 3584:21, 3591:25
**lheftman@schiffhardin.com** [1] - 3499:6
**liability** [33] - 3511:3, 3511:10, 3511:20, 3513:2, 3513:8, 3513:19, 3513:21, 3513:24, 3514:5, 3514:15, 3532:25, 3535:23, 3538:14, 3538:22, 3539:20, 3540:14, 3549:10, 3549:13, 3549:16, 3549:18, 3549:19, 3549:22, 3550:7, 3551:8, 3551:13, 3551:17, 3551:22, 3551:25, 3552:9, 3552:11, 3552:15, 3560:18
**likely** [4] - 3534:7, 3534:25, 3553:20, 3563:13
**limit** [2] - 3555:17, 3555:20
**limited** [3] - 3521:9, 3563:20, 3598:22
**line** [27] - 3503:10, 3525:25, 3527:6, 3527:19, 3536:11, 3539:7, 3539:14, 3541:9, 3541:10, 3542:11, 3544:4, 3544:9, 3545:3,

3545:7, 3545:13, 3553:6, 3556:25, 3557:3, 3557:11, 3557:13, 3559:5, 3570:22, 3570:23, 3571:1, 3581:13, 3594:10, 3597:12
**lines** [6] - 3535:17, 3544:15, 3548:13, 3548:16, 3555:10, 3570:20
**link** [1] - 3517:5
**list** [3] - 3536:12, 3551:10, 3551:17
**listed** [10] - 3502:14, 3502:16, 3502:17, 3525:21, 3529:11, 3530:11, 3558:19, 3583:12, 3586:25, 3593:6
**listening** [2] - 3527:13, 3551:14
**listing** [1] - 3535:18
**LLP** [10] - 3498:6, 3498:6, 3498:10, 3498:11, 3498:19, 3498:22, 3499:4, 3499:7, 3499:11, 3499:16
**loan** [97] - 3517:22, 3520:17, 3520:20, 3528:21, 3530:5, 3530:14, 3530:22, 3531:22, 3533:1, 3533:8, 3533:15, 3534:2, 3534:5, 3534:7, 3534:13, 3534:18, 3534:19, 3534:21, 3534:22, 3534:25, 3535:1, 3535:18, 3536:15, 3537:12, 3537:15, 3538:5, 3538:8, 3539:2, 3542:7, 3542:22, 3544:25, 3545:1, 3545:4, 3545:7, 3545:20, 3545:21, 3546:7, 3547:2, 3547:9, 3547:14, 3547:17, 3548:1, 3548:2, 3553:1, 3553:21, 3554:14, 3555:4, 3557:20, 3557:22, 3559:25, 3562:18, 3562:23, 3563:10, 3563:12, 3563:13, 3563:15, 3563:21, 3563:25, 3564:4, 3564:6, 3564:15,

3565:12, 3566:2,
3569:1, 3573:16,
3574:14, 3574:16,
3574:20, 3574:21,
3575:14, 3575:17,
3576:19, 3577:15,
3579:10, 3579:17,
3580:10, 3580:12,
3580:21, 3583:12,
3583:17, 3584:5,
3584:17, 3588:11,
3589:9, 3589:13,
3594:21, 3595:2,
3595:5
**loan-level** [1] -
3580:12
**loan-related** [1] -
3555:4
**loans** [176] - 3504:12,
3504:18, 3504:21,
3508:13, 3508:17,
3508:19, 3508:24,
3520:19, 3523:2,
3523:3, 3523:21,
3523:23, 3523:24,
3524:4, 3525:2,
3526:3, 3526:5,
3526:7, 3526:8,
3526:13, 3526:16,
3526:17, 3526:18,
3527:15, 3527:17,
3527:25, 3528:5,
3528:10, 3529:11,
3530:4, 3531:10,
3531:19, 3531:20,
3532:2, 3532:4,
3532:5, 3532:9,
3532:20, 3532:23,
3533:4, 3533:16,
3533:19, 3535:4,
3535:11, 3535:12,
3536:2, 3536:4,
3536:5, 3537:24,
3537:25, 3538:2,
3538:21, 3538:22,
3539:6, 3539:7,
3540:2, 3540:6,
3540:15, 3540:16,
3541:11, 3541:22,
3542:1, 3542:11,
3543:4, 3543:8,
3543:10, 3543:13,
3544:1, 3544:5,
3544:8, 3544:16,
3544:20, 3545:13,
3546:17, 3546:22,
3546:23, 3546:24,
3547:17, 3548:12,
3548:15, 3548:18,
3549:2, 3550:8,
3550:14, 3550:21,

3550:23, 3552:23,
3553:5, 3553:9,
3553:11, 3553:18,
3553:19, 3553:25,
3554:12, 3555:9,
3555:24, 3556:3,
3556:19, 3557:6,
3557:10, 3558:2,
3558:4, 3558:15,
3559:13, 3560:8,
3562:5, 3562:7,
3562:8, 3562:9,
3562:10, 3562:14,
3563:21, 3564:19,
3565:5, 3565:9,
3567:3, 3568:3,
3569:9, 3569:20,
3569:22, 3570:2,
3570:20, 3570:22,
3570:24, 3571:1,
3571:5, 3571:12,
3573:8, 3573:15,
3573:18, 3573:24,
3574:2, 3575:2,
3575:20, 3576:6,
3576:12, 3579:14,
3580:6, 3580:15,
3581:12, 3581:25,
3582:6, 3582:14,
3582:18, 3583:7,
3583:22, 3585:11,
3585:24, 3585:25,
3586:6, 3586:9,
3586:15, 3587:21,
3588:3, 3588:4,
3588:11, 3588:23,
3589:22, 3589:25,
3592:25, 3593:15,
3594:18, 3594:19,
3594:20, 3594:22,
3595:2, 3596:1
**Loans** [1] - 3525:22
**lone** [1] - 3546:22
**look** [28] - 3503:8,
3503:10, 3510:3,
3510:5, 3512:12,
3516:19, 3525:21,
3528:19, 3531:25,
3535:21, 3536:17,
3539:20, 3556:20,
3568:1, 3571:2,
3571:3, 3578:5,
3578:8, 3580:13,
3581:8, 3581:15,
3581:21, 3582:8,
3582:21, 3588:10,
3592:21, 3594:13,
3597:10
**looked** [15] - 3515:18,
3517:15, 3517:17,
3517:19, 3518:19,

3525:17, 3529:10,
3535:18, 3543:4,
3543:7, 3544:15,
3556:16, 3560:17,
3592:16, 3592:19
**looking** [12] - 3505:25,
3535:15, 3536:12,
3538:12, 3551:16,
3558:13, 3559:2,
3559:4, 3560:19,
3579:2, 3580:1,
3582:18
**looks** [2] - 3571:4,
3579:16
**Lori** [1] - 3499:20
**loss** [30] - 3512:18,
3517:4, 3518:7,
3519:3, 3519:7,
3519:13, 3519:20,
3520:13, 3520:15,
3520:21, 3520:25,
3521:2, 3521:5,
3521:16, 3521:17,
3521:19, 3521:20,
3521:21, 3527:12,
3532:7, 3535:6,
3541:24, 3553:15,
3557:15, 3561:2,
3562:15, 3562:17,
3562:18, 3563:14,
3574:2
**losses** [27] - 3508:3,
3508:5, 3508:6,
3508:12, 3510:23,
3511:21, 3516:24,
3518:13, 3518:15,
3518:19, 3518:20,
3518:23, 3520:11,
3524:16, 3547:9,
3548:17, 3548:18,
3549:6, 3560:20,
3561:4, 3579:4,
3587:19, 3593:4,
3593:12, 3597:4
**lost** [4] - 3516:4,
3516:23, 3517:2,
3576:19
**low** [1] - 3554:16

## M

**Mac** [4] - 3595:6,
3596:2, 3596:19,
3596:25
**machine** [1] - 3499:25
**Mae** [4] - 3595:6,
3596:2, 3596:19,
3597:1
**magnitude** [1] -
3576:10

**mail** [5] - 3567:10,
3581:15, 3581:16,
3591:22, 3597:25
**mails** [4] - 3574:8,
3593:18, 3593:23,
3594:1
**maintained** [2] -
3532:3, 3554:20
**major** [2] - 3567:25,
3590:6
**Malek** [16] - 3501:8,
3503:12, 3503:21,
3503:25, 3505:7,
3505:12, 3506:2,
3506:9, 3506:23,
3507:8, 3509:25,
3510:11, 3563:9,
3572:5, 3587:1,
3598:22
**MALEK** [2] - 3500:5,
3501:5
**Malek's** [6] - 3502:22,
3503:3, 3504:13,
3505:4, 3513:12
**man's** [1] - 3506:15
**management** [5] -
3569:21, 3589:9,
3589:20, 3590:3,
3595:10
**manager** [2] -
3584:11, 3584:21
**managing** [1] - 3579:6
**mandates** [1] -
3597:20
**March** [5] - 3498:6,
3556:22, 3558:7,
3558:20, 3559:19
**mark** [3] - 3530:22,
3584:3, 3584:23
**MARK** [1] - 3499:9
**mark.levine@bartlit**
[1] - 3499:14
**mark.levine@bartlit-
beck.com** [1] -
3499:14
**market** [4] - 3507:22,
3508:5, 3565:6,
3574:15
**marks** [1] - 3583:10
**married** [1] - 3591:24
**MARTINEZ** [1] -
3499:10
**massive** [2] - 3545:14,
3571:5
**mastermind** [1] -
3502:4
**matching** [1] - 3568:8
**material** [5] - 3565:25,
3570:22, 3574:20,
3574:24, 3589:22

