There is no pdf document attached to this entry.