**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **THE COLONIAL BANCGROUP, INC.,**<br>**and KEVIN O'HALLORAN,**<br><br>      **Plaintiffs,**<br><br>**v.**<br><br>**PRICEWATERHOUSECOOPERS LLP**<br>**and CROWE HORWATH LLP,**<br><br>      **Defendants.**<br>_____<br><br>**FEDERAL DEPOSIT INSURANCE**<br>**CORPORATION AS RECEIVER FOR**<br>**COLONIAL BANK,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**PRICEWATERHOUSECOOPERS, LLP**<br>**and CROWE HORWATH, LLP,**<br><br>      **Defendants.** | **Case No. 2:11-cv-00746-BJR**<br><br><br><br><br><br><br><br><br>**Case No. 2:12-cv-00957-BJR** |

## ORDER OF DISMISSAL WITH PREJUDICE WITH RESPECT TO CROWE HORWATH LLP

Pursuant to the Agreed Motion for Entry of Order of Dismissal with Respect to Crowe Horwath, LLP ("Crowe") and the Court being fully advised, it is HEREBY ORDERED, pursuant to Fed. R. Civ. P. 41(a)(2), that:

1.    This action is dismissed with prejudice as to Crowe.

2.    This Order does not relate to, release, dismiss or impact the Federal Deposit Insurance Corporation as Receiver for Colonial Bank's ("FDIC-R") claims

and causes of action asserted against PricewaterhouseCoopers, LLP ("PwC") in this action. The Court will decide PwC's request for a setoff based upon the Crowe Settlement Payment at a later date.  *See* Dkt. No. 856, PWC's Motion to Reduce Damages Based on FDIC-Crowe Settlement; Dkt. No. 878, Joint Status Report as to Setoff with Respect to Settlement (containing FDIC-R's and PwC's respective positions).

3.      The FDIC-R and Crowe shall bear their own attorneys' fees and costs with respect to any claims, counterclaims and causes of action in this action between the FDIC-R and Crowe.  Neither the FDIC-R nor Crowe shall have any liability to the other for fees and costs incurred in connection with any other aspect of this action.

Dated this 17th day of October, 2018.


Barbara      Jacobs       Rothstein
U.S. District Court Judge