IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN, as plan trustee,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>　　Defendants. | Case No. 2:11-cv-00746-BJR |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP and CROWE HORWATH, LLP,<br><br>　　Defendants. | Case No. 2:12-cv-00957-BJR |

**JOINT MOTION FOR DISMISSAL OF
<u>BANCGROUP ACTION WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs The Colonial BancGroup, Inc. ("**BancGroup**") and Kevin O'Halloran, as plan trustee (collectively, "**Plaintiffs**") and Defendant PricewaterhouseCoopers LLP ("**PwC**") hereby jointly move for dismissal with prejudice of Case No. 2:11-cv-00746-BJR (the "**BancGroup Action**"). Plaintiffs and PwC have settled Plaintiffs' claims against PwC, the only remaining defendant in the BancGroup Action, pursuant to a confidential settlement.

WHEREFORE, Plaintiffs and PwC move for the entry of an order dismissing with prejudice the BancGroup Action, as provided in the proposed order attached hereto as <u>Exhibit A</u>. This does not affect Case No. 2:12-cv-00957-BJR brought by the Federal Deposit Insurance Corporation, as receiver for Colonial Bank, which remains pending before the Court**.**

Dated: November 15, 2018

| | |
|---|---|
| /s/ Nicholas DiCarlo | /s/ Philip S. Beck |
| Nicholas DiCarlo | Philip S. Beck |
| **DICARLO CASERTA & MCKEIGHAN PLC** | (Illinois Bar No. 147168) pro hac vice |
| | Mark L. Levine |
| 6900 E. Camelback Road, Suite 250 | (Illinois Bar No. 6201501) pro hac vice |
| Scottsdale, AZ 85251 | **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP** |
| Telephone: (480) 222-0914 | |
| Email: ndicarlo@dcmplaw.com | Courthouse Place, Suite 300 |
| ccaserta@dcmplaw.com | 54 West Hubbard Street |
| | Chicago, IL 60654 |
| | Telephone: (312) 494-4400 |
| | Email: philip.beck@bartlit-beck.com |
| /s/ Rufus T. Dorsey IV | mark.levine@bartlit-beck.com |
| Rufus T. Dorsey, IV | |
| **PARKER, HUDSON, RAINER & DOBBS LLP** | Tabor Robert Novak, Jr. |
| | **BALL BALL MATTHEWS & NOVAK PA** |
| 303 Peachtree Street, NE | (Alabama Bar No. ASB-9503-V72T) |
| Suite 3600 | Post Office Box 2148 |
| Atlanta, Georgia 30308 | Montgomery, AL 36102-2148 |
| rtd@phrd.com | Telephone: (334) 387-7680 |
| | Email: tnovak@ball-ball.com |
| *Attorneys for The Colonial BancGroup, Inc., as post-confirmation debtor, and Kevin O'Halloran, as Plan Trustee acting for and on behalf of The Colonial BancGroup, Inc.* | *Attorneys for Defendant PricewaterhouseCoopers LLP* |

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **THE COLONIAL BANCGROUP, INC.,** and **KEVIN O'HALLORAN,** as plan trustee,<br><br>    Plaintiffs,<br><br>    v.<br><br>**PRICEWATERHOUSECOOPERS LLP** and **CROWE HORWATH LLP,**<br><br>    Defendants. | Case No. 2:11-cv-00746-BJR |
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,**<br><br>    Plaintiff,<br><br>    v.<br><br>**PRICEWATERHOUSECOOPERS, LLP** and **CROWE HORWATH, LLP,**<br><br>    Defendants. | Case No. 2:12-cv-00957-BJR |

## <u>ORDER</u>

The Court, having reviewed the Joint Motion dated November 15, 2018 of Plaintiffs The Colonial BancGroup, Inc. and Kevin O'Halloran, as plan trustee, and Defendant PricewaterhouseCoopers LLP for dismissal with prejudice of Case No. 2:11-cv-00746-BJR, and being otherwise fully advised in the premises,

    IT IS HEREBY ORDERED that:

1. Case No. 2:11-cv-00746-BJR ("**BancGroup Action**") is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

2. All parties to the BancGroup Action shall bear their own costs relating to such action.

Dated: November __, 2018

_____
Hon. Barbara J. Rothstein
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on November 15, 2018 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as of that date.

                                           */s/ Rufus T. Dorsey, IV*
                                           Rufus T. Dorsey, IV