**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **THE COLONIAL BANCGROUP, INC., and KEVIN O'HALLORAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,**<br><br>**Defendants.** | **Case No. 2:11-cv-00746-BJR** |
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PRICEWATERHOUSECOOPERS, LLP and CROWE HORWATH, LLP,**<br><br>**Defendants.** | **Case No. 2:12-cv-00957-BJR** |

# ORDER

The Court, having reviewed the Joint Motion dated November 15, 2018 of Plaintiffs The Colonial BancGroup, Inc. and Kevin O'Halloran, as plan trustee, and Defendant PricewaterhouseCoopers LLP for dismissal with prejudice of Case No. 2:11-cv-00746-BJR (dkt. no. 894), and being otherwise fully advised:

IT IS HEREBY ORDERED that Case No. 2:11-cv-00746 ("BancGroup Action") is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P.

41(a)(2). All parties to the BancGroup Action shall bear their own costs relating to such action. This dismissal does not affect Case No. 2:12-cv-00957-BJR brought by the Federal Deposit Insurance Corporation, as receiver for Colonial Bank, which remains pending before the Court. All filings related to Case No. 2:12-cv-00957 shall continue to be filed in Case No. 2:11-cv-00746.

Dated this 16th day of November, 2018.

Barbara J Rothstein

Barbara Jacobs Rothstein
U.S. District Court Judge