IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC. and KEVIN O'HALLORAN,<br><br>    Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants. | Case No. 2:11-cv-00746-BJR<br>LEAD CASE |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COLONIAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP,<br><br>    Defendants. | Case No. 2:12-cv-00957-BJR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff the Federal Deposit Insurance Corporation as Receiver for Colonial Bank and Defendant PricewaterhouseCoopers LLP stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims in the above-captioned action (2:12-cv-00957-BJR) against PricewaterhouseCoopers LLP.  The Federal Deposit Insurance Corporation as Receiver for Colonial Bank and PricewaterhouseCoopers LLP shall bear their own attorneys' fees and costs in the above-captioned action.

1

Dated: March 15, 2019

/s/ David. Mullin
David Mullin
(TX Bar No. 14651600) *pro hac vice*
John G. Turner, III
(TX Bar No. 20320550) *pro hac vice*
**MULLIN HOARD & BROWN, LLP**
500 South Taylor, Suite 800
Amarillo, TX 79101
Telephone: (806) 372-5050
Email: dmullin@mhba.com
         jturner@mhba.com

Lawrence H. Heftman
**SCHIFF HARDIN LLP**
(IL Bar No. 6283060) *pro hac vice*
233 South Wacker Drive; Ste. 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Email: lheftman@schiffhardin.com

Stephen Sorensen
**THOMAS ALEXANDER FORRESTER & SORENSEN LLP**
14 27th Ave
Venice, CA 90291
Telephone: (310) 961-2536
Email: ssorensen@tafsattorneys.com

Grace L. Kipp (LON 049)
**SPOTSWOOD SANSOM & SANSBURY LLC**
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
Telephone:    (205) 986-3620
Email: gkipp@spotswoodllc.com

Dennis Bailey (ASB-4845-171D)
**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:    (334) 206-3234
Email: DRB@rsjg.com

*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank*

*/s/ Mark L. Levine*
Philip S. Beck
(IL Bar No. 147168) *pro hac vice*
Mark L. Levine
(IL Bar No. 6201501) *pro hac vice*
**BARTLIT BECK LLP**
Courthouse Place, Suite 300
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4400
Email: philip.beck@bartlitbeck.com
          mark.levine@bartlitbeck.com

Tabor Robert Novak, Jr.
**BALL BALL MATTHEWS & NOVAK PA**
(AL Bar No. ASB-9503-V72T)
Post Office Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Email: tnovak@ball-ball.com

*Attorneys for Defendant PricewaterhouseCoopers LLP*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on March 15, 2019, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing.

                                        */s/ Grace L. Kipp*

                                        OF COUNSEL