**matter** [2] - 3562:25,
3601:5
**mean** [15] - 3515:15,
3523:17, 3526:8,
3531:23, 3537:7,
3545:2, 3546:20,
3562:18, 3562:19,
3562:20, 3563:11,
3572:5, 3585:23,
3591:3
**meaning** [6] -
3512:10, 3538:4,
3546:11, 3549:7,
3584:21
**means** [8] - 3526:16,
3529:1, 3531:5,
3536:14, 3569:12,
3583:6, 3585:21
**meant** [6] - 3511:5,
3526:7, 3540:19,
3551:2, 3568:6,
3577:10
**meantime** [1] - 3561:7
**measuring** [2] -
3511:22, 3518:24
**meet** [3] - 3596:2,
3596:18, 3596:25
**mentioned** [8] -
3521:25, 3528:25,
3539:23, 3541:8,
3551:5, 3574:10,
3575:8
**mere** [1] - 3564:13
**MEREDITH** [1] -
3499:15
**met** [1] - 3585:23
**method** [1] - 3519:24
**methodology** [2] -
3518:18, 3519:12
**MEZZINA** [1] -
3499:15
**MIDDLE** [1] - 3498:1
**might** [4] - 3524:7,
3534:3, 3571:17
**million** [57] - 3502:2,
3502:23, 3504:2,
3504:6, 3504:8,
3504:12, 3504:16,
3504:22, 3504:23,
3504:24, 3507:16,
3507:19, 3507:20,
3509:5, 3509:11,
3509:16, 3520:4,
3522:16, 3523:15,
3524:8, 3524:13,
3524:14, 3524:17,
3524:19, 3525:4,
3525:11, 3525:13,
3527:12, 3529:11,
3531:10, 3535:13,

3539:13, 3541:2, 3541:18, 3541:20, 3542:3, 3542:6, 3545:14, 3547:8, 3552:20, 3557:1, 3561:7, 3561:11, 3575:6, 3575:24, 3576:5, 3578:15, 3588:12, 3588:22, 3589:10, 3591:4, 3593:6, 3597:7
**millions** [3] - 3528:12, 3555:1, 3572:23
**mind** [2] - 3563:17, 3566:12
**minimize** [1] - 3578:20
**minor** [1] - 3596:22
**minus** [1] - 3560:19
**minuscule** [2] - 3597:3, 3597:5
**minutes** [4] - 3561:22, 3561:24, 3591:5, 3598:18
**misconstruing** [1] - 3570:12
**misnomer** [1] - 3527:21
**missed** [1] - 3593:13
**missing** [4] - 3535:3, 3535:4, 3540:1, 3565:1
**misspoke** [1] - 3551:12
**mistake** [1] - 3506:18
**mistakes** [1] - 3506:17
**mitigation** [4] - 3505:10, 3506:20, 3506:21, 3506:25
**mixing** [1] - 3570:3
**mmoss@kslaw.com** [1] - 3499:18
**modify** [1] - 3522:21
**moment** [1] - 3509:7
**moments** [1] - 3563:18
**money** [23] - 3502:10, 3503:1, 3503:5, 3503:24, 3503:25, 3504:2, 3504:15, 3507:1, 3537:11, 3541:24, 3542:15, 3543:17, 3543:20, 3545:22, 3547:14, 3548:5, 3553:22, 3575:5, 3577:20, 3578:13, 3578:22, 3579:4, 3579:7
**monies** [2] - 3502:6, 3542:14
**monitored** [1] -

3582:1
**month** [4] - 3539:9, 3539:10, 3551:10
**monthly** [4] - 3570:16, 3582:14, 3582:17, 3584:17
**months** [3] - 3545:7, 3547:1, 3563:21
**mortgage** [44] - 3507:22, 3521:5, 3533:22, 3535:3, 3536:13, 3537:2, 3537:8, 3537:22, 3543:18, 3545:21, 3545:22, 3546:1, 3546:3, 3546:4, 3555:18, 3559:23, 3559:24, 3563:18, 3564:3, 3564:5, 3565:3, 3565:6, 3574:14, 3574:18, 3574:24, 3574:25, 3575:1, 3575:11, 3575:14, 3576:17, 3576:18, 3576:21, 3577:8, 3577:9, 3577:11, 3577:21, 3578:13, 3578:16, 3578:23, 3579:11, 3592:11, 3592:22, 3592:24, 3593:9
**Mortgage** [7] - 3555:3, 3558:10, 3578:6, 3578:11, 3592:10, 3595:11
**mortgages** [29] - 3504:12, 3522:16, 3522:20, 3522:22, 3522:25, 3523:6, 3523:9, 3523:11, 3524:5, 3524:15, 3524:19, 3524:22, 3524:24, 3525:10, 3525:12, 3525:24, 3526:6, 3527:6, 3543:16, 3555:18, 3560:6, 3567:1, 3572:23, 3574:23, 3578:18, 3596:8, 3596:18, 3596:25
**mortgaging** [1] - 3545:25
**MOSS** [1] - 3499:15
**most** [5] - 3529:15, 3543:20, 3553:9, 3554:12, 3592:1
**motion** [1] - 3502:22
**move** [14] - 3527:7, 3540:24, 3547:8, 3549:9, 3556:12,

3563:4, 3571:1, 3572:22, 3580:21, 3582:11, 3584:8, 3591:6, 3591:21, 3592:7
**moved** [31] - 3524:5, 3525:12, 3527:11, 3536:7, 3541:6, 3542:2, 3543:8, 3543:16, 3544:21, 3544:22, 3544:25, 3547:3, 3547:17, 3547:18, 3548:3, 3548:6, 3557:7, 3557:8, 3558:2, 3569:11, 3569:14, 3569:22, 3573:7, 3573:18, 3573:24, 3579:17, 3579:23, 3581:3, 3587:15, 3588:6, 3589:22
**movement** [2] - 3571:9, 3571:12
**moving** [2] - 3571:8, 3580:16
**MR** [147] - 3501:4, 3501:7, 3502:13, 3502:20, 3503:20, 3504:5, 3504:11, 3505:9, 3505:16, 3506:5, 3506:12, 3506:14, 3506:19, 3506:21, 3506:25, 3507:6, 3507:7, 3507:12, 3507:14, 3509:6, 3509:7, 3509:13, 3509:17, 3509:24, 3510:10, 3511:13, 3513:12, 3513:15, 3513:17, 3514:14, 3514:17, 3514:18, 3515:2, 3515:3, 3519:16, 3519:18, 3521:4, 3521:21, 3521:23, 3526:20, 3526:22, 3526:24, 3527:3, 3528:4, 3533:13, 3534:17, 3540:7, 3540:9, 3540:13, 3540:17, 3540:20, 3540:24, 3540:25, 3546:14, 3547:11, 3547:12, 3548:10, 3548:11, 3550:9, 3550:12, 3550:16, 3550:20, 3550:25, 3551:4, 3552:12, 3552:13, 3552:18, 3552:19, 3554:8, 3554:10, 3561:23,

3562:6, 3562:8, 3562:11, 3562:16, 3563:1, 3563:4, 3563:8, 3567:13, 3567:14, 3571:14, 3571:17, 3571:25, 3572:3, 3572:12, 3572:14, 3572:17, 3572:20, 3572:25, 3573:3, 3573:6, 3573:11, 3576:4, 3576:13, 3576:15, 3577:12, 3581:1, 3584:8, 3584:9, 3584:14, 3585:2, 3585:5, 3585:8, 3586:12, 3586:16, 3586:18, 3586:24, 3587:4, 3587:9, 3587:12, 3587:22, 3588:9, 3588:14, 3588:15, 3588:16, 3588:20, 3589:1, 3589:6, 3589:7, 3589:11, 3591:1, 3591:9, 3591:12, 3591:16, 3591:20, 3592:13, 3592:15, 3593:16, 3593:17, 3593:22, 3593:25, 3594:4, 3594:11, 3594:15, 3597:17, 3597:24, 3598:6, 3598:13, 3598:18, 3598:20, 3599:2, 3599:6, 3599:8, 3599:10, 3599:12, 3599:16, 3600:1
**MULLIN** [1] - 3498:22
**Mullin** [1] - 3498:22
**must** [2] - 3517:5, 3518:6
**MWLF** [2] - 3559:10, 3559:11
**MWLF-HFS** [1] - 3559:11

## N

**name** [5] - 3514:19, 3551:24, 3552:9, 3591:24, 3594:21
**named** [2] - 3528:9, 3551:22
**namely** [2] - 3538:3, 3547:9
**National** [1] - 3498:23
**natural** [1] - 3518:10
**naturally** [1] - 3512:18
**nature** [2] - 3563:18,

3565:17
**Nearly** [1] - 3540:1
**necessarily** [1] - 3520:16
**need** [7] - 3546:1, 3562:3, 3577:22, 3586:17, 3587:7, 3591:5, 3596:16
**needed** [3] - 3537:11, 3541:10, 3558:14
**negligence** [1] - 3525:18
**negligent** [7] - 3507:18, 3508:10, 3511:6, 3517:20, 3549:25, 3550:3
**net** [1] - 3520:4
**never** [6] - 3503:4, 3522:22, 3526:17, 3528:22, 3532:5, 3598:1
**new** [11] - 3503:2, 3503:7, 3506:5, 3506:6, 3560:6, 3567:3, 3567:11, 3567:13, 3580:14, 3592:4, 3599:4
**next** [10] - 3525:21, 3530:23, 3536:22, 3543:2, 3551:10, 3572:17, 3573:5, 3573:7, 3575:18, 3581:21
**nice** [1] - 3564:19
**NICOLAS** [1] - 3499:10
**nobody** [1] - 3580:4
**non** [4] - 3517:20, 3549:23, 3581:22, 3590:8
**non-attorney** [1] - 3549:23
**non-exercising** [1] - 3590:8
**non-negligent** [1] - 3517:20
**non-ProMerit** [1] - 3581:22
**noncompliant** [1] - 3512:11
**nonconforming** [3] - 3596:1, 3596:18, 3597:9
**none** [1] - 3517:21
**nonexercise** [1] - 3577:22
**nonfraudsters** [1] - 3586:13
**nonfraudulent** [9] - 3533:19, 3559:23,

3574:16, 3575:17, 3575:20, 3578:6, 3578:14, 3578:23, 3586:2
**normal** [5] - 3541:24, 3549:15, 3554:1, 3598:24
**normally** [3] - 3554:16, 3565:3, 3585:14
**NORTHERN** [1] - 3498:2
**note** [1] - 3535:3
**noted** [1] - 3530:5
**notes** [1] - 3541:16
**nothing** [3] - 3533:7, 3533:23, 3565:16
**noticed** [1] - 3535:20
**number** [37] - 3513:5, 3513:10, 3514:1, 3522:10, 3522:16, 3522:17, 3524:8, 3524:15, 3524:18, 3548:22, 3552:4, 3553:13, 3556:6, 3559:1, 3559:18, 3561:1, 3561:2, 3561:16, 3570:19, 3576:1, 3576:8, 3580:1, 3582:7, 3582:11, 3583:2, 3583:10, 3586:6, 3591:3, 3591:12, 3591:13, 3591:14, 3591:25, 3593:5, 3598:8, 3599:24, 3600:2
**numbers** [1] - 3525:8
**NW** [2] - 3499:16, 3499:22

**O**

**O'HALLORAN** [1] - 3498:4
**oath** [1] - 3568:17
**object** [3] - 3585:2, 3589:4, 3591:9
**objection** [15] - 3540:7, 3540:17, 3550:9, 3550:16, 3571:14, 3572:25, 3588:14, 3588:18, 3588:25, 3589:2, 3589:11, 3591:9, 3592:13, 3593:16, 3594:3
**obtain** [1] - 3555:15
**obtained** [1] - 3502:5

**obviously** [2] - 3505:20, 3538:25
**occasionally** [1] - 3567:2
**occurred** [5] - 3517:11, 3519:8, 3521:25, 3544:24, 3569:16
**OF** [2] - 3498:1, 3498:14
**Official** [1] - 3601:3
**offline** [7] - 3530:14, 3532:3, 3542:13, 3542:17, 3542:19, 3543:7, 3543:11
**once** [2] - 3542:10, 3545:11
**one** [49] - 3501:22, 3513:15, 3515:4, 3521:1, 3522:9, 3524:20, 3525:17, 3532:14, 3533:15, 3542:12, 3547:3, 3550:18, 3551:20, 3552:3, 3552:6, 3555:22, 3556:8, 3556:10, 3556:21, 3562:23, 3564:3, 3564:11, 3566:8, 3571:20, 3571:23, 3572:10, 3577:11, 3579:9, 3580:1, 3580:9, 3582:8, 3582:22, 3582:23, 3582:25, 3583:4, 3583:8, 3585:6, 3586:24, 3588:17, 3590:13, 3593:2, 3594:16, 3596:11, 3596:13, 3597:25, 3598:7
**one's** [1] - 3590:15
**ones** [5] - 3542:1, 3562:16, 3569:10, 3569:14, 3569:15
**opening** [4] - 3502:24, 3503:16, 3522:8, 3527:9
**opinion** [8] - 3503:22, 3539:20, 3540:15, 3550:14, 3567:6, 3572:6, 3572:10, 3573:23
**opinions** [1] - 3516:13
**opportunity** [1] - 3568:19
**opposed** [2] - 3550:22, 3555:18
**orange** [9] - 3504:7, 3523:24, 3524:21,

3525:2, 3525:9, 3527:5, 3527:17, 3528:15, 3588:4
**order** [12] - 3502:5, 3514:7, 3540:19, 3540:20, 3540:23, 3549:24, 3551:1, 3555:14, 3571:22, 3572:15, 3576:10, 3599:2
**ordinarily** [1] - 3597:14
**ordinary** [2] - 3553:10, 3553:12
**original** [3] - 3519:6, 3538:3, 3538:4
**originally** [2] - 3546:8, 3561:8
**originate** [1] - 3545:21
**originated** [5] - 3533:1, 3533:22, 3534:14, 3534:20, 3569:10
**origination** [4] - 3536:13, 3564:8, 3574:19, 3574:21
**originator** [4] - 3545:21, 3546:4, 3565:3, 3592:11
**originator's** [1] - 3564:5
**originators** [4] - 3545:22, 3555:18, 3592:22, 3592:24
**otherwise** [1] - 3599:14
**ourselves** [1] - 3538:15
**outflows** [1] - 3518:24
**outset** [1] - 3530:22
**outside** [1] - 3521:8
**overall** [1] - 3578:20
**Overline** [23] - 3524:6, 3527:11, 3528:7, 3528:17, 3531:12, 3541:4, 3541:13, 3541:23, 3542:2, 3542:8, 3543:5, 3543:17, 3543:19, 3544:2, 3544:16, 3544:21, 3547:15, 3547:18, 3548:13, 3549:3, 3555:24, 3561:8, 3587:14
**overnight** [2] - 3509:17, 3509:20
**overriding** [2] - 3579:21, 3579:24
**overruled** [1] - 3585:7
**own** [3] - 3503:5,

3516:13, 3598:9
**owned** [1] - 3529:1

**P**

**p.m** [4] - 3498:6, 3561:25, 3600:4
**page** [40] - 3503:9, 3512:20, 3514:5, 3516:19, 3516:20, 3518:5, 3530:1, 3535:16, 3535:24, 3535:25, 3536:10, 3536:11, 3536:18, 3536:19, 3538:15, 3538:16, 3538:17, 3538:21, 3556:20, 3559:3, 3559:9, 3567:21, 3572:11, 3573:5, 3581:21, 3581:24, 3582:12, 3582:13, 3585:9, 3585:10, 3588:10, 3589:8, 3592:8, 3594:9, 3594:16, 3594:17
**PAGE** [1] - 3500:3
**pages** [12] - 3512:19, 3513:6, 3529:21, 3552:4, 3572:12, 3582:11, 3582:12, 3590:8, 3590:9, 3592:8, 3595:19, 3601:4
**paid** [8] - 3519:7, 3542:7, 3544:1, 3564:16, 3569:1, 3575:15, 3575:18, 3576:18
**Palenchar** [1] - 3499:11
**paper** [2] - 3532:9, 3546:2
**papers** [1] - 3535:19
**paperwork** [2] - 3565:1, 3568:10
**paragraph** [2] - 3517:2, 3518:5
**part** [48] - 3504:10, 3504:25, 3509:10, 3509:13, 3512:12, 3519:2, 3519:11, 3519:19, 3520:11, 3523:8, 3529:16, 3529:22, 3530:2, 3531:8, 3532:6, 3534:3, 3535:5, 3535:12, 3546:6, 3553:24, 3558:15, 3558:16, 3559:2,

3559:4, 3562:11, 3562:18, 3562:19, 3562:20, 3563:11, 3567:22, 3568:14, 3568:22, 3568:24, 3569:9, 3574:8, 3575:17, 3576:6, 3577:24, 3578:14, 3585:24, 3587:15, 3587:16, 3589:23, 3590:6, 3590:20, 3593:10, 3593:12, 3596:23
**partially** [3] - 3522:13, 3522:14, 3546:18
**participations** [1] - 3559:10
**particular** [6] - 3515:12, 3529:19, 3582:22, 3585:10, 3588:17, 3589:18
**parties** [5] - 3533:17, 3553:13, 3565:5, 3566:23, 3576:7
**partners** [1] - 3583:8
**parts** [1] - 3518:25
**party** [1] - 3528:22
**pass** [1] - 3509:6
**past** [1] - 3506:6
**PAUL** [1] - 3499:15
**payment** [1] - 3584:4
**payments** [1] - 3528:23
**PDF** [1] - 3516:20
**Pennsylvania** [1] - 3499:16
**people** [18] - 3530:16, 3530:19, 3530:23, 3552:7, 3563:25, 3566:6, 3574:11, 3581:5, 3581:6, 3586:5, 3586:7, 3586:8, 3586:21, 3587:25, 3588:1, 3591:23, 3593:23, 3593:25
**per** [2] - 3529:18, 3530:18
**percent** [3] - 3536:1, 3540:2, 3578:14
**performed** [3] - 3517:20, 3517:24, 3549:25
**period** [26] - 3520:3, 3521:11, 3521:20, 3547:9, 3553:19, 3554:5, 3555:25, 3556:5, 3560:24, 3564:9, 3564:14, 3564:18, 3564:22,

3565:14, 3573:22, 3576:23, 3578:9, 3578:12, 3578:16, 3579:4, 3585:17, 3585:18, 3585:19, 3585:20, 3589:19
**periodically** [1] - 3570:25
**permitted** [1] - 3527:18
**person** [1] - 3545:25
**phase** [1] - 3551:20
**PHILIP** [1] - 3499:8
**philip.beck@bartlit**
[1] - 3499:13
**philip.beck@bartlit-beck.com** [1] - 3499:13
**phone** [1] - 3598:8
**picked** [1] - 3537:15
**picture** [1] - 3515:13
**piece** [4] - 3529:6, 3532:8, 3532:9, 3546:2
**pipeline** [2] - 3539:25, 3540:3
**Place** [1] - 3499:11
**place** [3] - 3548:14, 3561:21, 3561:23
**places** [1] - 3597:15
**Plaintiff** [1] - 3498:9
**plaintiff** [2] - 3506:20, 3518:6
**PLAINTIFFS** [1] - 3501:5
**Plaintiffs** [1] - 3498:5
**Plan** [34] - 3508:16, 3508:22, 3517:21, 3519:6, 3521:11, 3521:12, 3522:3, 3522:4, 3522:20, 3522:21, 3523:2, 3523:3, 3523:13, 3523:14, 3525:25, 3526:8, 3526:17, 3528:10, 3533:5, 3534:19, 3535:10, 3536:7, 3538:1, 3538:7, 3538:11, 3539:7, 3539:15, 3539:16, 3540:16, 3550:23, 3557:6, 3557:8
**plan** [2] - 3498:4, 3522:2
**played** [1] - 3567:25
**Plaza** [1] - 3498:23
**plus** [1] - 3541:19
**pmezzina@kslaw.com** [1] - 3499:18

**PO** [1] - 3498:23
**point** [27] - 3504:18, 3505:17, 3506:11, 3525:16, 3526:22, 3527:11, 3531:7, 3536:1, 3537:14, 3539:3, 3541:6, 3547:20, 3560:4, 3560:5, 3562:17, 3566:7, 3571:22, 3577:16, 3587:4, 3587:6, 3588:6, 3588:12, 3589:24, 3590:11, 3590:19, 3597:13, 3597:18
**pointed** [2] - 3563:18, 3590:14
**pointing** [1] - 3586:20
**points** [3] - 3508:13, 3548:21, 3591:7
**pools** [1] - 3542:14
**populated** [1] - 3529:18
**portfolio** [2] - 3584:10, 3584:21
**portion** [8] - 3526:8, 3526:11, 3530:1, 3532:9, 3548:17, 3557:9, 3579:21, 3579:24
**position** [7] - 3508:10, 3508:12, 3562:4, 3562:12, 3562:24, 3567:1, 3567:2
**potentially** [2] - 3551:19, 3585:24
**Potter** [2] - 3514:20, 3514:22
**power** [3] - 3535:2, 3566:1, 3568:7
**practice** [8] - 3515:25, 3516:5, 3516:11, 3516:15, 3516:22, 3517:7, 3517:15, 3518:5
**pre** [1] - 3524:16
**pre-February** [1] - 3524:16
**precise** [2] - 3558:25, 3591:10
**precisely** [1] - 3559:16
**predated** [1] - 3524:9
**preexisting** [2] - 3560:20, 3561:3
**premise** [1] - 3549:12
**prepared** [1] - 3598:11
**PRESENT** [1] - 3499:19
**present** [2] - 3506:11, 3515:14, 3531:20,

3551:18
**presentation** [1] - 3515:13
**presented** [2] - 3509:14, 3535:10
**presumably** [1] - 3564:14
**pretty** [3] - 3565:7, 3565:10, 3567:23
**prevailed** [2] - 3511:4, 3549:13
**prevails** [3] - 3511:2, 3511:10, 3511:19
**prevented** [1] - 3560:25
**previously** [4] - 3527:14, 3575:8, 3584:1, 3594:19
**PRICEWATERHOUS ECOOPERS** [3] - 3498:6, 3498:10, 3499:7
**primarily** [1] - 3525:25
**primary** [2] - 3578:1, 3578:3
**principally** [1] - 3501:20
**private** [3] - 3596:3, 3596:20, 3597:1
**pro** [2] - 3504:2, 3504:4
**problem** [18] - 3530:22, 3530:25, 3563:24, 3564:5, 3564:11, 3564:12, 3564:13, 3564:25, 3565:1, 3566:13, 3566:14, 3568:10, 3569:25, 3573:16, 3579:25, 3580:3, 3581:8
**problems** [7] - 3528:21, 3532:17, 3564:4, 3579:6, 3593:15, 3594:23, 3597:15
**procedure** [1] - 3581:12
**procedures** [2] - 3581:18, 3581:22
**proceedings** [2] - 3600:4, 3601:5
**Proceedings** [1] - 3499:25
**produced** [2] - 3499:25, 3552:4
**product** [1] - 3597:9
**products** [1] - 3554:17
**professional** [3] - 3512:5, 3516:13,

3583:8
**professionals** [1] - 3516:12
**Professor** [3] - 3503:9, 3503:15, 3513:18
**profits** [3] - 3516:4, 3516:23, 3517:3
**ProMerit** [25] - 3523:8, 3529:14, 3529:20, 3529:24, 3530:12, 3531:18, 3542:17, 3542:19, 3542:23, 3543:4, 3543:9, 3554:19, 3555:9, 3555:11, 3555:12, 3555:14, 3555:23, 3558:1, 3558:10, 3569:5, 3581:22, 3583:17, 3583:21, 3583:25, 3592:19
**proof** [3] - 3506:13, 3506:19, 3587:20
**proper** [3] - 3508:15, 3518:20, 3519:9
**property** [1] - 3529:6
**proportion** [1] - 3524:3
**protections** [1] - 3564:2
**protocol** [2] - 3598:20, 3598:24
**prove** [1] - 3518:6
**provide** [4] - 3596:1, 3596:8, 3596:18, 3596:25
**provides** [1] - 3516:8
**provision** [1] - 3585:22
**provisions** [2] - 3595:15, 3595:18
**proximate** [2] - 3517:4, 3517:13
**pull** [2] - 3510:3, 3516:15
**pulled** [1] - 3542:11
**purchase** [1] - 3595:7
**purchased** [2] - 3560:8, 3561:12
**purple** [1] - 3527:6
**purpose** [1] - 3572:14
**purposes** [4] - 3517:1, 3530:3, 3544:17, 3547:21
**pursuit** [1] - 3529:5
**pushing** [1] - 3560:10
**put** [33] - 3503:9, 3506:8, 3509:8, 3510:7, 3511:11, 3511:14, 3515:4,

3525:3, 3531:12, 3535:15, 3535:16, 3535:21, 3535:23, 3539:6, 3539:7, 3539:14, 3539:23, 3545:11, 3555:20, 3564:6, 3565:13, 3566:15, 3567:21, 3577:24, 3580:22, 3581:18, 3590:4, 3590:15, 3590:21, 3594:9
**puts** [1] - 3580:10
**putting** [2] - 3525:16, 3529:21
**Pw's** [1] - 3535:18
**PwC** [15] - 3508:7, 3508:15, 3510:19, 3510:22, 3511:20, 3512:7, 3515:6, 3515:9, 3517:19, 3522:9, 3540:2, 3549:25, 3550:3, 3550:7, 3551:6
**PwC's** [4] - 3507:18, 3512:4, 3512:7, 3525:18

## Q

**qualifier** [2] - 3511:10, 3511:12
**quality** [1] - 3563:21
**quantify** [1] - 3556:7
**quarter** [3] - 3556:17, 3556:23, 3558:24
**quarterly** [2] - 3556:15, 3556:21
**queries** [2] - 3555:14, 3555:23
**query** [3] - 3555:17, 3555:20, 3556:2
**questioning** [3] - 3524:12, 3540:11, 3597:12
**questions** [10] - 3503:23, 3505:23, 3506:24, 3545:18, 3562:1, 3562:2, 3564:24, 3591:6, 3591:17, 3591:19
**quibble** [1] - 3527:23
**quibbling** [1] - 3527:4
**quickly** [3] - 3560:3, 3565:7, 3565:10
**quote** [2] - 3576:9, 3595:5
**quoted** [1] - 3540:22

# R

**raise** [7] - 3502:21, 3505:10, 3505:14, 3506:1, 3509:19, 3509:20, 3509:22
**raised** [4] - 3502:24, 3503:4, 3513:5, 3525:16
**raises** [1] - 3502:21
**raising** [1] - 3509:11
**Ralph** [1] - 3551:23
**Rami** [1] - 3499:20
**ran** [2] - 3546:18, 3578:21
**rata** [2] - 3504:2, 3504:4
**rate** [1] - 3563:20
**rather** [4] - 3545:11, 3571:21, 3581:9, 3589:24
**re** [1] - 3547:4
**re-advanced** [1] - 3547:4
**reaching** [1] - 3597:12
**read** [18] - 3506:16, 3513:21, 3514:5, 3514:7, 3517:9, 3517:14, 3536:24, 3549:11, 3549:24, 3550:5, 3550:6, 3550:13, 3567:18, 3571:20, 3572:14, 3584:6, 3594:5, 3594:6
**reading** [3] - 3559:1, 3571:23, 3594:25
**readvanced** [1] - 3544:9
**ready** [2] - 3501:3, 3575:18
**real** [20] - 3525:10, 3527:15, 3527:16, 3527:21, 3527:24, 3528:19, 3528:24, 3529:1, 3546:3, 3546:22, 3546:23, 3546:24, 3559:22, 3575:11, 3576:17, 3577:8, 3577:9, 3577:11, 3594:20
**realize** [1] - 3588:18
**really** [5] - 3510:4, 3529:4, 3536:5, 3548:22, 3597:5
**reason** [14] - 3508:9, 3542:17, 3566:24, 3568:20, 3570:17, 3577:5, 3577:7,

3577:13, 3577:14, 3578:1, 3578:3, 3583:22
**reasons** [1] - 3563:15
**rebuttal** [11] - 3512:19, 3512:21, 3513:5, 3513:7, 3515:14, 3518:4, 3528:20, 3529:7, 3546:17, 3565:18, 3595:19
**receivables** [1] - 3583:9
**received** [5] - 3501:11, 3501:16, 3502:6, 3503:24, 3504:1
**RECEIVER** [1] - 3498:8
**recently** [3] - 3503:6, 3505:11, 3506:10
**recess** [1] - 3561:24
**Recess** [1] - 3561:25
**recognize** [2] - 3592:1, 3594:11
**recollection** [4] - 3513:23, 3538:1, 3596:21, 3596:22
**record** [1] - 3601:5
**records** [4] - 3517:24, 3526:1, 3530:3, 3555:1
**recoverable** [2] - 3517:3, 3519:7
**recovered** [2] - 3502:17, 3502:25, 3504:12
**recoveries** [13] - 3501:11, 3501:16, 3501:19, 3502:17, 3503:12, 3503:13, 3503:17, 3504:24, 3505:13, 3507:20, 3561:3, 3598:23
**recovery** [5] - 3502:15, 3505:3, 3506:22, 3529:5
**recycled** [1] - 3580:12
**red** [13] - 3522:20, 3524:21, 3525:10, 3527:4, 3527:5, 3528:6, 3528:15, 3535:20, 3537:24, 3537:25, 3540:1, 3550:23
**redirect** [1] - 3598:17
**reduce** [1] - 3544:13
**reduced** [1] - 3507:20
**reducing** [2] - 3503:2, 3506:9
**reduction** [2] - 3544:7,

3599:5
**reductions** [2] - 3509:3, 3559:12
**refer** [2] - 3538:19, 3552:2
**reference** [7] - 3503:6, 3516:12, 3516:21, 3568:2, 3574:4, 3582:9, 3584:10
**referenced** [1] - 3590:9
**referred** [3] - 3536:9, 3552:6, 3554:19
**referring** [6] - 3525:24, 3525:25, 3526:5, 3540:5, 3581:17, 3595:9
**refers** [1] - 3592:4
**refinancing** [1] - 3565:5
**reflect** [1] - 3507:25
**refund** [4] - 3532:5, 3545:5, 3567:1, 3590:1
**refuse** [1] - 3567:2
**regarding** [2] - 3583:11, 3583:17
**regular** [2] - 3516:11, 3581:12
**regularly** [1] - 3582:5
**regulators** [3] - 3571:13, 3579:19, 3588:2
**rejected** [2] - 3534:7, 3538:5
**rejections** [1] - 3532:23
**related** [8] - 3512:17, 3513:5, 3518:7, 3518:15, 3555:4, 3566:9, 3566:10, 3570:9
**relates** [2] - 3515:10, 3540:6
**relationship** [9] - 3519:25, 3520:2, 3520:8, 3534:24, 3545:6, 3563:19, 3566:23, 3578:20, 3578:24
**relative** [2] - 3502:4, 3576:23
**relatively** [2] - 3552:5, 3564:1
**relevance** [1] - 3560:22
**relevant** [3] - 3516:24, 3547:23, 3561:20
**relied** [4] - 3517:8, 3518:6, 3554:23,

3554:25
**remainder** [1] - 3532:19
**remained** [1] - 3552:23
**remaining** [1] - 3508:9
**remember** [11] - 3504:7, 3514:19, 3514:24, 3552:9, 3564:2, 3569:4, 3572:10, 3573:23, 3576:1, 3576:8, 3589:18
**remembers** [1] - 3514:24
**remove** [1] - 3580:20
**removed** [3] - 3520:20, 3564:20, 3580:7
**REO** [5] - 3528:21, 3528:25, 3529:1, 3529:4, 3598:23
**repayments** [1] - 3555:4
**repeat** [2] - 3513:4, 3596:5
**repeated** [1] - 3562:13
**repeating** [3] - 3566:12, 3574:18, 3578:2
**report** [67] - 3503:3, 3505:21, 3506:16, 3510:24, 3511:8, 3511:11, 3511:14, 3511:23, 3511:24, 3512:1, 3512:19, 3512:21, 3512:24, 3513:6, 3513:7, 3513:12, 3513:16, 3515:14, 3516:18, 3516:22, 3518:3, 3518:4, 3519:6, 3527:25, 3528:20, 3529:7, 3529:8, 3529:14, 3530:20, 3531:17, 3532:20, 3539:3, 3539:4, 3539:11, 3539:25, 3543:1, 3546:18, 3557:9, 3560:22, 3565:18, 3565:19, 3565:20, 3570:23, 3571:3, 3571:4, 3578:17, 3583:12, 3583:14, 3584:17, 3584:24, 3585:10, 3586:5, 3586:7, 3588:12, 3588:22, 3589:2, 3589:5, 3589:9, 3589:18,

3589:23, 3592:5, 3592:8, 3592:9, 3595:19
**reported** [1] - 3499:25
**Reporter** [2] - 3499:21, 3601:3
**reporting** [2] - 3568:2, 3578:8
**reports** [19] - 3505:25, 3511:16, 3511:25, 3512:3, 3512:22, 3513:16, 3540:3, 3552:3, 3552:4, 3558:13, 3570:13, 3571:8, 3573:20, 3579:19, 3581:25, 3582:5, 3585:5, 3588:15, 3589:19
**represent** [1] - 3524:21
**represents** [2] - 3502:6, 3571:24
**required** [2] - 3518:23, 3565:10, 3576:24
**requirement** [1] - 3585:23
**requirements** [1] - 3595:6
**resales** [1] - 3580:13
**resolved** [1] - 3574:2
**respect** [13] - 3501:12, 3502:7, 3524:7, 3542:14, 3544:8, 3544:25, 3553:24, 3554:17, 3574:16, 3577:21, 3586:8, 3592:22, 3595:16
**rest** [1] - 3558:13
**restitution** [2] - 3502:3, 3502:5
**restrictions** [1] - 3555:20
**result** [6] - 3507:18, 3518:1, 3535:5, 3553:15, 3563:14, 3574:2
**resulted** [3] - 3520:12, 3532:7, 3544:7
**resulting** [1] - 3517:6
**results** [1] - 3578:5
**resumes** [1] - 3501:2
**retain** [1] - 3559:12
**return** [4] - 3532:4, 3567:1, 3578:18, 3590:8
**returned** [1] - 3589:25
**review** [2] - 3517:23, 3553:14
**reviewed** [8] - 3503:11, 3574:8,

3584:17, 3594:24, 3595:15, 3595:20, 3595:22, 3596:17
**reviewing** [2] - 3555:7, 3581:12
**rise** [1] - 3505:25
**risk** [1] - 3597:11
**Rodney** [2] - 3584:10, 3591:25
**role** [1] - 3567:25
**rolled** [2] - 3522:2, 3530:18
**Room** [1] - 3499:22
**room** [2] - 3541:9
**ROTHSTEIN** [1] - 3498:15
**roughly** [1] - 3524:8
**RPR** [1] - 3499:21
**rule** [1] - 3505:6
**rules** [2] - 3529:16, 3531:18
**ruling** [3] - 3550:4, 3550:6, 3550:10
**run** [4] - 3539:4, 3553:25, 3555:14, 3555:17
**running** [1] - 3518:12

**S**

**sale** [1] - 3564:8
**satisfactory** [1] - 3584:25
**save** [4] - 3502:19, 3502:20, 3507:10, 3525:7
**saved** [1] - 3525:15
**saw** [4] - 3529:10, 3569:18, 3573:17, 3588:16
**schedule** [8] - 3503:6, 3529:7, 3530:18, 3530:20, 3531:15, 3554:8, 3556:13, 3558:18
**schedules** [5] - 3525:6, 3556:9, 3556:10, 3557:9, 3580:2
**scheme** [2] - 3518:25, 3575:18
**Schiff** [1] - 3499:4
**Schillinger** [1] - 3499:19
**scope** [2] - 3521:8, 3561:19
**Scott** [1] - 3499:11
**screen** [4] - 3510:4, 3510:6, 3510:7,

3511:15
**scrivener's** [1] - 3568:9
**second** [23] - 3511:15, 3513:16, 3519:10, 3543:11, 3554:9, 3556:20, 3569:13, 3569:23, 3570:24, 3571:1, 3571:6, 3573:18, 3573:19, 3575:15, 3579:15, 3579:22, 3580:3, 3580:10, 3580:14, 3580:22, 3581:3, 3583:23, 3594:17
**seconds** [1] - 3519:10
**secret** [24] - 3509:1, 3520:18, 3532:3, 3542:20, 3542:21, 3543:11, 3557:22, 3557:24, 3558:3, 3558:4, 3558:9, 3558:16, 3568:23, 3569:3, 3569:5, 3569:13, 3569:23, 3573:18, 3573:19, 3573:25, 3577:24, 3590:5, 3590:7
**section** [1] - 3529:24
**secured** [1] - 3501:22
**security** [1] - 3594:18
**see** [57] - 3518:8, 3518:9, 3518:15, 3518:17, 3522:10, 3522:12, 3522:13, 3523:25, 3525:7, 3525:19, 3528:20, 3529:23, 3530:9, 3535:25, 3536:15, 3536:20, 3536:24, 3537:1, 3537:3, 3538:7, 3547:11, 3550:2, 3550:13, 3556:2, 3557:8, 3558:22, 3559:5, 3559:17, 3563:5, 3568:20, 3581:19, 3581:20, 3581:21, 3581:25, 3582:3, 3582:8, 3582:11, 3582:13, 3582:15, 3583:2, 3583:6, 3583:20, 3584:5, 3584:20, 3584:22, 3585:1, 3585:11, 3585:12, 3585:14, 3585:16, 3586:5, 3586:7, 3588:10, 3588:12, 3592:5, 3593:8, 3599:18

**seeing** [4] - 3586:5, 3586:8, 3586:14, 3589:18
**seeks** [1] - 3501:12
**segment** [1] - 3578:8
**sell** [8] - 3508:11, 3529:18, 3530:6, 3553:19, 3565:21, 3596:7
**sells** [1] - 3554:15
**send** [7] - 3545:5, 3546:12, 3546:21, 3546:25, 3547:1, 3565:4, 3598:7
**sending** [2] - 3543:17, 3585:25
**sent** [2] - 3538:5, 3597:24
**sentence** [5] - 3542:24, 3571:21, 3571:23, 3573:14, 3596:10
**sentences** [2] - 3532:14, 3574:12
**separate** [2] - 3526:10, 3526:12
**separately** [1] - 3570:5
**September** [1] - 3514:2
**series** [1] - 3593:23
**serious** [1] - 3528:20
**served** [1] - 3503:6
**services** [1] - 3583:8
**servicing** [2] - 3529:17, 3530:5
**serving** [1] - 3517:16
**Session** [1] - 3498:11
**set** [26] - 3509:1, 3520:18, 3542:20, 3542:21, 3543:11, 3543:14, 3568:23, 3569:3, 3569:5, 3569:13, 3569:23, 3570:24, 3571:1, 3571:6, 3573:19, 3573:25, 3577:24, 3579:15, 3579:22, 3580:3, 3580:10, 3580:14, 3580:22, 3581:3, 3583:23
**setoff** [2] - 3501:21, 3501:24
**setoffs** [8] - 3501:10, 3502:14, 3502:18, 3507:15, 3507:17, 3509:3, 3560:21, 3561:3
**settlement** [1] - 3576:7

**seven** [3] - 3564:14, 3564:18, 3564:22
**seven-year** [3] - 3564:14, 3564:18, 3564:22
**several** [6] - 3529:21, 3562:14, 3562:21, 3563:2, 3576:5, 3590:16
**shall** [1] - 3582:1
**sham** [1] - 3580:13
**share** [1] - 3504:2
**sheer** [1] - 3568:12
**shifted** [1] - 3542:12
**ship** [1] - 3519:7
**short** [6] - 3559:24, 3563:19, 3564:8, 3564:9, 3574:19
**short-term** [1] - 3563:19, 3564:8, 3564:9, 3574:19
**shorthand** [1] - 3499:25
**shortly** [1] - 3514:8
**show** [9] - 3518:15, 3539:2, 3554:8, 3556:8, 3571:17, 3571:19, 3572:4, 3572:7, 3589:9
**showed** [7] - 3502:23, 3532:17, 3532:22, 3536:22, 3537:9, 3569:24, 3589:3
**showing** [11] - 3522:15, 3530:3, 3558:6, 3558:20, 3585:6, 3587:24, 3588:5, 3588:21, 3589:4, 3590:9, 3594:12
**shown** [10] - 3524:4, 3525:8, 3527:5, 3528:18, 3529:7, 3530:9, 3542:16, 3558:19, 3558:23, 3590:16
**shows** [3] - 3532:10, 3538:17, 3588:22
**shut** [1] - 3597:22
**shuts** [1] - 3597:21
**sign** [2] - 3537:10, 3566:1
**signature** [3] - 3565:1, 3568:8, 3584:24
**signed** [2] - 3535:3, 3584:20
**significant** [4] - 3532:9, 3532:19, 3570:19, 3578:17
**significantly** [1] -

3574:22
**similar** [1] - 3545:6
**simplify** [2] - 3504:11, 3547:11
**simply** [1] - 3545:17
**simultaneous** [1] - 3580:18
**single** [7] - 3517:5, 3520:6, 3520:9, 3520:17, 3520:24, 3521:1, 3550:18
**sitting** [1] - 3560:4
**situation** [2] - 3546:15, 3593:4
**sixth** [1] - 3595:22
**slide** [5] - 3501:21, 3502:14, 3515:6, 3535:21, 3535:22
**slides** [1] - 3515:5
**slight** [1] - 3542:16
**sliver** [1] - 3545:12
**small** [6] - 3545:12, 3556:9, 3568:9, 3581:8, 3597:3, 3597:5
**so-called** [1] - 3523:2
**sold** [20] - 3504:21, 3504:22, 3532:5, 3533:17, 3541:23, 3541:24, 3548:19, 3553:2, 3553:9, 3557:15, 3560:9, 3561:13, 3566:9, 3568:3, 3573:21, 3594:19, 3596:3, 3596:19, 3597:1
**someone** [6] - 3505:17, 3505:20, 3552:14, 3563:23, 3567:23, 3577:16
**sometime** [1] - 3551:10
**sometimes** [6] - 3515:11, 3541:8, 3542:13, 3565:11, 3565:12, 3566:3
**soon** [1] - 3532:2
**sore** [1] - 3581:9
**SORENSEN** [33] - 3498:19, 3501:4, 3501:7, 3502:20, 3505:9, 3506:5, 3506:19, 3506:25, 3507:6, 3507:7, 3507:12, 3507:14, 3509:6, 3509:13, 3540:7, 3540:17, 3550:9, 3550:16, 3550:25, 3571:14, 3572:14, 3572:25,

3585:2, 3586:16, 3588:14, 3588:16, 3589:1, 3589:11, 3591:9, 3592:13, 3593:16, 3598:18, 3599:2
**Sorensen** [5] - 3498:19, 3515:5, 3515:7, 3525:17, 3598:21
**sorry** [20] - 3507:12, 3512:14, 3512:15, 3519:5, 3529:2, 3534:10, 3536:10, 3539:6, 3543:23, 3545:4, 3550:22, 3551:12, 3551:14, 3553:1, 3559:2, 3561:17, 3566:21, 3586:7, 3596:5, 3596:9
**sort** [2] - 3573:1, 3580:18
**sought** [1] - 3501:17
**source** [1] - 3516:11
**space** [1] - 3575:1
**Spalding** [1] - 3499:16
**specialist** [6] - 3582:1, 3582:23, 3583:5, 3583:16, 3584:4, 3584:20
**specific** [5] - 3530:10, 3546:15, 3591:7, 3591:17, 3591:19
**specifically** [1] - 3554:4
**speculation** [1] - 3593:16
**spend** [1] - 3587:8
**spent** [3] - 3547:14, 3582:25, 3590:20
**splitting** [1] - 3579:1
**spreads** [1] - 3532:21
**spring** [1] - 3505:14
**squeaky** [2] - 3571:4, 3579:16
**stand** [1] - 3501:2
**standard** [1] - 3554:17
**standards** [5] - 3512:5, 3512:9, 3596:3, 3596:19, 3597:1
**standpoint** [1] - 3567:4
**stands** [1] - 3537:5
**start** [9] - 3510:11, 3514:2, 3563:9, 3570:8, 3570:11, 3570:13, 3571:10, 3596:15, 3597:23

**started** [1] - 3541:13
**starting** [2] - 3514:1, 3551:9
**starts** [2] - 3594:10, 3597:22
**statement** [2] - 3503:17, 3543:24
**statements** [2] - 3527:9, 3559:15
**STATES** [2] - 3498:1, 3498:15
**status** [2] - 3528:21, 3583:17
**stay** [1] - 3597:19
**steal** [2] - 3518:11, 3528:12
**stealing** [3] - 3517:25, 3519:8, 3553:13
**step** [1] - 3575:19
**STEPHEN** [1] - 3498:19
**stepping** [1] - 3572:17
**sticking** [1] - 3581:9
**still** [2] - 3544:9, 3580:7
**stole** [2] - 3520:3, 3577:20
**stolen** [5] - 3542:15, 3553:22, 3553:24, 3560:15, 3575:5
**stone** [1] - 3572:17
**stopped** [1] - 3518:21
**stops** [1] - 3515:7
**storm** [1] - 3597:16
**Street** [1] - 3499:12
**stuff** [24] - 3523:15, 3527:10, 3528:6, 3528:15, 3528:16, 3536:4, 3538:15, 3539:16, 3539:18, 3541:1, 3541:12, 3541:18, 3542:2, 3543:16, 3544:18, 3552:20, 3559:21, 3559:22, 3587:13, 3588:2, 3588:3, 3588:5
**stuffed** [1] - 3580:3
**subject** [1] - 3597:3
**sublimit** [3] - 3597:6, 3597:8
**sublimits** [1] - 3597:3
**submitted** [3] - 3567:22, 3594:12, 3594:13
**subprime** [1] - 3575:1
**subtract** [1] - 3578:10
**subtracting** [1] - 3524:15
**suffer** [1] - 3520:21

**suffered** [3] - 3507:18, 3520:25, 3521:5
**suggest** [1] - 3507:10
**Suisse** [1] - 3530:7
**Suite** [1] - 3499:11
**sum** [1] - 3543:10
**summarized** [2] - 3548:20, 3595:18
**summary** [1] - 3543:24
**Summerford** [1] - 3551:23
**support** [1] - 3567:6
**supposed** [5] - 3559:21, 3574:18, 3575:3, 3577:11, 3578:24
**suspect** [1] - 3556:6
**sustain** [1] - 3594:3
**sustained** [5] - 3550:11, 3553:3, 3571:16, 3573:10, 3592:14
**sweep** [1] - 3558:15
**sweeping** [5] - 3519:5, 3521:9, 3521:24, 3521:25, 3539:14
**swept** [1] - 3579:14
**symptom** [2] - 3533:16, 3533:18
**system** [6] - 3529:17, 3530:5, 3580:11, 3583:18, 3583:21

---

## T

**table** [3] - 3532:21, 3537:10, 3560:1
**tables** [1] - 3525:6
**takeout** [13] - 3565:9, 3575:2, 3576:24, 3577:1, 3577:2, 3577:10, 3577:23, 3578:4, 3585:17, 3585:18, 3585:19, 3585:22, 3585:23
**talks** [1] - 3539:25
**tautology** [1] - 3519:16
**TBW** [64] - 3501:20, 3501:22, 3501:25, 3502:9, 3503:1, 3504:16, 3504:24, 3518:11, 3518:25, 3520:2, 3520:6, 3520:24, 3521:6, 3526:2, 3529:16, 3530:1, 3530:3, 3531:18, 3532:4,

3532:11, 3536:2, 3538:5, 3541:10, 3543:17, 3546:12, 3546:21, 3547:5, 3553:6, 3553:18, 3554:18, 3555:17, 3555:24, 3556:3, 3556:25, 3560:10, 3564:14, 3566:20, 3570:20, 3571:4, 3575:11, 3575:21, 3576:7, 3577:20, 3578:7, 3578:10, 3578:25, 3579:16, 3579:25, 3583:14, 3586:1, 3586:4, 3586:8, 3586:10, 3588:11, 3590:1, 3592:22, 3592:25, 3593:23, 3595:16, 3596:1, 3596:7, 3596:17, 3596:25
**TBW's** [3] - 3564:5, 3568:12, 3589:19
**team** [1] - 3555:16
**tens** [2] - 3556:3, 3560:7
**Teresa** [1] - 3532:4
**term** [4] - 3563:19, 3564:8, 3564:9, 3574:19
**terms** [4] - 3502:16, 3524:18, 3590:14, 3598:20

**tested** [1] - 3554:25
**testified** [5] - 3514:10, 3568:17, 3575:5, 3587:1, 3593:17
**TESTIMONY** [1] - 3500:3
**testimony** [14] - 3526:1, 3533:10, 3535:16, 3535:17, 3554:16, 3562:13, 3567:18, 3567:19, 3574:8, 3590:9, 3594:5, 3594:6, 3594:24, 3594:25
**THE** [126] - 3498:1, 3498:3, 3498:15, 3501:3, 3501:5, 3502:11, 3502:19, 3504:4, 3504:10, 3507:3, 3507:9, 3509:9, 3509:15, 3509:22, 3510:6, 3510:8, 3510:9, 3511:12, 3513:10, 3513:14, 3514:13, 3514:16, 3514:24,

3519:14, 3521:3, 3521:20, 3521:22, 3526:14, 3526:21, 3526:23, 3526:25, 3527:2, 3528:3, 3533:11, 3533:12, 3534:16, 3540:18, 3540:22, 3545:2, 3545:3, 3545:19, 3545:24, 3545:25, 3546:6, 3546:10, 3546:11, 3546:13, 3546:20, 3546:23, 3547:25, 3548:8, 3548:9, 3550:11, 3550:17, 3551:3, 3552:11, 3552:16, 3554:6, 3561:21, 3561:24, 3562:1, 3562:7, 3562:9, 3562:13, 3562:21, 3563:3, 3563:7, 3567:12, 3571:16, 3571:20, 3572:1, 3572:9, 3572:13, 3573:4, 3573:10, 3576:2, 3576:11, 3576:14, 3577:10, 3580:5, 3580:8, 3580:17, 3580:19, 3580:20, 3580:24, 3584:6, 3584:12, 3585:7, 3586:10, 3586:17, 3586:23, 3587:3, 3587:5, 3587:10, 3587:18, 3588:8, 3588:24, 3589:12, 3589:15, 3589:16, 3589:17, 3590:11, 3591:13, 3592:14, 3593:20, 3593:24, 3594:1, 3594:14, 3597:11, 3597:18, 3598:4, 3598:7, 3598:16, 3598:19, 3599:1, 3599:7, 3599:9, 3599:11, 3599:13, 3599:21, 3599:23, 3599:24, 3599:25, 3600:2
**theories** [5] - 3506:5, 3506:7, 3511:2, 3511:5, 3511:20
**theory** [7] - 3503:2, 3505:10, 3505:12, 3506:6, 3506:8, 3506:25, 3599:5
**thereby** [1] - 3542:14
**therefore** [6] -

3503:21, 3504:19,
3508:11, 3520:21,
3536:23, 3553:16
**they've** [1] - 3509:20
**thinks** [2] - 3562:22,
3591:16
**third** [2] - 3533:17,
3584:3
**thirds** [3] - 3539:9,
3580:2, 3581:7
**thomas** [1] - 3498:19
**thousands** [3] -
3532:10, 3592:17
**three** [10] - 3502:13,
3502:16, 3522:11,
3522:19, 3524:19,
3524:21, 3524:22,
3524:24, 3591:5,
3595:19
**thumb** [1] - 3581:9
**titled** [1] - 3589:8
**today** [2] - 3509:19,
3509:22
**together** [5] -
3509:20, 3590:25,
3591:2, 3598:10,
3598:14
**tonight** [1] - 3598:13
**took** [6] - 3503:3,
3532:1, 3539:13,
3545:20, 3547:19,
3569:22
**top** [5] - 3522:10,
3522:16, 3539:25,
3561:1, 3582:14
**topic** [2] - 3549:9,
3595:1
**total** [3] - 3522:10,
3524:14, 3581:6
**totally** [6] - 3521:11,
3521:12, 3526:9,
3538:8, 3541:21,
3590:17
**track** [6] - 3523:9,
3542:21, 3543:9,
3543:25, 3555:4,
3580:12
**tracked** [2] - 3542:20,
3543:10
**tracking** [1] - 3583:25
**tracks** [4] - 3560:23,
3583:22, 3583:23,
3597:25
**trade** [13] - 3504:19,
3504:23, 3505:1,
3528:11, 3542:20,

3543:9, 3545:1,
3560:8, 3569:11,
3569:12, 3583:24
**traded** [1] - 3561:12
**trades** [8] - 3522:25,
3523:5, 3524:24,
3542:12, 3547:4,
3580:9, 3580:13,
3583:23
**transaction** [10] -
3517:12, 3517:21,
3520:6, 3520:9,
3520:14, 3520:18,
3520:24, 3521:1,
3539:15, 3574:1
**transactions** [18] -
3517:22, 3518:1,
3519:4, 3519:5,
3519:21, 3520:12,
3520:17, 3520:19,
3520:21, 3521:10,
3521:11, 3521:12,
3521:13, 3521:14,
3521:16, 3522:22,
3522:23
**TRANSCRIPT** [1] -
3498:14
**transcript** [3] -
3499:25, 3536:10,
3601:4
**transcription** [1] -
3499:25
**transcripts** [2] -
3513:21, 3514:5
**transferred** [3] -
3577:15, 3579:12,
3580:6
**transferring** [1] -
3580:9
**treat** [1] - 3547:7
**treated** [1] - 3546:24
**tree** [1] - 3522:10
**TRIAL** [1] - 3498:14
**trial** [20] - 3505:15,
3506:16, 3511:2,
3511:19, 3513:8,
3513:19, 3513:22,
3513:24, 3514:6,
3514:10, 3514:23,
3532:25, 3535:16,
3535:23, 3536:10,
3538:14, 3538:22,
3551:9, 3590:14,
3590:15
**tried** [1] - 3549:16
**trouble** [1] - 3578:21
**troubled** [1] - 3527:15
**true** [6] - 3533:18,
3543:20, 3544:1,
3557:13, 3559:8,

3563:17
**trustee** [2] - 3498:4,
3526:2
**try** [4] - 3525:7,
3529:23, 3549:1,
3571:18
**trying** [20] - 3519:16,
3519:25, 3520:1,
3534:25, 3543:23,
3545:16, 3566:21,
3566:22, 3573:1,
3587:5, 3590:15,
3590:19, 3590:20,
3590:23, 3591:7,
3591:10, 3591:15,
3591:17, 3591:18
**turn** [4] - 3501:9,
3581:24, 3582:11,
3595:1
**turned** [1] - 3504:20
**turning** [3] - 3502:9,
3559:21, 3559:22,
3560:7
**turnover** [1] - 3554:11
**twice** [1] - 3521:22
**Two** [1] - 3498:23
**two** [19] - 3502:9,
3504:8, 3505:14,
3510:2, 3511:16,
3513:15, 3523:23,
3525:22, 3532:14,
3534:24, 3539:9,
3545:7, 3565:23,
3566:11, 3570:7,
3580:2, 3580:21,
3581:7, 3595:19
**two-thirds** [3] -
3539:9, 3580:2,
3581:7
**TX** [1] - 3498:24
**type** [3] - 3532:10,
3534:5, 3565:21
**types** [1] - 3531:19
**typically** [2] - 3529:5,
3554:15
**typo** [1] - 3568:8

## U

**U.S** [1] - 3499:22
**ultimately** [4] -
3532:7, 3552:23,
3563:14, 3574:2
**uncovered** [2] -
3508:16, 3540:4
**under** [11] - 3519:12,
3523:11, 3568:17,
3576:21, 3578:1,
3581:24, 3589:12,

3595:25, 3596:6,
3596:15, 3596:17
**underlying** [2] -
3523:5, 3523:9
**underneath** [1] -
3580:14
**undisclosed** [1] -
3503:22
**unfair** [5] - 3503:18,
3503:19, 3505:15,
3506:11
**UNITED** [3] - 3498:1,
3498:15
**unknown** [2] - 3577:5,
3577:14
**unlike** [1] - 3528:9
**unpaid** [1] - 3552:23
**unsalable** [2] -
3534:6, 3572:23
**unsecured** [1] -
3501:24
**up** [56] - 3501:21,
3503:9, 3504:7,
3505:20, 3506:7,
3509:8, 3510:3,
3510:4, 3510:5,
3510:6, 3511:11,
3511:14, 3515:4,
3516:15, 3524:18,
3525:16, 3526:3,
3527:24, 3529:21,
3529:22, 3530:8,
3532:2, 3532:25,
3534:4, 3535:15,
3535:16, 3535:21,
3535:23, 3537:10,
3537:15, 3539:19,
3539:23, 3540:2,
3540:10, 3540:11,
3541:19, 3549:17,
3554:9, 3556:9,
3557:14, 3560:7,
3561:11, 3564:15,
3566:5, 3567:21,
3569:24, 3570:4,
3574:22, 3578:9,
3588:5, 3593:9,
3594:9, 3596:1,
3596:10

## V

**value** [11] - 3504:18,
3504:19, 3506:23,
3526:3, 3543:4,
3548:14, 3549:1,
3549:7, 3574:17,
3576:20, 3594:19
**various** [1] - 3560:21
**Venice** [1] - 3498:20

**via** [1] - 3565:4
**view** [4] - 3521:6,
3573:1, 3573:12,
3574:7
**viewed** [1] - 3520:25
**visible** [3] - 3558:15,
3579:13, 3590:3
**volume** [4] - 3553:25,
3554:3, 3560:10,
3568:12

## W

**Wacker** [1] - 3499:4
**wait** [1] - 3533:11
**waiting** [2] - 3566:4,
3592:4
**WAMU** [1] - 3530:6
**wants** [1] - 3509:18
**warehouse** [7] -
3559:24, 3563:19,
3564:3, 3574:18,
3575:1, 3578:23,
3595:16
**Warehouse** [77] -
3524:6, 3527:11,
3527:19, 3528:7,
3528:14, 3528:17,
3531:11, 3531:12,
3536:14, 3537:4,
3537:5, 3537:8,
3537:14, 3537:16,
3537:23, 3538:17,
3541:3, 3541:13,
3541:23, 3542:3,
3542:8, 3542:11,
3543:5, 3543:17,
3543:18, 3544:2,
3544:4, 3544:16,
3544:20, 3544:23,
3544:25, 3545:6,
3545:13, 3546:16,
3547:15, 3547:18,
3548:12, 3548:16,
3549:3, 3550:8,
3550:15, 3550:21,
3553:2, 3553:6,
3554:12, 3555:3,
3555:10, 3555:24,
3556:4, 3556:25,
3557:13, 3558:11,
3558:21, 3559:5,
3559:10, 3560:6,
3561:8, 3563:10,
3570:20, 3578:6,
3578:11, 3579:11,
3579:17, 3581:4,
3581:13, 3582:19,
3583:25, 3586:21,
3587:14, 3588:6,

3595:11, 3595:22, 3595:25, 3596:6, 3596:24, 3597:6
**Washington** [3] - 3498:7, 3499:17, 3499:23
**waste** [1] - 3566:12
**wasting** [1] - 3578:1
**water** [2] - 3551:16, 3576:21
**Wawrzyniak** [1] - 3574:10
**WAYNE** [3] - 3499:21, 3601:3, 3601:8
**Wayne** [1] - 3591:23
**weather** [1] - 3598:4
**week** [2] - 3513:24, 3565:23
**weeks** [1] - 3514:1
**welcome** [1] - 3501:8
**West** [1] - 3499:12
**WH** [1] - 3537:5
**whatsoever** [2] - 3526:4, 3528:10
**whereas** [1] - 3535:1
**white** [1] - 3586:25
**whole** [6] - 3523:3, 3572:9, 3575:22, 3590:24, 3591:1, 3591:22
**wholly** [1] - 3546:18
**wire** [1] - 3537:11
**WITNESS** [17] - 3500:3, 3501:5, 3510:8, 3527:2, 3533:12, 3540:22, 3545:3, 3545:24, 3546:6, 3546:11, 3546:23, 3548:8, 3580:8, 3580:19, 3580:24, 3589:15, 3589:17
**witness** [20] - 3501:2, 3503:19, 3504:6, 3509:6, 3540:8, 3540:10, 3550:10, 3562:24, 3563:5, 3576:14, 3584:12, 3585:3, 3585:5, 3586:19, 3589:5, 3590:16, 3590:21, 3591:5, 3598:12, 3598:25
**witnesses** [3] - 3506:3, 3551:11, 3551:17
**word** [6] - 3512:1, 3522:25, 3527:15, 3557:17
**wording** [2] - 3523:14,

3524:20
**words** [4] - 3515:9, 3517:5, 3530:12, 3534:22
**works** [1] - 3546:25
**world** [3] - 3515:19, 3515:21, 3516:9
**worse** [2] - 3574:14
**worth** [3] - 3575:15, 3575:24, 3576:18
**worthless** [1] - 3541:21
**wrongful** [6] - 3510:23, 3511:21, 3517:3, 3517:6, 3518:7, 3518:15
**wrote** [1] - 3540:8

## X

**X-Warehouse** [1] - 3559:10
**X-Working** [2] - 3559:10, 3559:11

## Y

**year** [8] - 3542:8, 3553:19, 3554:5, 3555:25, 3556:5, 3564:14, 3564:18, 3564:22
**years** [4] - 3505:12, 3505:14, 3560:7, 3561:13
**yellow** [4] - 3536:19, 3537:1, 3537:22, 3559:4
**yesterday** [1] - 3590:12